UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.  24cr10259 |
| | ) | |
| v. | ) | Violation: |
| | ) | |
| MATTHEW FARWELL, | ) | Count One: Killing a Witness or Victim (18 U.S.C. § 1512(a)(1)(C)) |
| | ) | |
| Defendant | ) | |

### INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Between on or about March 27, 2012, and on or about April 1, 2022, defendant MATTHEW FARWELL (hereinafter, "FARWELL") was a sworn officer of the Stoughton Police Department in Stoughton, Massachusetts. In his capacity as a Stoughton police officer, FARWELL also served as an instructor for the Stoughton Police Explorers Academy (hereinafter, the "Police Explorers"), which was a vocational education program for local youth. The Police Explorers was designed to enable youth participants to learn about law enforcement careers.

2. Sandra Birchmore was born in May 1997. In or around March 2010, Sandra Birchmore applied to be a participant in the Police Explorers. At that time, Birchmore was 12 years old. She began participating in the program in or around the spring of 2010 and remained in the program through in or around 2016.

3. Prior to in or around 2012, FARWELL was a Police Explorers volunteer. He became an instructor when he started working for the Stoughton Police Department in 2012.

1

4. Before Birchmore attained the age of 16 years old, FARWELL engaged in sexual intercourse and other sex acts with Birchmore. FARWELL's sexual contact with Birchmore continued until in or around early 2021.

5. The Stoughton Police Department required employees, including police officers, to accurately report their time and attendance in order to receive wages and overtime. During some of the shifts when FARWELL was supposed to be performing his duties as a Stoughton police officer, he was instead engaged in sex acts with Birchmore. He failed to disclose that information to the Stoughton Police Department, and he took steps to conceal his conduct from other department employees.

6. In or around December 2020, Birchmore learned that she was pregnant. Birchmore told FARWELL that he was the father of the child.

7. On or about January 20, 2021, Birchmore's friend called the Stoughton Police Department and told a department employee that FARWELL had been having sex with Birchmore. Shortly thereafter, a Stoughton Police Department employee told FARWELL about the call.

8. On or about February 1, 2021, FARWELL killed Birchmore by strangulation. Shortly thereafter, FARWELL staged Birchmore's Canton, Massachusetts apartment to make it appear as if Birchmore had committed suicide.

<u>COUNT ONE</u>
Killing a Witness or Victim
(18 U.S.C. § 1512(a)(1)(C))

The Grand Jury charges:

9.  The Grand Jury realleges and incorporates by reference the allegations in paragraphs 1 through 8 of this Indictment.

10.  On or about February 1, 2021, in Canton, in the District of Massachusetts, the defendant,

MATTHEW FARWELL,

did kill Sandra Birchmore, a person known to the Grand Jury, with malice aforethought, willfully, deliberately, maliciously, and with premeditation, and with the intent to prevent the communication by any person to a law enforcement officer of information relating to the commission or possible commission of a federal offense, to wit, commission or possible commission of the federal offenses of Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242, Coercion and Enticement, in violation of 18 U.S.C. § 2422(b), and Wire Fraud, in violation of 18 U.S.C. § 1343.

All in violation of Title 18, United State Code, Section 1512(a)(1)(C).

A TRUE BILL

FOREPERSON

_____
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABTH C. RILEY

ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: August  27 , 2024
Returned into the District Court by the Grand Jurors and filed.

_____ @ 12:36 PM
DEPUTY CLERK

4