AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MATTHEW FARWELL (YOB 1985)<br>*Defendant* | )<br>)  Case No. 24-cr-10259 DJC-MPK<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MATTHEW FARWELL ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1512(a)(1)(c) Killing a victim/witness

Date: 8/27/2024

*Issuing officer's signature*

City and state:  Boston, Massachusetts     Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/27/2024 , and the person was arrested on *(date)* 8/28/2024
at *(city and state)* Revere, MA .

Date: 8/28/2024

*Arresting officer's signature*

Leah Feeesea, Special Agent
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  MATTHEW FARWELL

Known aliases:

Last known residence:  187 Chestnut St., North Easton, MA

Prior addresses to which defendant/offender may still have ties:

Last known employment:  Self-employed

Last known telephone numbers:  (781) 760-1314

Place of birth:

Date of birth:  10/30/1985

Social Security number:  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

Height:  6' 4                                   Weight:

Sex:                                             Race:

Hair:                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:  license to carry; carries a f/a; 10 f/a registered to home

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:  Federal Bureau of Investigations   201 Maple Road Chelsea

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: