UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:24-cr-10259-DJC |
| | ) | |
| MATTHEW FARWELL | ) | |

**DEFENDANT'S MOTION FOR VOLUNTARY ORDER
OF DETENTION WITHOUT PREJUDICE**

The defendant, Matthew Farwell, through counsel, asks that this Court enter a voluntary order of detention without prejudice and cancel the detention hearing scheduled for September 12, 2024. As grounds for this request, the defense states that Mr. Farwell had his initial appearance before this Court on August 28, 2024. The government moved for Mr. Farwell's pretrial detention at that time. A detention hearing was scheduled for September 10, 2024, and then rescheduled to September 12, 2024. After an opportunity to consult with his counsel, Mr. Farwell now asks the Court to enter a voluntary order of detention without prejudice, saving his right to request a detention hearing at a later date when his counsel has had additional time to review materials relating to this case and prepare for such a hearing. Mr. Farwell further asks that this Court cancel the detention hearing scheduled for September 12, 2024.

Respectfully submitted,
MATTHEW FARWELL,
By His Attorneys,

*/s/ Jane Peachy*
Jane Peachy
B.B.O. #661394

*/s/ Sandra Gant*
Sandra Gant
B.B.O. #680122

Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

**CERTIFICATE OF SERVICE**

I, Jane Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 7, 2024.

*/s/ Jane Peachy*
Jane Peachy

2