UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 24-CR-10259-DJC

UNITED STATES OF AMERICA

v.

MATTHEW FARWELL

**ORDER OF VOLUNTARY DETENTION**

KELLEY U.S.M.J.

Defendant had a detention hearing scheduled for September 12, 2024. Defendant, represented by counsel, filed a motion asking that the Court enter a voluntary order of detention and cancel the detention hearing. (#18.)

Accordingly, it is ORDERED that the defendant be DETAINED pending resolution of this matter and is further ORDERED that:

(1) the defendant be committed to the custody of the Attorney General for confinement in a corrections facility;

(2) the defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a full detention hearing and the setting of conditions of release, regardless of whether there have been changed circumstances.

                                                     /s/ M. Page Kelley
                                                    M. PAGE KELLEY
                                                    United States Magistrate Judge