UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-CR-10259-MPK-DJC |
| | ) | |
| MATTHEW FARWELL, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties state as follows:

**(1)    Status of Automatic Discovery and Pending Discovery Requests**

The government produced automatic discovery on September 25, 2024 (Bates Stamped USAO 000001-USAO 016698). Additional discovery (through USAO 034787) was produced by the government on the following dates:

- September 24, 2024
- October 1, 2024
- October 18, 2024
- December 12, 2024
- January 2, 2025
- January 10, 2025
- January 13, 2025
- January 28, 2025
- March 5, 2025
- March 11, 2025
- March 27, 2025
- April 15, 2025

Defendant has not yet produced any discovery to the government. The government has requested reciprocal discovery under Fed. R. Crim. P. 16(b) and Local Rule 116.1(D).

The defense has made additional discovery requests thus far that have been agreed to and complied with absent the need for court intervention. The parties anticipate being able to discuss

1

and address those discovery requests without court intervention but will seek a hearing date should conflicts arise. The parties are continuing to negotiate filter protocols for review of potentially privileged materials and will seek court intervention if unable to agree.

**(2)    Timing of Any Additional Discovery to Be Produced**

The government has produced voluminous discovery that, in its view, goes beyond its obligations under the federal and local rules. The government is continuing to review additional discovery and will produce those materials on a rolling basis. As the government obtains additional Rule 16 discovery, it will provide it to defendant pursuant to Local Rule 116.7.

**(3)    Timing of Any Additional Discovery Requests**

Defendant is still reviewing the materials produced thus far and has made additional discovery requests. The defense anticipates making additional discovery requests after its review of the discovery produced to date is complete.

**(4)    Protective Orders**

The government filed a motion for a protective order with the defendant's assent, and a protective order was entered by the Court on September 9, 2024 (ECF No. 22).

**(5)    Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendant is reviewing the discovery materials and evaluating the merits of any motions under Fed. R. Crim. P. 12(b). It is too early to determine the timing of any pretrial motions.

**(6)    Timing of Expert Witness Disclosures**

Should expert testimony prove necessary, the government agrees to make the requisite expert witness disclosures 90 days before trial; the defendant agrees to make reciprocal

disclosures 60 days before trial; and the government agrees to make disclosures regarding rebuttal experts, if any, 30 days before trial.

**(7)      Speedy Trial Act Calculation**

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on August 28, 2024. The Court excluded all time between August 30, 2024 and May 6, 2025 (ECF Nos. 15, 26, 30, 35, 37).

**(8)      Timing of an Interim Status Conference**

The parties request that the Court convene a further interim status conference in approximately 60 days or at a date thereafter that is convenient for the Court. The parties ask the Court to exclude the period until that conference under 18 U.S.C. § 3161(h)(7) in order that the defendant may have adequate time to review discovery. The defendant agrees to exclude the time between May 6, 2025 and the date of the interim status conference from the Speedy Trial calculation.

Respectfully submitted, this 29th day of April 2025,

MATTHEW FARWELL                          LEAH B. FOLEY
Defendant                                United States Attorney

*/s/ Jane Peachy*                        */s/ Torey B. Cummings*
Jane Peachy                              Elizabeth Riley
Sandra Gant                              Brian A. Fogerty
Counsel for Defendant                    Torey B. Cummings
                                         Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney

4