## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        :
                             :

      v.                        : Docket No.: 24-cr-10259-DJC
                             :

MATTHEW FARWELL             :

        I, Kimberly C. Stevens, hereby state the following under the pains and penalties of perjury:

1. I am Senior Capital Resource Counsel, hosted by the Office of the Federal Public Defender of the Middle District of Tennessee.

2. I am a member of the bar in good standing in every jurisdiction in which I am admitted to practice law.  I hold an active license to practice law in the State of North Carolina and am a member in good standing in that jurisdiction.

3. I have never been the subject of any disciplinary proceedings in any jurisdiction in which I am admitted to practice law, and there are none pending against me.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and I agree to comply with those rules.

Kimberly C. Stevens

JUNE 24, 2025
Dated