UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Docket No.: 24-cr-10259-DJC |
| | : |
| | : |
| MATTHEW FARWELL | : |

### NOTICE OF APPEARANCE

Senior Capital Resource Counsel Kimberly C. Stevens hereby enters her appearance as learned counsel for Matthew Farwell in the above-entitled action.

Respectfully submitted,

MATTHEW FARWELL,
by his attorney:

/s/ *Kimberly C. Stevens*

Kimberly C. Stevens
North Carolina State Bar # 20156

Senior Capital Resource Counsel
1070-1 Tunnel Road, Ste. 10-215
Asheville, NC 28805
(336) 575-4337

Appearing with and on behalf of the
Office of the Federal Public Defender for
The Middle District of Tennessee

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 26, 2025.

/s/ *Kimberly C. Stevens*

Kimberly C. Stevens