UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>MATTHEW FARWELL      ) | Docket No. 1:24-cr-10259-DJC |

## JOINT MOTION TO CANCEL STATUS CONFERENCE

Now come the parties and jointly request that this Honorable Court cancel the status conference scheduled for October 6, 2025. As grounds, the parties timely filed a joint status report pursuant to L.R. 116.5(b) on September 29, 2025, indicating, *inter alia*, that the parties sought to address certain issues at the October 6 status conference. D.E. 49. Subsequent to that filing, counsel for Mr. Farwell filed an assented-to motion to amend the protective order. D.E. 50. The parties have also worked to resolve issues related to defense access to certain evidence such that the defense does not anticipate filing a motion at this time.

Wherefore, as the issues which the parties would have sought court intervention at the October 6 status conference have now resolved, the parties request that the October 6 status conference be canceled and that a further final status conference be scheduled in approximately 60 days or at a date thereafter that is convenient for the Court.

Respectfully submitted, this 30th day of September 2025,

                                        LEAH B. FOLEY
                                        United States Attorney

                                        */s/ Brian A. Fogerty*
                                        Elizabeth Riley
                                        Brian A. Fogerty
                                        Torey B. Cummings
                                        Assistant U.S. Attorneys

MATTHEW FARWELL
Defendant

*/s/ Sandra Gant*
Sandra Gant
Kimberly Stevens
Joanne Daley
Attorneys for the Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 30, 2025.

*/s/ Sandra Gant*
Sandra Gant