UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-cr-10259-DJC |

## ASSENTED-TO MOTION FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by Leah B. Foley, United States Attorney, and Elizabth C. Riley, Brian A. Fogerty and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, moves to exclude the time period from October 16, 2025, through October 5, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), on the grounds that the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial. The government further asks this Court to issue the attached proposed Order of Excludable Delay. The defendant, Matthew Farwell, through his counsel of record, assents to this motion and the entry of the proposed order.

In support of the motion, the government states as follows:

1.      On October 16, 2025, the Court set this matter for jury trial beginning on October 5, 2026. ECF No. 58.

2.      Since the grand jury returned the indictment in this case, the government has produced hundreds of thousands of pages of discovery materials, including many hours of recordings, and voluminous data extracted from several electronic devices. The attached Order of Excludable Delay is necessary to ensure that the defendant has sufficient time to review and

examine the discovery, file pretrial motions, and prepare for trial.  The parties jointly agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and thus the ends of justice served by excluding this period outweigh the public and defendant's interest in a speedy trial.  *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3.      A proposed order is attached.


Respectfully submitted,

LEAH B. FOLEY
United States Attorney


By:     /s/ Brian A. Fogerty
        ELIZABETH C. RILEY
        BRIAN A. FOGERTY
        TOREY B. CUMMINGS
        Assistant United States Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

Date: October 22, 2025