UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-cr-10259-DJC |

ORDER OF EXCLUDABLE DELAY

CASPER, D.J.

Upon consideration of the government's assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from October 16, 2025, through and including October 5, 2026, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence " specifically, this exclusion of time allows the defendant to review and examine the voluminous discovery, file pretrial motions, and prepare for a trial in this case. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2. The ends of justice served by excluding this time period outweigh the public and defendant's interest in a speedy trial. Accordingly, the Court grants the government's assented-to motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from October 16, 2025, through and including October 5, 2026, is excluded from the speedy trial clock.

October 24, 2025

_____
HON. DENISE J. CASPER
CHIEF UNITED STATES DISTRICT JUDGE