JS 45 (5/97) - (Revised U.S.D.C. MA 9/25/2012)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA            **Category No.** II            **Investigating Agency** FBI

**City** Canton

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf.  X                     Case No. 24-CR-10259-DJC

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  24-6642; 24-6425-6526; 24-6363; 24-6000

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes   ☐ No

**Defendant Information:**

**Defendant Name** Matthew Farwell                        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** 187 Chestnut Street, North Easton, MA

**Birth date (Yr only):** 1985   **SSN (last 4#):** 9751   **Sex:** M   **Race** white   **Nationality:** USC

**Defense Counsel if known:** Sandie Gant; Kim Stevens; Joanne Daley   **Address:** Federal Defender

**Bar Number:** _____                                 51 Sleeper St. Boston 02210

**U.S. Attorney Information**

**AUSA:** Elizabeth Riley                   **Bar Number if applicable:** 679537

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested        ☐ Regular Process        ☑ In Custody

**Location Status:** Wyatt

**Arrest Date:** August 28, 2024

☑ Already in Federal Custody as of  August 28, 2024   in  Wyatt .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**     ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/28/2025        Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Matthew Farwell    _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1512(a)(1)(c) | Killing a Victim/Witness | 1 |
| Set 2 | 18 USC 1841(a)(1), (a)(2)(A) and (a)(2)(C) | Protection of Unborn children | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013