UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>MATTHEW FARWELL　　　　　　　 ) | Docket No. 1:24-cr-10259-DJC |

**ASSENTED-TO MOTION FOR LEAVE TO FILE
MEMORANDUM IN EXCESS OF TWENTY PAGES**

　　　　The Defendant, Matthew Farwell, respectfully moves pursuant to Local Rule 7.1(b)(4) for leave to file a memorandum in support of a motion to change venue in excess of twenty pages in this matter. As grounds, undersigned counsel states that Mr. Farwell's motion addresses the voluminous pretrial publicity in his case, the prejudicial impact of such publicity on a potential jury pool in the District of Massachusetts, and the law and constitutional rights requiring a transfer of venue. In order to properly marshal the facts and apply the law, undersigned counsel requests leave to file a brief in excess of twenty pages (specifically no more than 25 pages, excluding signature and certificates of compliance/service).

　　　　Pursuant to Local Rule 7.1(a)(2), counsel conferred with the government prior to filing this motion, and understands that the government assents to the relief requested in this motion.

　　　　Therefore, Mr. Farwell moves for leave to file his Motion to Transfer Venue that will be in excess of twenty pages.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW FARWELL
　　　　　　　　　　　　　　　　　　　　　　　　By his attorneys,

　　　　　　　　　　　　　　　　　　　　　　　　*/s Kimberly C. Stevens*
　　　　　　　　　　　　　　　　　　　　　　　　Kimberly C. Stevens
　　　　　　　　　　　　　　　　　　　　　　　　N.C. State Bar # 20156
　　　　　　　　　　　　　　　　　　　　　　　　Joanne M. Daley

BBO # 653375
Sandra Gant
BBO # 680122
Assistant Federal Public Defenders
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 14, 2025.

*/s Kimberly C. Stevens*
Kimberly C. Stevens