# EXHIBIT 1

**CERTIFICATE OF VITAL RECORD**

VERIFY PRESENCE OF WATERMARK  HOLD TO LIGHT TO VIEW

# The Commonwealth of Massachusetts  R 200911
### DEPARTMENT OF PUBLIC HEALTH
### REGISTRY OF VITAL RECORDS AND STATISTICS


07012019



*Commonwealth of Massachusetts*
*Registry of Vital Records and Statistics*
### CERTIFICATE OF DEATH
**MEDICAL EXAMINER**

State File #: 2021 011923
Registered #: 21-37
OCME CASE # 2021-2032

| | |
|---|---|
| Place of Death | 3307 WINDSOR WOODS WAY, CANTON, MA |
| Date of Death | FEBRUARY 04, 2021 |
| Age | 23 YRS |
| Sex | FEMALE |
| Current Name | BIRCHMORE, SANDRA MARIE |
| Surname at Birth or Adoption | BIRCHMORE |
| SSN | --- -- 0194 |
| AKA | --- |
| Date of Birth | MAY 13, 1997 |
| Birthplace | BOSTON, MASSACHUSETTS |
| Residence | 3 WINDSOR WOODS LANE, CANTON, MASSACHUSETTS 02021 |
| Race | WHITE |
| Education | UNKNOWN |
| Marital Status | NEVER MARRIED |
| Occupation/Industry | SUBSTITUTE TEACHER/EDUCATION |
| Last Spouse – Last, First, Middle (Surname at Birth or Adoption) | --- |
| Decedent: U.S. Veteran (Most Recent) | NO |
| Parent Name – Last, First Middle (Surname at Birth or Adoption) | BIRCHMORE, DENISE FRANCIS (MCKAIN) |
| Birthplace | MASSACHUSETTS |
| Parent Name – Last, First Middle (Surname at Birth or Adoption) | BIRCHMORE, SANDRA MARIE (BIRCHMORE) |
| Birthplace | MASSACHUSETTS |

**Part I. Cause of Death** – Sequentially list immediate cause then antecedent causes then underlying cause

| | Interval between onset and death |
|---|---|
| a. Immediate Cause (Final condition resulting in death) ASPHYXIA BY HANGING | UNKNOWN --- |
| b. Due to or as a consequence of: --- | --- |
| c. Due to or as a consequence of: --- | --- |
| d. Due to or as a consequence of: --- | --- |

**Part II.** Other significant conditions contributing to death but not resulting in underlying cause
---

Manner of Death: **SUICIDE**
Time of Death: 99:99
Result of Injury: YES

| | |
|---|---|
| Certifier | MARIA DEL MAR CAPO-MARTINEZ, MD |
| Lic # | 268066 |
| Addr. | 720 ALBANY STREET, BOSTON, MASSACHUSETTS 02118 |
| Funeral Licensee/ Designee | DAVID A CASPER |
| Lic # | 6562 |
| Facility/Addr. | CASPER FUNERAL AND CREMATION SERVICES, BOSTON, MASSACHUSETTS |
| Immediate Disposition | CREMATION |
| Date of Immediate Disposition | MARCH 03, 2021 |
| Place/Address | SAINT MICHAEL CREMATORY, 500 CANTERBURY STREET, BOSTON, MASSACHUSETTS 02131 |
| Date of Record | MARCH 04, 2021 |
| Date of Amendment | MAY 21, 2021 --- |

*signature*
**CLERK, TOWN OF CANTON**

DATE ISSUED: MARCH 10, 2025

*Jennifer M. Raymond*
**Jennifer M. Raymond**
**Registrar of Vital Records and Statistics**

I, the above signed, hereby certify that I am the Registrar of Vital Records and Statistics; that as such I have custody of the records of birth, marriage, and death required by law to be kept in my office; and I do hereby certify that the above is a true copy from said records.
**IT IS ILLEGAL TO ALTER OR REPRODUCE THIS DOCUMENT IN ANY MANNER**

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**

| R-301 p. 2 of 2 | BIRCHMORE | SFN: 2021 011923 |
|---|---|---|
| CANTON 21-37 DEPOSITION # 21-11 | | AMENDED: MAY 21, 2021 |
| CANTON | | |
| STATE VOL/PG: / | | |

| *If U.S. war veteran, specify war/conflict(s)* | | |
|---|---|---|
| --- | | |
| *Branch of military (most recent)* | | *Rank/organization/outfit(most recent)* |
| --- | | --- |
| *Date entered(most recent)* | *Date Discharged (most recent)* | *Service Number(most recent)* |
| --- | --- | --- |

| *Place of Death Type* | *Date of Pronouncement* | *Time of Pronouncement* |
|---|---|---|
| DECEDENT'S RESIDENCE | --- | --- |
| *RN/NP/PA Pronouncement?* *Name of RN/NP/PA Pronouncing Death* | | *Lic #* |
| NO                    --- | | --- |
| *RN/NP/PA Employing Agency or Institution* | *Name of Physician or Medical Examiner notified* | |
| --- | --- | |

| *Was M.E. Notified?* | *Provider in charge of patient's care, if not certifier* | | |
|---|---|---|---|
| YES | --- | | |
| *Autopsy Performed?* | *Findings available for Cause?* | *Tobacco contribute to death?* | *Pregnancy Status, if female* |
| YES | YES | UNKNOWN | PREGNANT AT THE TIME OF |
| *Date of Injury* | *Time of Injury* | *Injury at Work?* | *If Transportation Injury, specify:* |
| UNKNOWN | UNKNOWN | NO | NOT APPLICABLE |
| *Place of Injury* | | *Location/Address of Injury:* | |
| RESIDENCE | | 3307 WINDSOR WOODS WAY, CANTON, MASSACHUSETTS 02021 | |

| *Describe How Injury Occurred* |
|---|
| HANGED HERSELF |

| *Expanded Race:* WHITE |
|---|
| *Ethnicity:* AMERICAN |

| *Informant Name* | *Relationship* |
|---|---|
| RAY --- COSGROVE | COUSIN |
| *Addr.* 7 LONG HILL ROAD, AUBURN, NEW HAMPSHIRE 03032 | |

| *Date Disposition Permit Issued:* | MARCH 04, 2021 | *Board of Health Agent* | TRACY K. KENNEY |
|---|---|---|---|
| *State Tracking No.* | 011923 | *Local Permit No.* | 21-15 |

BASIS/REASON:   OCME UNPEND COD/CAUSE OF DEATH HAS BEEN DETERMINED
EVIDENCE:       MEDICAL EXAMINER UPDATE

