UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANT'S MOTION TO TRANSFER VENUE

The United States of America, by Leah B. Foley, United States Attorney, and Elizabeth C. Riley, Brian A. Fogerty, and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, respectfully moves this Court for an extension of time to December 12, 2025 to respond to the defendant's Motion to Transfer Venue (ECF No. 71). In support of this Motion, the government states that the defendant's motion includes 15 exhibits totaling over 240 pages. In light of the length of the motion as well as the Thanksgiving holiday next week, the government seeks an extension of its deadline to respond to December 12, 2025. Defense counsel has assented to this request.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ Torey B. Cummings
ELIZABETH C. RILEY
BRIAN A. FOGERTY
TOREY B. CUMMINGS
Assistant United States Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Torey B. Cummings*
                                              Torey B. Cummings
                                              Assistant U.S. Attorney