UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 24-CR-10259-MPK-DJC |
| ) | |
| MATTHEW FARWELL, ) | |
| ) | |
| Defendant ) | |

## ASSENTED TO MOTION TO CONTINUE HEARING

The United States of America, by Leah B. Foley, United States Attorney, and Elizabeth Riley, Assistant United States Attorney for the District of Massachusetts, move to continue the hearing on Defendant's Motion for Change in Venue that has been scheduled for January 12, 2026. A member of the prosecution team will be on trial before the Honorable Leo T. Sorokin on the scheduled date. The Defendant assents to a continuance and the parties are jointly requesting a hearing on this matter on January 20, 2026, January 21, 2026; or January 23, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:  /s/ Elizabeth Riley
Elizabeth Riley
Brian A. Fogerty
Torey B. Cummings
Assistant United States Attorneys
617-749-3352

CERTIFICATE OF SERVICE

    I hereby certify that on December 22, 2025, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                      */s/ Elizabeth Riley*
                                      Elizabeth Riley
                                      Assistant U.S. Attorney