UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MATTHEW FARWELL, )<br>)<br>         Defendant )  | Criminal No. 24-CR-10259-MPK-DJC |

# JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties state as follows:

**(1)    Status of Automatic Discovery and Pending Discovery Requests**

The government produced automatic discovery on September 25, 2024 (Bates Stamped USAO 000001-USAO 016698). Additional discovery (through USAO 051400) was produced by the government on the following dates:

- September 24, 2024
- October 1, 2024
- October 18, 2024
- December 12, 2024
- January 2, 2025
- January 10, 2025
- January 13, 2025
- January 28, 2025
- March 5, 2025
- March 11, 2025
- March 27, 2025
- April 15, 2025
- July 15, 2025
- August 18, 2025
- August 26, 2025
- September 16, 2025
- October 7, 2025
- October 23, 2025
- December 8, 2025
- December 9, 2025
- December 11, 2025
- December 16, 2025
- December 22, 2025
- December 23, 2025
- January 12, 2026
- January 30, 2026

Defendant has not yet produced any discovery to the government. The government has requested reciprocal discovery under Fed. R. Crim. P. 16(b) and Local Rule 116.1(D).

1

The government has provided responses and responsive documents to defense discovery requests submitted on November 27, 2024, February 7, 2025, August 21, 2025, and December 5, 2025.

The government agreed to wait to receive certain material until the defendant has reviewed the material on his own for privileged and potentially privileged information. The parties negotiated a filter protocol, and the defendant received the material at issue on October 3, 2025. In January 2026, the defendant provided some, but not all, of the filtered material to the government. The parties are in the process of negotiating another deadline for defendant to produce the remaining materials subject to the filter protocol.

**(2)    Timing of Any Additional Discovery to Be Produced**

The government has produced voluminous discovery that, in its view, goes beyond its obligations under the federal and local rules. The government is continuing to review additional discovery and will produce those materials on a rolling basis. As the government obtains additional Rule 16 discovery, it will provide it to defendant pursuant to Local Rule 116.7.

**(3)    Timing of Any Additional Discovery Requests**

Aside from what is set forth in this memo, there are no other pending discovery requests. The defense team is continuing to review discovery and may make additional requests for discovery in the next several weeks. At this time, the parties anticipate being able to discuss and address those discovery requests without court intervention but will seek a hearing date should conflicts arise.

**(4)      Protective Orders**

The government filed a motion for a protective order with the defendant's assent, and a protective order was entered by the Court on September 9, 2024 (ECF No. 22). The protective order was subsequently modified by agreement on October 1, 2025. (ECF No. 50, 54).

**(5)      Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The Court has ordered defendant to file any motions to dismiss under Fed. R. Crim. P. 12(b)(3) by February 2, 2026, with opposition to be filed by February 27, 2026. ECF No. 58. Motions to suppress, if any, are to be filed by March 16, 2026, with opposition due April 6, 2026. *Id*.

**(6)      Timing of Expert Witness Disclosures**

The Court ordered the government to make expert disclosures, if any, by May 1, 2026. ECF No. 58. Defendant is to provide any expert disclosures by June 1, 2026. *Id*.

**(7)      Speedy Trial Act Calculation**

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on August 28, 2024. The Court excluded all time between August 30, 2024, and the date of the trial: October 5, 2026 (ECF Nos. 15, 26, 30, 35, 37, 40, 62).

**(8)      Timing of an Interim Status Conference**

The parties request that the Court cancel the February status conference and convene a further interim status conference in approximately 60 days or at a date thereafter that is convenient for the Court.

Respectfully submitted, this 30th day of January 2026,

        LEAH B. FOLEY
        United States Attorney

        */s/ Torey B. Cummings*
        Elizabeth Riley
        Brian A. Fogerty
        Torey B. Cummings
        Assistant U.S. Attorneys

        MATTHEW FARWELL
        Defendant

        */s/ Sandra Gant*
        Sandra Gant
        Kimberly Stevens
        Joanne Daley
        Attorneys for the Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that on January 30, 2026, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

        */s/ Torey B. Cummings*
        Torey B. Cummings
        Assistant U.S. Attorney