**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITION AND**
**MEMORANDUM IN EXCESS OF TWENTY PAGES**

The Defendant, Matthew Farwell, respectfully moves pursuant to Local Rule 7.1(b)(4)

for leave to file an Opposition to Government's Motion for Detention and Memorandum in

Support of Release that will be in excess of twenty pages in this matter. As grounds, undersigned

counsel states that Mr. Farwell's opposition addresses, in large part, the 45-page affidavit filed by

the Government in support of their motion for detention in this case.

In order to properly respond to the government's motion, marshal the facts, and apply the

law, undersigned counsel requests leave to file a brief in excess of twenty pages (specifically no

more than 30 pages, excluding signature and certificates of compliance/service).

Pursuant to Local Rule 7.1(a)(2), counsel conferred with the government prior to filing

this motion and understands that the government assents to the relief requested in this motion.

Therefore, Mr. Farwell moves for leave to file his Opposition to Government's Motion for

Detention and Memorandum in Support of Release that will be in excess of twenty pages.

March 26, 2026                                        Respectfully submitted,

                                                     MATTHEW FARWELL,
                                                     By his attorneys,

/s/ Joanne M. Daley
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Sandra Gant, BBO # 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 26, 2026.

/s/ Joanne M. Daley
Joanne M. Daley