US v. Farwell

Exhibit 2



Stoughton Police Department Life Saving Medal