**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA     )
                               )
                               )   Docket No. 1:24-cr-10259-DJC
     v.                       )
                               )
MATTHEW FARWELL          )

### ASSENTED TO MOTION TO WITHDRAW DOCUMENT D.E. 105

Now comes Matthew Farwell, the Defendant in this matter, and respectfully moves to withdraw from the docket the *First* Opposition to Government's Motion for Detention and Memorandum in Support of Release filed on March 26, 2026. D.E. 105, as it was subsequently replaced and amended with a clarified footnote and filed as D.E. 106.

In support of this motion, undersigned counsel avers the following. The defendant's 30-page memorandum contains the following passage at page 11:

> Mr. Farwell remained singularly focused on providing for his family and protecting them from the circus-like atmosphere generated in the wake of Ms. Birchmore's suicide and revelations surrounding his prior interactions with her. While other men who had ongoing affairs with Ms. Birchmore moved out of state after her death.

This section includes a corresponding Footnote (#12). It reads as follows:

> **These** include, according to the government's own evidence, Mr. Farwell's brother who is a named defendant in the civil lawsuit **as well as** the confirmed biological father of Ms. Birchmore's fetus who has thus far **not been publicly named**. (Emphasis supplied).

After Mr. Farwell's memorandum was filed, the Boston Globe published an online article. Based upon the reporter's misreading of Footnote #12, it proclaimed incorrectly that Mr. Farwell's brother is the biological father of Ms. Birchmore's fetus. Out of an abundance of caution and to prevent further misinformation in the media about this case, undersigned counsel

immediately filed an Amended Memorandum with a clarifying footnote # 12 as follows:

> **These** include, according to the government's own evidence, Mr. Farwell's brother who is a named defendant in the civil lawsuit, **as well as another individual** who is the confirmed biological father of Ms. Birchmore's fetus who has thus far not been publicly named. (Emphasis supplied in original). D.E. 106.

Pursuant to Local Rule 7.1(a)(2), counsel conferred with the government prior to filing this motion and understands that the government assents to the relief requested in this motion. The government also concurs that the footnote at issue was misconstrued.

Therefore, Mr. Farwell respectfully moves to Withdraw from the docket in this matter his *First* Opposition to Government's Motion for Detention and Memorandum in Support of Release D.E. 105, as it has been replaced and amended by D.E. 105.

March 27, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Sandra Gant, BBO # 680122
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 27, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley