**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cr-10259-DJC |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE MOTION**
**TO SUPPRESS EVIDENCE IN EXCESS OF TWENTY PAGES**

The Defendant, Matthew Farwell, respectfully moves pursuant to Local Rule 7.1(b)(4) for leave to file his Motion to Suppress Evidence that will be in excess of twenty pages in this matter. As grounds, undersigned counsel states that the issues raised in Mr. Farwell's motion are complex and substantial. In order to properly marshal the facts and apply the law, undersigned counsel requests leave to file a brief in excess of twenty pages (specifically no more than 40 pages, excluding signature and certificates of compliance/service).

Pursuant to Local Rule 7.1(a)(2), counsel conferred with the government prior to filing this motion and understands that the government assents to the relief requested herein.

Therefore, Mr. Farwell moves for leave to file his Motion to Suppress Evidence that will be in excess of twenty pages.

Dated: April 13, 2026

Respectfully submitted,
MATTHEW FARWELL,
By his attorneys,
*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 13, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley