**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cr-10259-DJC |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED-TO MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S
OPPOSITION TO MOTION TO SUPPRESS EVIDENCE AND TO CONVERT
HEARING DATE TO REPLY DATE**

The Defendant, Matthew Farwell, respectfully moves pursuant to Local Rule 7.1(b)(3)

for leave to file a Reply to the Government's Opposition to his Motion to Suppress Evidence.

As grounds, undersigned counsel states that the issues raised in Mr. Farwell's motion are

complex and substantial; a response to the Government's argument will be necessary in order to

fully brief the issues for the Court.[1]

If this Motion is granted, Mr. Farwell asks that the May 14, 2026, hearing date on the

motion be converted to a Reply date. Mr. Farwell further requests that the Court schedule the

hearing on his Motion to Suppress for any day the week of June 1, 2026.

Pursuant to Local Rule 7.1(a)(2), counsel conferred with the government prior to filing

this motion and understands that the government assents to the relief requested herein.

Therefore, Mr. Farwell requests leave to file a Reply to the Government's Opposition to

his Motion to Suppress Evidence; he further asks that the Court convert the May 14, 2026,

hearing date to his Reply date and schedule the hearing on the Motion for the week of June 1,

2026.

---

[1] Mr. Farwell did not seek leave to reply to the Government's Opposition memoranda in either his Motion for Change of Venue or Motion to Dismiss.

Dated: April 13, 2026

Respectfully submitted,

MATTHEW FARWELL,

By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 13, 2026.

*/s/ Joanne M. Daley*