UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED-TO MOTION TO FILE MOTION TO SUPPRESS UNDER SEAL**

Now comes the defendant, Matthew Farwell, by and through undersigned counsel, and moves to file under seal his motion to suppress and supporting exhibits. As grounds, undersigned counsel submits that the motion to suppress relates to search warrants issued in this case which remain under seal. Additionally, the motion to suppress refers extensively to, and the exhibits themselves contain, material subject to protective orders issued by this Honorable Court. *See* D.E. 19, 22, 50, 52.

Pursuant to Local Rule 7.1, undersigned counsel conferred with the government prior to filing this motion, and understands that the government assents to the sealing of the motion to suppress and supporting exhibits.

Dated: April 15, 2026                Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

## **CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 15, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley