UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
      )   Docket No. 1:24-cr-10259-DJC
    v.      )
      )
MATTHEW FARWELL      )

### ASSENTED-TO MOTION TO FILE EXHIBITS UNDER SEAL

Now comes the defendant, Matthew Farwell, by and through undersigned counsel, and moves to file under seal the exhibits (A-F) in support of his Opposition to Detention/Motion for Release. (D.E. 105). As grounds, undersigned counsel submits that the exhibits contain material subject to protective orders issued by this Honorable Court. *See* D.E. 19, 22, 50, 52.

Pursuant to Local Rule 7.1, undersigned counsel conferred with the government prior to filing this motion, and understands that it assents to the sealing of these exhibits.

Dated: April 27, 2026           Respectfully submitted,

                            MATTHEW FARWELL,
                            By his attorneys,

                            */s/ Joanne M. Daley*
                            Joanne M. Daley, BBO # 653375
                            Federal Public Defender Office
                            51 Sleeper Street, 5th Floor
                            Boston, MA 02210
                            617-223-8061
                            Joanne_daley@fd.org

\\

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 27, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley