**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 24-cr-10259-DJC/MPK |
| | ) | |
| MATTHEW FARWELL | ) | |
| | ) | |

**GOVERNMENT'S MOTION TO FILE EXHIBITS UNDER SEAL**

The United States respectfully moves the Court to permit it to file under seal Exhibit 24

to its supplemental memorandum in support of detention in this case.  This exhibit contains

personal identification information of the decedent.

Respectfully submitted,

LEAH FOLEY
United States Attorney

*/s/ Elizabeth C. Riley*
Elizabeth C. Riley
Torey B. Cummings
Brian F. Fogerty
Assistant United States Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: May 5, 2026

**Certificate of Service**

I hereby certify that this document will be sent electronically to counsel for Matthew
FARWELL.

By:    */s/ Elizabeth C. Riley*
Elizabeth C. Riley

Assistant U.S. Attorney

2