UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
v.                                  )        Criminal No. 24-CR-10259-DJC
                                    )
MATTHEW FARWELL,                    )
                                    )
            Defendant               )

## ASSENTED-TO MOTION FOR LEAVE TO FILE OPPOSITION AND MEMORANDUM IN EXCESS OF TWENTY PAGES

The Government respectfully moves pursuant to Local Rule 7.1(b)(4) for leave to file an Opposition to the Defendant's Motion to Suppress Evidence that will be in excess of twenty pages in this matter. As grounds, undersigned counsel states that the government's response needs to address a number of arguments that the defense makes in its forty page motion and memorandum in support of suppression.

In order to properly respond to the defense motion, marshal the facts, and apply the law, undersigned counsel requests leave to file a brief in excess of twenty pages (specifically no more than 40 pages, excluding signature and certificates of compliance/service). Pursuant to Local Rule 7.1(a)(2), the parties have conferred prior to filing this motion and the defense assents to the relief requested in this motion.

                                    LEAH B. FOLEY
                                    United States Attorney

                                    /s/ Elizabeth Riley
                                    Elizabeth Riley
                                    Brian A. Fogerty
                                    Torey B. Cummings
                                    Assistant U.S. Attorneys

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 6, 2026, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Elizabeth Riley
Elizabeth Riley
Assistant U.S. Attorney

2