UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 24-cr-10259-DJC |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**\*ASSENTED TO\* REQUEST TO EXTEND DEADLINE FOR FILING REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS EVIDENCE**

Defendant, Matthew Farwell, moves this Court to extend the date to file his Reply to the Government's Opposition to his Motion to Suppress Evidence in this matter from May 14, 2026, to May 18, 2026.

As grounds for this motion, undersigned counsel states that additional time is required to reply to the Government's 39-page Opposition brief filed on May 8, 2026. Mr. Farwell is not seeking to reschedule the May 26, 2026 hearing date on the Motion.

Undersigned counsel conferred with the government as to this request and was informed that the government does not oppose the relief requested herein.

Dated: May 12, 2026

Respectfully submitted,

MATTHEW FARWELL,
By His Attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO #653375
Sandra Gant, BBO #680122
Kimberly C. Stevens
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 6, 2026.

/s/ Joanne M. Daley
Joanne M. Daley