UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED-TO MOTION TO FILE REPLY AND EXHIBITS UNDER SEAL**

Now comes the defendant, Matthew Farwell, by and through undersigned counsel, and moves to file under seal his Reply to the government's Opposition to his Motion to Suppress Evidence and supporting exhibits. As grounds, undersigned counsel submits that the Motion to Suppress and the government's Opposition were both filed under seal as they relate to search warrants issued in this case which remain under seal. Additionally, both briefs refer extensively to, and the exhibits themselves contain material subject to protective orders issued by this Honorable Court. See D.E. 19, 22, 50, 52. Mr. Farwell's Reply refers to these same protected materials.

Pursuant to Local Rule 7.1, undersigned counsel conferred with the government prior to filing this motion and understands that the government assents to the sealing of the Reply and supporting exhibits.

Dated: May 14, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly Stevens
Federal Public Defender Office

51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

\\

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 14, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley