**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No. 1:24-cr-10259-DJC |
| | ) |
| v. | ) |
| | ) |
| | ) |
| MATTHEW FARWELL | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel hereby moves to withdraw from this case. As grounds, undersigned counsel states that today is her last day with the Federal Public Defender Office,  and she will thus be unable to continue future representation of Mr. Farwell.

Mr. Farwell remains represented by Attorneys Joanne Daley and Kimberly Stevens in this case.

Dated:  5/29/26                                        Respectfully submitted,


                                                       */s/ Sandra Gant*
                                                       Sandra Gant, BBO # 680122
                                                       Federal Public Defender Office
                                                       51 Sleeper Street, 5th Floor
                                                       Boston, MA 02210
                                                       617-223-8061
                                                       Sandra_Gant@fd.org


**CERTIFICATE OF SERVICE**

I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on May 29, 2026.

                                                       */s/ Sandra Gant*
                                                       Sandra Gant