UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
          )
          )
VS.          )    Dkt. 1:23-24-10259-DJC
          )
          )
MATTHEW FARWELL    )

## DEFENDANT'S ASSENTED TO MOTION
## FOR NOTICE OF RULE 404(b) EVIDENCE

The defendant, Matthew Farwell, hereby moves this Honorable Court for an order setting a deadline of July 31, 2026, by which the government must provide the defendant with initial notice of any evidence of crimes, wrongs, or other acts it intends to introduce at trial pursuant to Fed. R. Evid. 404(b). Specifically, the defendant requests that the government provide written notice of any such evidence they intend to offer at trial, and that they "articulate in the notice the permitted purpose for which the prosecutor intends to offer the evidence and the reasoning that supports the purpose." Fed. R. Evid. 404(b)(3).

As grounds for this request, the defendant states that this case is scheduled for trial on October 5, 2026. This Court has set a deadline of August 3, 2026, for filing of motions in limine. The defendant requests that the government provide notice of any intended 404(b) evidence by this date, so that the defendant has an opportunity to

object to the admissibility of such evidence by the date set for oppositions to in a motion in limine, August 17, 2026.

The government assents to this motion but reserves the right to reasonably notice additional Rule 404(b) evidence should the government learn of any new evidence after July 31, 2026, that falls under Rule 404(b), or if certain evidence becomes relevant under Rule 404(b) as a result of other filings, evidence, or testimony.

Dated: July 8, 2026

Respectfully submitted,

MATTHEW FARWELL

By his Attorneys,

/s/ *Joanne M. Daley*

_____

Joanne M. Daley BBO # 653375
Kimberly C. Stevens
North Carolina State Bar # 20156
Assistant Federal Public
Defenders
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
(617) 223-8061

## CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to, Elizabeth Riley Cuniffe, Brian Fogarty, and Torey Cummings, Assistant United States Attorneys, on July 8, 2026.