**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Docket No.: 24-cr-10259-DJC |
| | : | |
| | : | |
| MATTHEW FARWELL | : | |

**ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY TO THE
GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR BILL OF
PARTICULARS**

Defendant, Matthew Farwell, respectfully moves this Court for leave to file a reply to the government's Opposition to Motion for Bill of Particulars (Dkt 164), pursuant to Local Rule 7.1(b)(4).

As grounds for this motion, undersigned counsel states that important legal and discovery infirmities in the government's Opposition must be addressed to complete the briefing on this critical issue. Should this Court grant permission to file the reply, counsel are prepared to do so on or before July 14, 2026 (Tuesday of next week).

Undersigned counsel conferred with the government as to this request and was informed that the government does not oppose the request herein.

Dated: July 10, 2026                    Respectfully submitted,

                                        MATTHEW FARWELL,
                                        By his attorneys,

                                        */s/ Kimberly C. Stevens*
                                        Kimberly C. Stevens, NC State Bar # 20156
                                        Joanne M. Daley, BBO # 653375

Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Kimberly C. Stevens, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on July 10, 2026.

*/s/ Kimberly C. Stevens*
Kimberly C. Stevens