**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cr-10259-DJC |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED TO MOTION FOR LEAVE TO FILE
RULE 702 MOTION REGARDING THE TESTIMONY OF
DR. WILLIAM SMOCK IN EXCESS OF TWENTY PAGES**

The Defendant, Matthew Farwell, respectfully moves pursuant to Local Rule 7.1(b)(4) for leave to file his Rule 702 Motion challenging the testimony of Dr. William Smock that will be in excess of twenty pages in this matter.  As grounds, undersigned counsel states that the issues raised in Dr. Smock's purported testimony go to the central issue in this case – whether a killing occurred, and are numerous, complex, and substantial.  In order to properly outline the relevant factual history, the numerous opinions proffered by Dr. Smock, and then effectively apply the science and the law to Dr. Smock's opinions, undersigned counsel requests leave to file a brief in excess of twenty pages (specifically no more than 70 pages, excluding signature and certificates of compliance/service).

Pursuant to Local Rule 7.1(a)(2), counsel conferred with the government prior to filing this motion and understands that the government assents to the relief requested herein.

Therefore, Mr. Farwell moves for leave to file his Rule 702 Motion regarding Dr. Smock's testimony that will be in excess of twenty pages.

Dated: July 28, 2026

Respectfully submitted,
MATTHEW FARWELL,
By his attorneys,
*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

Joanne_daley@fd.org

## **CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on July 28, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley