## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cr-10259-DJC |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

### DEFENDANT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

The Defendant gives notice pursuant to Fed. R. Crim. P. 16(b)(1)(c) of his intent to offer and introduce expert testimony of the expert witness set forth below.

### Daniel Loper, ENCE, GASF, CCME, CASA, CCPA, CVST, CVSE

**Qualifications**

Mr. Loper is an experienced digital forensic expert and founder of Granite Discovery, Computer, Cell phone and Video Forensics of Barrington, NH. Mr. Loper has been performing digital forensics for over 20 years. Mr. Loper holds a master's degree in information systems from Southern New Hampshire University. Mr. Loper holds numerous certifications. Mr. Loper also has taught courses on digital forensics to various bar advocate groups, Massachusetts Continuing Legal Education (MCLE), and the Defense Counsel Assistance Program (DCAP). Mr. Loper has preserved hundreds of computers, cell phones and video surveillance systems and has used many commercial tools (e.g. Cellebrite, Encase, Magnet Axiom, Amped5, and Oxygen to name a few), during his career. Mr. Loper has qualified as an expert witness in district, superior, and military courts. Please see the attached Curriculum Vitae (CV).

Mr. Loper has been involved in numerous cases, a listing of those cases is included in the attached CV.

Mr. Loper reviewed the digital materials provided by the Government to include cell phones and computer extractions, social media and cloud warrant returns belonging to Sandra Birchmore and Matthew Farwell as well as surveillance video footage.

**Summary of Testimony**

Mr. Loper will testify regarding his training, qualifications and experience consistent with his Curriculum Vitae. While Mr. Loper will likely testify regarding the facts and artifacts[1] observed during his review of the cellphone and computer extractions provided by the Government, he may also testify regarding his opinions of the work performed by the government's experts, Christopher Beckstronm and Jessica Hyde to include but not limited to Bluetooth connections, internet search history, applications and their functionality.

Mr. Loper will provide his expert opinion to Apple health data and provide any rebuttal to governments' expert's testimony.

Mr. Loper will provide his expert opinion as to the pairing of Apple watches to iPhones and the best method to collect Apple Watch data from an Apple Watch should the cell phone and watch have stopped syncing. Mr. Loper will also provide any rebuttal testimony to governments' expert testimony.

Mr. Loper will provide his expert opinion on the best practices of collecting and preserving video surveillance systems and provide any rebuttal to the government's experts' testimony.

Mr. Loper reserves the right to add to or amend his testimony if additional evidence is received in the case.    *Daniel Loper*

**Daniel Loper, ENCE, GASF, CCME, CASA, CCPA, CVST, CVSE**

---

[1] In the field of digital forensics, an artifact is any piece of information stored on a digital device that provides insights into the usage and activities performed on that device.

2

The Defendant reserves the right to supplement the notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Rule 16(b), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing, and additional evidence may be discovered which may require additional expert witness testimony.

The Defendant further reserves the right to elicit testimony regarding other matters that (1) may be raised during cross-examination, (2) are based on the testimony elicited from the government's experts, if any, or other witnesses, or (3) pertains to evidence introduced by Defendant.

To the extent the Court allows government the same right, we reserve the right to elicit any additional testimony that this expert is qualified to provide should the need arise based on further developments in preparing for and during trial, which will be disclosed to the government as they arise.

The Defendant reserves the right to illustrate this testimony with summary charts and exhibits as necessary.

Dated: June 1, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

/s/ Joanne M. Daley
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

3

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on June 1, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley
