**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>MATTHEW FARWELL,<br><br>     Defendant | CRIMINAL No. 24-10259-DJC |

## UNITED STATES' ASSENTED-TO MOTION TO SEAL

The United States, with the assent of defendant Matthew Farwell, respectfully moves this Court to file under seal three motions *in limine* and all exhibits attached to them. The government also moves to file under seal select exhibits related to two publicly-filed *Daubert* motions. As grounds for this motion, the government states that the briefs and exhibits that it seeks to file under seal either contain information subject to the protective orders (*see* ECF No. 50) entered in this case or are required to be filed under seal (*see* Fed. R. Evid. 412).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Elizabeth C. Riley*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Elizabeth C. Riley*
ELIZABETH C. RILEY

2

Assistant United States Attorney

Date: August 3, 2026