**Excerpt from Witness Disclosure served on government for Dr. Maher Noureddine, PhD, MS, D-ABC:**

<u>**Qualifications**</u>

Dr. Noureddine is a molecular geneticist with extensive background in scientific research and training in human genetics.  He earned his B.S. in Biology from Radford University in Virginia, an M.S. in Molecular Biology from the University of North Carolina at Greensboro, and a Ph.D. in Molecular Genetics from the University of North Carolina at Chapel Hill.  He completed a postdoctoral fellowship at Duke University Medical Center (The Center for Human Genetics), where he published many articles on the genetics of Parkinson's Disease and other human genetic disorders. In 2005, Dr. Noureddine was a Research Fellow at the National Institute of Environmental Health Sciences/NIH, where he studied the tumor suppressor gene p53 and genomic variations that confer cancer susceptibility in humans.  His expertise includes specialized training in complex genomics, mitochondrial genomics and bioenergetics, single nucleotide polymorphisms (SNPs) analysis, and gene structure and function studies.  Between 2007 and 2011, he served as Chief Science Officer at Thought Leader Select, LLC, where he led many consulting projects for the top global pharmaceutical companies in various therapeutic areas.  In 2011, he established ForensiGen, LLC, a consulting company that specializes in forensic DNA and serology evidence evaluation, interpretation, evidence testing, and education for law professionals.  He is a member of the International Society of Forensic Genetics, the American Academy of Forensic Sciences, the American Society of Human Genetics, and the International Association for Identification.  He is an adjunct teaching faculty in the Department of Forensic Science at Radford University.  He is board-certified in the field of forensic molecular biology by the American Board of Criminalistics.  Initial Board certification

requirements include a review of his training and experiences, approximately 3,750 hours

participation as a practitioner in his field and completing a written examination. To meet

recertification requirements, Dr. Noureddine must illustrate, through annual reporting, continued

education, training, and activity in the field of forensic molecular biology.  Dr. Noureddine has

served as an expert witness on over 1,200 criminal and civil cases involving DNA and serology

evidence in State and Federal courts.  He has testified as an expert witness 90 times across many

States as well as in Federal courts.