UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
                                  )
                                  )  Docket No. 1:24-cr-10259-DJC
v.                           )
                                  )
                                  )
MATTHEW FARWELL          )

## **ASSENTED-TO MOTION TO FILE REPLY AND EXHIBITS UNDER SEAL**

Now comes the defendant, Matthew Farwell, by and through undersigned counsel, and moves to file under seal the supporting exhibit for his Rule 702 Motion *in Limine* to Exclude the Expert Testimony of Dr. Michael Baden. As grounds, undersigned counsel submits that the exhibit refers to material subject to protective orders issued by this Honorable Court. *See* D.E. 19, 22, 50, 52.

Pursuant to Local Rule 7.1, undersigned counsel conferred with the government prior to filing this motion and understands that the government assents to the sealing of the Reply and supporting exhibits.

Dated: August 3, 2026                    Respectfully submitted,

                                          MATTHEW FARWELL,
                                          By his attorneys,

                                          */s/ Joanne M. Daley*
                                          Joanne M. Daley, BBO # 653375
                                          Kimberly Stevens
                                          Federal Public Defender Office
                                          51 Sleeper Street, 5th Floor Boston, MA 02210
                                          617-223-8061
                                          Joanne_daley@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 3, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley
