**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Docket No. 1:24-cr-10259-DJC |
| v. | ) |
| | ) |
| MATTHEW FARWELL | ) |

## DEFENDANT'S MOTION FOR A LAPTOP

Mr. Matthew Farwell, the defendant in the above-entitled action, respectfully requests that this Court issue an order, directing the Donald J. Wyatt Detention Facility to allow undersigned counsel to provide Mr. Farwell with a laptop so he may more efficiently review the voluminous discovery in this case.

As grounds, Mr. Farwell is currently held in pre-trial custody at the Wyatt detention facility in conjunction with this case. As the Court is aware, discovery in this case is voluminous, consisting of millions of bates-stamped pages and/or files. To date, Mr. Farwell has utilized the discovery review computers available to pre-trial detainees at Wyatt Detention Center, to review the electronic discovery provided by defense counsel. However, given the significant amount of discovery and the limitations on time that defendants are allowed to utilize Wyatt's computers for discovery review, Mr. Farwell's ability to review discovery in this case is progressing at a considerably delayed pace.

Consistent with Mr. Farwell's constitutional rights and due process, so that Mr. Farwell may meaningfully review the discovery in this case and confer with counsel in as efficient and as timely a manner as possible, counsel for Mr. Farwell requests an order from this Court, directing Wyatt to allow the office of the Federal Defender to provide a laptop to Mr. Farwell, for the purposes of discovery review. The provided laptop will only have discovery review capabilities

enabled, and will be disabled of any other functions, including all internet function capabilities. The laptop will have no programs installed other than those necessary to facilitate Mr. Farwell's review of the provided evidence. When not in use by Mr. Farwell, Wyatt will maintain custody and control of both the USB/external hard drives containing the electronic discovery and the laptop. Additionally, counsel for Mr. Farwell requests that the Court order Wyatt to allow Mr. Farwell up to 15 hours per week for discovery review on the laptop provided.

Mr. Farwell's trial is 3 months away. Discovery from the government has been ongoing and motions in limine are being filed. The defendant requires access to these materials in order to be ready for trial, providing him with the laptop with expanded access will ensure this.

The government has been notified of the filing of this motion.

Dated: August 4, 2026                                Respectfully submitted,


                                                     MATTHEW FARWELL,
                                                     By his attorneys,

                                                     */s/ Joanne M. Daley*
                                                     Joanne M. Daley, BBO # 653375
                                                     Kimberly C. Stevens, NC State Bar # 20156
                                                     Sandra Gant, BBO # 680122
                                                     Federal Public Defender Office
                                                     51 Sleeper Street, 5th Floor
                                                     Boston, MA 02210
                                                     617-223-8061
                                                     Joanne_daley@fd.org

## CERTIFICATE OF SERVICE

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 4, 2026.

/s/ Joanne M. Daley
Joanne M. Daley