UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

**GOVERNMENT'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO CERTAIN OTHER CASES**

The United States of America, by Leah B. Foley, United States Attorney, and Brian A. Fogerty, Elizabeth C. Riley, and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, does not oppose defendant Matthew Farwell's motion to preclude reference to the Karen Read trial and civil litigation involving former Stoughton Police Chief Donna McNamara. ECF No. 185.

There are two caveats to the government's non-opposition. While the government does not intend to introduce evidence of either the Read or McNamara matter, the government cautions that certain defense arguments and evidence may make aspects of the Read or McNamara matter relevant and admissible. For example, certain efforts by Farwell to bolster the reputation of relevant local police departments or the Massachusetts State Police, or to laud employees' competence in death investigations or their professionalism and credibility, may open the door to the very evidence he seeks to preclude. Moreover, the government does not know who, if anyone, from the local police departments or Massachusetts State Police the defendant intends to call to testify at trial. However, the parties appear to agree that, if it is relevant to a witness's testimony on direct examination or probative of the witness's credibility, bias, or motive for testifying, the

government retains the right to inquire about the witness's role in the Read and McNamara matters if permissible under the Federal Rules of Evidence. ECF No. 185 at 6–7. Of course, the government will raise the issue with the Court before referencing, or introducing evidence of, the Read or McNamara matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
ELIZABETH C. RILEY
TOREY B. CUMMINGS
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

_/s/ Brian A. Fogerty___________
BRIAN A. FOGERTY
Assistant United States Attorney

Date: August 17, 2026