UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

**GOVERNMENT'S RESPONSE TO MOTION *IN LIMINE* TO INTRODUCE DECEDENT'S STATEMENTS**

The United States of America, by Leah B. Foley, United States Attorney, and Brian A. Fogerty, Elizabeth C. Riley, and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, requests that the Court reserve its ruling on defendant Matthew Farwell's motion to introduce Sandra Birchmore's alleged statements regarding suicide. ECF No. 196.

At this time, neither the government nor the Court has enough information to determine whether any specific Birchmore statement is admissible because Farwell does not identify the particular statements he seeks to introduce and how he intends to do so.[1] While there may be Birchmore statements that fit within the scope of Fed. R. Evid. 803(3) because they are statements of her "then-existing state of mind," others may be inadmissible "statement[s] of memory or belief to prove the fact remembered or believed." *See* Fed. R. Evid. 803(3). Moreover, it is unclear how or through whom the defendant intends to introduce these so-far-unidentified statements. And, of course, the government may have a Rule 403 objection to certain statements. Accordingly,

[1] Unlike the statements the government has moved to admit pursuant to Fed. R. Evid. 804(b)(6), which are admissible for reasons extrinsic to the individual statements, Farwell's motion based on Rule 803(3) requires a statement-by-statement analysis. *See* ECF No. 190 (Government's Motion *in Limine* to Admit Victim Statements Pursuant to Fed. R. Evid. 804(b)(6)).

because the defendant has not identified the statements he will seek to introduce, the issue is not ripe, and the Court should reserve ruling on the motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
ELIZABETH C. RILEY
TOREY B. CUMMINGS
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Brian A. Fogerty___________
BRIAN A. FOGERTY
Assistant United States Attorney

Date: August 17, 2026