**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL,<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION IN LIMINE REGARDING DEATH SCENE AND AUTOPSY PHOTOGRAPHS**

The United States submits this response to the defendant's motion to exclude "non-essential" postmortem photographs of the victim Sandra Birchmore (*see* ECF No. 195). While the government intends to introduce only a relevant subset of postmortem photographs of Birchmore, defendant's motion is premature as the parties have not yet exchanged exhibit lists nor discussed specific objections thereto. The Court should reserve its ruling on this motion until such time as it can rule on objections to each party's exhibit list. At that time, the Court can review any specific objections the defendant may have to the death scene or autopsy photos that the government seeks to introduce.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *<u>/s/ Torey B. Cummings</u>*
BRIAN A. FOGERTY
ELIZABETH C. RILEY
TOREY B. CUMMINGS
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant United States Attorney

Date: August 17, 2026