# MICHAEL M. BADEN, M.D.

15 West 53rd Street, New York, New York 10019
Telephone: (212) 397-2732 ▪ Facsimile: (212) 397-2754 ▪ Email: mbaden@mac.com

## CURRICULUM VITAE

### EDUCATION

- The City College of New York (1955) B.S. Degree
- New York University School of Medicine (1959) M.D. Degree

### POST-GRADUATE TRAINING

| | |
|---|---|
| 1959-1960 | Intern, First (Columbia) Medical Division, Bellevue Hospital |
| 1960-1961 | Resident, First (Columbia) Medical Division, Bellevue Hospital |
| 1961-1963 | Resident, Pathology, Bellevue Hospital |
| 1963-1964 | Chief Resident, Pathology, Bellevue Hospital |

### LICENSURE

- New York State Medical License (1960)
- Diplomate, National Board of Medical Examiner's (1960)
- Diplomate, American Board of Pathology:
  - Anatomic Pathology (1965)
  - Clinical Pathology (1966)
  - Forensic Pathology (1966)

## PROFESSIONAL POSITIONS

| | |
|---|---|
| 1985-2011 | Director, Medicolegal Investigations Unit, New York State Police |
| 1961-1985 | Office of Chief Medical Examiner, New York City; Chief Medical Examiner (1978-1979) |
| 1981-1983 | Deputy Chief Medical Examiner, Suffolk County, New York; Director of Laboratories, Suffolk County, New York |

## TEACHING APPOINTMENTS

| | |
|---|---|
| 1961-1989 | New York University School of Medicine, Associate Professor, Forensic Medicine |
| 1975-2001 | Visiting Professor of Pathology, Albert Einstein School of Medicine |
| 1975-1988 | Adjunct Professor of Law, New York Law School |
| 1975-1978 | Lecturer in Pathology, College of Physicians and Surgeons of Columbia University |
| 1986, 1989 | Visiting Professor, John Jay College of Criminal Justice |
| 1965-1978 | Assist Visiting Pathologist, Bellevue Hospital, New York |
| 2002 | Adjunct Lecturer, The Cyril H. Wecht Institute of Forensic Science and Law, Duquesne University School of Law |
| 2002 | Distinguished Professor/Adjunct Lecturer, Henry C. Lee Institute, University of New Haven (Connecticut) |

## GOVERNMENTAL APPOINTMENTS

| | |
|---|---|
| 1977-1979 | Chairman, Forensic Pathology Panel, United States Congress, Select Committee on Assassinations, Investigations into the deaths of President John F. Kennedy and Dr. Martin Luther King |
| 1973-Present | Member, New York State Correction Medical Review Board |
| 2015-Present | Member, New York State Justice Center for the Protection of People with Special Needs |

| | |
|---|---|
| 1976-2014 | Member, New York State Mental Hygiene Medical Review Board (*renamed* Justice Center for the Protection of People with Special Needs in 2015) |
| 1983-1986 | Member, National Crime Information Center, Committee on Missing Children, United States Department of Justice (F.B.I.) |
| 1971-1975 | Special Forensic Pathology Consultant, New York State Organized Crime Task Force (investigation of deaths at Attica Prison) |
| 1974-2006 | Director and/or Moderator, Annual Northeastern Seminar in Forensic Medicine, Colby College, Maine |
| 1973-1987 | Lecturer, Drug Enforcement Administration, Drug Law Enforcement Training School, United States Department of Justice |

**PROFESSIONAL ORGANIZATIONS**

| | |
|---|---|
| 1966-Present | American Academy of Forensic Sciences; Fellow Vice President and Program Chairman (1982-1983) |
| 1965-Present | The Society of Medical Jurisprudence; Fellow, President (1981-1985) |
| 1966-Present | College of American Pathologist; Fellow, Chairman, Toxicology Subcommittee (1972-1974) |
| 1971-1975 | College of American Pathologists Foundation; Forensic Pathology Seminar Faculty |
| 1973-1976 | American Board of Pathology; Forensic Pathology Board Test Committee (1973-1976) |
| 1966-1986 | American Society of Clinical Pathologist; Fellow Member, Drug Abuse Task Force (1973-1977) |
| 1965-1978 | New York State Medical Society; Chairman, Section of Medicolegal and Workers' Compensation Matters (1972) |
| 1965-Present | Medical Society of the County of New York |

| | |
|---|---|
| 1969-1978 | National Association of Medical Examiner's |
| 1965-Present | American Medical Association |

**HONORS**

- The City College of New York: Senior Class President; Editor-in-Chief of The Campus (newspaper); Phi Beta Kappa
- Honor Legion, New York City Police Department, 1969
- College of American Pathologists, Certificate of Appreciation (Chairman, Toxicology Resource Committee, 1972-1975)
- American Academy of Forensic Sciences, Award of Merit, 1974 and 1983
- Drug Enforcement Administration, United States Department of Justice, Certificate of Appreciation, 1982
- New Jersey Narcotic Enforcement Officers Association, Certificate of Appreciation, 1977
- Fire Department of the City of New York, Certificate of Appreciation, 1978
- New York State Bar Association, Certificate of Appreciation, 1980
- New York City Health and Hospitals Corporation, Certificate of Appreciation for participation in development of emergency facilities for Emergency Medical Services for the City of New York, 1980
- New York University, Great Teacher, 1980
- First Fellow in Forensic Science of the University of New Haven, Henry C. Lee Institute, (Connecticut), 2002
- The City College of New York, Alumni Association, 2019 Townsend Harris Medalist Society
- The Innocence Project, "A Celebration of Freedom and Justice," 2024 Champion of Justice Award

## PROFESSIONAL PUBLICATIONS AND PRESENTATIONS

1. M. Helpern and M. Baden; Editors: Atlas of Legal Medicine by Tomio Watanabe, Lippincott, 1968

2. D. Louria, M. Baden, et al.: The Dangerous Drug Problem. New York Medicine, 22:3, May 1966

3. D. Gold, P. Henkind, W. Sturner and M. Baden: Occulodermal Melanocytosis and Retinitis Pigmentosa. Am. J. of Ophthalmology, 63:271, 1967

4. B. Van Duuren, L. Lanseth, L. Orris, M. Baden and M. Kuschner: Carcinogenicity of Expoxides Lactones and Peroxy Compounds v. Subcutaneous Injection of Rats. J. Nat. Cancer Institute, 39:1213, 1967

5. M. Helpern and M. Baden: Patterns of Suicides and Homicides in New York City, Proceedings of the Seventh International Meeting of Legal Medicine (Budapest); October 1967

6. M. Baden: Pathology of Narcotic Addiction, Proceedings of the Sixth Latin American Congress of Pathology (San Juan, Puerto Rico); December 1967

7. M. Baden: The Diagnosis of Narcotism at Autopsy, Proceedings of the American Academy of Forensic Sciences (Chicago); February 1968

8 M. Baden: Medical Aspects of Drug Abuse, New York Medicine, 24:464, 1968

9. C. Cherubin, M. Baden, et al.: Infective Endocarditis in Narcotic Addicts. Ann. Int. Med., 69:1091, 1968.

10. M. Baden: Pathologic Aspects of Drug Abuse, Proceedings of the Committee on Problems of Drug Dependence, National Academy of Sciences, National Research Council, 1969.

11. W. Matusiak, L. Dal Cortivo and M. Baden: Analytical Problems on a Narcotic Addiction Laboratory, Proceedings of the American Academy of Forensic Sciences (Chicago), February 1969

12. M. Baden, P. Hushins and M. Helpern: The Laboratory for Addictive Drugs of the Office of Chief Medical Examiner of New York City, Proceedings of the International Conference on Poison Control (New York City), June 1969

13. M. Baden, S. Hofstetter and T. Smith: Patterns of Suicide in New York City, Proceedings of the Fifth International Meeting of Forensic Sciences (Toronto), June 1969

14. R.W. Richter and M. Baden: Neurological Aspects of Heroin Addiction, Proceedings of the Ninth International Congress of Neurology (New York City), September 1969

15. R.W. Richter and M. Baden: Neurological Complications of Heroin Addiction. Transactions of the American Neurological Association

16. M. Baden: Of Drugs and Urine, Editorial, Medical Tribune

17. M. Baden: Methadone-Related Deaths in New York City, Proceedings of the Second National Conference on Methadone Treatment (New York City), October 1969. Int. J. Addictions.

18. M. Baden: Chairman, Workshop on Techniques for Detecting Drugs of Abuse, Proceedings of the Statewide Conference on Prevention Aspects of Treatment and Research in Drug Abuse. New York City Narcotics Addiction Control Commission, 1969.

19. M. Baden: Investigation of Deaths of Persons Using Methadone, Proceedings of the Committee on Problems on Drug Dependence. National Academy of Sciences National Research Council, 1970.

20. M. Baden: The Changing Role of the Medical Examiner, Proceedings of the American Academy of Forensic Sciences (Chicago), February 1970, Med. Op. 7:64-68, 1971

21. N. Valanju, M. Baden, S.K. Verma and C.J. Umberger: Analytical Toxicological Determination of Drugs in Biological Material. I. Acidic Drugs. Acta Pharmaceutica Jugoslavica 20:11, 1970

22. M. Baden: Deaths from Heroin Addiction Among Teenagers in New York City, Proceedings of the Second World Meeting on Medical Law (Washington, D.C.), August 1970

23. M. Baden: Bullous Skin Lesions in Barbiturate Overdosage and Carbon Monoxide Poisoning (letter) JAMA 213:2271, 1970

24. M. Baden and J. Foley: Heroin Deaths in New York City during the 1960's. Int. M.J. of Legal Medicine, 5:1970

25. N. Valanju, M. Baden, S. Valanju and S. Verma: Rapid Isolation and Detection of Free and Bound Morphine from Human Urine. Int. M. J. of Legal Medicine, 5:1970

26. M. Baden: Angitis in Drug Abusers (letter), NEJM 264:11, 1971

27. M. Baden, et al.: Methadone Maintenance – Pro and Con. Contemporary Drug Problems, 1:17-152, 1971

28. M. Baden: Changing Patterns of Drug Abuse. Proceedings of Committee On Problems of Drug Dependence. NAS-NRC, 1971

29. M. Baden: Narcotic Abuse: A Medical Examiner's View. In: Wecht, C., Editor, Legal Medicine Annual, 1971 (Appleton-Century-Crofts, New York State) Reprinted New York State J. Med. 72:834-40, 1972

30. Y. Challenor, R. Richter, B. Bruun, M. Baden and M. Pearson: Neuromuscular Complications of Heroin Addiction. Proc. Am. Coll. Phys., 1971

31. C. Cherubin, M. Baden, et al.: Studies of Chronic Liver Disease in Narcotic Addicts. Proc. Am. Coll. Phys., 1971

32. M. Baden: Fatalities Due to Alcoholism. In: Keup, W., edit., Drug Abuse – Current Concepts and Research. Charles C. Thomas, Springfield, Illinois, 1972

33. L. Roizin, M. Helpern, M. Baden, M. Kaufman and K. Skai: Toxo-synpathys (a multifactor pathogenic concept) In: Keup, W., edit.,: Drug Abuse – Current Concepts and Research. Charles C. Thomas, Springfield, Illinois, 1972

34. M. Baden, N. Valanju, S. Verma and S. Valanju: Confirmed Identification Biotransformed Drugs of Abuse in Urine. Am. J. Clin. Path. 57:43-51, 1972. Reprinted: Yearbook of Path. And Clin. Path., 1973, 357-361 (Yearbook Medical Publishers)

35. M. Baden: Homicide, Suicide and Accidental Death Among Narcotic Addicts. Human pathology 3:91-96, 1972

36. J. Pearson, R. Richter, M. Baden, Y. Challenor and B. Bruun: Transverse Myelopathy as an Illustration of the Neurologic and Neuropathologic Features of Heroin Addiction. Human Pathology, 3:107-112, 1972

37. B. Bruun, M. Baden, Y. Challenor, J. Pearson and R. Richter: De-neurologic Kimplikationer Ved Heroinmisbrug Ureakuift. F. Leeger, 134:89-93

38. C. Cherubin, W. Rosenthal, R. Stenger, A. Prince, M. Baden, R. Strauss and T. McGinn: Chronic Liver Disease in Asymptomatic Narcotic Addicts. Ann. Int. Med., 76:391-395, 1972

39. M. Baden, N. Valanju, S. Verma and S. Valanju: Identification and Excretion Patterns of Propoxyphene and Its Metabolites in Urine. Proc. Comm. Prob. Drug Depend., National Academy of Sciences – National Research Council, 1972

40. R. Richter, J. Pearson, B. Bruun, Y. Challenor, J. Brust and M. Baden: Neurological Complications of Heroin Addiction. Proc. Comm. Prob. Drug Depend., National Academy of Sciences – National Research Council, 1972

41. M. Baden and B. Lutz: Preliminary Analysis of 128 Methadone-Related Deaths in New York City. Proc. Com. Prob. Drug Depend., National Academy of Sciences – National Research Council, 1972

42. L. Roizin, M. Helpern, M. Baden, M. Kaufman, S. Hashimoti, J. C. Liu and B. Eisenberg: Neuropathology of Drugs of Dependence, In: Drugs of Dependence (Mule, J.C. and Brill, H., edit.) Uniscience Series, CRC (Chemical Rubber Co.), Cleveland, Ohio 1972

43. C. Cherubin, J. McCusker, M. Baden, F. Kavaler and Z. Amzel: The Epidemiology of Death in Narcotic Addicts. Am. J. Epid., 96:11-22

44. M. Baden: Narcotic Antagonists (letter) Science 177:1152, 1972

45. M. Baden: Investigation of Deaths From Drug Abuse. Chapter in: Spitz, W.U. and Fisher, R.W., edit.: Medicolegal Investigation of Death, 1972, (Charles C. Thomas, Springfield, Illinois)

46. L. Roizin, M. Helpern, M. Baden, et al.: Methadone Fatalities in Heroin Addicts. Psych. Quarterly, 46:393-410, 1972

47. M. Baden: Suicide in Prison, Proceedings of the American Academy of Forensic Sciences, March 1973

48. L. R. Reichman, C. S. Shim, M. Baden and R. Richter: Development of Tolerance to Street Heroin in Addicted and Non-Addicted Primates. Am. J. Public Health, 63:81-803, 1973

49. M. Baden and R. S. Turoff: Deaths of Persons Using Methadone in New York City, 1971, Proceedings of the Comm. On Problems of Drug Depend., Nat. Acad. Of Sci. Nat. Res. Council, 1973

50. J. C. Huang and M. Baden: Rapid Methods of Screening Micro-Quantities of Abused Drugs from Urine Samples for Micro-Crystal Tests. Clinical Toxicology, 6:325-350, 1973

51. P. Haberman and M. Baden: Alcoholism and Violent Death. Quarterly Journal of Studies on Alcohol, 35:221-231, 1974

52. P. Haberman and M. Baden: Drinking, Drugs and Death. International Journal of the Addictions, 9:761-773, 1974

53. D. C. Wise, M. Baden and L. Stein: Postmortem Measurement of Enzymes in Human Brain: Evidence of a Central Noradrenergic Deficit in Schizophrenia (submitted for publication)

54. R. Richter, J. Pearson, M. Baden, et al.: Neurological Complications of Addiction to Heroin. Bulletin of the New York Academy of Medicine, 49:3-21, 1973

55. M. Baden and D. Ottenberg: Alcohol – The All-American Drug of Choice. Contemporary Drug Problems, 3:101-126, 1974

56. M. Baden: Pathology of the Addictive States. Chapter in: Medical Aspects of Drug Abuse, Richter, R., edit. 1975 (Harper & Row)

57. M. Baden, N. Valanju, S. Verma and S. Valanju: Detection of Drugs of Abuse in Urine. Chapter in: Medical Aspects of Drug Abuse, Richter, R., edit., 1975 (Harper & Row)

58. D. Sohn and M. Baden: The First Year of the College of American Pathologists Toxicology Survey Program, Amer. J. of Clin. Path., 1975

59. M. Baden: Narcotics and Drug Dependence by J. B. Williams, Book Review, Journal of Forensic Sciences, 1975

60. M. Baden: Drug Abuse, author and narrator, audio-visual presentation produced by the College of American Pathologists, 1974

61. J. Pearson, R. Richter, M. Baden, E. Simon, et al.: Studies on Sites of Binding and Effects of Narcotics in the Human Brain. International Congress of Neuropathology Proceedings, Budapest, Hungary. Excerpta Medica, 1975

62. M. Baden and J. Devlin: Child Abuse Deaths in New York City, Proceedings of the American Academy of Forensic Sciences (Chicago) 1975

63. M. Baden: Mortality from Alcoholism and Drug Abuse, Proceedings of the Second National Drug Abuse Conference, (New Orleans) 1975

64. R. W. Richter, M. Baden, P. H. Shively, N. M. Valanju and J. Pearson: Neuromedical Aspects of Methadone Abuse (abstract). Neurology 4:373-379, 1975 (presented at the Annual Meeting of the American Academy of Neurology, May 3, 1975)

65. R. W. Richter, M. Baden and J. Pearson: Neuromedical Aspects of Narcotic Addiction. Audio-visual presentation produced and distributed by Columbia University College of Physicians and Surgeons, 1975

66. M. Baden: Basic Pathology for Criminal Lawyers, Proceedings of the Virginia Trial Lawyers Association, 16:22-41, 1975

67. M. Baden: Contributor, Forensic Pathology, A Handbook for Pathologists; R. Fisher and C. Petty, Editors. College of American Pathologists and National Institute of Law Enforcement and Criminal Justice, United States Government Printing Office, 1977

68. M. Baden: Alcohol and Violence. Chapter in: The Professional and Community Role of the Pathologist in Alcohol Abuse, G. Lundberg, Edit., United States Department of Transportation, National Highway Traffic Safety Administration, 1976

69. M. Baden: Treating the Patient in Suicide Attempts and Abused Drug Overdoses. Physicians Assistant, 1:18-20, 1976

70. P. Haberman and M. Baden: Alcohol, Other Drugs and Violent Death. Oxford University Press, 1978

71. M. Baden: Medical Aspects of Child Maltreatment; the Abused and Neglected Child: Multi-Disciplinary Court Practice. The Practicing Law Institute, 1978

72. M. Baden: Evaluation of Deaths in Methadone Users. Legal Medicine Annual 1978 (Appleton-Century-Crofts)

73. O. Bubschmann, M. Baden, et al.: Craniocerebral Gunshot Injuries in Civilian Practice – Prognostic Criteria and Surgical Management: Experience with 82 cases. Journal of Trauma, 19:6-12, 1979

74. M. Fellner, M. Baden, et al.: Patterns of Autofluorescence in Skin and Hair. International Journal of Dermatology, 1980

75. S. Mackauf, M. Baden, et al.: Anatomy for Lawyers. New York State Bar Association Committee on Continuing Legal Education, 1981

76. M. Baden: The Lindbergh Kidnapping Revisited: Forensic Sciences, Then and Now. Journal of Forensic Sciences, 28:1035-1037, 1983

77. M. Baden: The Lindbergh Kidnapping: Review of the Autopsy Evidence. Journal of Forensic Sciences, 28:1071-1075, 1983

78. M. Baden: Investigation of Deaths in Custody, Proceedings of the American Academy of Forensic Sciences (New Orleans), 1985

79. M. Baden: Embalmed and Exhumed Bodies, in Handbook for Postmortem Examination of Unidentified Remains, M. Fierro, M.D., Ed. College of American Pathologists (in press)

80. M. Baden, J. A. Hennessee: Unnatural Death, Confessions of a Medical Examiner, Random House, New York 1989

81. D. Primorac, S. Andelinovic, M. Definis-Gojanovic, I. Drmic, B. Rezic, M. Baden, *et al*., "Identification of War Victims from Mass Graves in Croatia, Bosnia and Herzegovina by the Use of Standard Forensic Methods and DNA Typing," J. Forensic Sci. 1996, 41(5).

82. M. Baden, M. Roach: Dead Reckoning, The New Science of Catching Killers, Simon & Schuster, New York 2001

83. M. Baden: The Role of the Medical Examiner and Coroner in the Investigation of Terrorism in Forensic Aspects of Chemical and Biological Terrorism, Lawyers & Judges Publishing Company, Inc., Tuscon, Arizona 2004.

84. M. Baden, L. Kenney Baden: "Remains Silent," Alfred A. Knopf, August 2005.

85. M. Baden: Preface in Forensic Nursing by Virginia A. Lynch. Elsevier/Mosby, St. Louis, Missouri 2006.

86. M. Baden: Exhumation in Spitz and Fisher's Medicolegal Investigation of Death, 4th Edition, Charles C. Thomas, Springfield, Illinois 2006.

87. M. Baden: Encyclopedia of Legal Medicine, Book Review, New England Journal of Medicine, 2006.

88. M. Baden, L. Kenney Baden: Scientific Evidence in Civil and Criminal Cases, 5th Edition, Contributor, Foundation Press, 2007.

89. M. Baden, L. Kenney Baden: "Skeleton Justice," Alfred A. Knopf, June 2009.

90. R. Williams (with M. Baden, H. Lee and C. Wecht): Sherlock Holmes and the Autumn of Terror, Rukia Publishing, 2016.

91. M. Baden, Contributor: Spitz and Fisher's Medicolegal Investigation of Death, 5th Edition, Charles C. Thomas, 2020.

92. A. Justin Rucker, MD, MPH, Michael M. Baden, MD, Megan Llewellyn, MSMI and Theodore N. Pappas, MD: "The Assassination of Medgar Evers," The Annals of Thoracic Surgery, 2022.

93. M. Baden, "American Autopsy: One Medical Examiner's Decades-Long Fight for Racial Justice in a Broken Legal System," BenBella Books, Inc., November 2022.

94. D. Primorac, M. Baden, *et al*., "Identification of the war victims' skeletal remains in Croatia and Bosnia and Herzegovina – 30 years later," 2024 (In Press)

94. D. Primorac, S. Andelinovic, M. Definis-Gojanovic, I. Drmic, B. Rezic, M. Baden, *et al*., "Identification of War Victims from Mass Graves in Croatia, Bosnia and Herzegovina by the Use of Standard Forensic Methods and DNA Typing," J. Forensic Sci. 1996, 41(5).

95. T. Pappas, MD, S. Swanson, MD, and M. Baden, MD, "Forensic Analysis of the Abraham Lincoln Assassination: An On-Site Study of the Presidential Box at Ford's Theatre," The Am. J. of Forensic Med. and Path., 45(2):p 157-161, June 2024.

**LECTURES**

- Lecturer, Greater New York Dental Meeting, "Forensic Pathology for Dentists," Javits Convention Center, New York, December 2, 2024

- Lecturer, Greater New York Dental Meeting, "The Search for Nicholas and Alexandra: The Romanov Investigation/Unmasking a Monster: Ted Bundy and the Bite Mark Evidence/The Assassination of JFK," Javits Convention Center, New York, December 3, 2024

- Lecturer, Greater New York Dental Meeting, "Human Rights, Human Trafficking, Sexual Assault, Child Abuse and Neglect, Missing Persons, POW/MIA, Homicide," Javits Convention Center, New York, November 29, 2023

- Speaker, CrimeCon, "American Autopsy," Orlando, Florida, September 21-24, 2023

- Lecturer, Greater New York Dental Meeting, "Police-Related Deaths," Javits Convention Center, New York, November 30, 2022

- Lecturer, Forensic Institute for Research and Education, MTSU, "Contentious Issues in Forensic Science," October 21, 2022

- Keynote Speaker, NYS Coroners and Medical Examiner's Association, "Deaths in Custody: Jails, Prisons, Lock-Ups and Special Needs Programs," and "Controversies in Forensic Pathology, including Excited Delirium and Shaken Baby Syndrome," September 24, 2022

- Presenter, CrimeCon 2021: House Arrest, "I Can't Breathe," November 21, 2020
- Lecturer, Henry Lee Symposium, "Cause and Manner of Death from Falls: The Medical Examiner's Role in Staircase Injury and Death Investigation," October 19, 2020
- Co-Chairman, Bring your Own Slides, American Academy of Forensic Sciences, Anaheim, California, February 19, 2020
- Speaker, American Academy of Forensic Sciences, "Deaths During Law Enforcement Encounters," Anaheim, California, February 20, 2020
- Joint Lecturer, Henry F. Williams Seminar, "Medgar Evers Cold Case," Albany, New York, September 24, 2019
- Speaker, New York Legal Aid Homicide Defense Task Force (Terri Rosenblatt, Esq.), Brooklyn, New York, June 12, 2019
- Keynote Speaker, NYS Funeral Directors Association, "A Medical Examiner's Case Study: The Jeffrey Epstein Case," (virtual) August 22, 2022
- Guest, Fireside Chat with Greg Longo, CEO of Valor Cleaning Services, May 12, 2022
- Speaker, The Wecht Institute, "Three Zooming Sleuths," (virtual) March 17, 2021
- Co-Chairman, American Academy of Forensic Sciences, "Bring Your Own Slides," (virtual) February 17, 2021
- Speaker, University of Rhode Island Forensic Science Partnership Seminar (Dennis Hillard 401-874-5056) "What the Dead Have to Tell," April 26, 2019
- Co-Chairman, Bring Your Own Slides, American Academy of Forensic Sciences, Baltimore, Maryland, February 20, 2019
- Speaker, "Old and New Opioids and Designer Drugs" and "Expanded Crime Scene," NYSACCME Fall Conference, Rock Hill, New York, September 2018
- Speaker, "Mass Disasters and Medical Legal Cases," Wayne State University, Dearborn, Michigan, May 2018
- Co-Chairman, Bring Your Own Slides, American Academy of Forensic Sciences, Seattle, Washington, February, 2018
- Speaker and Panelist, Pioneers of Forensic Science, The Cyril H. Wecht Institute of Forensic Science and Law, Pittsburgh, Pennsylvania, June 1-2, 2017

- Speaker, "Drug Related Death" and "Death Harvester," Medicolegal Investigation of Death, Wayne State University, Dearborn, Michigan, May 4, 2017
- Keynote Speaker, On the Front Line: New Frontiers in Forensics, Crime and Security, New York City, April 4, 2017
- Speaker, National Medical Services speaker series, "Forensic Pathology for Toxicologists," March 2, 2017
- Speaker, New York State Bar Association, "Forensic Pathology Perspectives on Questioned Diagnoses," February 28, 2017
- Co-Chairman, Bring Your Own Slides, American Academy of Forensic Sciences, New Orleans, Louisiana, February 15, 2017
- Lecturer, Henry F. Williams Seminar, "Medgar Evers Case," Albany, New York, September 20, 2016
- Kentucky Funeral Director's Annual Meeting, "Determining Cause of Death," Louisville, Kentucky, June 30, 2016
- Mississippi Coroner's Conference, "Death Investigation," Biloxi, Mississippi, June 23, 2016
- Medicolegal Investigation of Death, Wayne State University, "Controversies in Medicolegal Cases," Dearborn, Michigan, April 28, 2016
- Keynote Speaker, Forensic Nursing Conference, Drexel University, Philadelphia, Pennsylvania, April 16, 2016
- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, Las Vegas, Nevada, February 26, 2016
- American Academy of Forensic Sciences, "Good Cop, Bad Cop," Las Vegas, Nevada, February 25, 2016
- Speaker, New York State Bar Association Fall Program on Forensics, "Time of Death," November 14, 2015
- Lecturer, Henry F. Williams Seminar, "Medgar Evers Case," Albany, New York, October 5, 2015
- Speaker, Markel Symposium, "Medical Examiner's Perspective in Police Shooting Incidents," West Haven, Connecticut, October 20, 2015

- NACDL/National Forensic College, “Special Problems in Forensic Pathology: Discovery, Time of Death Determinations and Cognitive Bias,” Benjamin N Cardozo School of Law Cordozo Law School, New York, New York, June 8, 2015

- Medicolegal Investigation of Death, Wayne State University, "Asphyxial Deaths: Chokeholds, Sleeperholds and Back Pressure,” Dearborn, Michigan, May 20, 2015

- “Confessions of a Medical Examiner,” The Lotus Club, New York, New York, May 11, 2015

- Medicolegal Investigation of Death, “Asphyxial Deaths: Chokeholds, Sleeperholds and Back Pressure,” Wayne State University, Dearborn, Michigan, April 30, 2015

- American Academy of Forensic Science, “Prosecution Expert for Death in a Bathtub - Drew Peterson case,” Orlando, Florida, February 17, 2015

- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, Seattle, Washington, February 17-21, 2014

- American Academy of Forensic Sciences, “Plausible Deniability The Ethics of Inconsistent Consistency,” Seattle, Washington, February 17-21, 2014

- Keynote Speaker, Baruch Biomedical Society, New York, New York, October 17, 2013

- Speaker, Markle Symposium, “Medical Examiner Perspective on the Death of JFK,” October 15, 2013

- Speaker, NAMFCU Annual Training, “Use of a Medical Examiner in a Nursing Home,” Mobile, Alabama, October 7, 2013

- Speaker, Northeastern Association of Forensic Scientists, Cromwell, “Medical Evidence in the JFK Assassination,” Connecticut, September 27, 2013

- Lecturer, Henry F. Williams Seminar, “Cold Cases with Dr. Baden,” New York State Police, September 24, 2013

- “Use of a Medical Examiner in a Nursing Home Death Investigation,” Resident Abuse Training Program, Virginia Beach, Virginia, June 6, 2013

- “Medicolegal Investigation of Death, “Investigating the Scene of Mass Disasters: What to Look for with Fire, Explosion or Terrorist Attack,” Wayne State University, Dearborn, Michigan, May 1-3, 2012

- Children's Law Topical Conference, “When ‘Abuse’ is Not Abuse,” Albany, New York, April 19, 2013

- "Determining Cause of Death," Making Sense of Science VI: Forensic Science and the Law, NACDL & CACJ's 6th Annual Conference, Las Vegas, Nevada April 5-6, 2013
- American Academy of Forensic Science, Panelist, "150 Years — Does Time Bring Agreement? The H.L. Hunley, the R.M.S. Titanic, and the Assassination of John F. Kennedy," Washington, D.C., February 17-24, 2013
- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, February 17-24, 2013
- Speaker, Corrections and Youth Services Association Annual Meeting, Saratoga Springs, New York, October 31, 2012
- Lecturer, 21st Annual Arnold Markle Symposium, "Sexually Related Homicides," October 9, 2012
- Lecturer, Henry F. Williams Seminar, New York State Police, "Forensic Pathology," September 18-19, 2012
- Society of Professional Investigators, "Current Status of the Forensic Sciences," New York, New York, September 12, 2012
- Speaker, New York State Police Sexual Abuse Seminar, Albany, New York, May 21, 2012
- "Medicolegal Investigation of Death, "Problems in Forensic Pathology," Wayne State University, Dearborn, Michigan, May 1-3, 2012
- 2012 NASDEA Spring Conference, "Drug Deaths: Homicide v. Overdose," The Roosevelt Hotel, New York City, NY, April 24, 2012
- Concord Seminars for the Dental and Medical Professions, "Forensic Odontology," Manchester, New Hampshire and Bangor, Maine, April 20-21, 2011
- Emory School of Medicine, Grand Rounds, "Forensic Pathology: The Good, The Bad, The Ugly," Atlanta, Georgia, March 3, 2012
- Major Case Squad of Greater St. Louis Annual Retraining Conference, "Forensic Pathology," St. Louis, Missouri, March 4-5, 2012
- American Academy of Forensic Sciences, "Conflicting and Misleading Testimony in the Forensic Pathology Community," February 19-25, 2012
- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, February 19-25, 2012

- Lecturer, 20th Annual Arnold Markle Symposium, "Investigation of Sex Crime: Forensic Investigation of Sexual Assault, Serial Offenders, and Sexual Abuse," October 10, 2011
- Lecturer, Henry F. Williams Seminar, New York State Police, "Forensic Pathology," September 18-21, 2011
- Speaker, Annual Investigation for Identification, New Orleans, Louisiana, August 25-26, 2011
- Lenox Hill Hospital, Medical Grand Rounds, "Controversies in Forensic Medicine," New York City, March 11, 2011
- Valley Forge Dental Conference, Keynote Speaker, "Justice Through Science," Valley Forge, Pennsylvania, March 4, 2011
- American Academy of Forensic Sciences, Communications in Forensics, "In My Experience …" February 21, 2011
- American Academy of Forensic Sciences, A Multidisciplinary Look into Forensic Science: Perspectives, Views and Experiences, "Forensic Pathology Perspectives," February 22, 2011
- American Academy of Forensic Sciences, Co-Chairman, Bring Your Own Slides, February 23, 2011
- Lecturer, "CSI: Dartmouth," University of Massachusetts/Dartmouth Law School, Dartmouth, Massachusetts, November 18, 2010
- Guest Forensic Lecturer (4 lectures), Transatlantic Crossing of the Queen Elizabeth II, November 1-8, 2010
- Lecturer, Henry F. Williams Seminar, New York State Police, "Forensic Pathology," September 27-30, 2010
- Speaker, 13th Annual Investigation for Identification, New Orleans, Louisiana, "A History of Forensic Science from Cain and Abel Through Katrina," August 27-28, 2010
- Speaker, Brigham & Women's 2010 Master Clinician Section, August 1, 2010
- Speaker, "Post-Mortem with Dr. Michael Baden," Kentucky Funeral Director's Association, Louisville, Kentucky, June 30, 2010
- Speaker, Northeast College and Universities Security Association, 57th Annual Conference, Skidmore College, Saratoga Springs, New York, June 28, 2010

- Speaker, 13th Annual Investigation for Identification, New Orleans, Louisiana, "A History of Forensic Science from Cain and Abel Through Katrina," August 27-28, 2010

- Speaker, Brigham & Women's 2010 Master Clinician Section, August 1, 2010

- Speaker, "Post-Mortem with Dr. Michael Baden," Kentucky Funeral Directors Association, Louisville, Kentucky, June 30, 2010

- Speaker, Northeast College and Universities Security Association, 57th Annual Conference, Skidmore College, Saratoga Springs, New York, June 28, 2010

- Lecturer, New York Prosecutor's Training Institute, Westchester, New York, June 8, 2010

- SELETS 14th Annual Law Enforcement Training Seminar, Lawrenceberg, Tennessee, June 1, 2010

- New York State Police Sex Offense Seminar, "The Forensic Sciences," Albany, New York, May 24-28-2010

- Society of Professional Investigator's Meeting, New York City, May 20, 2010

- Wayne State University, Medicolegal Investigation of Death, "Exhumation and Time of Death," and "Fire, Explosion and Mass Casualty," April 21-22, 2010

- Oswego University, "History of Forensic Science," March 25, 2010

- American Academy of Forensic Sciences, "Bring Your Own Slides," Seattle, Washington, February 22-26, 2010

- 2010 Forensic Seminar for Capital Defense Attorneys, DePaul University College of Law, February 18-19, 2010

- CSI Symposium, Norwich University, "Forensic Pathology," January 29, 2010

- NYSP Child Physical Abuse and Neglect Seminar, November 18, 2009

- New York Council of Defense Lawyers, Rye, New York, November 7, 2009

- FBI/IT Exchange Conference, Keynote Speaker, Seattle, Washington, September 20-21, 2009

- Henry F. Williams Seminar, New York State Police, "Forensic Pathology and Child Deaths," Albany, New York, September 14-17, 2009

- New York State Funeral Director's Association, Saratoga, New York, September 1, 2009
- Cabell Sheriff's Department, West Virginia (Marshall University in Huntingdon, West Virginia), August 25, 2009
- NCSTL Conference, Tampa, Florida, May 20-21, 2009
- Wayne State University, Medicolegal Investigation of Death, "Exhumation and Time of Death," and "Forensic Questions: The Experts Answer," with Werner Spitz, M.D., Dearborn, Michigan, April 22-24, 2009
- Bronx High School of Science, March 11, 2009
- American Academy of Forensic Sciences, "Bring Your Own Slides," Denver, Colorado, February 16-21, 2009
- American Academy of Forensic Sciences, "New Investigative Techniques and Scientific Advancement for Forensic Scientists in the Future," Denver, Colorado, February 16-21, 2009
- South Carolina Funeral Director's Association, "Post Mortem with Dr. Michael Baden," Columbia, South Carolina, February 4, 2009
- CSI Symposium, "Forensic Pathology," Norwich, Connecticut, January 29-30, 2009
- New York State CASA DNA Initiative Conference, Albany, New York, January 28, 2009
- Medicolegal Investigation of Death Conference, "Exhumation and Time of Death," Las Vegas, Nevada, January 5-6, 2009
- Mattapoisett (Massachusetts) Police Department, Forensic lecture, November 25, 2008
- George Mason University, "Sexually Violent Crime: the Body as Evidence," November 10-11, 2008
- Hofstra University, "An Evening of Crime and Wine," October 29, 2008
- New Jersey State Funeral Director's Association, "Post Mortem with Dr. Michael Baden," September 17, 2008
- SPIAA 57th Annual Retraining Conference, July 23, 2008
- NY Cops Foundation Annual Dinner Gala, Keynote Speaker, June 2, 2008

- New York State Police Sex Offense Seminar "The Forensic Sciences," May 2008
- Keynote Speaker, National Council of Investigation & Security Services annual meeting, May 2, 2008
- Medicolegal Investigation of Death Conference, Wayne State University, "Terrorism," April 23, 2008
- Medicolegal Investigation of Death Conference, Wayne State University, "Exhumation and Time of Death," April 23, 2008
- 17th Annual Arnold Markle Symposium, Connecticut State Police, March 23-24, 2008
- "Forensic Pathology and Living/Injured Victims," Academy for BCI Basic School (NYSP), March 11, 2008
- Lecturer, New Jersey Chapter of Int'l Assn of Arson Investigators, March 5, 2008
- American Academy of Forensic Sciences, Young Forensic Scientists Forum "Death is My Teacher," February 19, 2008
- American Academy of Forensic Sciences, "Healthcare Serial Killer Workshop," February 19, 2008
- American Academy of Forensic Sciences, "Significant Achievements and Contributions by Forensic Scientists to the International Community," February 19, 2008
- Medicolegal Investigation of Death Conference, "Postmortem Changes & Time of Death," and "Forensic Questions: The Experts Answer," Las Vegas, Nevada, December 4-6, 2007
- 33rd Annual Arson Seminar, NYS Fire Academy, "The Role of the Forensic Pathologist in Fire Investigation," November 7, 2007
- 12th Annual Investigation for Identification Educational Conference, Pensacola, Florida, October 19-20, 2007
- Penn State University, Forensic Sciences Seminar, September 24, 2007
- Col. Henry F. Williams Homicide Seminar, "Forensic Pathology," September 17-20, 2007
- Harvard Medical School, Intensive Review of Internal Medicine Course, "CSI Meets IRIM – The New Science of Catching Killers," Boston, Massachusetts, July 2007
- Arizona Judicial Conference: Forensic Pathology, 2007

- New York State Police Sex Offense Seminar "The Forensic Sciences," May 2007
- Smithsonian Associates, "Murder Investigation with Forensics: The Good, the Bad, and the Ugly," May 2007
- Medicolegal Investigation of Death Conference, "Death Investigation" and "Fire, Explosions and Terrorism," April 24-26, 2007
- Louisiana Judicial College, "CSI Effect," April 19-20, 2007
- 16th Annual Arnold Markle Symposium 2007, "Parents who Kill: Muchausen's by Proxy," April 9, 2007
- Harvard Medical School "Brigham Master Clinician: Update in Medicine," "The Forensic Sciences: From Cain and Abel to JFK to OJ Simpson," March 29, 2007
- American Academy of Forensic Sciences, "Bring Your Own Slides," February 21, 2007
- American Academy of Forensic Sciences, "Police Use of Force: Where is the Line and When is it Crossed" February 22, 2007
- Medicolegal Investigation of Death Homicide Conference, "Asphyxias, Serial Murders and Sexual Assaults," "Death Investigations: Fire, Explosions and Terrorism," Las Vegas, Nevada, November 29-30, 2006
- American College of Trust and Estate Counsel, Westin Providence, Rhode Island, October 12, 2006
- Col. Henry F. Williams Homicide Seminar, "Forensic Pathology," September 19-21, 2006
- 57th Annual Harvard Associates in Police Science Conference, Vermont Criminal Justice Training Council, Burlington, Vermont, June 27, 2006
- SEAK National Expert Witness, "The Role of the Expert Witness: from the Expert's Perspective," Cape Cod, Massachusetts, June 23, 2006
- Mississippi Coroner's Association, Vicksburg, Mississippi, June 15, 2006
- Monmouth University, "Time of Death Determination" and "Electrocution, Explosives, and Fire-Related Deaths," Oceanport, New Jersey, June 13, 2006
- SELETS Homicide Conference, Lawrenceberg, Tennessee, June 7-8, 2006

- NYSP Sex Crimes Seminar "The Forensic Sciences," May 22, 2006
- Fermilab National Accelerator Laboratory, Colloquium, "How Long Has Grandpa Been Dead and Other Forensic Mysteries," Chicago, Illinois, May 17, 2006
- AtlantiCare Regional Medical Center, New Jersey, Keynote Speaker, 8th Annual Trauma Symposium, "Forensic Sciences, Trauma & Mass Disasters," May 2, 2006
- Medicolegal Investigation of Death Homicide Conference: "The Asphyxias, Serial Murders and Sexual Assaults," Detroit, Michigan, April 26-28, 2006
- Albany, New York, Area Association of Certified Fraud Examiners, keynote speaker, March 30, 2006
- American Academy of Forensic Sciences, "Victims & Defendants: Clinical Aspects of Their Death," February 21, 2006
- American Academy of Forensic Sciences, "The Role of the Forensic Scientist in the Investigation of Police-Related Deaths - A Current Dilemma," February 22, 2006
- American Academy of Forensic Sciences, ""Shaken Baby Syndrome: Medical Myth or Medical Fact?" February 24, 2006
- Clinical Forensic Nursing, Veterans Administration, Phoenix, Arizona, Impacting Patient Care Delivery, Quality Management and Investigations in Healthcare Settings, January 23, 2006
- Advanced Practical Homicide Seminar, "Modes of Death Involving Firearms, Knives, Blunt Force and Child Abuse," November 8-9, 2005
- Monmouth University, Oceanport, New Jersey, "Determining Time of Death" and "Fire-related Death and Electrocution and Explosions," June, 2005
- New York State Police, Sex Offense Seminar, "The Forensic Sciences," May 23, 2005
- New York State Association of County Coroners & Medical Examiners, "Violence Among Children," April 30-May 1, 2005
- Medicolegal Investigation of Death Conference, "Serial Killers, Autoerotic Asphyxias, Sexual Assault or Accident," and "Death by Fire and Explosion," Wayne State University, School of Medicine, April 20-22, 2005
- College of Mt. Saint Vincent, Department of Nursing, "Unraveling the Mystery of the Nurse Investigator," April 14, 2005.

- The National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, "Forensic Pathology on Both Sides of the Pond," April 4, 2005
- Markle Symposium, Connecticut State Police Homicide Conference, Foxwoods Lodge, Connecticut, March 27-28, 2005
- The Learning Annex, "Revealing the Mysteries of Forensic Science," March 10, 2005
- American Academy of Forensic Sciences, "Complex Forensic Science Issues on Highly Controversial Cases," February 21-26, 2005
- Quinnipiac University, Law and Forensic Sciences, Hamden, Connecticut, February 5, 2005
- Duquesne University, The Cyril H. Wecht Institute of Forensic Science and Law, "Tracking Terrorism in the 21st Century," October 21-23, 2004
- Greater Cincinnati Regional Arson and Fire Investigators Seminar, "The Death Detective," October 14, 2004
- Col. Henry F. Williams Homicide Seminar, "Forensic Pathology," October 5, 2004
- Associated Licensed Detectives of New York State, Keynote speaker, October 1, 2004
- Nebraska Institute of Forensic Sciences, "Crime & Death Scene Reconstruction: Utilizing Bloodstain Pattern Analysis," September 15-17, 2004
- Southeast Law Enforcement Seminar, "Fascinating Cases of Death," June 9, 2004
- Florida Coastal School of Law, "Role of Forensic Pathology in Criminal and Civil Litigation," Jacksonville, Florida, May 7, 2004
- Wayne State University, "Medicolegal Investigation of Death," Dearborn, Michigan, April 21-23, 2004
- The Three Sleuths (with Drs. Cyril Wecht and Henry Lee), The Rio Suite, Hotel & Casino, Las Vegas, Nevada, April 17, 2004
- Annual SleuthFest Meeting, Exhumation Session, "Famous Cases," March 20, 2004
- 44th Annual American College of Legal Medicine, "The Role of the Forensic Pathologist in Medical Malpractice Cases," Las Vegas, Nevada, March 5-7, 2004
- Stetson University College of Law, "The Complete History of Murder and Science in One Hour," Gulfport, Florida, January 29, 2004

- Quinnipiac Law School, Law and Forensic Science, January 24, 2004

- The City University of New York, Graduate School and University Center, "Forensic Series," December 2, 2003

- Testified before the United States Senate Committee on the Judiciary Department of Justice Oversight: "Funding Forensic Sciences, DNA and Beyond" 2003

- Duquesne University, National Symposium on the 40th Anniversary of the JFK Assassination, "Solving the Great American Murder Mystery," November 20-23, 2003

- Smithsonian Associates, Educational and Cultural Programs, "Murder, Mystery and the New Forensics," November 1, 2003

- Association of Inspectors General, John Jay College of Criminal Justice, "Non-Traditional OIG Investigations," October 17, 2003

- Colorado Association of Sex Crimes Investigator's Annual Conference, Snowmass, Colorado, August 20-22, 2003

- 31st Annual Florida Medical Examiner Educational Conference, F.A.M.E. 2003, "The History of Forensic Science from Cain & Abel to O.J. Simpson," Ponte Vedra Beach, Florida, August 6-8, 2003

- Washington County Prosecutors Office, "Dead Man Talking: Forensic Science and Homicide Investigation," May 5 and 6, 2003

- Medicolegal Investigation of Death, Wayne State University, "Adult Sexual Assault & The Asphyxias" and "Child Sexual Assault/Abuse Myths Dearborn, Michigan, April 2-4, 2003

- New York State Trial Lawyer's Association, Wrongful Death Seminar, "Using Medical Science to Prove the Cause of Death and Conscious Pain and Suffering," March 25, 2003

- DNA Symposium, The State College of Pennsylvania, "The Role of the Forensic Pathologist regarding DNA Evidence: From Autopsy to Courtroom," March 2003

- American Academy of Forensic Sciences, "Overview of the Legal Issues Concerning the Discovery and Investigation and Prosecution of the Abuse of Elderly Patients in Healthcare Facilities and the Homicide of All Patients in Various Medical Treatment Facilities," Chicago, Illinois, February 17-22, 2003

- American Academy of Forensic Sciences, "Presentation of Specific Cases through the Initial Contact by Prosecutors Concerning Suspected Criminal Deaths through the Exhumation and the Trial" Chicago, Illinois, February 17-22, 2003

- 1st Eastern Analytical Symposium & Exposition, Somerset, New Jersey, November 18-21, 2002

- Utah County Police Officer's Workshop, November 2002

- 10th Annual Investigation for Identification Educational Conference, "New Concepts in Forensic Pathology," Pensacola, Florida, September 20-21, 2002

- Singapore Government Ministry of Health Services Administration, Centre for Forensic Medicine, August 17-31, 2002

- State of New York, Office of the Attorney General, Medicaid Fraud Control Unit, 2002 Training Conference, June 10-13, 2002, Lake Placid, New York

- Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms, International Postblast Investigation Class, May 8, 2002, Brunswick, Georgia

- American Academy of Forensic Sciences, Addressing Social and Legal Issues Associated with Police Involved Shooting Incidents Through Forensic Investigation & Shooting Scene Reconstruction, February 11-15, 2002, Atlanta, Georgia

- American Academy of Forensic Sciences, Bring Your Own Slides, February 11-15, 2002, Atlanta, Georgia

- The UMKC School of Law, The History of Murder Investigation and Forensic Science, University of Missouri, Kansas City, January 24, 2002

- DNA and the Law: Reining in the Revolution, "The Role of the Forensic Pathologist in DNA Use: From Autopsy to Courtroom," Duquesne University, November 30, 2001, Pittsburgh, Pennsylvania

- New Technologies and the Proof of Guilt & Innocence, Court TV, October 25, 2001

- 2001 Ohio Attorney General's Conference on Law Enforcement, Plenary Speaker, October 11, 2001

- The Second European-American Intensive Course in Clinical and Forensic Genetics, September 3-14, 2001, Dubrovik, Croatia

- Forensic Nursing Clinical Update, "Death Investigation, Adverse Patient Events and Evidence Collection in the Hospital Setting," August 27 and 28, 2001, Phoenix, Arizona

- Harvard Associates In Police Science, Keynote Speaker, August 20-23, 2001, 52nd Annual Conference, Annapolis, Maryland

- The Boston Strangler Case: A High Tech Hearing on the Murder of Mary Sullivan, August 4, 2001, American Bar Association Annual Meeting, Chicago, Illinois
- Emerging Technologies in Forensic Investigation, June 1-3, 2001, Nova Southeastern University, Fort Lauderdale, Florida
- The Forensic Investigation of Child Abuse and Neglect, May 30, 2001, The Family Partnership Center
- Making Communities Safer, May 21-22, 2001, New York State Alliance of Sex Offender Service Providers, Sixth Annual Training Conference, Albany, New York
- Practical Homicide and Medicolegal Death Investigation, April 9-11, 2001, Beaumont, Texas
- Police Liability in New York, May 2, 2001, Albany, New York
- Symposium on Forensic Medicine, Kuwait Institute for Medical Specialization, January 27-29, 2001, Kuwait
- Forensic Science and the Law, October 27-28, 2000, Duquesne University, Pittsburgh, Pennsylvania
- 8th Annual Investigation for Identification Educational Conference, Speaker, September 22-23, 2000, Pensacola Beach, Florida
- Advanced Practical Homicide Investigation, September 11-15,2000, Southern Law Enforcement Foundation, Irving, Texas
- Vision 2000: Together We Can, Funeral Service Conference of the Northwest, August 27-29, 2000, Coeur d'Alene Resort, Idaho
- Mississippi Attorney General Prosecutor's Annual Training Conference, April 26-28, 2000, Gulfport, Mississippi
- Forensic Crime Scene Analysis Training, April 28, 2000, Union County Police Chief's Association, Cranford, New Jersey
- At the Heart of the Matter: The Medicolegal Aspects of Organ and Tissue Donation, May 4, 2000, New York Organ Donor Network, Poughkeepsie, New York
- NYSBA Criminal Justice Section Spring Meeting, May 19-21, 2000, The Ethics of Scientific Evidence, Chautauqua, New York

- 2000 Dodge Seminar, March 20-23, 2000, Clearwater Beach, Florida
- Medicolegal Investigation of Death, March 16 and 17, 2000, Wayne State University School of Medicine and Michigan State Police