# MICHAEL M. BADEN, M.D.

15 West 53rd Street, Suite 18
New York, New York 10019
Telephone: (212) 397-2732
Facsimile: (212) 397-2754
E-mail: MBaden@mac.com

18 June 2024

*Via e-mail to cealmonlaw@gmail.com*

Cassidy E. Almon, Esq.
Law Offices of Steven J. Marullo
435 Newbury Street, Suite 217
Danvers, Massachusetts 01923

*Re: Sandra Birchmore, deceased*

Dear Ms. Almon:

I have reviewed the autopsy and toxicology reports, scene and autopsy photographs, autopsy X-rays, the Complaint, the Protective Order for the Internal Affairs Report, and the Unredacted Stoughton Police Department Internal Affairs Report of August 29, 2022, that you sent to me relative to the death of Sandra Birchmore.

According to the Medical Examiner Death Notification Report, Ms. Birchmore, 23 years old, was found in her apartment on February 4, 2021, clothed "sitting on the floor of the bedroom hanging from a scarf around her neck that was tied to the door handle." Rigor mortis and lividity were present. There was no suicide note. "An ultrasound was found on the refrigerator as well as a restraining order" in which Ms. Birchmore was the plaintiff. The death was reported to the Medical Examiner's Office by Canton Police Officer Charles Yeaton as a "suicide by hanging." The Internal Affairs Report stated that, according to her building's security video cameras, Det. Mathew Farwell entered Ms.

Birchmore's apartment four days earlier, stayed for about 20 minutes, and then left. She was not seen or heard from since. The Report said that Ms. Birchmore had told her friends that she was happy that she was pregnant, and that Det. Mathew Farwell was the father. The Report concluded that she had had sexual relations with Det. Farwell and a number of his fellow officers since she was 15 years old.

The autopsy was performed the next day by Dr. Maria Capo-Martinez. She described, and autopsy photographs show, "a green shoulder strap for a bag … encircling the neck entirely" that produced a prominent "ligature furrow that surrounds the neck." The photographs show a very tightly applied ligature crossing the mid-neck horizontally that would have compressed the carotid arteries bilaterally and would have caused a loss of consciousness in less than ten seconds, and death within a few minutes. There were prominent petechial hemorrhages in the eyes and skin above the ligature, an abrasion on the chin, hemorrhage in neck muscle and a fracture of the right hyoid bone. All of these pathologic findings are commonly found in homicidal strangulation --- manual and ligature --- but not in suicidal hanging.[1] [2] According to Dr. DiMaio's textbook, fracture of the hyoid bone occurs rarely, if at all, in suicidal hanging and does occur in half of homicidal strangulations of women. That has been my experience during the past 50 years. Also, when committing suicide, women are careful to place the ligature against

---

[1] V. DiMaio and D. DiMaio, Forensic Pathology, 2nd Ed. 2006, pp 247-269.
[2] Spitz and Fisher's Medicolegal Investigation of Death, 5th Ed. 2020, pp. 405-443.

the skin underneath the hair, not entangled within the hair which occurs when there is resistance during homicidal strangulation, as is apparent in Ms. Birchmore's autopsy photographs.

Ms. Birchmore was ten weeks pregnant, but the medical examiner apparently did not send fetal tissue for DNA analysis to determine who the father was. She issued a temporary death certificate initially listing the cause of Ms. Birchmore's death as "Pending" and the manner of her death as "Pending investigation." She requested further toxicology studies and evaluation of a Sexual Assault Kit, usually completed at the time of the autopsy, that she prepared on February 26, 2021, three weeks after Ms. Birchmore's death. The Kit contained vaginal, anal and oral swabs, hair and fingernail clippings, and clothing including the underpants that she was wearing. The toxicology showed that she was taking Sertraline, a prescription psychotropic medication. It appears that the Sexual Assault Kit was not tested at all! Three months after the autopsy, the final death certificate was issued listing the cause of death as "Hanging" and the manner of death as "Suicide." I must disagree.

It is my opinion to a reasonable degree of medical certainty, based on my education, training and experience, and on the above materials that I have reviewed, that Ms. Birchmore did not die of suicidal hanging; that the autopsy findings are typical for homicidal manual and ligature strangulation and are atypical for hanging; that she would have lost consciousness within seconds after the ligature was fastened around her neck

and would have died within a few minutes; that the neck ligature was tied to a doorknob to give the appearance of a suicidal hanging; that the cause of Ms. Birchmore's death is "Strangulation" and the manner of death is "Homicide;" and that the fetal tissue collected at autopsy and the Sexual Assault Kit could still be examined for DNA if available.

My opinions are stated to a reasonable degree professional certainty and are subject to modification should additional information become available to me.

Very truly yours,

Michael M. Baden

Michael M. Baden, M.D.
Former Chief Medical Examiner,
New York City
Former Chief Forensic Pathologist,
New York State Police

MMB:ph