**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MASSACHUSETS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**MATTHEW FARWELL**<br>Defendant. | **Case No. 24-CR-10259** |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY**

The United States gives notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) of its intent to offer and introduce expert testimony of the expert witness set forth below.

**Michael Baden, M.D.**

***Qualifications:*** Dr. Michael Baden is the former Chief Medical Examiner of New York City and past Co-Director of the New York State Police Medico-Legal Investigations Unit. He received a B.S. Degree from the City College of New York and an M.D. Degree from New York University School of Medicine. He trained in internal medicine and pathology at Bellevue Hospital Medical Center where he was intern, resident and Chief Resident. He has worked as a medical examiner for 50 years and has performed more than 20,000 autopsies. He has held professorial teaching appointments at Albert Einstein Medical School, Albany Medical College, New York University School of Medicine, New York Law School and John Jay College of Criminal Justice. He has been a consultant to the Federal Bureau of Investigation, Veteran's Administration, Bureau of Alcohol, Tobacco and Firearm's, Drug Enforcement Agency and the United States Department of Justice. (see attached Curriculum Vitae). A list of the cases in which he has testified over the last five years as well as a list of his publications, including those from the last ten years, is attached hereto.

***Summary of Testimony:*** Dr. Baden's opinions regarding the cause and manner of Sandra Birchmore's death, as set forth below, are based on his training and experience as well as his review of the autopsy and toxicology reports, scene and autopsy photographs, autopsy X-rays, and the Stoughton Police Department Internal Affairs report. Dr. Baden will testify about his findings and opinions that are detailed in his June 18, 2024 report. *USAO 018108-018111.* Among the topics Dr. Baden may be asked to opine about include the following:

Dr. Baden will testify about his process of conducting autopsies. He will explain steps taken in cases of suspected asphyxia-deaths and relevant factors to consider in determining the cause and manner of death. Dr. Baden will testify that the injury that Ms. Birchmore sustained would have caused a loss of consciousness in less than ten seconds and death within a few minutes. He will testify that Ms. Birchmore presented at autopsy with petechial hemorrhages in her eyes as well as a hemorrhage of the left sternothyroid muscle and fracture of her right hyoid bone. All of these pathologic findings are commonly found in homicide strangulation, both manual and ligature.

In Dr. Baden's fifty years of experience and according to his review of the medical literature, these injuries are not commonly present in suicidal hanging deaths. Dr. Baden will describe that in his experience and through his research, fracture of the hyoid bone is very uncommon in suicidal hangings, especially in partially suspended hangings like the one in which Ms. Birchmore's body was found.

The manner in which Ms. Birchmore's hair was tangled in the ligature is also inconsistent with his experience with suicidal hangings. Dr. Baden will also note that the ligature tightly applied and crossing the mid-neck horizontally would have compressed the carotid arteries

bilaterally. The appearance and location of the ligature was also, in his opinion, consistent with homicidal strangulation rather than a suicidal hanging.

Dr. Baden has written a report detailing his review of the evidence and records in this matter and setting forth his findings, conclusions, and opinions with specificity. Dr. Baden is expected to testify as to his opinion that the Birchmore's cause of death was asphyxia/strangulation and that her manner of death was homicide.

Dr. Baden has not reviewed any additional materials since he authored his June 18, 2024, report. Dr. Baden reserves the right to confirm or change his opinion based on his review of additional evidence in this case.

Michael Baden M.D.

The United States reserves the right to supplement the notice of expert witness testimony pursuant to the continuing duty to disclose pursuant to Rule 16(a), Federal Rules of Criminal Procedure. Investigations in criminal cases are ongoing, and additional evidence may be discovered which may require additional expert witness testimony.

The United States further reserves the right to elicit testimony regarding other matters that (1) may be raised during cross-examination, (2) are based on the testimony elicited from the Defendant's experts, if any, or other witnesses, or (3) pertains to evidence introduced by Defendant.

To the extent the Court allows Defendant the same right, we reserve the right to elicit any additional testimony that this expert is qualified to provide should the need arise based on further developments in preparing for and during the trial, which will be disclosed to the Defendant as they arise.

Lastly, the United States reserves the right to supplement this designation with additional expert testimony to be presented in its case in chief if the Defendant raises other topic/subject areas in its expert designation for which expert testimony may be helpful to the trier of fact.

Respectfully submitted this 1st day of May 2026.

LEAH B. FOLEY
United States Attorney

By: *<u>/s/Elizabeth Riley</u>*
ELIZABETH C. RILEY
BRIAN A. FOGERTY
TOREY B. CUMMINGS
Assistant United States Attorneys