UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**ASSENTED-TO MOTION TO FILE EXHIBIT UNDER SEAL**

Now comes the defendant, Matthew Farwell, by and through undersigned counsel, and moves to file under seal Exhibit A of the Defendant's Opposition to Government's Motion in Limine to Admit Decedent's Statements Pursuant to Fre 804(B)(6). (D.E. 221).

As grounds, undersigned counsel submits that the exhibit is an audio recording of a conversation between the decedent and a prosecution witness. The name of the latter is presently covered by a protective order in this case. D.E. 19, 22, 50, 52. The defendant intends to provide the Court and the government with a certified transcript of the call as soon as it is available; the transcript when ready will be filed under seal as well.

Pursuant to Local Rule 7.1, undersigned counsel conferred with the government prior to filing this motion and understands that the government assents to the sealing of these exhibits.

Dated: August 18, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,
*/s/ Joanne M. Daley*

Joanne M. Daley, BBO # 653375
Kimberly Stevens
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

\\

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on August 18, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley