**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-10259-DJC |
| | ) | |
| MATTHEW FARWELL | ) | |
| | ) | |
| Defendant | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MEMORANDUM REGARDING RULE 615**

The United States of America submits this filing in response to Defendant Matthew Farwell's Memorandum regarding Rule 615 of the Federal Rules of Evidence. *See* ECF No. 226.

First, the government assents to the defendant's request to include in the witness sequestration order the government's two hybrid expert-fact witnesses, Diala Alkhalil and Dr. Priyanka Venkataraman. Second, the government does not object to the defendant's request to exempt its experts from the sequestration order, and similarly requests that the Court also exempt the government's experts from such an order, with the exception of the two hybrid witnesses above and Dr. Lisa Rocchio (who will be testifying as a "blind expert"). Third, the government reiterates its prior request to exclude from sequestration its case agent and two of the victim's family members. *See* ECF No. 179 at 46-47.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Torey B. Cummings*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant United States Attorney

Date: August 24, 2026