# EXHIBIT 1

| Data Source | Date_Time | From | To | Message | Attachments | Source |
|---|---|---|---|---|---|---|
| iPhone12 | 01/06/2021 11:19:15 AM | Sandra Birchmore | Matt Farwell | So I've done a lot of thinking, and if you're willing to give in certain areas, I'm willing to be extremely flexible 😉 | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\Archive\2021-01-06\Matthew Farwell on 2021-01-06 at 08.59.09.ichat |
| iPhone12 | 01/06/2021 11:21:21 AM | Matt Farwell | Sandra Birchmore | I never said you weren't trying. And that's good. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:21:28 AM | Matt Farwell | Sandra Birchmore | What have you come up with? | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:22:17 AM | Sandra Birchmore | Matt Farwell | 1. You don't have to sign the bc if I'm allowed to at least list you and they can have your name and I won't move to Stoughton or Easton. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:23:24 AM | Sandra Birchmore | Matt Farwell | 2. I won't bitch about holidays- but I would like you to come a few days before Christmas and Easter so you can see what they get from me and I don't want you to leave them out. And 3. If you want to try and support them, we can talk about that. But I do want you to see them. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:24:06 AM | Sandra Birchmore | Matt Farwell | I feel like I'm trying to be as fair as I can. And I want you there for labor.... That I'm standing my ground on. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:25:01 AM | Sandra Birchmore | Matt Farwell | Last name** | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:25:09 AM | Matt Farwell | Sandra Birchmore | Ok we can discuss this more in person. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:25:32 AM | Sandra Birchmore | Matt Farwell | Okay, I figured 😉. Does it kinda sound okay to you? | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\Archive\2021-01-06\Matthew Farwell on 2021-01-06 at 08.59.09.ichat |
| iPhone12 | 01/06/2021 11:26:16 AM | Matt Farwell | Sandra Birchmore | It a lot to think about it's so much more than you have ever asked for. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:26:50 AM | Sandra Birchmore | Matt Farwell | I know it is a lot. I'm trying. I know before I was asking for you to actually sign things. And I'm really trying, I really am. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:27:51 AM | Sandra Birchmore | Matt Farwell | This whole situation is a lot. But I really am trying to be flexible and work with you and not against you | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:28:13 AM | Matt Farwell | Sandra Birchmore | I didn't say you weren't. | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:28:26 AM | Sandra Birchmore | Matt Farwell | I know. But I want you to feel that I am | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:34:35 AM | Sandra Birchmore | Matt Farwell | I hope you can come later | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |
| iPhone12 | 01/06/2021 11:40:17 AM | Sandra Birchmore | Matt Farwell | And still less than what any other girl would ask for | | Entire Disk (APFS Container, 233.47 GB)\d4b2f90e-df63-435f-93b8-d0349a9ad480\Users\sandra\Library\Messages\chat.db |