# EXHIBIT 2

Audio recording on physical USB flash drive