UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

**ASSENTED-TO MOTION FOR LEAVE TO FILE 5-PAGE REPLY BRIEF**

The United States of America, by Leah B. Foley, United States Attorney, and Brian A. Fogerty, Elizabeth C. Riley, and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, moves for leave to file a 5-page reply in support of the government's motion to limit the testimony of Dr. Thomas Andrew, M.D. ECF No. 187. In response to the motion, the defendant alleges that the government pressured the assigned medical examiner to change her ruling from suicide to undetermined. ECF No. 224 at 11–12. The government denies this allegation and seeks leave to file a short reply to address the allegation and the bases for excluding Dr. Andrew's opinion on the subject.

The defendant assents to the government's request for leave to file a reply.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
ELIZABETH C. RILEY
TOREY B. CUMMINGS
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

_/s/ Brian A. Fogerty___________
BRIAN A. FOGERTY
Assistant United States Attorney

Date: August 25, 2026