**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL,<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

## UNITED STATES' ASSENTED-TO MOTION TO SEAL

The United States, with the assent of defendant Matthew Farwell, respectfully moves this Court to file under seal one additional motion *in limine* and one corresponding exhibit. As grounds for this motion, the government states that the brief and exhibit that it seeks to file under seal contain information subject to the protective order (*see* ECF No. 50).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Elizabeth C. Riley*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Elizabeth C. Riley*
ELIZABETH C. RILEY
Assistant United States Attorney

Date: September 9, 2026