UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

**JOINT MOTION TO EXTEND DEADLINE FOR FILING EXHIBIT LIST**

The United States of America, by Leah B. Foley, United States Attorney, and Brian A. Fogerty, Elizabeth C. Riley, and Torey B. Cummings, Assistant U.S. Attorneys for the District of Massachusetts, and defendant Matthew Farwell, through Kimberly C. Stevens and Joanne M. Daley, jointly move the Court to extend the filing deadline for the parties' exhibit list to Monday, September 14, 2026.

In support of the motion, the parties state the following:

1. The Court ordered the parties to file a joint exhibit list, identifying the parties' respective objections, on or before September 11, 2026. ECF No. 58.

2. The parties have worked diligently to identify exhibits, prepare lists, and confer about exhibit-related issues. However, the discovery in this case is voluminous. And, despite the parties' best efforts, counsel has not yet completed the exhibit review and objection process.

3. Both parties would benefit from an additional two days in which to confer regarding exhibits and objections. This may result in fewer disputed exhibits and a more orderly presentation

to the Court. Accordingly, the parties respectfully request that the Court extend the deadline for filing of a joint exhibit list to September 14, 2026.[1]

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
ELIZABETH C. RILEY
TOREY B. CUMMINGS
Assistant United States Attorneys

MATTHEW FARWELL
By his Attorneys,

By: /s/ Kimberly C. Stevens
Kimberly C. Stevens
North Carolina State Bar # 20156

Joanne M. Daley
BBO # 653375
Assistant Federal Public Defenders
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

[1] The parties still intend to file their respective witness lists on or before September 11, 2026. ECF No. 58.

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

_/s/ Brian A. Fogerty__________
BRIAN A. FOGERTY
Assistant United States Attorney

Date: September 10, 2026