## » Log Entry

Go to ▾

| | |
|---|---|
| **Identifier:** | com.apple.madrid |
| **Timestamp:** | 2/3/2021 10:55:53 PM(UTC-5) |
| **End time:** | |
| **Application:** | iMessage |
| **Severity:** | |
| **Source:** | Identity Lookup Service |
| **Extraction:** | Logical |
| **Source file:** | iPhone/mobile/Library/Preferences/ com.apple.identityservices.idstatuscache.plist : 0x9F94 (Size: 105626 bytes) |
| **PID:** | |
| **TID:** | |
| **Effective UID:** | |
| **Manually decoded:** | False |

Body

Apple authentication process has been performed for the following apple-ids: +17814080953 sbirchmore7@gmail.com

## » Contact

Go to



| | |
|---|---|
| **Name:** | Sandra |
| **Device description:** | |
| **Source:** | WhatsApp |
| **Account:** | 17817601314@s.whatsapp.net |
| **Group:** | |
| **Created:** | |
| **Modified:** | |
| **Last time contacted:** | |
| **Times contacted:** | |
| **Extraction:** | Logical |
| **Source file:** | iPhone/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/ChatStorage.sqlite : 0x48DA1F (Table: ZWAPROFILEPUSHNAME, ZWABLACKLISTITEM; Size: 4796416 bytes) |

### Interaction Statuses

Blocked

### Additional info

### Details

| | |
|---|---|
| **WhatsApp User Id** | 17814080953@s.whatsapp.net |

### Organizations

### Addresses

### User Tags

## » Contact

Go to



| | |
|---|---|
| **Name:** | |
| **Device description:** | |
| **Source:** | |
| **Account:** | |
| **Group:** | |
| **Created:** | |
| **Modified:** | |
| **Last time contacted:** | |
| **Times contacted:** | |
| **Extraction:** | Logical |
| **Manually decoded:** | False |
| **Source file:** | iPhone/mobile/Library/Preferences/ com.apple.cmfsyncagent.plist : 0x5AD (Size: 1806 bytes) |

### Interaction Statuses

Blocked

### Additional info

### Details

+17814080953

### Organizations

### Addresses

### User Tags