**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL,<br><br>Defendant | CRIMINAL No. 24-10259-DJC |

**UNITED STATES' ASSENTED-TO MOTION TO SEAL**

The United States, with the assent of defendant Matthew Farwell, respectfully moves this Court to file under seal a pleading regarding a trial witness. As grounds for this motion, the government states that the pleading that it seeks to file under seal contains information subject to the protective order (*see* ECF No. 50).

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *_/s/ Torey B. Cummings_*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed under seal will be sent via email to the registered participants as identified on the Notice of Electronic Filing (NEF).

*_/s/ Torey B. Cummings_*
Torey B. Cummings
Assistant United States Attorney

Date: September 21, 2026