**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cr-10259-DJC |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**DEFENDANT'S ASSENTED-TO MOTION TO SEAL MOTION FOR ISSUANCE OF A RULE 17(C) SUBPOENA**

Defendant, Matthew Farwell, moves for permission to file his motion for issuance of a Rule 17(c) subpoena under seal. As grounds, the defendant states the motion seeks medical and mental health records pertaining to the decedent in this case and therefore should be filed under seal.

The government has notified undersigned counsel that it has no objection to this motion.

Dated: September 21, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*

Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on September 21, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley