**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**SUPPLEMENT TO MOTION TO TRANSFER VENUE, DN 71**

Matthew Farwell, through undersigned counsel, pursuant to the Fifth and Sixth Amendments to the United States Constitution, and Rule 21 of the Federal Rules of Criminal Procedure, files this supplement to the original motion to transfer venue and moves this Honorable Court to transfer venue from the District of Massachusetts. The government opposes this motion.

As set forth in the original motion to transfer venue, DN 71, the volume and tenor of local publicity create a reasonable likelihood that substantial pretrial news coverage has and will continue to prevent a fair trial in this district. In denying the original motion to transfer venue, this Court observed that "even assuming that this case continues to be of interest to the media, however, future press coverage of these proceedings, without any indicia of prejudice in the substance of the coverage itself, would not be sufficient to establish a presumption." DN 87, at 13.

The Globe and Herald articles and the accompanying public comments filed herewith show that the continuing post-decision coverage does contain indicia of prejudice, and that the cumulative effect of the earlier and subsequent publicity is substantial. (See Exhibits 1 and 2, attached hereto). The additional media coverage since this Court's January 23, 2026 decision denying a motion to transfer venue (DN 87) reinforces the need to transfer venue to a location not saturated with this local publicity in order to protect Mr. Farwell's constitutional rights.

## ARGUMENT

The reporting on this case has fostered – and continues to foster – widespread public belief that Mr. Farwell is guilty of multiple crimes, including abusing a law enforcement position of trust, of "grooming" Ms. Birchmore and having sex with her while she was a minor, and killing her and "staging" her death as a suicide. When considered together with the prior coverage, the recent publicity warrants a presumption of prejudice and transfer under constitutional standards and Rule 21(a).

The legal standards governing transfer of venue were set forth in DN 71. The defendant incorporates the arguments from DN 71, the sealed arguments in DN 227, and the sealed motion filed September 18, 2026 concerning certain courthouse and courtroom procedures. Given the stakes and the pervasive prejudicial publicity in this case, the totality of the coverage and its impact on the public justify presuming prejudice and granting transfer to secure Mr. Farwell's right to a fair trial. Under Rule 21(a), there is likewise a reasonable likelihood that pretrial publicity will prevent a fair trial in this district.

Since the Court's January 23, 2026 Opinion denying the motion to transfer venue, the Boston Globe has published 33 additional stories about this case, generating at least 867 additional public comments, and the Boston Herald has published 20 additional articles. In addition, local television stations continue to air stories in anticipation of the upcoming trial. The recent publications and comments must be assessed in the context of the preexisting media environment considered by the Court earlier this year.

*Boston Globe*

The articles themselves contain the one-sided arguments described in the original motion to transfer venue, and the occasional use of the word "allegedly" does little to dispel that. Rather

than repeat the argument about those depictions of the "facts" of the case, a few examples include:

- An April 7, 2026 Globe article focuses on the government's claim that investigators did not compel a DNA sample from Matthew Farwell or seize his electronic devices; that they misidentified the ligature as scarf, and references the [missing] necklace being broken along the chain, which the government contends is a sign of a struggle. (Exhibit 1, p. 82, 85.)[1]

- An April 9, 2026 Globe piece discusses Matthew Farwell's decorated military and law enforcement career and adds the line "But plenty of monsters have medals." The article also includes that Sandra Birchmore "indicated to others that she planned to use the fact that Farwell had committed statutory rape as leverage." The piece goes on: "The federal investigation revealed the hollowness of that status [as a person who engaged in honorable military service], uncovering distressing amounts of evidence that he no longer deserved it. FBI agents determined that Farwell's DNA was on the ligature from which Birchmore was found hanging and found his sperm cells in the underwear she was wearing at the time of her death, though he told state police he had not had sex with her in months. But Farwell's was not the only DNA analysts found on that underwear. Birchmore appears to have been exploited for sex by multiple uniformed adults and likely came to believe her worth was inextricable from her sexuality." The article ends with "Farwell will not be the only one on trial in October. But Sandra Birchmore won't have any medals to protect her." (Exhibit 1, p. 99-103.)

- A September 14, 2026 Globe article says:

  "His arrest more than three years after Birchmore's death in 2021 exposed shocking accusations about Farwell's alleged misconduct and raised questions about how the initial investigation into her death by Norfolk District Attorney Michael W. Morrisey concluded she killed herself.

  By then Morrisey was already facing scrutiny over alleged police misconduct in the case of Karen Read, who was prosecuted in the death of her boyfriend, Boston police officer John O'Keefe. About two months before Farwell's arrest in August 2024, Reed's first trial ended with a hung jury. Morrisey tried her again last year and a jury acquitted her of charges in connection to O'Keefe's death."

  (Exhibit 1, p. 362.)

[1] Page citations for Exhibits 1 and 2 are the page numbers of the pdf.

The Boston Globe articles continue to report to the public that Mr. Farwell was allegedly inside Ms. Birchmore's apartment – an unsubstantiated and contested claim – when her phone stopped moving:

- April 6, 2026 Globe article - "Had local or state investigators reviewed Birchmore's cellphone, they would have known that Farwell was in Birchmore's apartment when her phone recorded its final movements, prosecutors said." (Exhibit 1, p. 66.)
- An April 28, 2026 Globe article repeats the government's contention that Sandra Birchmore constantly used her phone but never picked it up again after Farwell visited her on February 1, 2021, without the countervailing defense position. (Exhibit 1, p. 151.)

*Public Comments*

The public comments to these articles demonstrate persistent, one-sided sentiment and reflect the public's incorporation of alleged "facts" from media accounts. As the trial rapidly approaches, routine court filings and hearings have generated further coverage and public commentary that assume Mr. Farwell's guilt and call for his punishment – all without the need for a jury trial. Representative examples from the Globe's post-decision coverage include the following:

- January 24, 2026 – "Matthew Farwell trial in death of Sandra Birchmore to be held in Mass., judge rules." Public comments include:
    - "Farwell needs to be jailed for his ugliness - inside and out." (Exhibit 1, p. 19.)
    - "The Stoughton police used Sandra as a pass-around when she was an innocent child. So disgusting and disgraceful. They should all suffer harshly for the rest of their miserable lives for what they did until God or karma delivers the eternal justice." (*Id.*)
    - "The account of Miss Birchmore's de facto rape, impregnation and death should alert Teen Girls and Young Women to avoid any and all contact with Policemen." (*Id.*)
    - "What Farwell did was far worse than what Luigi Mangione did. If Mangione is facing the death penalty, so should Farwell." (*Id.* at 20.)
- January 30, 2026 – "Farwell seeks dismissal of criminal case in death of Sandra Birchmore." Public comments include:
    - "The literally thousands of texts between Farwell and Birchmore undoubtedly have an innocent explanation. Just like the surveillance camera footage. Right . . ." (Exhibit 1, p. 27.)
    - "They need to Jack Ruby this filth so we dont have to spend any more time or money on him…" (*Id.*)

  - "Keep grasping at straws pedo-murderer. Karma is on its way." (*Id*. at 28.)
  - "Darwin will see him in the DOC." (*Id.*)
  - "No vetting on this vile rapist. How many knew of his horrific conduct? The dept. is in dire need of a total overhaul. It appears nobody cared enough for a troubled girl and sat back during her exploitation. No sentence could be adequate for the horrific acts culminating in her murder." (*Id*. at 29.)

- March 5, 2026 – "Judge considers Matthew Farwell's bid to dismiss charges in death of Sandra Birchmore." Public comment:

  - "Are you kidding me? He was the last person to see her alive. He was grooming her since she was a young girl. She was pregnant and he thought he was the father. He was cheating on his family. But he says he didn't do it and they believe him?!? Why would anyone believe anything this SOS says?!?" (Exhibit 1, p. 44.)

- March 9, 2026 – "Judge rejects Matthew Farwell motion to dismiss indictment in Sandra Birchmore death." Public comment:

  - "Good. This guy needs to pay for what he did." (Exhibit 1, p. 52.)

- April 7, 2026 – "At no point was Farwell seriously considered as a suspect,' US says of initial probe in Birchmore death."
-
  - "On one hand, we have the word of the Stoughton Police force that the rape victim killed herself and their officers – both twin brothers who were raping her and the captain who participated – are totally innocent. On the other hand is the forensic evidence showing a struggle and murder, the video of Farwell entering the apartment shortly before her death, the DNA evidence on the murder weapon and mysteriously in her underwear, the evidence that the baby was Farwell's twin brother, the phone logs of her friend identifying Farwell as the rapist, Farwells description of the murder scene to friends before the info came out, and a medical examiner who signed off on suicide without medically examining anything. So it could go either way." (Exhibit 1, p. 89.)
  - "How does the defense explain away this freak's DNA on the murder weapon? . ." (Exhibit 1, p. 89.)
  - "Talk about the blue wall." (Exhibit 1, p. 89.)
  - "Just life as usual in a deep blue state – corrupt to its very core." (Exhibit 1, p. 94)

- April 9, 2026 – "Two ways of seeing Matthew Farwell, the Stoughton police officer accused of killing Sandra Birchmore."

  - The man is a dangerous pedophile rapist and killer . . . . well OK 'alleged killer' but sometime after October that gets changed to convicted killer." (Exhibit 1, p. 108.)
  - "Who is Matthew? A groomer, a molester, and a murderer. That was simple. Next question please." (Exhibit 1, p. 109.)

- April 15, 2026 – "Birchmore cousins endorse Adam Deitch in Norfolk DA race." The article quotes Mr. Deitch, a former Assistant United States Attorney, describing the Birchmore matter as "an unspeakable tragedy, a profound miscarriage of justice at the state level, and a shining example of why we need fundamental change in the DA's Office." (Exhibit 1, p. 133.)

- May 1, 2026 – "Sandra Birchmore's manner of death changed from suicide to 'undetermined', medical examiner says." Public comments:

  - "Cops covering for cops? Fortunately, this family had the means to hire Michael Boden. Otherwise, this would have been left as a suicide even though the family knew otherwise." (Exhibit 1, p. 163.)
  - "Girl was murdered by the dirtbag cop!" (*Id*. at 164.)
  - "Dr. Capo-Martinez should be fired." (*Id*. at 165.)
  - "They should all be in jail, no pension, no retirement…go directly to jail." (*Id*. at 166.)
  - "Hope the jury doesn't know where Canton is" (*Id*. at 168.)
  - "Farwell deserves the max penalty under the law. Any way you look at it." (*Id*. at 169.)

- June 5, 2026 – "Judge Denies Matthew Farwell's request to toss evidence in case of Sandra Birchmore's Death." Public comments:

  - "The worst of the worst ! Hope the evidence puts him away for the rest of his life…" (Exhibit 1, p. 196.)
  - "Police officer or not, Farwell is a truly disgusting, slimy and depraved individual. Fortunately he was not allowed to live with his mother, which would have been very hard on her." (*Id*. at 197.)
  - "If this dirtbag had an ounce of decency, he'd plead guilty and provide the necessary evidence to convict anyone else who was involved in the abuse of this young woman and her child. At this point, he knows that he's going to prison and has little to lose." (*Id*.)

- September 1, 2026 – "Judge weighs expert testimony, journal entries in Birchmore case." Public comments:

  - "Dirtbag. Justice for Sandra and Baby Birchmore." (Exhibit 1, p. 300.)
  - "Cop and Pedo . . . . good luck in Shirley Max. He will live his life in the SHU unless he is in BSH with the rest of the PC inmates." (*Id*.)

- September 11, 2026 – "Matthew Farwell's twin brother listed as potential witness in upcoming trial." Public comments:

  - "That p*s human should be charged alongside his brother for r*ping SB." (Exhibit 1, p. 356.)
  - "Good luck on prison Matty - your certainly going to need it." (*Id*. at 357.)
  - "Two depraved individuals. I hope they both lose everything they ever wanted." (*Id*.)
  - "So are we to believe that Sandra Birchmore strangled herself in the presence of Matthew Farwell because we know that he was there during the time that her activity stopped and he snuck in and out of her apartment" (*Id*. at 355.)
  - "No. Defense says she said 'if you leave I'll hang myself'. He left and she did, anticipating he would come back. This is supported by restraining orders against her by

other men. Prosecution says they had sex, he killed her either during or right after, staged and left within a half hour. This is supported by dna in her underwear, but probably the defense will point out 3 other men's dna was up inside her, so could have been one of them. The father left the state shortly after she died (he was notified about a year before the media let you know because it was part of the 700,000 page gag order forever, and still is, which is why his name isn't out there). It's a federal case so it won't be televised so it will be interesting to see what comes out from the gag orders." (*Id*. at 356.)

- September 17, 2026 – "Judge rules doctors who say Sandra Birchmore was strangled can testify at Matthew Farwell's trial." Public comments:
  - "What does the identity of the father of her unborn child have to do with anything? The father of her unborn child - whoever it is - is not a suspect, the corrupt cop/pedophile who groomed and exploited her is." (Exhibit 1, p. 376.)
  - "Has nothing to do with the fact that this subhuman killed her…" (*Id*. at 377.)
  - "warned Capo Martinez might not be available to testify because of a scheduling issue. Oh please" (*Id*. at 378.)
  - "Did MSP's Norfolk guys make a visit to the medical examiner and encourage her to stay home? Proctor's txt msgs reveal how the guys schemed to influence cause of death in the Karen Read case. Didn't work though. That ME held." (*Id*.)
  - "Slam dunk." (*Id*.)
  - "Mrs. Farrell must be so proud. Such nice boys." *(Id*. at 379.)
  - "40% of cops admit to abusing their partners. Imagine how many more do it but don't admit it. A violent, criminal gang by any definition." (*Id*.)

These excerpts are examples of the persistent and prejudicial tenor of public commentary accompanying the post-decision coverage. The cumulative effect of these articles and comments—together with earlier publicity considered earlier by the Court—supports a presumption of prejudice and warrants transfer under both constitutional principles and Rule 21(a). This coverage, and these types of comments, will continue to saturate the communities where the potential jurors reside, where their families live, and where the trial jurors will have to return post-trial.

*Boston Herald*

Excerpts from the Herald include language like the below:

- An April 2026 article sets out that the investigators in this case tried "*to broom the crime by one of their own*"; "*Meatball's Keystone Kops never checked to see if his DNA appeared on the strap that was used to strangle her with. (It did.)*"; "*He had a particular interest in porn*

*involving pregnant teenagers, the G-men reported*" and, finally, "*Here's a question - theoretical, of course - for Meatball Morrisey. What's a worse sin/crime - declaring an obvious murder a suicide to protect a perverted crony? Or trying to frame an innocent woman for murder...*" (Exhibit 2, p. 45.)

*Local Television*

As the case approaches trial, the local television stations continue to run stories on the upcoming trial, some in the nature of speculation with commentary as opposed to news coverage. One example is: www.boston25news.com/news/local/inside-sandra-birchmore-case-matthew-farwell-trial-prep-with-ted-daniel-peter-tragos/LNEUHYD2TFHAPKCG4U6KFCHLOY/. And another recent piece of coverage, discussing "Matthew Farwell" as NBC Boston's "top story": https://www.nbcboston.com/video/on-air/as-seen-on/sandra-birchmores-words-can-be-used-in-matthew-farwell-trial-judge-rules/4016727/.

**CONCLUSION**

For the foregoing reasons, and for the reasons set forth in DN 71, 227 and the defendant's sealed filing of September 18, 2026, Mr. Farwell respectfully requests that this Court transfer venue to a jurisdiction not saturated with coverage from the Boston Globe, the Boston Herald, and the Boston area television stations, to protect his right to a fair trial.

This the 28th day of September, 2026.

Respectfully submitted,

MATTHEW FARWELL
By his attorneys,

*/s Kimberly C. Stevens*
Kimberly C. Stevens
N.C. State Bar # 20156

Joanne M. Daley
BBO # 653375

Assistant Federal Public Defenders
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(336) 575-4337

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 28, 2026.

*/s Kimberly C. Stevens*
Kimberly C. Stevens