# EXHIBIT 1

# Matthew Farwell appears in court for first time since his 2024 arrest

By **Laura Crimaldi** Globe Staff, Updated January 20, 2026, 12:46 p.m.




Signs rested against the Stoughton Police Department headquarters in 2024 during a ceremony honoring Sandra Birchmore.
CRAIG F. WALKER/GLOBE STAFF

The former Stoughton police detective accused of killing a young pregnant woman whom he allegedly began sexually exploiting when she was 15 years old asked a

federal judge on Tuesday to relocate his trial to Rhode Island.

The hearing marked the first time Matthew Farwell, 40, has appeared in court since his 2024 arrest by the FBI. US District Court Chief Judge Denise J. Casper heard arguments from the defense and prosecution for about 40 minutes and said she would issue a ruling later.

Dressed in a tan prison jumpsuit, Farwell was seated at the defense table between two of his lawyers, Kimberly C. Stevens and Joanne Daley. He did not speak during the proceedings.

Stevens said Farwell maintains his innocence and cannot get a fair trial in Massachusetts because of the impact "prejudicial" news coverage has had on potential jurors.

"We cannot have trial by press," she said.

In suggesting the trial be held in Rhode Island, Stevens said the news media there hasn't devoted as much attention to the case, noting that a prominent news organization there hasn't published a single story about Farwell.

Federal prosecutors oppose the request and assert that the screening process for potential jurors will ensure that an "impartial jury" is seated in Boston to hear the case in October.

"Matthew Farwell can and will get a fair trial in the District of Massachusetts," said Assistant US Attorney Torey B. Cummings.

Prosecutors have pointed to Dzhokhar Tsarnaev, who bombed the Boston Marathon finish line in 2013, and tried unsuccessfully to move his trial outside Massachusetts. He was ultimately convicted and sentended to the death penalty, though his lawyers have appealed that decision and question whether the jury was properly screened.

Farwell is accused of killing a pregnant Sandra Birchmore, 23, who was found dead in her Canton apartment on Feb. 4, 2021.

He is charged with killing a witness and causing the death of Birchmore's unborn son.

Farwell has pleaded not guilty and is being held at a detention center in Rhode Island.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

He asserts Birchmore killed herself, citing the findings of Norfolk District Attorney Michael W. Morrissey and the state medical examiner's office who initially investigated and concluded she died by suicide.

"Sandra Birchmore's death was an unfortunate death by suicide," Stevens said in court on Tuesday.

If convicted, Farwell faces a possible life sentence. One charge he faces, killing a witness, is eligible for the death penalty, but US Attorney General Pamela Bondi last month

instructed prosecutors not to seek such punishment.

Birchmore and Farwell met when she enrolled as a teenager a Stoughton police youth program known as Police Explorers. In 2013, federal prosecutors allege Farwell committed statutory rape when he started a sexual relationship with Birchmore, then 15.


Massasoit Community College
Massasoit Community College



Sandra Birchmore FAMILY PHOTO

Federal prosecutors allege Farwell strangled Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on the clock for Stoughton police.

DNA testing has excluded Farwell as the father of her unborn baby, and authorities haven't disclosed whether they've established paternity.

Federal prosecutors allege Farwell began plotting to kill Birchmore after one of her friends called Stoughton police headquarters on Jan. 20, 2021, and told a department employee that Farwell and Birchmore were having sex.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last person to see Birchmore alive on the evening of Feb. 1, 2021. A video camera in the lobby of her apartment building captured him entering and exiting.

Earlier this month, Morrissey, a Quincy Democrat, announced he will not seek reelection later this year as Norfolk district attorney. He was elected to the job in 2010, but has faced public outcry in recent years over his investigation of Birchmore's death and prosecution of Karen Read.

Four Democrats have declared their intention to seek their party's nomination for the job in September's primary.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 18 comments

## 18 Comments

Sort by: Best Newest Oldest



**Puffinstuff** 1/20/26 - 11:59AM

He is probably right but he deserves what he gets. What a low life.



**Maximiis Cadius** 1/20/26 - 1:28PM

And what about his brother, who was also having sex with her when she was a minor?

**daisy1** 1/20/26 - 2:16PM

don't forget their supervisor, Devine.

**GuinnessOwner** 1/20/26 - 12:39PM

Rapist, pedophile and murderer. Nice guy.

**GardenFan64** 1/20/26 - 1:43PM

If he gets off, maybe he will run for President. MAGA can overlook anything bad in a person's background. As long as he gets those "pesky" immigrants. Intelligence is not required for the MAGA crowd.

**user38090305** 1/20/26 - 12:44PM

Another very questionable death investigation done by the Norfolk District Attorney's Office.

Where is the outrage from our state leaders on the obvious incompetence, corruption and cover up by those in the Norfolk DA's Office?

---

**daisy1** 1/20/26 - 2:23PM

You seem to ignore the fact that the Medical Examiner's office ruled the death a suicide. That finding significantly impacts how investigations are advanced, still, to her credit, Stoughton's police chief opened an internal affairs investigation the day after Birchmore's death.

---

**ginnysull2** 1/20/26 - 4:11PM

While initially found a suicide by the CME's office, federal investigators ruled out a suicide due to a hyoid bone fracture and other evidence, thus filing these federal charges. Let a MA jury decide.

Show all 3 replies

---

**GFWalsh** 1/20/26 - 1:41PM

Their mom must be so proud...

---

This comment has been blocked.

---

**Claire07** 1/20/26 - 3:24PM

Why did US Atty Gen Pammie Bondi instruct prosecutors not to seek the death penalty? Is that just an extension of her duties as the Chief Protector of Pedophiles in the White House?

---



**Poodin-Head** 1/20/26 - 5:27PM

This state (all states for that matter) really need to bring back public hangings when an individaul receives the "death penalty". This process will in large part I guarantee send a clear message to these evil people such as this former police detective knowing he / they will have to face the public and pay the ultimate 'price' for their evil actions the way it has been for thousands of years .....rather than in contrast like we do in this damn state give them free room and board, the best health care, sex change operation should they choose, cable TV, three square meals a day .....this state is a sad, sad bleeding heart state of affairs given it costs greater than $330K a year to incarcerate people (THE highest in the country !) in this state not including what it costs tax payers someone on death row and all the free legal advise they are 'entiltled' to get before spending a life in jail all nice and cozy..

---



**Chunka06** 1/20/26 - 6:01PM

Farwell, if you did this, God help you.

---

**Ruckus1** 1/20/26 - 7:03PM

Why does it seem Canton is mentioned in a lot of BG's crime articles?

---



**brooksfamily96** 1/20/26 - 11:01PM

I want to know if his wife filed for divorce.
I want to feel bad for her, but she had to have some inkling her husband and father of her children was a walking talking dumpster fire...

Beyond that, I hope he rots. I'm not usually an keyboard justice warrior, but this guy is scum and the fact that he had a badge just makes it all so stomach turning. 15 years old... ugh

---

**mshyde** 1/21/26 - 6:14AM

Many people in Rhode Island read the Boston Globe and know who Matthew Farwell is.

.

---

**SunCzarina** 1/21/26 - 9:43AM

Rhode Island does not have a good paper anymore, we're here for the RI reporting. Sure bring him down, it'll be a grand time the spectacle of Karen Read supporter BS vs the college kids in Prov. // sarcasm I don't want this BS here.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell trial in death of Sandra Birchmore to be held in Mass., judge rules

By **Laura Crimaldi** Globe Staff, Updated January 24, 2026, 7:24 a.m.




Demonstrators highlighted Sandra Birchmore's case during a 2024 protest outside the Canton office of Norfolk District Attorney Michael W. Morrissey. JESSICA RINALDI/GLOBE STAFF

A federal judge ruled a former Stoughton police detective accused of killing a young pregnant woman will be tried in Massachusetts, rejecting his request that his trial be held in Rhode Island.

Matthew Farwell, 40, had argued that he cannot get a fair trial in Massachusetts because of "prejudicial" news coverage and its impact on potential jurors.

US District Court Chief Judge Denise J. Casper rejected Farwell's argument on Jan. 23.

"Farwell has not met the high burden of demonstrating that pretrial publicity would prevent him from receiving a fair trial in this District," she wrote in a 17-page order.

She heard arguments on Farwell's request on Jan. 20. His trial is scheduled to begin in October.

Farwell is accused of killing a pregnant Sandra Birchmore, 23, and causing the death of her unborn son in Canton on Feb. 1, 2021. Her body was found three days later.

Federal prosecutors allege Farwell killed Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on the clock for Stoughton police.

DNA testing has excluded Farwell as the father of her unborn baby, and authorities haven't disclosed whether they've established paternity.

Farwell has pleaded not guilty and is being held at a detention center in Rhode Island. He asserts that Birchmore killed herself, and points to the findings of the state Office of the Chief Medical Examiner, which ruled her death a suicide.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Norfolk District Attorney Michael W. Morrissey also investigated Birchmore's death, but never brought any criminal charges.

In reviewing the news coverage submitted by Farwell, Casper said that while it reports on the government's allegations against him, it "focuses at least as much on perceived deficiencies in the Commonwealth's investigation into Birchmore's death."

If convicted, Farwell faces a possible life sentence. One charge he faces, killing a witness, is eligible for the death penalty, but US Attorney General Pamela Bondi last month instructed prosecutors not to seek such punishment.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. In 2013, federal prosecutors allege Farwell committed statutory rape when he started a sexual relationship with Birchmore, then 15.


Massasoit Community College
Massasoit Community College



Sandra Birchmore FAMILY PHOTO

Federal prosecutors allege Farwell began plotting to kill Birchmore after one of her friends called Stoughton police headquarters on Jan. 20, 2021, and told a department employee that Farwell and Birchmore were having sex.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last known person to see Birchmore alive on the evening of Feb. 1, 2021, according to a Stoughton police internal affairs report. A video camera in the lobby of her apartment building captured him entering and exiting, federal prosecutors have said.

In opposing Farwell's request to relocate his trial, prosecutors cited Dzhokhar Tsarnaev, who bombed the Boston Marathon finish line in 2013, and tried unsuccessfully to move his trial outside Massachusetts.

He was ultimately convicted and sentenced to the death penalty, though his lawyers have appealed that decision and question whether the jury was properly screened.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 11 comments

## 11 Comments

Sort by: Best Newest Oldest



**sidmcd** 1/24/26 - 8:17AM

Fats Morrissey is the godfather.

**DrEdZone1** 1/24/26 - 8:49AM

Yeah! TO the child born to his wife, weeks after the killing!

**DrEdZone1** 1/24/26 - 8:56AM

CORRECTION: my mistake! Not weeks...HOURS!!

**Dontstandby** 1/24/26 - 8:51AM

They should all do time. Police officers or elected officials who try to cover up any of these crimes should be prosecuted to the fullest extent. Oh sorry, the Prosecutor is dirty too, dammit !
When there is accountability and real consequences through the dirty thread that this case carries, maybe, just maybe the next dirty sewer dwelling cop or elected official will think twice.

The sad aspect is that they are going to run Sandra's issues through this entire trial and further victimize her.

**RSull** 1/24/26 - 9:05AM

Qualified Immunity needs to go away forever. There are too many LEO who have committed crimes.

**Goodquip** 1/24/26 - 8:56AM

Farwell needs to be jailed for his ugliness - inside and out.

---



**Chunka06** 1/24/26 - 9:12AM

The Stoughton police used Sandra as a pass-around when she was an innocent child. So disgusting and disgraceful. They should all suffer harshly for the rest of their miserable lives for what they did until God or karma delivers the eternal justice.

---

**Opportunity** 1/24/26 - 1:41PM

The account of Miss Birchmore's de facto rape, impregnation and death should alert Teen Girls and Young Women to avoid any and all contact with Policemen.

---

This comment has been blocked.

---

**Buckners Legs** 1/25/26 - 7:39PM

Who was the father of Sandra's unborn child? Inquiring minds want to know.

**twenty1twelve** 1/25/26 - 9:38PM

What Farwell did was far worse than what Luigi Mangione did. If Mangione is facing the death penalty, so should Farwell.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Farwell seeks dismissal of criminal case in death of Sandra Birchmore

By **Laura Crimaldi** Globe Staff, Updated January 30, 2026, 6:54 p.m.




A ceremony outside the Stoughton Police Department honored Sandra Birchmore in 2024. CRAIG F. WALKER/GLOBE STAFF

A former Stoughton police detective accused of killing a young pregnant woman whom he allegedly began sexually exploiting when she was 15 years old asked a judge to dismiss criminal charges against him.

In his request on Jan. 30, Matthew Farwell, 40, denies killing Sandra Birchmore and asserts the two-count federal indictment against him is legally defective.

Birchmore, 23, was found dead in her Canton apartment on Feb. 4, 2021. The office of the chief medical examiner ruled her death a suicide.

In 2024, the FBI arrested Farwell and charged him with Birchmore's death, alleging he strangled her and staged the scene to look like a suicide.

He has pleaded not guilty to a two-count indictment accusing him of killing a witness and causing the death of Birchmore's unborn son. His trial is scheduled to begin in October.

Federal prosecutors allege Farwell killed Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on the clock for Stoughton police.

Farwell argues the indictment fails to meet the legal criteria for the crime of killing a witness because it does not allege there was "reasonable likelihood" that he took any action with the intent to stop anyone from providing information to federal law enforcement officials or federal judges, his lawyers wrote.



Former Stoughton police detective Matthew Farwell STOUGHTON POLICE DEPARTMENT'S FACEBOOK

"To be clear, Mr. Farwell denies killing Ms. Birchmore; and the Government fails to properly allege that any killing was committed to prevent at least one relevant communication to a federal officer," his lawyers wrote in court papers.

Messages were left for Farwell's defense attorneys.

The indictment also accuses Farwell of causing the death of Birchmore's unborn son. His lawyers assert that the charge is "inextricably tied" to the offense of killing a witness and must also be dismissed.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby, and authorities haven't disclosed whether they've established paternity.

A spokesperson for Massachusetts US Attorney Leah Foley said the office had no comment.

Farwell is awaiting trial at a detention facility in Rhode Island. An interim status conference is set for this Friday in US District Court in Boston.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. In 2013, federal prosecutors allege Farwell committed statutory rape when he started a sexual relationship with Birchmore, then 15.



Sandra Birchmore. (Family photo) FAMILY PHOTO

Federal prosecutors assert Farwell began plotting to kill Birchmore after one of her friends called Stoughton police headquarters on Jan. 20, 2021, and told a department employee that Farwell and Birchmore were having sex.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last known person to see Birchmore alive on the evening of Feb. 1, 2021, according to a Stoughton police internal affairs report. A video camera in the lobby of her apartment building captured him entering and exiting, federal prosecutors have said.

Norfolk District Attorney Michael W. Morrissey also investigated Birchmore's death, but never brought criminal charges.

If convicted, Farwell faces a possible life sentence. The charge of killing a witness is eligible for the death penalty, but US Attorney General Pamela Bondi last month instructed prosecutors not to seek such punishment.

In November, Farwell sought to relocate his upcoming trial to Rhode Island, citing a "saturation of prejudicial local publicity" and its impact on potential jurors.

A judge earlier in January denied his request.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 12 comments

## 12 Comments

Sort by: Best Newest Oldest

**Budjac5** 1/30/26 - 8:00PM

A loser!!!$

OccasionalWriter 1/30/26 - 8:02PM

The literally thousands of texts between Farwell and Birchmore undoubtedly have an innocent explanation.

Just like the surveillance camera footage.

Right...

---

JS38 1/30/26 - 8:03PM

They need to Jack Ruby this filth so we dont have to spend any more time or money on him...

---

Bort1989 1/30/26 - 9:58PM

Priests and cops...

---

RSull 1/31/26 - 10:02AM

and teachers, and coaches, and doctors, neighbors, and relatives, and many more.

---

This comment has been blocked.

**Goodquip** 1/31/26 - 6:45AM

First it was a request to change venues cause he couldn't get a fair trial (cue tears 😭 ) now it's, please dismiss altogether (cue more tears 😂 )

---



**Chunka06** 2/01/26 - 6:45AM

Keep grasping at straws pedo-murderer. Karma is on its way.

---

**Justaudrey** 2/01/26 - 9:13AM

Unfortunately, him, his brother and the other cop a sargent, I cant remember his name, all passed this poor kid around like candy. They are all pedophiles. The brother high tailed it out of the state. The sargent retired, wanted to secure that pension. Now, both should submit to DNA to clarify who the father actually is. Imagine, Matthew thought he was the only one still visiting her.

---

**Dontstandby** 2/01/26 - 2:02PM

Darwin will see him in the DOC.

---

**NER-MCFC-MK2** 2/01/26 - 5:15PM

Until January 20 of last year, this motion would have just been another example of a competent lawyer with a difficult case hoping to get lucky. But since Pam Bondi has turned DOJ into a train wreck, I wouldn't bet against any motion to dismiss being successful.

---

**jimhere** 2/02/26 - 8:41AM

No vetting on this vile rapist. How many knew of his horrific conduct? The dept. is in dire need of a total overhaul. It appears nobody cared enough for a troubled girl and sat back during her exp;oitation. No sentence could be adequate for the horrific acts culminating in her murder.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Federal prosecutors urge judge to reject Matthew Farwell's bid to dismiss charges in death of Sandra Birchmore

**By** Laura Crimaldi Globe Staff, Updated February 28, 2026, 3:17 p.m.




Demonstrators gathered in 2024 outside the Stoughton Police Department following a ceremony honoring Sandra Birchmore. CRAIG F. WALKER/GLOBE STAFF

Federal prosecutors urged a judge to reject a former Stoughton police detective's bid to dismiss charges against him in the death of a young pregnant woman and her unborn son.

In court papers, prosecutors argued Feb. 27 that Matthew Farwell's request fails to show the two-count indictment against him is legally defective and his prosecution in the death of Sandra Birchmore should continue.

"None of Farwell's attacks on the Superseding Indictment reveal a deficiency," they wrote.

Last month, Farwell, 40, denied killing Birchmore in a formal request that the two-count federal indictment against him be thrown out.

US District Court Chief Judge Denise J. Casper has scheduled a March 5 hearing on the motion. Farwell's trial is scheduled to begin in October.

Birchmore, 23, was found dead in her Canton apartment Feb. 4, 2021. The state medical examiner ruled her death a suicide.

In 2024, the FBI arrested Farwell and charged him with Birchmore's death, alleging he strangled her and staged the scene to look like a suicide. Federal prosecutors allege Farwell began sexually exploiting Birchmore when she was 15 years old.

Farwell has pleaded not guilty to charges accusing him of killing a witness and causing the death of Birchmore's unborn son. He is awaiting trial at a detention facility in Rhode Island.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Federal prosecutors allege Farwell killed Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on duty with the Stoughton Police Department.

Farwell argues the indictment fails to meet the legal criteria for the crime of killing a witness because it does not allege there was “reasonable likelihood” that he acted with the intent to stop anyone from providing information to federal law enforcement or federal judges, his lawyers wrote.

Federal prosecutors countered that an indictment doesn’t have to specify details about how a victim’s report to law enforcement could have unfolded.

“Where it is alleged that Farwell killed the victim before she could make *any* communication, no such specificity is required," they wrote.

The indictment also accuses Farwell of causing the death of Birchmore's unborn son. His lawyers assert that the charge is "inextricably tied" to the offense of killing a witness and must also be dismissed.

Federal prosecutors said Farwell's argument fails to identify defects in the indictment language of that charge.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby. Authorities haven't disclosed whether paternity has been established.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he started a sexual relationship with Birchmore, then 15.



Sandra Birchmore FACEBOOK

Federal prosecutors assert Farwell began plotting to kill Birchmore after one of her friends called Stoughton police headquarters on Jan. 20, 2021, and told a department employee that Farwell and Birchmore were having sex.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last known person to see Birchmore alive on the evening of Feb. 1, 2021, according to a Stoughton police internal affairs report. A video camera in the lobby of her apartment building captured him entering and exiting, federal prosecutors have said.

Norfolk District Attorney Michael W. Morrissey previously investigated Birchmore's death but did not bring criminal charges.

If convicted, Farwell faces a possible life sentence. The charge of killing a witness is eligible for the death penalty, but US Attorney General Pamela Bondi last year instructed prosecutors not to seek such punishment.

In November, Farwell sought to move the trial to Rhode Island, citing a "saturation of prejudicial local publicity" and its impact on potential jurors. Casper denied the request in January.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide comments

**9 Comments**

**Sort by:** Best Newest Oldest

---

**j8765** 2/27/26 - 10:36PM

Once again this case is being investigated on the Federal level.
Thanks for that.
No thanks to Massachusetts AG Andrea Campbell or Norfolk District Attorney Michael W. Morrissey who previously investigated Birchmore's death but did not bring criminal charges.

**ShardsofGlass** 2/27/26 - 10:47PM

If Farewell's legal argument is that DA Morissey never would have tried him, and thus Birchmore was never going to be a witness, he might be right. Morrisey's recent legacy hasn't been focused on solving complex crimes.

---

**Dontstandby** 2/28/26 - 7:19AM

Why not the band of unemployed people camping out like the Read Trial ? This girls life was doomed from the start and she fell into the hands of a dirty cult and was killed by the same cult she trusted. Look up the term cult and get back to me, there are too many boxes that are checked in the comparison. Something has to change.

---

**NorwoodBorn** 2/28/26 - 9:09AM

Where is the comment from Maura Healy? Where is Linda Henry's Boston Globe Spotlight Team investigation on the crisis in Massachusetts law enforcement?

---

**3611rep** 2/28/26 - 11:54AM

Because they are a newspaper? How much information do you think would be made available to them? Its not like you can get them to talk to you or get a whistle blower. This is what we have elected officials for, and its helpful if you can find any these days that have a back bone. Expect more than one of them has benefited from a favor or two from Massachusetts law enforcement.

---

**RSull** 3/01/26 - 9:26AM

Yes, it's a newspaper. Journalists of times gone by used to ask uncomfortable question toward elected officials. Journalists of the past

used the freedom of press in a way that informed citizens on most pressing topics which forced them to correct wrongs and route out corruption. The "Press" was not in bed with the government, trying to shape policies which benefitted themselves or those officials. The Press used to expose corruption and hold leaders accountable, not hide that same corruption with censorship by omission. This is most likely the effects of not teaching American History and Civics to our children.

Show all 3 replies

**Goodquip** 2/28/26 - 9:55AM

Of course he denies murdering her. That's why he's going to trial to be judged by a court of his peers. My goodness, should Mr. Luigi do likewise?

**Goodquip** 2/28/26 - 9:56AM

^Mr. Mangione.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Judge considers Matthew Farwell's bid to dismiss charges in death of Sandra Birchmore

**By** Laura Crimaldi Globe Staff, Updated March 5, 2026, 4:08 p.m.




Demonstrators stood outside the federal courthouse in Boston, where a hearing was being held last year in the case of Matthew Farwell, a former Stoughton police detective. He's accused of killing a pregnant Sandra Birchmore in 2021. DAVID L. RYAN/GLOBE STAFF

A federal judge on Thursday weighed a request to dismiss federal charges against a former Stoughton police detective accused of killing a pregnant woman he allegedly began sexually exploiting when she was 15 years old.

Matthew Farwell has denied killing Sandra Birchmore and argued in court papers that the two-count federal indictment against him is legally flawed.

Farwell, 40, attended a hearing at the federal courthouse in Boston Thursday, dressed in a beige prison uniform. He sat between two of his lawyers and only spoke to say good morning to US District Court Chief Judge Denise J. Casper.

Massachusetts US Attorney Leah B. Foley watched the 45-minute hearing from the courtroom gallery. Casper said she will rule at a later date.

Joanne M. Daley, a federal public defender representing Farwell, said the indictment against him is “defective in both form and substance” and lacks the “relevant factual background” needed to prosecute him for a federal crime.

“The defendant is left to guess: what exactly is the federal nexus here and whether or not he will, at trial, actually face charges and allegations that the grand jury didn’t consider,” Daley said.

Federal prosecutors urged Casper to deny Farwell’s request and let the case proceed to an October trial.

“The grand jury considered the statutory language and that’s sufficient for the indictment to stand,” said Assistant US Attorney Brian Alexander Fogerty.

Birchmore, 23, was found dead in her Canton apartment on Feb. 4, 2021. The state medical examiner ruled her death a suicide.

In 2024, the FBI arrested Farwell and charged him with Birchmore’s death, alleging he strangled her and staged the scene to look like a suicide.

Farwell has pleaded not guilty to charges accusing him of killing a witness and causing the death of Birchmore's unborn son. He is awaiting trial at a detention facility in Rhode Island.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Federal prosecutors allege Farwell killed Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on duty with the Stoughton Police Department.

Farwell argues the indictment fails to meet the legal criteria for the crime of killing a witness because it does not allege there was "reasonable likelihood" that he acted with the intent to stop anyone from providing information to federal law enforcement or federal judges, according to his lawyers.

Before Birchmore's death, a phone call placed by her friend to the Stoughton Police Department was the only report to authorities concerning Birchmore and Farwell, Daley said. The friend said Birchmore and Farwell were having sex, according to the FBI.

"That third party who called local law enforcement did not report a federal offense," Daley said.

Federal prosecutors countered that an indictment doesn't have to specify details about how a victim's report to law enforcement could have unfolded.

"The defendant acted and killed the victim before she could communicate the communication to law enforcement," Fogerty said. "They're demanding a metaphysical impossibility in terms of the specific information about a communication to law enforcement."

Farwell's lawyers also assert that the accusation that Farwell caused the death of Birchmore's unborn son is "inextricably tied" to the offense of killing a witness and must also be dismissed.

Federal prosecutors said Farwell's argument fails to identify defects in the indictment language for that charge.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby. Authorities haven't disclosed whether paternity has been established.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he had sex with Birchmore, then 15.




Sandra Birchmore FACEBOOK

Federal prosecutors assert Farwell began plotting to kill Birchmore after her friend called Stoughton police headquarters on Jan. 20, 2021.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last known person to see Birchmore alive on the evening of Feb. 1, 2021, according to a Stoughton police internal affairs report. A video camera in the lobby of her

apartment building captured him entering and exiting, federal prosecutors have said.

Norfolk District Attorney Michael W. Morrissey previously investigated Birchmore's death but did not bring criminal charges.

If convicted, Farwell faces a possible life sentence. The charge of killing a witness is eligible for the death penalty, but US Attorney General Pamela Bondi last year instructed prosecutors not to seek such punishment.

In November, Farwell sought to move the trial to Rhode Island, citing a "saturation of prejudicial local publicity" and its impact on potential jurors. Casper denied the request in January.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide comments

**3 Comments**

Sort by: Best Newest Oldest

---

**timd1732** 3/05/26 - 4:35PM

Are there any federal prosecutors left capable of arguing a case?

---

**jimhere** 3/05/26 - 7:35PM

Morrissey chose not to bring charges. What a horrid situation. I live outside the district but have learned plenty about his chops. This case reeks of double murder. Hopefully the new DA will move to prosecute. The murder of the mother and unborn child are horrendous and the acts of a monster.

**Cambgirl64** 3/06/26 - 10:53AM

Are you kidding me? He was the last person to see her alive. He was grooming her since she was a young girl. She was pregnant and he thought he was the father. He was cheating on his family. But he says he didn't do it and they believe him?!? Why would anyone believe anything this SOS says?!?

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Judge rejects Matthew Farwell motion to dismiss indictment in Sandra Birchmore death

By **Laura Crimaldi** and **Nick Stoico** Globe Staff, Updated March 9, 2026, 2:57 p.m.



Sandra Birchmore's cousin, Barbara Wright, participated in a 2024 standout in Stoughton. JOHN TLUMACKI/GLOBE STAFF

A federal judge on Monday rejected a request to dismiss charges against a former Stoughton police detective accused of killing a pregnant woman he allegedly began sexually exploiting when she was 15.

US District Court Chief Judge Denise J. Casper ruled that the two-count indictment against Matthew Farwell, 40, is legally sound and the prosecution can continue.

The indictment "recites the elements of the crime" and includes enough factual allegations to allow Farwell to prepare a defense against the charges he faces, Casper wrote in denying the motion.

Farwell is accused of killing Sandra Birchmore and causing the death of her unborn son. His trial is scheduled for October.

Farwell has pleaded not guilty. He's awaiting trial at a detention facility in Rhode Island.

Birchmore, 23, was found dead in her Canton apartment on Feb. 4, 2021. The state medical examiner ruled her death a suicide.

In 2024, the FBI arrested Farwell and charged him with Birchmore's death, alleging he strangled her and staged the scene to look like a suicide.

Farwell's lawyers had argued the indictment against him is "defective in both form and substance" and lacks the "relevant factual background" needed to prosecute him.

The defense team further said the indictment failed to meet the legal standard for the crime of killing a witness because it does not allege a "reasonable likelihood" that Farwell acted to stop anyone from providing information to federal law enforcement or a federal judge.

Casper rejected those arguments while noting that courts have limited authority to dismiss indictments before trial. A federal court's power to dismiss an indictment is reserved for "extremely limited circumstances," she wrote.

Casper ruled that the indictment sufficiently outlines the allegations and provides enough detail for Farwell to prepare a defense. The charging document "sketches the factual predicate of the offense" and adequately informs the defendant of the case against him, Casper wrote.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

DNA testing has excluded Farwell as the father of Birchmore's unborn baby. Authorities haven't disclosed whether paternity has been established.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he had sex with Birchmore, then 15.



Sandra Birchmore FACEBOOK

Federal prosecutors say Farwell began plotting to kill Birchmore after a friend of hers called Stoughton police headquarters on Jan. 20, 2021, to report the two had been sexually involved.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last known person to see Birchmore alive on the evening of Feb. 1, 2021, according to a Stoughton police internal affairs report. A video camera in the lobby of her apartment building captured him entering and exiting, federal prosecutors have said.

Norfolk District Attorney Michael W. Morrissey previously investigated Birchmore's death but did not bring criminal charges.

If convicted, Farwell faces a possible life sentence. The charge of killing a witness is eligible for the death penalty, but US Attorney General Pamela Bondi last year instructed prosecutors not to seek such punishment.

In November, Farwell sought to move the trial to Rhode Island, citing a "saturation of prejudicial local publicity" and its impact on potential jurors. Casper denied the request in January.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi. Nick Stoico can be reached at nick.stoico@globe.com.

Hide 16 comments

## 16 Comments

Sort by: Best Newest Oldest

**3611rep** 3/09/26 - 1:53PM

That is why we have courts, every on get their day in court.

**MWS12345** 3/09/26 - 7:46PM

This is of many faces of law enforcement... and they wonder why people protest vehemently.

---

**GuinnessOwner** 3/09/26 - 2:47PM

Farrell is a sick man

---

**GuinnessOwner** 3/09/26 - 2:47PM

*Farwell

---

**user38090305** 3/09/26 - 3:11PM

and so isn't his brother

Very sick and twisted men

---



**doggy30** 3/09/26 - 3:25PM

The sooner this creep gets put in gen pop the better.

---

This comment has been blocked.



**wcu1** 3/09/26 - 5:37PM

Amazing how the Mass DA did nothing to investigate and charge anyone involved with the mistreatment of SB and misconduct.

This comment has been blocked.

**NorwoodBorn** 3/09/26 - 9:20PM

Where is Linda Henry's Boston Globe Spotlight Team series on this DA? Weak! That sums up the Globe during the Linda Henry era.

**Daryoush** 3/09/26 - 10:10PM

go after the father of the unborn child...

**blockis** 3/10/26 - 10:40AM

Assuming they know who it is, what evidence is there that the father committed any crime?

**JS38** 3/10/26 - 8:04AM

Why the hell isnt employee who told him of the call in legal trouble now too? But why do people believe bad things about cops... /s

**Donleavy** 3/10/26 - 10:03AM

tick tock tick tock

**Riverside** 3/10/26 - 10:18AM

Has his wife divorced him yet or started divorce proceedings?

**vicbrid** 3/10/26 - 12:22PM

Good. This guy needs to pay for what he did.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell requests release on bail, special conditions, as he awaits trial for death of Sandra Birchmore

By **Laura Crimaldi** Globe Staff, Updated March 26, 2026, 7 minutes ago



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

A former Stoughton police detective accused of of killing a pregnant woman he allegedly began sexually exploiting when she was 15 is seeking release on $50,000 bail and a host of restrictive conditions while he awaits trial, court records show.

Matthew Farwell, 40, has been held at a detention center in Rhode Island since the FBI arrested him in August 28, 2024 and charged him in the death of Sandra Birchmore. A little more than a week later, Farwell agreed to be held without bail, but reserved the option to seek his release at a later date.

On Thursday, Farwell's lawyers filed a motion in federal court in Boston seeking his release, arguing that he has demonstrated that he is not a danger to the community or a flight risk, and is entitled to bail.

Farwell has provided "extraordinary service" to his country and community, has extensive family ties on the South Shore, and no criminal record, according to the court filing.

The motion requested a detention hearing and Farwell's release on $50,000 bail, home confinement with a GPS monitor, and other restrictions.

Farwell would live with his mother rather than expose his wife and children to further public scrutiny, the 30-page motion said.

"Put simply: for more than 3.5 years after Ms. Birchmore's death and until his arrest in this case, Mr. Farwell did not behave in any way that would indicate he was either a risk of flight or risk of obstruction," Farwell's lawyers wrote. "He conducted himself peaceably and sought to quietly rebuild his life."

Farwell would give up his firearms, surrender his passport, and submit to alcohol and drug testing, the motion said.

Farwell is accused of killing Birchmore and causing the death of her unborn son. He has pleaded not guilty and his trial is scheduled to begin in October.

For more than a year after his arrest, Farwell did not attend hearings in his case, which is being heard in US District Court in Boston.

This year, Farwell has joined his defense lawyers as they argued for relocating his trial to Rhode Island and dismissing the indictments against him.

US District Court Chief Judge Denise J. Casperdenied both requests.

Birchmore, 23, was found dead in her Canton apartment on Feb. 4, 2021. The state medical examiner ruled her death a suicide.

In 2024, the FBI arrested Farwell and charged him with Birchmore's death, alleging he strangled her and staged the scene to look like a suicide.




Sandra Birchmore FACEBOOK

DNA testing has excluded Farwell as the father of Birchmore's unborn baby. Authorities haven't disclosed whether paternity has been established.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he had sex with Birchmore, then 15.

Federal prosecutors say Farwell began plotting to kill Birchmore after a friend of hers called Stoughton police headquarters on Jan. 20, 2021, to report the two had been sexually involved.

The employee told Farwell, a married father, about the call, the FBI said.

Farwell was the last known person to see Birchmore alive on the evening of Feb. 1, 2021, according to a Stoughton police internal affairs report. A video camera in the lobby of her apartment building captured him entering and exiting, federal prosecutors have said.

Norfolk District Attorney Michael W. Morrissey previously investigated Birchmore's death but did not bring criminal charges.

If convicted, Farwell faces a possible life sentence. The charge of killing a witness is eligible for the death penalty, but US Attorney General Pamela Bondi last year instructed prosecutors not to seek such punishment.

*Tonya Alanez of the Globe Staff contributed to this report.*

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Show comments

---

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell defense amends filing, says unnamed person fathered Sandra Birchmore's unborn son

**By** **Laura Crimaldi** Globe Staff, Updated March 27, 2026, 2:56 p.m.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Defense lawyers for Matthew Farwell late Thursday amended a court filing that appeared to name his twin brother as the father of Sandra Birchmore's unborn son.

Hours after the initial filing asking for bail, the defense amended their petition to indicate a third person, who was not identified, fathered Birchmore's unborn son.

The earlier defense motion said by the "government's own evidence, Mr. Farwell's brother who is a named defendant in the civil lawsuit as well as the confirmed biological father of Ms. Birchmore's fetus who has thus far not been publicly named."

The amended response clarifies that passage. It indicates that they are referring in that sentence to both William Farwell as well as another person who has not been identified.

The amended filing reads, "according to the government's own evidence, Mr. Farwell's brother who is a named defendant in the civil lawsuit, as well as another individual who is the confirmed biological father of Ms. Birchmore's fetus who has thus far not been publicly named."

On Friday, the court allowed a defense request to withdraw the original motion and let the amended one stand to "prevent further misinformation in the media."

Matthew Farwell, 40, is charged with killing a pregnant Birchmore, whom he allegedly began sexually exploiting when she was 15. He has pleaded not guilty and his trial is set to begin in October.

Farwell has been held at a detention center in Rhode Island since the FBI arrested him in August 28, 2024. A little more than a week later, Farwell agreed to be held without bail, but reserved the option to seek his release at a later date.

He is now seeking to be released on $50,000 bail to live with his mother under restrictions until his trial.

The motion argues that he has demonstrated that he is not a danger to the community or a flight risk, and is entitled to bail.

“Put simply: for more than 3.5 years after Ms. Birchmore’s death and until his arrest in this case, Mr. Farwell did not behave in any way that would indicate he was either a risk of flight or risk of obstruction,” Farwell’s lawyers wrote. “He conducted himself peaceably and sought to quietly rebuild his life.”

Farwell would surrender his firearms and passport, and submit to alcohol and drug testing, the motion said.

Birchmore, 23, was found dead in her Canton apartment on Feb. 4, 2021. The state medical examiner ruled her death a suicide.

In 2024, the FBI arrested Farwell and charged him with Birchmore’s death, alleging he strangled her and staged the scene to look like a suicide.

The FBI cited the opinion of Dr. William Smock, a physician with experience in forensic evaluations, who reviewed Birchmore’s case and found she died by homicide, echoing conclusions from a forensic pathologist hired by her estate.

In requesting bail, Farwell’s lawyers said the federal government also consulted a board-certified pathologist with US Department of Defense who agreed with the state medical examiner’s finding that Birchmore killed herself.

The filing doesn’t name the pathologist.



Sandra Birchmore FACEBOOK

DNA testing has excluded Farwell as the father of Birchmore's unborn baby.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he had sex with Birchmore, then 15.

*Tonya Alanez of the Globe Staff contributed to this report.*

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell's DNA was found on the weapon used to asphyxiate Sandra Birchmore, prosecutors say

**By** Tonya Alanez Globe Staff, Updated April 6, 2026, 7:15 p.m.




Protesters rallied outside of the Norfolk District Attorney's office on Nov. 13, 2024, to demand accountability in the Sandra Birchmore case. JESSICA RINALDI/GLOBE STAFF

The DNA of former Stoughton police Officer Matthew Farwell was found on the strap used to asphyxiate a young pregnant woman he was allegedly having an affair with, according to new evidence disclosed by federal prosecutors in court filings Monday.

Farwell, 40, also should remain in jail while awaiting trial for the killing of Sandra Birchmore, 23, and her unborn son in 2021, the filing states.

The ex-officer allegedly killed Birchmore to cover up their sexual relationship, which allegedly began when she was 15.

Prosecutors said Farwell planned the killings "well in advance" and then staged the scene to look like a suicide.

"New DNA evidence conclusively ties Farwell both to the crime scene and the murder weapon," prosecutors wrote in an 18-page memorandum.

Birchmore's body was found in her Canton apartment on Feb. 4, 2021. Despite the presence of DNA at the scene, state investigators never obtained "DNA from Farwell or anyone else," the memo said.

That changed in August 2024, after Farwell's arrest by the FBI, the memo said. His DNA was sampled and found on the strap used to asphyxiate Birchmore, as well as in her underwear, prosecutors said.

Farwell has pleaded not guilty and his trial is set to begin in October. He is being held at a detention center in Rhode Island. He initially agreed to be held without bail, but changed his mind last month and asked for release on $50,000 bail. He argued that he has demonstrated that he is not a danger to the community or a flight risk, and is entitled to bail.

In their counter to Farwell's request, federal prosecutors made several revelations about the case, including the discovery of Farwell's DNA.

"While Farwell correctly states in his memorandum that his DNA was not found under Birchmore's fingernails, he fails to mention that Farwell's DNA was found on the ligature that tied Birchmore's neck to a closet door handle," prosecutors wrote.

DNA testing also showed that Farwell was not the father of Birchmore's child, which Farwell also has maintained. But Farwell thought he was, prosecutors argued.

"It is the fact that Farwell held this belief — and not the fact that he was mistaken — that will be most relevant at trial," the memo said.

Farwell also maintains that Birchmore died by suicide — the same conclusion reached by the Massachusetts medical examiner and Norfolk District Attorney Michael Morrissey.

Prosecutors say Farwell staged Birchmore's death to look like a suicide and then spread rumors about her mental state. They also say that when Farwell was intoxicated at a small, private gathering he demonstrated how Birchmore was found — with a strap tying her neck to a closet door handle — before those details had been disclosed publicly.

During the eight years Farwell was grooming and sexually exploiting Birchmore, he "engaged in multiple extramarital affairs with various adult women," the memo said.

Prosecutors said Birchmore had contacted lawyers and was seeking child support for her unborn child. She was prepared to disclosed that Farwell had sexually abused and exploited her when she was underage, the memo said.

One of Farwell's former co-workers told the FBI that about two weeks before Birchmore's death, Farwell looked "stressed" and indicated that he was having relationship problems with a woman other than his wife.

According to the memo, Farwell told the co-worker that "the problem was going to take care of itself."

The initial investigation by local and state investigators and autopsy findings by the office of the chief medical examiner were faulty, prosecutors wrote.

Canton police quickly concluded there was "no foul play," the memo said, and the medical examiner, believing Birchmore died by suicide, did not visit the scene and relied on accounts from first responders.

Had local or state investigators reviewed Birchmore's cellphone, they would have known that Farwell was in Birchmore's apartment when her phone recorded its final movements, prosecutors said.

Especially crucial, prosecutors said, was the medical examiner's failure to notice that the injury to Birchmore's clavicle happened while Birchmore was alive and matched the buckle of the knot found behind her head.

That suggested that Birchmore "could not have died in the position in which she [was] found," the memo said.

Birchmore met Farwell when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers.

*Laura Crimaldi of the Globe Staff contributed to this report.*

---

Tonya Alanez can be reached at tonya.alanez@globe.com. Follow her @talanez.

Hide 79 comments

## 79 Comments

Sort by: Best Newest Oldest

**user38090305** 4/06/26 - 7:47PM

The latest news about Farwell's DNA on the strap is no surprise. This woman was vulnerable from an early age, and those sworn to protect her instead exploited that vulnerability and betrayed their duty.

Once again, the Canton Police Department, the Norfolk District Attorney's Office, and the troopers assigned to that office are at the center of a deeply troubling case. The investigation raises serious doubts about its credibility and suggests a pattern that cannot be ignored. Some of the same officers were also involved in the widely disputed investigation into the death of Officer John O'Keefe.

Accountability is not optional—it is long overdue.

---

**tnorris** 4/06/26 - 8:14PM

Is the medical examiner too busy to appear at a suicide scene? Since when is it common to come to a finding simply based on reports by " first responders "? Is EVERYONE involved in this cover up? How many cops had to look the other way while this girl was being passed around the Stoughton PD?? Crazy!!

---

**JNagarya** 4/06/26 - 8:32PM

If Mathew wasn't the farther then who was?

Show all 7 replies

---

**Rosamosa** 4/06/26 - 7:47PM

Absolute scuzzball cops. One covering up after another. While Healey and Campbell fiddle. Can it get any worse in this state? Throw in the State cops and you have a three ring circus, Fellini-style.



**MetroMaker** 4/06/26 - 8:13PM

What does Healy have to do with this? She's not the DA anymore.
If they were involved it would be tampering and political involvement in a legal matter.

Learn who-does-what before making claims.

**TB28** 4/06/26 - 8:59PM

Note also that, as usual, it was up to federal prosecutors to bring these charges and finally seek justice for the victim.

Show all 7 replies

**GuinnessOwner** 4/06/26 - 7:50PM

“Despite the presence of DNA at the scene, state investigators never obtained “DNA from Farwell or anyone else,” the memo said.“

Sure, sure. Just your average coverup by the boys in blue, and incompetence from Morrissey’s office, and the M.E.

**JNagarya** 4/06/26 - 8:16PM

They simply decided not to look too close.

This comment has been blocked.

Show all 7 replies

g-inthebag 4/06/26 - 7:53PM

Canton Police and Norfolk DA had the same evidence but did not pursue it. Stoughton, Norfolk DA personnel and Canton Police who had any knowledge of what the brothers and the captain were doing to this girl and did nothing should come forward and apologize to her family. Disgraceful behavior.

1234what4 4/06/26 - 8:42PM

No, the police and DA need to be investigated and punished.

BebaG 4/06/26 - 9:57PM

Just a few bad apples in law enforcement, right?

Show all 4 replies

BosBoom 4/06/26 - 7:55PM

As a famous proverb states, "power corrupts, and absolute power corrupts absolutely!"
That explains the local cops and tRump.
The only question is whether the corrupt cops are a few bad apples that make all cops look bad, or just a small minority. Either way, when the blue close

ranks and protect their own, it makes them all look dirty, which is tough for the good cops.

---

**g-inthebag** 4/06/26 - 8:13PM

Seek some help if you really feel the need to add Trump to this story.

---

This comment has been blocked.

---

Show all 6 replies

---

**smonelson** 4/06/26 - 8:05PM

Morrissey needs to go. He should be held accountable for this murder as well.

---

**user38090305** 4/06/26 - 8:13PM

It's hard not to feel alarmed. Over the past few years, repeated scandals involving the Massachusetts State Police, along with concerns about a district attorney's office and even members of the judiciary, have significantly eroded public trust. When issues arise across multiple parts of the justice system—not just isolated incidents—it raises serious questions about accountability and oversight.

At some point, it stops looking like a series of separate problems and starts to feel systemic. When the very institutions responsible for enforcing and upholding the law are themselves under scrutiny, confidence in the system as a whole begins to break down. Taken together, these patterns point to a growing crisis of trust in Massachusetts.

When faith in law enforcement and the courts deteriorates, it doesn't just damage reputations—it weakens public safety, undermines fairness, and leaves communities questioning whether justice is being served at all.

We have a crisis in MA with regards to corruption and incompetence with our justice system. and yet not one of our state leaders has the courage to speak out.

---

**JNagarya** 4/06/26 - 8:26PM

It's also rife in the health "care" system: regulators refuse to regulate, which means refuse to enforce the laws on the books meant to protect the vulnerable from exploitation by the powerful. Consider the case of "rheumatologist" Dr. Todd and his 10 years of sexually assaulting hundreds of women and the medical facility -- Brigham -- not intervening though doubtless receiving complaints from numerous of those women.

The system governed by the powerful protects the powerful. Protects the system against those marginalized by the system. It means, among other corruptions, systemic medical malpractice as a protected norm.

My provider has reduced to writing on its letterhead its corruptions. But so far neither the state nor the "Globe" is interested in investigating or reporting it. Exactly as we heard nothing about the Steward Health Care disaster until that system was collapsing -- then, too late, the "Globe" was all over it. And the state paid them to go away -- no criminal investigation or prosecution for the hundreds of millions stolen from the taxpayer. Privilege of exemption from the rule of law.

---

**mother of three** 4/07/26 - 4:05AM

The justice system everywhere has always been corrupt. People just notice it more when the victims of the system are white.

Show all 5 replies



**MetroMaker** 4/06/26 - 8:15PM

What is up with Stoughton??? Even the Medical Examiner is a joke?

That Police department should be gutted and re-built.
The good people will find jobs, the rest can pound sand.
Then they can create a healthy police department that is interested in holding up the law, not breaking it.

Glad the FBI got involved, that is clearly the right choice.

---

**JNagarya** 4/06/26 - 8:27PM

They decided to not look too close. Just another routine suicide.

---



**LogicLover** 4/06/26 - 8:57PM

"That Police department should be gutted and re-built."
Camden, New Jersey, disbanded its city police department in 2012-2013 and replaced it with a county-run force.
Several small-to-mid-sized police departments in the United States have, at different times, disbanded their entire force, fired all officers, and rebuilt the department to address severe issues like corruption and extreme crime rates. Hanceville Alabama most recently.

Show all 4 replies

---

**boston2828** 4/06/26 - 8:22PM

“ Canton police quickly concluded there was “no foul play,” the memo said, and the medical examiner, believing Birchmore died by suicide, did not visit the scene and relied on accounts from first responders.”

Another cover up by a local PD, aided by an inept M.E. Thankfully, the feds stepped in.

---

**LastRealPuritan** 4/06/26 - 8:24PM

As usual we wring our hands and ignore the solution right in front of our faces. More good people need to become cops! Otherwise, it'll just be overrun with the liars and the immoral (who, by the way, are ultimately cowards who would never admit what they are in public for they would be jailed, preferably hung, if so).

But no. We like our high-income jobs and private nepotism grift, thinking like it was any different. It's not. You know what it is. You people are afraid to make real change. And so stuff like this continues to happen. A girl is dead for crying out loud. Do any of you care? Beyond empty virtue signaling and hate for authority for hate's sake? No, none of you do. Otherwise, you'd be out there training your butts off to get in shape to become a cop. To be the light in the darkness. But we prefer our comfort zones. Our basically useless lives that no one but those who depend on us would miss if they were to be extinguished. "Oh I raise wonderful kids." Give me a break. Your kids are nothing. Nothing more than any other of the billions of kids on this Earth. Don't delude yourself. You love yourself and your own ego, nothing more.

We can be the change this world needs. Yet we refuse to. Why? Out of fear? Love of money? Comfort? What is it? This world needs heroes. And if you're able-bodied. You have no excuse. Please. For the sake of this poor deceased woman's family. Act now. Become a police officer. Restore the reputation of law enforcement. Protect society so it is not destroyed and can be passed on to those who will come after us. Act now. If not, there might not be a society left to save. Do all you can, good men and women. Because I promise you, the wicked and ignorant, are certainly doing all they can. And they are winning.

---

**JNagarya** 4/06/26 - 8:30PM

"Otherwise, you'd be out there training your butts off to get in shape to become a cop. To be the light in the darkness."

Are you training your butts off to get in shape to become a cop?

Arre you being the light in the darkness?

Or are you waiting for everyone else to go first so you needn't go at all?

---

**EW Piper** 4/07/26 - 7:19AM

That was one verbose, weird post.

**Show all 3 replies**

---

**JNagarya** 4/06/26 - 8:26PM

They decided to not look too close.

---

**JS38** 4/06/26 - 8:30PM

Canton police quickly concluded there was no foul play smh - will there be consequences for anyone involved in this sordid farce? The incompetent medical examiner, the coworker who tipped Farwel off, the corrupt Meatball? Nah, this is MA...

---

**MediaGuide2** 4/06/26 - 9:15PM

If Sandra Birchmore was a blonde, blue-eyed girl from Wellesley or another wealthy suburb - this would be all over the news. It's not, and that's not just a tragedy - it's a travesty - this case needs a hero. Sandra Birchmore and her unborn son deserve justice.

---

**BelieveMeNot** 4/06/26 - 9:29PM

Certainly deserves more attention than Karen Read

---

**YelloPanda** 4/06/26 - 9:30PM

What disgusting people. They have no integrity, no moral compass, no conscience, and no humanity. This is mafia/gang behavior, and all of these people need to be fired, prosecuted, and jailed. HOW DARE THEY pretend to be "law enforcement" when they are clearly only dedicated to criminality.

---



**justifiable** 4/06/26 - 9:32PM

"the medical examiner, believing Birchmore died by suicide, did not visit the scene and relied on accounts from first responders."

Birchmore's death certificate has STILL not been changed from "suicide" to "homicide," because this state hasn't finished embarrassing itself nearly enough yet.

Fire state M.E. Maria Del Mar Capo Martinez, then proceed to Michael Morrissey, and then the Canton and Stoughton PD's, because enough is enough - heads need to roll for this one. M.E's are supposed to deal primarily with forensic evidence, but they shouldn't be doing it in a total vacuum. If Capo Martinez doesn't know that homicide, NOT suicide, is the leading cause of death for pregnant women in the US (with the majority of those homicides caused by former or current intimate partners) and start asking if the deceased was in an abusive relationship and wasn't suicidal (Birchmore died in the midst of doing her laundry while surrounded by baby preparations), then she's clearly not doing her job.

Bad enough that she attributed a fractured hyoid bone to partial hanging (when it rarely occurs in hangings that don't rely on full-body weight) and not to manual or ligature strangulation (where it most often occurs) - but the fact that Birchmore's neck chain was broken, yet she was found sitting down when

she supposedly partially hanged herself, really makes that conclusion indefensible. And it took her THREE MONTHS to make it. That Birchmore was seated should've been a huge red flag for those first responders, since any situation where the victim could support themselves and therefore get out of the ligature is hella suspicious, and if both she and the cops were ignorant of THAT fact, then they're either useless or corrupt, and they all need to find other employment.

It should be standard operating procedure for ANY medical examiner to visit the scene when the deceased who's a supposed suicide was pregnant, and not accept ANYONE'S secondhand account as to the circumstances. That goes double when the victim was presumed to be pregnant by the same cop who groomed her as a child.

---

**NelsonMV** 4/06/26 - 9:36PM

Canton police quickly concluded there was "no foul play," the memo said, and the medical examiner, believing Birchmore died by suicide, did not visit the scene and relied on accounts from first responders.
I hope the Globe will continue to report, and the feds will continue to investigate this horrendous crime and the utter incompetence, or complicity, of those who initially passed the death of an innocent and troubled young woman off as a suicide.

---

**tackytik** 4/06/26 - 10:30PM

Thank a cop for wasting our taxpaying money. Take your thin blue line and stuff it.

---

**jonesco87** 4/07/26 - 5:13AM

I've always been fascinated with the fact that the Karen Read cultists decided to choose Karen over Sandra as the person they wanted defend and obsess over, give her their lives too. Both cases materialized around the same time but only one garnered real attention. I guess the murdered, abused, exploited,

and groomed young woman and her baby weren't sympathetic enough to the stay at home wine-oholic crowd. Where are the signs for Sandra?

---

**GuinnessOwner** 4/07/26 - 9:18AM

Thats weak.

---

**JNagarya** 4/07/26 - 9:38PM

"GuinnessOwner
"4/07/26 - 9:18AM

"Thats weak."

Really? Then let's compromise:

Why not obsess over BOTH?

After all, both cases involve cops and their "girlfriends".

The only difference is that one was an apparent wino, and the other was murdered.

Which of the two is the greater "martyr"?

---



**Chunka06** 4/07/26 - 5:51AM

"Canton police quickly concluded there was “no foul play,” Enough said.

---

**mikeybabe** 4/07/26 - 5:54AM

...DNA in her underwear is mentioned, with no further explanation. Did this sicko have sex with her before he assassinated her?

---

**Danskat** 4/07/26 - 9:26AM

Probably.

---



**eldraque** 4/07/26 - 9:53AM

Probably afterward.

---

**GeeMan1** 4/07/26 - 5:57AM

I used to live in Canton and had friends on the police force. They were decent guys who did the job the right way.

The current CANTON PD is a disgrace.

Q: How many more instances of laziness, complacency, and unprofessional behavior can they have before the hammer comes down?

A:None. The state should be breaking up the Canton PD and starting over. Enough is enough.

---

This comment has been blocked.

---

smc123 4/07/26 - 7:57AM

The "few bad apples" excuse has gotten old. When a member of law enforcement commits a crime, the punishment needs to be swift and severe. No second chances.

---

kerryh 4/07/26 - 8:08AM

This is a tragic story. I am glad Norfolk District Attorney is not running.

---



justifiable 4/07/26 - 10:37AM

Oh, he's running, all right - for cover.

---

This comment has been blocked.

---

1 2 next last

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# 'At no point was Farwell seriously considered as a suspect,' US says of initial probe in Birchmore death

## Federal prosecutors describe early investigation in court papers

**By** **Laura Crimaldi** Globe Staff, Updated April 7, 2026, 7:13 p.m.




Signs rested against the Stoughton Police Department during a ceremony organized by Justice for Sandra Birchmore in 2024.
CRAIG F. WALKER/GLOBE STAFF

Within an hour of discovering Sandra Birchmore's body in 2021, local officers told the state medical examiner that there had been "no foul play." Investigators didn't compel a DNA sample from former Stoughton police detective Matthew Farwell or seize his electronic devices. Canton police misidentified the ligature found on Birchmore as a scarf; it was a duffle bag strap.

In opposing Farwell's request last month for bail, federal prosecutors on Monday delved into the initial state investigation into Birchmore's death, providing their most detailed account yet of investigatory steps they say were never pursued and describing how quickly local investigators treated the matter as a suicide after the young woman's body was found in Canton.

Federal prosecutors said they obtained a DNA sample from Farwell and other new evidence during their investigation. Forensic testing revealed that Farwell's DNA was on the strap they say was used to strangle Birchmore, as well as in her underwear, they wrote in a motion.

The prosecutors urged a judge to reject Farwell's bail request, arguing that his assertion that he's not a flight risk because he stayed in Massachusetts for years after Birchmore's death carries little weight because he wasn't considered a suspect for much of that period.

"Farwell believed that he was not the subject of any criminal investigation. He had a good basis for that belief. For much of that time, there was no criminal investigation into Birchmore's death," federal prosecutors wrote. "To the extent that there was any short-lived criminal investigation, at no point was Farwell seriously considered as a suspect in a homicide."

Farwell, 40, is charged with killing a pregnant Birchmore, 23, whom he allegedly began sexually exploiting when she was 15.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

He has pleaded not guilty and his trial is set to begin in October. His lawyers didn't respond Tuesday to requests for comment.

Federal prosecutors allege Farwell killed Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on duty for the Stoughton Police Department.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

The initial investigation into Birchmore's death was handled by Canton police, State Police troopers assigned to Norfolk District Attorney Michael W. Morrissey, and the state office of the chief medical examiner, which ruled she killed herself.

Attorney Steven Marullo, who represents Birchmore's estate in a wrongful death lawsuit, said it was notable that federal prosecutors described the initial investigation in such detail.

"This is something we've been researching all along — the failure to investigate this crime against this young lady and her baby," he said.

Rosanna Cavallaro, a professor at Suffolk University Law School, said federal prosecutors are also calling attention to how Farwell capitalized on his law enforcement background to avoid scrutiny.

"The government wants to make sure that they don't miss any opportunity to present that to any audience" she said.

Reached Tuesday, Morrissey said he would review the motion, but his office later declined to comment, citing the ongoing case. State Police referred questions to Morrissey.

In a statement, a spokesperson for the state medical examiner's office said its suicide ruling "was based on the evidence available at the time and on its responsibility to make an independent medical finding about cause and manner of death."

The spokesperson said the agency doesn't determine whether a crime occurred and offered condolences to Birchmore's loved ones.

Canton Police Chief Michael K. Daniels, who joined the department earlier this year, said in an email that local officers don't determine cause and manner of death.

"Our role is to respond, secure the scene, gather information, and document initial observations," he said. "Any preliminary information communicated early in an investigation should not be interpreted as a final determination."

An independent auditor examined the department's handling of the case, and recommended the agency require a supervisor to review death investigation reports. The auditor also recommended Canton police follow department policy for photographing and sketching crime scenes.

The department is working through the recommendations, Daniels said.

Farwell has been held at a detention center in Rhode Island since the FBI arrested him on August 28, 2024.

After Birchmore died but before his arrest, federal prosecutors said there is "evidence that Farwell engaged in other criminal conduct."

In the summer of 2021, federal prosecutors allege Farwell bought an alcoholic drink at a bar for a woman, who reported the incident to local police. The woman's next memory was waking up naked as Farwell searched her bedroom for his keys, the motion said.

In court papers, Farwell has said that Birchmore killed herself, citing the state medical examiner's finding.

He has also referred to a board-certified pathologist with the US Department of Defense who agreed with the state medical examiner's determination.

Federal prosecutors said the state medical examiner did not respond to the scene when Birchmore was found dead and that key evidence was not provided to the office at the time of the autopsy.

That evidence not provided included Birchmore's necklace — broken along the chain, which federal prosecutors described as a sign of struggle, as well as phone data documenting her communications with Farwell, and information about a Jan. 20, 2021, phone call in which a friend alerted Stoughton police that Birchmore and Farwell were having sex.

On Tuesday, the medical examiner's office said that in recent year, it has increased the use of medicolegal investigators at death scenes and dispatches assistants to document nearly every scene.

Federal prosecutors said the US Department of Defense forensic pathologist cited by Farwell did not review "additional evidence" from the federal investigation into Birchmore's death.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers.

In a statement Tuesday, Stoughton Police Chief Donna McNamara said what happened to Birchmore was "a profound tragedy that never should have occurred."

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 57 comments

## 57 Comments

Sort by: Best Newest Oldest

---

**Jackthomas1** 4/07/26 - 7:24PM

Looks like Frenchy from Goodfellas- hope he ends up same place.

---

**JNagarya** 4/07/26 - 8:18PM

"The auditor also recommended Canton police follow department policy for photographing and sketching crime scenes."

That was the policy and they ignored it!?

---



**Skibidi** 4/08/26 - 5:00AM

Free turtle boy

---

**Friendly Guy** 4/07/26 - 7:42PM

Welcome to MA. Corrupt cops, politicians and democrats in general. Enjoy, you voted for them.

---

**BeeJayDee** 4/07/26 - 8:19PM

Are you really that naive, or so blinded by partisan ignorance, that you think the exploitation of young women by male authority figures is limited to one state? Or that only one state has corrupt cops? Do you know if or how Farwell voted in the last election?
Unbelievable.

---

**JNagarya** 4/07/26 - 8:21PM

Republican Governor Baker, former health care CEO as which he became a millionaire, had a relationship with Steward Health Care CEO Ralph de la Torre. Steward Health Care was responsible for the death of patients.

Cops tend to be "conservatives" and to vote for "Law 'n Order" REPUBLICANS.

And no one votes to elect police because police don't campaign for election.

Your political name-calling is typically dumb*ssed MAGA ignorance.

Show all 6 replies

user38090305 4/07/26 - 8:38PM

Just so disgusting on so many levels.

How about naming the Canton Police Officers and MA State Troopers involved in her death investigation?

Wasn't one of those troopers a former Stoughton Cop? And wasn't one of those troopers the supposedly a phone data expert? And wasn't it that trooper that missed 30,000+ text messages between Birchmore and Farwell? Wasn't that the same trooper with the questionable data in the Karen Read trial?

And didn't the family of Sandra Birchmore recognize right away that it wasn't a suicide but no-one listened to them? Didn't they point out how she was making plans for the baby, had laundry in the wash, even cleaned off her car from the snow and other activities that show planning for a future not a suicide.

And again it's the Canton PD and the Norfolk DA's Office front and center in yet another corrupt and shoddy investigation.

daisy1 4/07/26 - 9:36PM

"Wasn't one of those troopers a former Stoughton Cop?"
Nope.

user38090305 4/07/26 - 9:46PM

Hey daisy1

You sure about that? Go watch LTL Media and the audio interviews he posted within the past week. Two State Troopers being interviewed about their "investigations". One of them worked as a Stoughton Cop before becoming a State Trooper and assigned to the Norfolk DA's Office.

Show all 4 replies

**ShardsofGlass** 4/07/26 - 8:42PM

On one hand, we have the word of the Stoughton Police force that the rape victim killed herself and their officers - both twin brothers who were raping her and the captain who participated - are totally innocent.

On the other hand is the forensic evidence showing a struggle and murder, the video of Farwell entering the apartment shortly before her death, the DNA evidence on the murder weapon and mysteriously in her underwear, the evidence that the baby was Farwell's twin brother, the phone logs of her friend identifying Farwell as the rapist, Farwells description of the murder scene to friends before the info came out, and a medical examiner who signed off on suicide without medically examining anything.

So it could go either way.

**user38090305** 4/07/26 - 8:52PM

And the Globe reported that the father of the baby was his twin brother but quickly edited that story to say "an unknown person"

All these corrupt law enforcement agencies.. MA STATE POLICE, Canton PD, Stoughton PD

The expression "the inmates are running the asylum" seems quite fitting

GoodBob 4/07/26 - 11:33PM

.... How does the defense explain away this freak's DNA on the murder weapon? ...

---

US1stMass2nd 4/07/26 - 8:44PM

Canton police misidentified the ligature found on Birchmore as a scarf; it was a duffle bag strap.

O m g

---

US1stMass2nd 4/07/26 - 8:45PM

Globe please FOIA and get the investigators name on the report This is sickening

---

JNagarya 4/07/26 - 10:24PM

The "Globe" doesn't need to be altered to FOIA -- it is a regular tool used by news media.

Show all 4 replies

---

Ahoya 4/07/26 - 9:06PM

Talk about the blue wall.

---

**Bort1989** 4/08/26 - 9:47AM

I side eye anyone who chooses to become a cop or a priest based on how many of them have been found guilty of abuse.

---

**ADM 1** 4/07/26 - 9:15PM

Laura Crimaldi do a better job.
NAME all the investigators involved in the case.

---

**JNagarya** 4/07/26 - 9:46PM

That information may not yet be available.

---

**Enrico Palazzo** 4/07/26 - 9:25PM

Cops need to take off the blinders and follow proper investigation procedures when dealing with cops, especially in serious cases. The investigators in the other Canton case didn't promptly interview the cop homeowner and his family and thus opened a huge hole for the defense to exploit. Cops are human and thus fallible like any other.

---

**Michael6L** 4/07/26 - 10:43PM

Body cams must be required, not just for police actions but for police investigators investigating crimes, especially involving felonies.

---

jimhere 4/07/26 - 9:40PM

Where do the brother and captain stand? Indictments in the works if justice is to happen. The family has lived a horrific nightmare with both their daughter and grandson murdered . Imbeciles in charge and did nothing but cover up. A movie script like this would be rejected. Many should lose their jobs and many others lose their freedoms. Huge financial judgement for the grieving family for what good it would do.

---

TessioClemenza 4/07/26 - 10:19PM

Massachusetts State Trooper Lt. John Fanning was the former Stoughton Police Officer who was involved in this investigation. This is how we do it here in Corruptachusetts folks. We send over a former cop of THE AGENCY BEING INVESTIGATED to ask questions about the murder of Sandra.

Fanning: "So ummm Matt, did you have anything to do with this?
Farwell: "What? I barely knew her, and no I did not murder anyone.
Fanning; "Ok that about wraps it up then. We appreciate your time Matt".

How can these degenerates still not be suspended, fired or doin' time??
Corruptachusetts!!

---

user38090305 4/07/26 - 10:26PM

Thank you for posting that.

Hopefully @daisy1 sees it and sees the connection now.

Oh what a tangled web we weave...

---

srainbow 4/08/26 - 7:09AM

In that conversation, probably took place at Dunkin' Donuts with his brother and a couple of the other

Cop rapists hanging with him

Show all 3 replies

---

**Cmrunn** 4/07/26 - 10:21PM

Canton and Stoughton police are a disgrace, not to mention the Norfolk DA.

---

**JNagarya** 4/14/26 - 10:33AM

Why do you not want to mention the Norfolk DA even though you do?

---

**Rush Inbot** 4/07/26 - 10:28PM

Somebody is going to make a movie about this.

---

**GuinnessOwner** 4/07/26 - 10:29PM

Just blue guys doing blue guy stuff. Probably all went out for beers to celebrate the wrap of the suicide case.

They all knew what the Farrells were up to and just looked the other way for years.

---

**Chitwood** 4/07/26 - 11:03PM

Meatball Morrissey wrapping up his time as DA in disgrace. Just like the beginning and middle of his tenure.

**GuinnessOwner** 4/07/26 - 11:22PM

He's consistent for sure.

---

**Rosamosa** 4/07/26 - 11:24PM

Just life as usual in a deep blue state - corrupt to its very core.

---

**R-3** 4/07/26 - 11:44PM

Sloppy sloppy investigation, inexperienced investigators blew this off, disgusting!

---

**Brandon79** 4/08/26 - 3:58AM

The corruption and or incompetence at the DA and local law enforcement level is an extension of the corruption of Dem lawmakers throughout the State and the Governors office which included Baker who was a progressive lib. It's all about covering up their crimes , misdeeds, misappropriation and grift.

---

**erick19** 4/08/26 - 5:34AM

So did an investigation happen over the drug date rape case? Or did that get swept under the blue rug also.

---

**PK77** 4/08/26 - 10:47AM

What "drug date rape case"? Do tell.

---

**user38090305** 4/08/26 - 10:52AM

@PK77

Read the story.. there is an allegation from a woman and it sounds like date rape by Farwell

---

**WB Yeats** 4/08/26 - 6:19AM

What's all the Baker hate about? Seems like mostly the same folks from the KR trial. There are plenty of good cops out there.

---

**Artee** 4/08/26 - 6:49AM

"There are plenty of good cops out there."

In some towns, yes. But in other towns, and especially the Mass State Police, the good cops leave soon, when they realize the corruption is too ingrained to resist.

---



**srainbow** 4/08/26 - 7:12AM

The problem is that with so many evil immoral cops working together right up the chain of command to cover up their own atrocities or laziness, it leaves us the inability to trust any of them

---

**TBGReader** 4/08/26 - 7:15AM

They almost got away with it. All of it.

Most sickening of all.

---

**Topsy Turvy** 4/08/26 - 7:23AM

One throw away paragraph proves this guy is a sexual predator and is exactly where he belongs. Another woman reported being drugged by this guy and walking up naked. No investigation?? Wow!!

---

This comment has been blocked.

---

**ignorethepropaganda** 4/08/26 - 8:46AM

All these incompetent, corrupt and murderous cops "earning" $250K a year or more with overtime, details, etc.

---

**Alpha3** 4/08/26 - 9:28AM

ALL the dirty cops- the pedophiles, killer, and ALL those who chose to circle the wagons (again!)- should all be investigated for dereliction of duty, conduct unbecoming. AND accessory to murder after the fact. We can't trust MA law enforcement, so hope that the distracted-by-innumerable-Trump-cases DOJ will be able to do so. For Sandra, her Baby, and for so many victims around the country who are slandered by the powerful who deny-delay-deny-delay... and are beloved. Sick.

---

**Hazzjazz** 4/08/26 - 1:10PM

Don’t hold your breath on this DOJ. Best time ever for corruption.

1 2 next last

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Two ways of seeing Matthew Farwell, the Stoughton police officer accused of killing Sandra Birchmore

## In dueling court filings, the defense and prosecution paint wildly divergent portraits

**By** Yvonne Abraham Globe Columnist, Updated April 9, 2026, 8:26 a.m.



Matthew Farwell in a photo provided by the Stoughton Police Department. UNCREDITED/ASSOCIATED PRESS

Who is Matthew Farwell?

The former Stoughton police detective is being held in a Rhode Island detention facility, accused of murdering Sandra Birchmore to cover up a sexual relationship that began when she was a minor. Federal prosecutors say Farwell strangled Birchmore to death, then staged the crime scene to make it look like the pregnant woman had taken her own life.

Farwell says he's innocent, and his attorneys want him released on bail before his trial in October. Prosecutors want him to stay locked up. Their dueling court filings paint wildly divergent portraits of the alleged killer. They also highlight the immense power imbalance between Farwell, who enjoyed all of the stature a career in the military and police force can confer, and Birchmore, who longed for that stature and was instead treated as a sexual plaything by Farwell and others who wore the uniform.

That uniform gave Farwell cover for years leading up to Birchmore's death, and for far too long after it.

And it is the centerpiece of his argument that he can be safely released from detention while he awaits trial.

"Mr Farwell's personal history evinces extraordinary service to both his country and his community," wrote his defense attorneys. Farwell volunteered for the Army as soon as he was eligible, because of "the principles of service...deeply instilled in him by his father and grandfather," and served in Afghanistan in 2006. As a police officer, he "continued to accrue commendations and public service awards." They attached as exhibits, pictures of medals he had been given.

But plenty of monsters have medals. And in the hands of some of them, authority and accolades are useful tools. That is certainly what the government alleges when it comes to Farwell. Prosecutors and other investigators have argued that Farwell used his stature as

an authority figure to groom and sexually exploit Birchmore for years, and to avoid accountability for it. In their latest filing, prosecutors laid out the ways Farwell was repeatedly given the benefit of the doubt after Birchmore died, despite the fact that he was captured on video at her apartment building on the last day she was seen alive.

"At no point was Farwell seriously considered as a suspect in a homicide," prosecutors wrote. Instead, investigators showed unusual deference to him in most of their interactions: They were not aggressive in interviews, or in seeking his DNA; they let him keep his personal cellphone for days, giving him time to delete messages; and they did not search his home. At one point, they assured Farwell's brother that "no one was in trouble," and closed their investigation some six months later.

The Matthew Farwell arrested in August 2024 and described by federal investigators could not be further from the courageous, community-minded family man his attorneys portray. That man, prosecutors alleged, engaged in multiple affairs with women during the years he was grooming and exploiting Birchmore. Before her death, he was arguing with her over the baby he believed was his (later testing ruled him out as the father). Birchmore was demanding that he support the child and indicated to others that she planned to use the fact that Farwell had committed statutory rape as leverage.


Massasoit Community College
Massasoit Community College



Sandra Birchmore held a college degree in a family photo. FAMILY PHOTO

The prosecution's court filing suggests the pressure was getting to Farwell, who told one witness that he had to "put crazy back in the bag." He told another witness he was having relationship problems with someone outside his marriage but that "the problem was going to take care of itself." He later joked about Birchmore's death, one witness told FBI agents, and an inebriated Farwell reenacted it at a gathering, seating himself beneath a doorknob to show how she had hanged herself — a position that prosecutors say had not yet been publicly revealed.

"Much of the defendant's memorandum is devoted to portraying Farwell as a family man and war hero," the prosecutors wrote. "While honorable military service is always a laudable characteristic, Farwell's ties to the community and years of service failed to stop him from sexually exploiting Birchmore and murdering her and her unborn child."

In fact, that status likely made it easier for him to do what prosecutors allege. His standing gave him authority over Birchmore and more credibility in the community than she, an aspiring police officer herself, could dream of. The imbalance continued after her death, prosecutors argued, putting Farwell beyond suspicion in the eyes of his fellow officers.

The federal investigation revealed the hollowness of that status, uncovering distressing amounts of evidence that he no longer deserved it. FBI agents determined that Farwell's DNA was on the ligature from which Birchmore was found hanging and found his sperm cells in the underwear she was wearing at the time of her death, though he told state police he had not had sex with her in months.

But Farwell's was not the only DNA analysts found on that underwear. Birchmore appears to have been exploited for sex by multiple uniformed adults and likely came to believe her worth was inextricable from her sexuality.

In court, Farwell's attorneys will likely pit the committed family man, decorated soldier, and respected police officer against the messed-up young woman who slept with a bunch of people, tried to blackmail child support out of a man who wasn't even her child's father, and cannot speak for herself.

The immense imbalance of status and power that played out in Birchmore's life and in the aftermath of her death will almost certainly be present in that courtroom as well.

Farwell will not be the only one on trial in October.

But Sandra Birchmore won't have any medals to protect her.

---

Globe columnist Yvonne Abraham can be reached at yvonne.abraham@globe.com.

Hide 53 comments

## 53 Comments

Sort by: Best Newest Oldest



**Wrinkles_01** 4/09/26 - 8:40AM

Feeling so sad for Sandra Birchmore and her family.



**Skibidi** 4/09/26 - 10:38AM

Free turtle boy. He was the journalist that discovered the truth

**MWS12345** 4/09/26 - 3:08PM

All White Cops Matter /s

Show all 3 replies

---

**Dontstandby** 4/09/26 - 8:44AM

Bridgewater State Hospital for Life please. This guy is the lowest of the low in any society.

---

**Jen S.** 4/09/26 - 9:34AM

The state hospital?! People with persistent severe mental illness need treatment there. Prison for life, surely that's what you meant.

---

**user38090305** 4/09/26 - 10:30AM

NOPE, not Bridgewater.. He belongs in prison not a state hospital

---

**Quincey** 4/09/26 - 8:47AM

Can Karen Read qualify as a juror?

---

**AnEarthmother** 4/09/26 - 8:59AM

I don't think the deceased needed to be described as a "messed up young woman".

petergriffith55 4/09/26 - 10:21AM

Well, she had some problems then and which these predators used to their advantage. She was a lost little girl looking for acceptance and acknowledgement and perhaps love.

HelpUsAll24 4/09/26 - 1:50PM

That was absolutely inappropriate of the writer to use that terminology. Perhaps troubled would have been a more sensitive and accurate term; however, I do believe a lot of her troubles came from a police force that used, abused and passed her around like she was some sort of sex object. Those that knew and did nothing need to be brought up on charges as well, she was a child.

Show all 3 replies



Space Oddity 4/09/26 - 9:14AM

Typical arrogant cop. Give 'em a badge and a gun and it goes to their heads. He stays in. And I wonder if he isn't having some problems in gen pop?

JS38 4/10/26 - 4:37PM

So you are against killer cops now?



**NewMexicoGoody** 4/09/26 - 9:17AM

Canton you have a cop problem.

---

**kno64** 4/09/26 - 12:19PM

The real issue in this case is the Stoughton PD, which employed Farwell and which has a history of corruption and misconduct going back at least to the 70s.
https://www.bostonglobe.com/2024/09/05/metro/stoughton-police-matthew-farwell-history-troubles/

---

**SHSBBFL** 4/09/26 - 9:27AM

i wonder if all his colleagues will show up in their dress uniforms at his trial

---



**kewcam** 4/09/26 - 9:29AM

Full confession: won’t read article. But the headline is disgraceful.
You would never have the same headline for some random guy who allegedly committed so many gruesome crimes.

---

**GuinnessOwner** 4/09/26 - 10:35AM

Well, you missed the whole point of the column (not an article) by judging it by the headline. Good work there (sarcasm)

harmsjk 4/09/26 - 12:01PM

I read the article and agree with you: disgraceful headline.

---

justmom 4/09/26 - 9:49AM

Everyone who knew about his ongoing abuse of Sandra Birchmore and said nothing should be on trial with him as accessories. And every man who ever laughed with him about it ought to start contributing 10% of their income to women's shelters.

---

Bab072 4/09/26 - 10:07AM

I only see him one way. A pedophile rapist. He doesn't deserve any other accolades, no matter what he's done as far as being in the military. That is past his being a police officer, and should mean nothing now. He needs to stay in jail now, and then, for life after the trial. And yes, agree with just mom. All those others, who abused this girl, should be charged too. What they did to her is disgusting and a crime.

---

Opportunity 4/09/26 - 12:54PM

Very likely Farwell was getting by with rape while in the Military.

---

3611rep 4/09/26 - 4:43PM

bab...It makes one wonder where will all this stop. Who are these men?? how do they live with thenselves? To even be privy to that information and do nothing about it is not only criminal, but disgusting and beyond decency. Their arrogance and indiffrence knows no bound. They have no thought of the damage they have inflicted. The have no remorse and give no more thought to the abuse of, or taking of the the life of a young

woman, than swatting a fly. What hero's, what role models. Last week the topic of an article addressed the problems of young men today, and how they lack self respect.

---

petergriffith55 4/09/26 - 10:19AM

“At no point was Farwell seriously considered as a suspect in a homicide,” prosecutors wrote. Instead, investigators showed unusual deference to him in most of their interactions: They were not aggressive in interviews, or in seeking his DNA; they let him keep his personal cellphone for days, giving him time to delete messages; and they did not search his home. At one point, they assured Farwell’s brother that “no one was in trouble,” and closed their investigation some six months later."

Sounds like the same deference give to Brian Albert, huh?

---

GuinnessOwner 4/09/26 - 10:36AM

Exactly the same

---

user38090305 4/09/26 - 10:19AM

The man is a dangerous pedophile rapist and killer.... well OK "alleged killer" but sometime after October that gets changed to convicted killer.

He should not be released on bail, he will end up serving a life sentence and the world will be a safer place as a result.

Now, can we start outing all those Canton cops and MA State Troopers that were involved in her death investigation?

---

**GoodBob** 4/09/26 - 10:21AM

I know it may be 'splitting hairs' but HIS DNA WAS FOUND ON THE MURDER WEAPON!!!! ....

---

**Cambgirl64** 4/09/26 - 11:51AM

And the last person to see her alive!

---

**haleroad** 4/09/26 - 12:37PM

Two ways of seeing Matthew Farwell- yeah, guilty or guilty.

---

**GuinnessOwner** 4/09/26 - 10:24AM

Who is Matthew? A groomer, a molester, and a murderer. That was simple. Next question please.

---

**Kmac76** 4/09/26 - 10:32AM

The problem with this article isn't that it's off base or unjustified in it's conclusions.

It's the extreme obviousness of the premise and the facts cited to back that up.

We all know everything that's been written.

To the point made, it's much, much harder to point out someone abusing the public trust before they e been demonstrated to be doing so conclusively. But the corollary to that is the extreme simplicity, and uselessness, of pointing out

what's known after the fact.

But it's way, way easier. And that's why we're reading this today.



**ArchibaldSinclair** 4/09/26 - 10:33AM

The people who want him to be free remind me of people who think Trump is a great president. They ignore reality in favor of a sick vision.

**Belfoured** 4/09/26 - 10:39AM

This country is overrun with deluded, low IQ fools just begging to be duped by con artists, scammers, and grifters. The only hope is to somehow keep them off juries.

**Paddy Joe** 4/09/26 - 10:50AM

Numpty

**Nuff-Said** 4/09/26 - 11:11AM

Why haven't the powerful women officials in this state who can actually do something keep avoiding the issue. There seems to be a pattern of women being victims of criminal police behavior yet Governor Healy, Attorney General Healy, District Attorney Ryan, Senate President Spilka, Michelle Wu and more have said nothing! Frauds
A cop is found dead on another cops lawn and state and local police purposely refused to investigate and pinned on the dead cops girlfriend. Karen Read just as easily could have been a cop's wife.

A young female Canton dispatcher becomes a Boston cop before the trial and is called in to Michelle Wu's Police Commissioner's Office and "told to tell the

truth". We all watched the poor young woman having an obvious emotional breakdown because of what these powerful MEN put her through. Michelle ignores it. Where's Elizabeth Warren? Katherine Clark? All frauds.

The MA State Police has all the factors of a racketeering organization (R.I.C.O.) without human decency and our leaders know it. And our strong powerful women there to protect women do nothing. Gutless MA Democrat frauds.

Nuff-Said 4/09/26 - 11:14AM

Hey Yvonne, why don't you say something about the pattern? Bosses won't let you? Afraid they won't let you eat at the cool kids' table anymore?

Nuff-Said 4/09/26 - 12:41PM

Check out the flacks for Maura, Andrea, Marion, and Splice with the dislikes. How a bout a cognitive rebuttal to the statement?

Show all 7 replies

whoopdedo 4/09/26 - 11:30AM

Service? To himself. Just helped himself.

BelieveMeNot 4/09/26 - 12:24PM

Now when you use the word "thug" this is who you use it against.

**TellyFour** 4/09/26 - 1:12PM

Unfortunately, none of the other cop pedos will step up now for fear of prosecution (unless there is immunity, but not likely for SA of a minor) or retaliation. There have to be colleagues and higher-ups who knew, and they need to be held accountable as well.

---

**SweetWill** 4/09/26 - 1:49PM

Lady, you can see it any way you want, but when the DNA is on the murder weapon, a jury ain't gonna see it your way.

---

**MoeLarryJesus** 4/09/26 - 1:59PM

Until cops start turning these creatures in, cops will continue to lose respect among the citizenry. And they should. Most Stoughton cops knew what these rotten porkchops were doing. They said nothing. The Read, Diego-Garcia, Quigley and Birchmore cases are just the tip of the iceberg.

---

**JNagarya** 4/09/26 - 2:15PM

Read and Birchmore were alike in having cops as "boyfriends".

The difference between them is that one was a wino and the other was murdered.

---

cheezwhiz **cheezwhiz** 4/09/26 - 6:39PM

A brilliant observation by Nagarya.

There’s a podcast in your future.

---

**Indominus** 4/09/26 - 3:33PM

How kind of Yvonne to end with the lovely description of the victim. So nice.

---

cheezwhiz **cheezwhiz** 4/09/26 - 6:40PM

It’s the way she’ll be presented by the defense. Duh.

---



**FitnessBuff** 4/09/26 - 3:36PM

So sick of this picture of him looking like a Boy Scout with a double chin. Can't they vary the photo?

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell's criminal defense team approached Sandra Birchmore's cousin. Now her estate wants a no-contact order.

By **Laura Crimaldi** Globe Staff, Updated April 12, 2026, 4:38 p.m.




A 2024 event outside the Stoughton Police Department honored Sandra Birchmore. CRAIG F. WALKER/GLOBE STAFF

Sandra Birchmore's aunt, who represents her estate in a wrongful death lawsuit, asked a state judge to order an ex-Stoughton police detective's criminal defense team not to contact her or her immediate family.

In seeking an injunction April 10, Darlene Smith's lawyers said two investigators working for Matthew Farwell's public defenders visited her adult son's apartment unannounced in February and asked him about the wrongful death litigation.

Her request represents a crossover in two separate cases Farwell faces over Birchmore's death: a federal criminal prosecution accusing him of killing her and her unborn son; and a wrongful death lawsuit filed by Smith in state court. Farwell denies the allegations in both matters.

Smith filed the civil suit in the Norfolk Superior Court nearly four years ago, though the case has largely been on hold since Farwell's arrest in 2024.

The federal public defenders represent Farwell in the criminal case and not the wrongful death lawsuit. The lawyer handling the civil litigation for Farwell is not a target of the request from Birchmore's estate.

Farwell is accused of strangling Birchmore, 23, at her Canton apartment on Feb. 1, 2021, and then staging the scene to look like a suicide. He has pleaded not guilty.

Farwell's criminal defense team said there is "no basis in law" for Smith's request and cast it as an attempt to "intimidate" the Federal Public Defender Office. They didn't respond April 11 to requests for comment.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Farwell's criminal trial is set to begin in October. He is being prosecuted by the US attorney's office in Massachusetts, which declined to comment on the request from Birchmore's estate.

Darlene Smith is Birchmore's closest living relative, court papers show. Birchmore's mother, Denise, who died in 2016, was her twin sister.

Gerald Smith, her son, is Birchmore's older cousin and for a time, they lived in the same Stoughton household.

On the evening Feb. 12, defense investigators visited an apartment where the younger Smith lives with his girlfriend, lawyers for Birchmore's estate said in court papers.

In an affidavit, Gerald Smith said he told the investigators he couldn't discuss Birchmore with them, but agreed to let them pose one question.

"They asked what I hoped would happen to Matthew Farwell and I responded, 'I hope he rots,' which seemed to surprise them," he wrote.

One investigator gave Smith a business card. In separate emails to the investigator and one of Farwell's defense lawyers, an attorney for Birchmore's estate, Steven J. Marullo, described the unannounced visit as a breach of state Supreme Judicial Court rules. Marullo cited a provision that generally bars lawyers from contacting people with legal counsel unless their lawyers consent or the contact is authorized by law or a court order.

On April 11, Marullo referred the Globe to the court filings.

In the records, Birchmore's estate said Farwell's defense team never sought its permission to contact Gerald Smith.

The estate acknowledged that the younger Smith is not a party to the wrongful death suit, but said he is still covered by the SJC rule as a potential beneficiary of Birchmore's estate and "likely witness" in the litigation.

In emails filed in court, attorney Joanne Daley, one of Farwell's criminal defense lawyers, described Marullo's account of the investigators' visit as "wholly inaccurate" and said there was nothing "inappropriate, unprofessional, or untoward" about their conduct.

Marullo responded in an email calling the defense's characterization "baloney" and instructing the public defenders not to contact Darlene Smith or her family without his authorization, court records show. His motion said the defense team hasn't agreed to refrain from further contact.

Farwell is awaiting trial at a Rhode Island detention facility and has a pending request for bail.

Farwell asserts Birchmore killed herself, citing the determination of the state Office of the Chief Medical Examiner, which concluded she died by suicide.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton Police Department youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he started a sexual relationship with Birchmore, then 15.

On April 6, federal prosecutors revealed in court papers that forensic testing found Farwell's DNA was on the strap they say was used to strangle Birchmore, as well as in her underwear.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 43 comments

**43 Comments**

Sort by: Best Newest Oldest

---

**US1stMass2nd** 4/11/26 - 5:19PM

Slimy AF but speaks
For itself

---



**Skibidi** 4/12/26 - 10:06AM

Turtleboy was the reason that justice is being served now. The feds got involved based on his reporting. DA Morrissey is incompetent.

---



**sidmcd** 4/12/26 - 11:56AM

More evidence showing the MSP should be disbanded. Both the entire Stoughton and Canton police forces should be disbanded, Stoughton because they they would have had to be deaf and blind not to know about Birchmere and Canton for stupidity.

---



**pdmommy** 4/11/26 - 5:41PM

This guys a real pig.

---

**BigMikesCooking** 4/11/26 - 6:15PM

"DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father."

? Which Farwell ? would laugh but this whole situation is disgusting.

---

**user38090305** 4/11/26 - 6:43PM

This case is just beyond sickening.. those in law enforcement repeatedly abused this woman for years beginning when she was only a teenager.

And her death investigation by the Canton PD and the MA State Police was both filled with corruption and incompetence and yet not one of those officers has been held accountable.

And today we learn that Lt. Tully, who was not involved in this botched investigation but involved in the botched investigation of Officer John O'Keefe, has suddenly retired/resigned from the State Police. He was directly in charge of Proctor and Bukhenic.

So much corruption.. local police, State police, the DA, possibly a judge, and maybe more

---

**Taxpayer56** 4/12/26 - 12:06PM

Why does this guy have a public defender?
He is or was a well paid police officer.

---

**user38090305** 4/11/26 - 7:17PM

Curious about something.

LTL Media this week has posted the audio videos of Lt. Tully, Lt Fanning and two others being interviewed by higher ups at the MA State Police. The audio interviews are from the summer of 2024. The questioning of Tully, Fanning and the others is centered around Proctor and his disgusting texts and who knew about them, when and why after those texts were revealed did his superiors give Proctor outstanding reviews.

During the questioning of Tully, he discloses that he has a Non Disclosure Agreement. Interesting also is that Tully officially resigned/retired from the MSP this week and very suddenly.

Why would Tully have a NDA? Also interesting is that Fanning is also connected to the Sandra Birchmore investigation and was a former Stoughton cop many years ago. The death investigation of Sandra Birchmore and John O'Keefe have some of the same corrupt cast of characters involved in terms of law enforcement.

Could It be that Bukhenic and Fanning are next on the chopping block for the MSP?

---

ArnoldWMA 4/11/26 - 7:45PM

Let's hope
Bukhenic is special needs
Tully is dirtier than Proctor
Corrupt low IQ clowns

---

Lacey9 4/11/26 - 7:50PM

How the hell is this guy getting his defense funded by the taxpayers with all the money he made and assets he has??

---

Friar-Tuck 4/11/26 - 8:07PM

Democrats and Unions

---

Jenniegringa726 4/12/26 - 5:34AM

Yes, I was wondering the same thing. I thought public defenders were for destitute people? Or is it for anyone who doesn't want to pay for a lawyer?

Show all 5 replies

---

Antietem 4/11/26 - 7:54PM

While I am very sorry for the Birchmore family, and also hope the abusive officers rot, you cannot tell someone facing a capital murder case that their attorneys cannot attempt to speak with witnesses. The defendant's right to mount a defense is not limited because a third party filed a lawsuit. The investigator is free to ask, the the witness is free to not engage, or even not open the door.



**Victorians** 4/12/26 - 3:16AM

Or they could ask the courts for relief, as this family is doing



**srainbow** 4/12/26 - 6:15AM

But there is a policy they should follow in doing so

Show all 4 replies

**Dedhambob** 4/11/26 - 7:57PM

It's been reported that Matthew Farwell's twin brother is the father of the unborn child.

**user38090305** 4/11/26 - 8:29PM

The globe actually wrote that Farwell's twin brother was the father but within an hour or so after publishing it they edited the story to say "an unknown" person was the father.

**timfromvt** 4/12/26 - 4:59AM

The information came from Farwell's lawyer

Show all 3 replies

**Watrat** 4/11/26 - 8:01PM

We know all we need to know from
the Read case about the backstory of the state medical examiner's declaration that poor Sandra had committed suicide. Remember in the Read trial Proctor reading his texts for the world to hear when he read about the lobbying efforts of he and his colleagues to get the medical examiner to declare that John O'Keefe was killed by a car hit? They called her a "wack job" and worse. We can only imagine, where a corrupt cop was involved, how much the Proctor boys hit the ME all the harder to get Sandra's death declared as an un-aliving.

---



**Considerans Hunc** 4/12/26 - 7:27AM

"wack job" - seems to be too common among some officers of the law.

---

**EW Piper** 4/11/26 - 8:17PM

Stoughton, Canton, Randolph, Duxbury, Scituate, Taunton, Middleborough. What the heck happens after you turn south off of 128 onto 24, 18, 28, 3? It's just a whirlpool of South Boston and Dorchester flotsam and jetsom that scored public law enforcement jobs, make $300,000 a year with a GED, and in between somehow manage to screw up every town.

---

**BelieveMeNot** 4/12/26 - 3:29PM

Don't we have a Boston Police sergeant accused of child rape. It's not limited by geography.

---

**Just a dad** 4/12/26 - 4:12PM

Stop knocking the hell out of the Irish. Your racism is so obvious.

---

**BigMikesCooking** 4/11/26 - 8:39PM

Matthew Farwell has been declared indigent, and taxpayers are paying for his defense.

---

**BigMikesCooking** 4/11/26 - 8:39PM

Talk about tax payers money at work...

---

**timfromvt** 4/12/26 - 5:00AM

Apparently they didn't take into account his 'other income'.

---

**JeorgeS** 4/12/26 - 12:39AM

Good for Farwell that he has the Federal Public Defender representing him. Otherwise, he might end up with a dunce like Marullo.

It sure doesn't sound like Gerald Smith is a party in any related law suit or represented by an attorney. So, why (who?) should Farwell's investigators need to contact anyone before asking him any questions?

---

Dontstandby

4/12/26 - 7:39AM

Tully, loser and joining Proctor and Bulbolic at the Cape Tiki bar after their mini golf round. To the women who are married or dating these guys, how do you even sleep at night.

---

stratton902

4/12/26 - 2:36PM

Absolutely abhorrent, how is there not more public outrage here? Three sworn-in officers colluding to sexualize abuse a child, ultimately ending in her murder at their own hands? And they were nearly successful in covering it up? I've been so disturbed that I actually read the 60 page redacted 'report' the town of Stoughton put forward. You can find the PDF on scribd titled 'Findings From Internal Affairs Investigation Into Three Former Stoughton Police Department Officers'. Corruption and abuse of power is an understatement... There should be a lot more people going to jail for covering up this murder in one way or another, all of them collecting salaries funded by public tax dollars. A private company would root this rot out overnight, not enable it. Why are we paying for such substandard 'public service' without asking any questions?

I'm also disappointed by the lack of actual investigative journalism put forward by the Globe on this case, do some real reporting! I could write circles around the Globe coverage yet all we get is AP type generic articles. This is Dateline & 20/20 type stuff and this is all we get out of our local journalists? Do the victim some justice and dig in, there's likely a lot more here waiting to be overturned.

The Spotlight team shouldn't be the only real journalists at the Globe.

---

BelieveMeNot

4/12/26 - 3:34PM

Ridiculous you can use the search bar and find at least 60 or more stories the Globe has dons on this case some in-depth. I'm all for calling out the Globe when they fall short but that's not the case on this story. Maybe you should do a little homework before saying something easily disproved.

**stratton902** 4/12/26 - 4:28PM

'In depth' journalism? I've been following this case from the start. Three public servants didn't cover up this murder all on their own, who else was complicit? The Globe proposing questions, reporting on court proceedings and interviewing those affected isn't real investigative journalism regardless of the quantity of articles. Yes there are a lot of articles because it's been an ongoing case since 2021. If frequency is your standard you should be getting your news from snapchat.

Show all 6 replies

**Just a dad** 4/12/26 - 4:37PM

Why does the Globe allow such racial comments. This is such not the platform.i know the globe reads these comments, please respond Boston Globe. These police officers are allowed out be and act out of control, not because of their nationality.

**TomatoGrwr** 4/13/26 - 6:35AM

Nationality? Racial comments? What on Earth are you talking about? Sure, there's been real nastiness particularly directed toward immigrants, but that's not this story nor this comment board.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Birchmore cousins endorse Adam Deitch in Norfolk DA race

By **Laura Crimaldi** Globe Staff, Updated April 15, 2026, 6:26 p.m.



Adam Deitch's campaign for Norfolk district attorney has been endorsed by some of Sandra Birchmore's family members.
DAVID L. RYAN/GLOBE STAFF

Two of Sandra Birchmore's family members on Wednesday endorsed former federal prosecutor Adam Deitch in the Norfolk district attorney's race, broadening his support to now include people tied to the office's two most publicized cases: the Birchmore investigation and the Karen Read prosecution.

The endorsement for Deitch, a Democrat, came from two of Birchmore's cousins: Angelique Pirozzi and Justina Danick.

"For Sandra, and for every family that depends on a fair and competent justice system, we are proud to support" Deitch's candidacy, the cousins said in a statement from his campaign.

Last year, Read, her father, and two of her lawyers each donated $1,000 to Deitch's campaign, the maximum allowed in a calendar year, state campaign finance records show.

This year, the same people, plus Read's mother, each donated the same amount, the records show. Read was acquitted last June of second-degree murder in the 2022 death of her boyfriend Boston police officer John O'Keefe.

Prosecutors alleged Read backed her SUV into O'Keefe in a drunken rage after dropping him off at the Canton home of a fellow Boston police officer. Her defense said Read was framed and that O'Keefe entered the property, where he was fatally beaten and possibly mauled by a German Shepherd before his body was planted on the lawn.

Norfolk District Attorney Michael W. Morrissey's investigation into Birchmore's death and prosecution of Read drew public outcry with demonstrations against him outside local courthouses and his office in Canton. In January, Morrissey, a Democrat, announced that he wouldn't seek reelection. He and his office didn't respond Wednesday to requests for comment.

Six other Democrats and an independent candidate have pulled nominating papers to run for the office's first open race since 2010, said a state Secretary of State spokesperson.

Primary ballot nomination papers must be signed by 1,000 registered Norfolk County voters and submitted by April 28.

As of Tuesday Democrats Craig MacLellan, a Cohasset School Committee member and former state prosecutor, and Djuna Perkins, a former state prosecutor from Dedham, had qualified to appear on the Sept. 1 primary ballot, said the state Secretary of State spokesperson. Both announced their candidacies in 2024.

The Rappaport Center for Law and Public Policy is hosting a candidates forum next Wednesday at Boston College Law School in Newton.

The Norfolk DA's office handles criminal prosecutions in 27communities situated south and west of Boston. More than 740,000 people live in Norfolk County, and its largest city is Quincy.

Deitch, who directed a federal probe into Morrissey's prosecution of Read, resigned last year from the US attorney's office in Massachusetts and moved from East Boston to Quincy to run for Norfolk district attorney.

In the statement announcing their endorsement, Pirozzi and Danick said the initial investigation into Birchmore's death by Morrissey's office "failed to deliver justice when it mattered most" and "exposed deep failures that demand meaningful change."



Sandra Birchmore. (Family photo) FAMILY PHOTO

Pirozzi spoke with State Police in Morrissey's office and the state medical examiner about Birchmore's death.

The probe didn't result in any criminal charges and the state medical examiner maintains that a pregnant Birchmore, 23, died by suicide even though the FBI in 2024 arrested former Stoughton police detective Matthew Farwell and charged him with killing her. He has pleaded not guilty.

"From the beginning, the truth about Sandra's death was ignored," Pirozzi and Danick said in the statement.

Deitch "understands what went wrong, and he has the experience and independence to rebuild a DA's office the public can count on," the statement said.

Deitch said Birchmore's case represents "an unspeakable tragedy, a profound miscarriage of justice at the state level, and a shining example of why we need fundamental change in the DA's Office." He said he was honored by the endorsement.

"Our community has a right to expect the DA's Office to pursue the truth without fear or favor, protect the vulnerable, and earn the public's trust through professionalism and integrity," he said.

Perkins said Wednesday she entered the DA's race because of Morrissey's failure to investigate and prosecute Birchmore's death and "other egregious decisions." Former state attorney general Scott Harshbarger, former Suffolk district attorney Ralph Martin II, and state Representative Paul McMurtry, a Dedham Democrat, have endorsed her.

"I know how to be prosecutor and how to run a district attorney's office in Massachusetts," Perkins said.

Another Democratic candidate is Macy Lee, a former state prosecutor from Milton who said she was endorsed by William Gross, a former Boston police commissioner.

She said she hopes Birchmore's kin "find the justice that Sandra deserves."

Jim Barakat, a public defender also seeking the Democratic nomination for Norfolk DA, said Wednesday that he has "a lot of respect" for Birchmore's family and he was "glad they've found a candidate they feel confident in."

Attorney Joe Pagliarulo, of Millis, is running as independent.

He said he feels “terrible” for Birchmore’s family and, if elected, would present a case against Farwell to a grand jury.

Pagliarulo was a former state prosecutor who said he was fired for refusing to campaign for then-Suffolk district attorney Daniel F. Conley during his unsuccessful mayoral bid in 2013. He lost at trial.

Greg Connor, the former chief trial counsel and homicide chief in Morrissey’s office, has received support from Maryann and Charles Chesna, the parents of Weymouth police Sergeant Michael Chesna, who was shot and killed along with bystander, Vera Adams, in 2018. Connor successfully prosecuted Emanuel Lopes in the killings.

In fund-raising, Deitch had the most cash on hand, reporting $121,095 in his committee account as of March 31, the close of the most recent monthly reporting period. Connor was next with $82,656, followed by Perkins who had $61,206.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Show 11 comments

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell asks judge to toss some evidence in sealed motion

By **Laura Crimaldi** Globe Staff, Updated April 20, 2026, 5:34 p.m.




Sandra Birchmore, 23, was found dead in her Canton apartment on Feb. 4, 2021. FACEBOOK

Lawyers for former Stoughton police detective Matthew Farwell on Monday submitted a sealed request to throw out some evidence gathered in the case against him over the death of Sandra Birchmore.

The defense team filed 14 exhibits, also under seal, in support of their request, court records show.

Farwell, 40, is charged with killing a pregnant Birchmore, 23, whom he allegedly began sexually exploiting when she was 15. She was found dead in her Canton apartment on Feb. 4, 2021.

Farwell has pleaded not guilty and argues Birchmore killed herself, citing a determination by the state medical examiner's office. His trial is set for October.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Last week, Chief District Judge Denise J. Casper approved a defense request allowing the confidential filings.

Farwell's lawyers wrote the motion to suppress relates to sealed search warrants and other materials covered by protective orders, court records show. Federal prosecutors agreed the records should remain confidential, Farwell's defense team wrote.

A hearing on the request has been scheduled for May 26.

A detention hearing for Farwell is set for next Tuesday. After his 2024 arrest, Farwell agreed to be held pending trial, but last month, he asked to be released on $50,000 bail and live with his mother.

Federal prosecutors oppose his bail request.

They allege Farwell strangled Birchmore to prevent her from revealing he had initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on duty for the Stoughton Police Department.

Earlier this month, federal prosecutors revealed in court papers that Farwell's DNA was on the strap they say was used to strangle Birchmore, as well as in her underwear.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby. Authorities haven't disclosed whether paternity has been established.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton police youth program known as Police Explorers. Prosecutors allege Farwell committed statutory rape in 2013 when he had sex with Birchmore, then 15.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide comments

**8 Comments**

Sort by: Best Newest Oldest

**BigMikesCooking** 4/20/26 - 6:04PM

Great. /s
Policeman wants to suppress evidence of his guilt.
Is he going to claim he didn't collect it properly SMH.
Oh, he is protecting her privacy?? Right.//ss

---

**GuinnessOwner** 4/20/26 - 6:27PM

Didn’t even bother to read the article. Screw him and anything he asks for. Dont put her family through this. Admit guilt, beg forgiveness.

---

**Donleavy** 4/20/26 - 7:26PM

By all means Mr. Farwell should pursue all legal procedural defense options. But his failure to admit any shame or regret for his abuse of Ms. Birchmore is indefensible.

---

**Dulce Ridentum** 4/20/26 - 8:15PM

Well said 👍

---

**jimhere** 4/20/26 - 9:12PM

I read his brother is the unborn child's father.A supervisor raped her also. A gaggle of rapists and abuse of a troubled child. How can such monsters hide as policemen? The MSP sure screwed this up. Thankfully the feds took over. Why are others free?

---

**GoodBob** 4/20/26 - 10:45PM

This predator needs to be locked up ...
No excuses or legal wrangling should be allowed to spare this weakling and poor excuse of a man ...

---

**ShardsofGlass** 4/20/26 - 10:57PM

His defense is based upon the enormously flawed "investigation" by the team that raped her that she killed herself. While the medical examiner didn't examine her medically, he did take the word of the rapists. And what motive would they have to lie?
So, uh, that's the defense. The medical examiner called this a suicide, so what is there to prosecute?
His presence in the apartment during her death is coincidental.
His DNA on her underwear and the ligature is circumstantial.

Why not arrest the best friend? Had she not called the police to report Farwell, he never would have gone to her apartment in the first place...

---

**Dontstandby** 4/21/26 - 7:22AM

Any cop who was with her when she was underage should be investigated as well as any cop who knew about it which many did and said nothing. The BLUE LINE is a Dirty Line and it gets dirtier by the day.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell kept ‘enduring’ sexual interest in teen girls after Birchmore’s death, authorities say

## Bail request hearing is scheduled for next week

**By** Laura Crimaldi Globe Staff, Updated April 23, 2026, 2:25 p.m.




A photo of Sandra Birchmore was displayed during a 2024 demonstration outside the Canton office of Norfolk District Attorney Michael W. Morrissey. JESSICA RINALDI/GLOBE STAFF

Ahead of a detention hearing next week for former Stoughton police detective Matthew Farwell, federal prosecutors said this week that he maintained an "enduring sexual interest in teenage girls" following the death of Sandra Birchmore, the young woman he's accused of killing.

Farwell, 40, is accused of strangling a pregnant Birchmore, 23, on Feb. 1, 2021, and then staging the scene in her Canton apartment to look like a suicide. He has pleaded not guilty and has asked to be freed on $50,000 bail pending his trial, set to begin in October.

Farwell's defense asserts Birchmore killed herself, citing findings by the state Office of the Chief Medical Examiner.

A hearing on Farwell's bail request is scheduled for Tuesday in US District Court in Boston. His defense team didn't immediately respond Thursday to requests for comment.

A prosecution memo filed this week said evidence newly obtained from Farwell's iPhone raises concerns about his flight risk and the potential danger he poses to the community. Judges consider those factors in making bail decisions.

Prosecutors cited a pornographic video with a title referencing a teenager and depicting a "young adult-looking female," which was accessed on Farwell's iPhone on Nov. 21, 2022. The device also accessed other pornographic videos with titles referring to teenagers, they wrote.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton police youth program known as Police Explorers. Prosecutors allege Farwell, then 27 and a police instructor, committed statutory rape in 2013 when he had sex with Birchmore, then 15.

Farwell is accused of killing Birchmore to prevent her from revealing that he initiated a sexual relationship with her when she was a minor and continued the affair into her adult years, sometimes meeting her for sex while he was on duty for the Stoughton Police Department.

He is charged with killing a witness and causing the death of Birchmore's unborn son. The witness is Birchmore herself. Prosecutors allege Birchmore knew she was a "child sexual exploitation victim" of Farwell's and was willing to leverage that to secure a financial future for her and her unborn child.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

Earlier this month, federal prosecutors revealed in court papers that Farwell's DNA was on the strap they say was used to strangle Birchmore, as well as in her underwear.

The prosecution memo said Farwell used an internet search engine that doesn't track browser history to research Birchmore, her death, and related investigations.

On June 24, 2024, when the Globe reported that a prominent forensic pathologist had concluded that Birchmore died by homicide, Farwell wrote a message to a friend on his iPhone, prosecutors wrote.

In the note, Farwell wrote he wishes "this had all gone a different way," the memo said. Farwell said he would see the friend "on the other side," and wrote "this is the hardest thing [he has] ever done," prosecutors wrote.

Farwell asked the friend not to forget his wife and "to step in and raise his children," the memo said.

Up until then, only the state medical examiner had weighed in publicly on Birchmore's death and declared it a suicide.

Data from Farwell's iPhone became available to federal investigators for the first time earlier this month, prosecutors wrote. The FBI seized the device after Farwell's arrest on Aug. 28, 2024, but "out of an abundance of caution," prosecutors said they allowed his defense team to review the data and withhold any "potentially privileged material" before sharing the rest.

Farwell's defense attorneys shared the remaining data on April 6, the prosecution memo said.

Federal prosecutors have previously said that state investigators weren't aggressive in searching Farwell's phone during the initial probe into Birchmore's death.

The office of Norfolk District Attorney Michael W. Morrissey spoke to Farwell two days after Birchmore was found dead, but didn't seize his phone, records show.

He initially refused to consent to a search of his personal phone, but later agreed to let State Police investigators search messages between him and Birchmore, federal prosecutors wrote.

Yet by that point, Farwell had already deleted the messages and told at least one witness that investigators "won't find anything" because had "wiped" his phone, prosecutors wrote in court records.

Data from Birchmore's electronic devices provided a trove of information about her interactions with Farwell.

Federal investigators said they found they exchanged 32,709 text messages between December 2019 and her death.

Farwell was the last person known to see Birchmore alive on Feb. 1, 2021, three days before her body was found, when surveillance cameras captured him arriving and then leaving Birchmore's apartment building in Canton, according to a Stoughton police internal affairs report.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Show 24 comments

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell appears before US judge to seek bail in Sandra Birchmore case

By **Laura Crimaldi** Globe Staff, Updated April 28, 2026, 2:40 p.m.



Former Stoughton police detective Matthew Farwell ASSOCIATED PRESS

With five months to go before the scheduled start of his trial in the death of Sandra Birchmore, former Stoughton police detective Matthew Farwell on Tuesday argued for bail.

The hour-long hearing before US Magistrate Judge M. Page Kelley delved into disputes between the prosecution and defense over scientific evidence and revealed that prior to Birchmore's death Farwell attended a training on homicide investigations where the state medical examiner discussed signs of suicide in hanging deaths, a federal prosecutor said.

Kelley said she would rule on Farwell's bail request later.

Farwell, 40, who attended the hearing, has been held at a Rhode Island facility since his arrest on Aug. 28, 2024. He initially agreed to be detained, but last month he requested to be freed on $50,000 bail and live with his mother. He has pleaded not guilty.

Farwell's defense team cited his job in detention — cleaning toilets used by correction officers — and his clean jail disciplinary record during the bail argument.

The defense said Birchmore killed herself, citing the findings by the state Office of the Chief Medical Examiner, and accused prosecutors of presenting scientific findings in misleading ways.

"The government has proof problems with this case," said attorney Joanne Daley, one of Farwell's public defenders. "The science is on Mr. Farwell's side and that's why we're going to trial to prove that he is innocent."

Farwell's trial is set for October. He is accused of strangling a pregnant Birchmore, 23, on Feb. 1, 2021, then staging the scene at her Canton apartment to make it look like a suicide.

Federal prosecutors countered the evidence against Farwell has grown stronger since his 2024 arrest.

"This defendant raped a child, murdered her when she became an adult, and obstructed justice over and over again," Assistant US Attorney Elizabeth C. Riley said. "He murdered a person because she could have been a witness against him."

Farwell repeatedly engaged in "brazen" extramarital affairs during his marriage, but kept his contact with Birchmore secret because he had sex with her when she was 15, a criminal act because she was too young to consent, Riley said.

Birchmore and Farwell met when she enrolled as a teenager in a Stoughton police youth program known as Police Explorers.

Their meetings during Birchmore's adult years sometimes occurred while Farwell was on the clock for the Stoughton Police Department, and thus constituted acts of wire fraud, federal prosecutors allege.

Turning to the scientific evidence, federal prosecutors said testing found Farwell's DNA was the "major contributor" on the duffel bag strap investigators say he used to strangle her, as well as in her underwear.

Daley said the testing found "a complex mixture of at least four contributors" on the strap. On Birchmore's underwear, she said testing detected one spot with three contributors and another spot with four contributors.

The prosecution and defense gave differing accounts of Birchmore's mental health history.

Daley said Birchmore began receiving psychiatric treatment when she was 9, previously tried to kill herself, and had once drafted a suicide note. In college, Birchmore sought help to address her mental health, and on the day of her death, she searched the internet for the ribbon color for suicide awareness, Daley said.

Riley countered that Birchmore searched online for the suicide ribbon color to try to determine the cause being supported in a display she saw.

At the time of her death, Birchmore had survived the darkest period in her life — the back-to-back deaths of her mother and grandmother in 2016 — and was thriving, according to Riley.

She had completed school, had full-time work, an apartment, and was preparing for motherhood by buying baby gear, researching child-care options, and planning a pregnancy announcement and maternity photo shoot, Riley said.



Sandra Birchmore FAMILY PHOTO

Birchmore was constantly using her phone and sending people electronic updates, but she never picked up the device again after Farwell visited her apartment on Feb. 1, 2021, Riley said. Police found her body three days later.

In opposing Farwell's bail request, federal prosecutors also disclosed newly obtained evidence showing Farwell's iPhone accessed pornographic videos following Birchmore's death. The phone data suggests Farwell "maintains a sexual interest in teenage girls," federal prosecutors wrote in court papers. The defense said the videos are legal, adult pornography.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

The next hearing in Farwell's case is set for May 26 when he is expected to argue that some evidence should be tossed.

What evidence Farwell is seeking to suppress is not publicly known. He filed the request along with 14 exhibits under seal. Farwell's lawyers wrote the motion relates to sealed search warrants and other materials covered by protective orders, and Chief District Judge Denise J. Casper granted their request to file it confidentially.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 11 comments

## 11 Comments

Sort by: Best Newest Oldest

Drowsy1234 4/28/26 - 4:03PM

He is a despicable human. He, his brother and the other brothers in blue that harmed and neglected to protect this young child deserve to be locked up as well. There should be no consideration for release or anything he requests. He is a blatant liar, p3do and a danger to society. Rot in prison.....you should just plead guilty and take your punishment.

---

user38090305 4/28/26 - 4:10PM

This sick and disgusting man should never walk free again. He needs to remain behind bars for the rest of his life along with a few others that took part in the sexual abuse of Sandra Birchmore.

And shame on everyone at the Norfolk District Attorney's Office that was involved in this botched investigation. How any of them still have jobs is troubling also.

---

GuinnessOwner 4/28/26 - 5:51PM

Hope he pulls an Epstein

---

**trumpedout1** 4/28/26 - 7:10PM

He will possibly flee if let out on bail. NO BAIL. Who lets an alleged murderer out on bail?

---

**user38090305** 4/29/26 - 4:30AM

Agree.. if he's let out he will take off. He's got nothing to lose by doing so

---



**Wrinkles_01** 4/29/26 - 8:19AM

What??! Why does he get a public defender?
He should pay for his own defense and not expect us taxpayers to foot the bill.

---

**lizard37** 4/29/26 - 9:16AM

The standard for qualifying for a public defender, at least in a case like this, is different than what you might think. The cost of two capable homicide defense attorneys (the minimum in a case where, as here, the gov't seeks the death penalty) runs well into six figures, plus the anticipated cost of necessary investigation and expert witnesses. Maybe if Farwell had worked for the Mass State Police he would have that much socked away, but as a (now unemployed) town cop there's no way. He may be a piece of doo-doo but the Constitution still entitles him to an effective defense, at taxpayers' expense if he can't afford it -- and he can't.

---

**NojNantucket** 4/30/26 - 7:04AM

He was almost certainly a member of a union whose coffers should be drained completely before taxpayer money is spent. That is what they are

presumably there for, to defend and justify reprehensible actions on their side of the thin blue line.

---

**Bab072** 4/29/26 - 8:32AM

Why should an accused murderer go free? No way should he be allowed out of jail. He can wait for his trial in prison. Sandra did not get to live her life of choice because of him and others. They all should rot in jail.

---

**Goodquip** 4/29/26 - 6:51PM

Cleaning toilets? Love it. Please add urinals. Please consider serving a lot greasy foods - the stuff that promotes diarrhea. And, skip the bail.

---

**deedeediner2** 4/30/26 - 1:11PM

His attorney says that "science is on his side". We're not talking about whether he fathered the child Sandra was carrying, bucko. Pretty sure that his DNA on the strap is quite telling. Yeah, science!

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Sandra Birchmore's manner of death changed from suicide to 'undetermined,' medical examiner says

By **Laura Crimaldi** Globe Staff, Updated May 1, 2026, 12:38 p.m.



Sandra Birchmore in a picture posted to social media on January 9, 2021. FACEBOOK

The state Office of the Chief Medical Examiner on Thursday amended its finding that Sandra Birchmore killed herself and changed her death certificate to list her manner of death as “undetermined.”

The office also revised Birchmore’s cause of death from “asphyxia by hanging” to just “asphyxia,” a spokesperson for the state medical examiner said in a statement Thursday night.

The amended death certificate was filed with the Canton Town Clerk earlier in the day, the spokesperson said.

The change, made about five months before former Stoughton police detective Matthew Farwell is scheduled to stand trial in her death, undercuts his defense that Birchmore died by suicide and returns attention to the initial state investigation, which concluded she took her own life.

The Globe sent messages Thursday night seeking comment from Farwell's lawyers.

"As previously stated, OCME findings are based on the information available at the time of determination and may be updated if new information becomes available," the statement said. "The OCME extends its continued sympathy to Ms. Birchmore's loved ones as they mourn this tragic loss."

The statement did not provide the state medical examiner's reasoning for changing its findings about Birchmore's death, and the spokesperson declined to comment further, citing an ongoing federal investigation.

A spokesperson for the US Attorney in Massachusetts said the office had no comment.

Earlier this week, a federal prosecutor said in court that Birchmore's injuries were significant and included a nearly decimated hyoid bone, a small, U-shaped bone in her neck.

Farwell, 40, is accused of strangling a pregnant Birchmore on Feb. 1, 2021, then staging the scene at her Canton apartment to make it look like a suicide. He has pleaded not guilty to charges of killing a witness, Birchmore, and causing the death of her unborn son.

Federal prosecutors allege Farwell killed Birchmore to prevent her from revealing that he initiated a sexual relationship with her when she was 15, a criminal act because she was too young to consent.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

Birchmore and Farwell met when Birchmore enrolled as a teenager in a Stoughton police youth program known as Police Explorers.

Their interactions continued into Birchmore's adult years, and their meetings while Farwell was on the clock for the Stoughton Police Department constituted acts of wire fraud, federal prosecutors allege.

Farwell has pleaded not guilty and has been held since his arrest in 2024 at a Rhode Island detention facility.

On Tuesday, he appeared in federal court in Boston for arguments on his request to be released on $50,000 bail pending trial.

US Magistrate Judge M. Page Kelley hasn't ruled on the motion.

Police found Birchmore's body on Feb. 4, 2021, and quickly treated the matter as a suicide even as her family and friends insisted she did not die by her own hand.

Norfolk District Attorney Michael W. Morrissey oversaw the state probe into Birchmore's death but did not bring criminal charges.

He announced in January that he wouldn't seek reelection. On Friday David Linton, a Morrissey spokesperson, said the office cannot comment because of the "pending criminal matter."

On May 21, 2021, Dr. Maria Del Mar Capo-Martinez, who performed Birchmore's autopsy on behalf of the state medical examiner, wrote on her death certificate that she died by suicide.

That determination stood even as two other doctors, Dr. Michael Baden, a prominent forensic pathologist hired by Birchmore's estate and Dr. William Smock, a physician with forensic training retained by federal investigators, reviewed the case and concluded she was strangled.

On Aug. 16, 2024, federal investigators and Smock met in Boston with Capo-Martinez, and Dr. Mindy Hull, the state's chief medical examiner, to discuss Birchmore's death, but the session did not impact the office's view of her manner of death, records show.

Eleven days later, a federal grand jury indicted Farwell. The FBI arrested him in a shopping plaza parking lot in Revere.

During Farwell's detention hearing this week, Assistant US Attorney Elizabeth C. Riley described the condition of Birchmore's body when she was found.

Her hair was "painfully" entwined in the duffel bag strap around her neck, and her flamingo charm necklace was broken along the chain, not the clasp, she said.

There was an imprint on Birchmore's chest from the strap buckle, though the buckle was up near her ear when she was found, suggesting her body had been moved, Riley said.

Farwell's DNA was also the "major contributor" on the duffel bag strap investigators say he used to strangle her, as well as in her underwear, she said.

Attorney Joanne Daley, who represents Farwell, said testing found "a complex mixture of at least four contributors" on the strap. On Birchmore's underwear, she said testing detected one spot with three contributors and another spot with four contributors, she said.

Farwell's lawyers have argued that Smock's expertise is in emergency medicine, not forensic pathology, and pointed to a board-certified pathologist with the US Department of Defense who stated Birchmore killed herself.

In court papers, federal prosecutors said the forensic pathologist cited by Farwell reviewed the original autopsy and found, based on evidence available at the time, that the examination was thorough. That pathologist did not review "additional evidence" from the US investigation into Birchmore's death, federal prosecutors said.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.



Sandra Birchmore FAMILY PHOTO

The next hearing in Farwell's case is set for May 26 when he is expected to argue that some evidence in the case should be tossed.

What evidence Farwell is seeking to suppress is secret. He filed the request along with 14 exhibits under seal. Farwell's lawyers wrote that the motion relates to sealed search warrants and other materials covered by protective orders, and Chief District Judge Denise J. Casper granted their request to file it confidentially.

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 33 comments

## 33 Comments

Sort by: Best Newest Oldest

**Phatfield** 4/30/26 - 10:28PM

A little late to change how she died...



**Skibidi** 5/01/26 - 5:31AM

Free turtle boy! The best investigative reporter East of the Rockies reported on this before everyone else

This comment has been blocked.

Show all 3 replies

**Arch2020** 4/30/26 - 10:35PM

I thought this determination (that she didn't die by suicide) was made months ago....

**erick19** 5/01/26 - 5:59AM

Not by the medical examiner. That was from a doctor hired by Sandra Birchmore's family.

**Traceybc93** 5/01/26 - 11:37AM

The reason the feds stepped in is the state ruled it a suicide and would not change their findings. The Birchmore Family and friends would not let it go that there was no way Sandra would commit suicide as she was thrilled to be pregnant. They hired a very famous ME who reexamined the findings and the fact she had a bone in her neck that is usually not broken unless there is extreme pressure (strangulation) made him say she was murdered. The change with the state ME is good as noted but much too late, but undetermined at least allows for the prosecution to show they changed it based off of that new finding as well as all the texts found, video, necklace being broken etc.

**JS38** 4/30/26 - 10:45PM

Disgusting cesspool of a state smh...

**Corbu1949** 4/30/26 - 10:46PM

Cops covering for cops? Fortunately, this family had the means to hire Michael Boden. Otherwise, this would have been left as a suicide even though the family knew otherwise.

**g-inthebag** 5/01/26 - 4:25AM

It is past time for law enforcement who know what happened from Canton, Stoughton or the Norfolk DA's office to stand up and clear your consciences. The "code" does not apply here

---

**Notonmyiwatch** 5/01/26 - 7:27AM

The State Police Department has to go. So many law suits, so many bad actors and crooks you can't heal this. Time to disband this LE agency.

---

**ShardsofGlass** 4/30/26 - 10:51PM

The Stoughton Police found that Stoughton Police Officer Matthew Farwell wasn't a suspect. Although there was video of Stoughton Police Officer Matthew Farwell entering her apartment with a mask on shortly before she died, and a call to the Stoughton Police that Stoughton Police Officer Matthew Farwell was sleeping with Birchmore, the Stoughton Police found no foul play and instructed the Medical Officer not to bother examining the body since it was a suicide.
Besides, turns out it wasn't Matthew but his brother who was also sleeping with Birchmore who was allegedly the father. So that should absolve both of them.
As well as the Stoughton Captain who was also sleeping with her, who has since retired on a taxpayer pension.
So who are the Feds to question the conclusions of the Stoughton Police?

---

**Firegerry** 4/30/26 - 10:59PM

Girl was murdered by the dirtbag cop!

---

**GuinnessOwner** 4/30/26 - 11:14PM

Profile in courage right there! Sheesh

---

**US1stMass2nd** 4/30/26 - 11:19PM

OCME appears to be doing a CYA

---

**ec21802141** 5/01/26 - 6:01AM

It's shocking, disgusting even, that the Medical Examiner's Office changed its cause of death determination for Sandra Birchmore. The question of whether someone has been sent to prison based on a finding from the Medical Examiner arises immediately. What is disgusting about this is that the Farwell family has the resources to challenge the Medical Examiner. Most people do not have those resources.

Justice is blind? Right. It's blind only if you have the money.

Dr. Capo-Martinez should be fired.

---

**DieselEstate** 5/01/26 - 6:44AM

"What is disgusting about this is that the Farwell family has the resources to challenge the Medical Examiner. Most people do not have those resources."

Whilst I completely agree with you, did you mean the Birchmore family/estate? It seems like mere pedantry but, I am genuinely confused by "the Farwell family" in your first sentence of the paragraph above.

---

**mikeybabe** 5/01/26 - 6:13AM

Very timely, the State is right on top of this 🤡

---

**venividivici** 5/01/26 - 6:31AM

Unreal. Made for tv stuff it's so unreal. And let's not forget the state police had their alleged digital forensic "expert" examine the victim's phone and "missed" hundreds of text messages between her and the accused.

This poor kid. Her parents. What the actual bleep is happening in this state? Is it all unraveling at once, or is this just the culmination of a corrupt political hackerama nurtured over the decades that is finally starting wear to thin to cover up?

It's just awful.

---

**Drowsy1234** 5/01/26 - 8:34AM

NOT HUNDREDS....THOUSANDS...OVER 32,OOO ...... GUARINO IS A COMPLICIT WASTE OF AIR......Just like the rest of the keystone crew. They should all be in jail, no pension, no retirement....go directly to jail.

---

**Traceybc93** 5/01/26 - 11:33AM

Not hundreds - thousands upon thousands of texts including where he took her virginity at 15

---

**pakomet** 5/01/26 - 7:03AM

question: what do Sandra Birchmore and Karen Read have in common? answer: both falsely accused of killing persons who were killed by others

in both instances the others were police officers

---



**MetroMaker** 5/01/26 - 9:21AM

And both women retreated, like they were terrible women, not worth anyone's time by men in uniform, thus in power

Patriarchy is a scorge on us all

---

**jopg** 5/01/26 - 8:17AM

End the Get Out of Jail Free cards for the connected who are protected from prosecution in Norfolk County! No one should be able to get away with murder especially if you are supposed to be one of the good guys!

---

**PK77** 5/01/26 - 9:01AM

And Mr. Farwell thinks he should be released pending trial. Where's the laughing hysterically emoji for his release argument, followed by the sobbing emoji for this young woman who deserved so much better.

---



**MetroMaker** 5/01/26 - 9:22AM

I'm surprised that they chose undetermined

Isn't asphyxiation on purpose? I suppose without a clear path to how she was asphyxiated they can't choose homicide, murder, or accident.

---

**JNagarya** 5/01/26 - 3:02PM

Appears the ME wants to stay out of it by pleading the neutrality of "No opinion".

---

**gniyas_tsuj** 5/01/26 - 12:41PM

Very efficient, like most state of MA employees.

---

**WWJay** 5/01/26 - 1:28PM

Trying to imagine the most painful way to exit this life, and then trying real hard to imagine it occurring to Farwell and to anyone else who covered this up or has covered up stuff like this. These kids need leaders and adult examples, and instead some of them get devirg-ized, pregnant and dead. Let's cover up the cover-uppers, like covered up six feet under too.

---

**Elsie's Burger** 5/01/26 - 3:51PM

Hope the jury doesn't know where Canton is

---

**Guthrie7591** 5/01/26 - 6:14PM

Amended death certificate filed with Canton Town Clerk. Cops and Canton don't mix well. Stench from this atrocity came early.

---

**Rufus Marsh** 5/02/26 - 9:33AM

Hmmm... undetermined. Same cause of death for an Avon man, Keith McKechnie found at the bottom a covered well with no way to figure out how

that happened.
Why are the local police, state police, Norfolk DA's Office and OME so reluctant to put in the effort required to get the facts? Appears they lack training, resources and most of all the will to do a great job. What an opportunity for a new Norfolk DA!

---

**americancitizenatlarge** 5/02/26 - 11:38AM

Farwell deserves the max penalty under the law. Any way you look at it.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Experts describe amendment to Sandra Birchmore's death certificate as 'extremely rare'

By **Claire Thornton** Globe Staff, Updated May 4, 2026, 3:33 p.m.




An initial pretrial conference in the case of Matthew Farwell was held at the Moakley Courthouse in Boston on October 16, 2025. Supporters for Sandra Birchmore demonstrated outside the courthouse. DAVID L. RYAN/GLOBE STAFF

After state medical examiners amended Sandra Birchmore's cause of death last week, independent criminal experts described the move as rare and unusual for a class of pathologists loath to concede errors.

On Thursday, the state Office of the Chief Medical Examiner amended its finding that Birchmore killed herself and changed her death certificate to list her manner of death as "undetermined."

The office also revised Birchmore's cause of death from "asphyxia by hanging" to just "asphyxia," a spokesperson said.

The change, made about five months before former Stoughton police detective Matthew Farwell is scheduled to stand trial in her death, undercuts his defense that Birchmore died by suicide and returns attention to the initial state investigation, which concluded she took her own life.

Forensics and legal experts said Birchmore's cause of death amendment from suicide to "undetermined" is unusual for several reasons.

To begin with, it's rare for medical examiners to officially amend a cause of death at all, experts told the Globe.

Medical examiners change their original cause of death ruling "probably less than one percent of the time, very, very rarely," said William L. Manion, a retired board-certified assistant medical examiner for Burlington County, N.J.

The examiners do not like to be wrong or admit mistakes, because they want to protect their credibility in future cases, Manion said.

Even though admitting a mistake is the right thing to do, Manion said, medical examiners who do so open themselves up to more scrutiny, especially when testifying in criminal cases.

"We hate to change our opinions because it will be used against us in court later on," Manion, 73, said.

What makes Birchmore's cause of death amendment even more unusual, Manion said, is that coroners who make amendments almost always change the cause of death from "undetermined" to a specific cause, such as homicide, after learning more information.

Last week's news about Birchmore's amended cause of death is frustrating to many because "undetermined" does not provide family and friends with answers, said Needham resident Susan Malman Altman.

"If you're going to admit that you made a mistake, take that next step to bring justice," Altman, 59, said in a phone interview.

Altman has closely followed Birchmore's case. In recent years, Altman has worked with William Smock, a physician and expert witness in Birchmore's case, to uncover additional facts about the death of Stacy Feldman, Altman's sister, who died in 2015 in a separate case.

Altman said she has pushed for her sister's cause of death be amended in that case from "undetermined" to homicide by strangulation. A medical examiner made the "undetermined" ruling in 2015 and has refused to change it, Altman said.

Gael Strack, 68, an advocate for domestic violence survivors, also said it's rare for medical examiners to amend a cause of death, usually because their egos get in the way.

"It's been my experience that it's extremely rare," said Strack, who co-founded the social services organization Alliance for HOPE International after working as a prosecutor and defense lawyer in San Diego.

In far too many cases, Strack said, confirmation bias plays a large role in determining an official cause of death.

If law enforcement initially reports a death as a suicide, a medical examiner will likely also treat it as a suicide and not go out of their way to look for other hints that could point to homicide, Strack said.

“We believe one of the top things people really need to do in these suspicious death cases is slow down,” Strack said.

Decades ago, Strack said, medical examiners across the country had more resources to conduct their own investigations and were more likely to accompany law enforcement to the scene where someone died.

Now, medical examiners are more reliant than ever on the information given to them by police departments, Strack said.

If police conducted a strong and thorough investigation, then a coroner will make a more accurate cause of death ruling, she said. If not, the cause of death ruling may not be correct, she warned.

Manion said that during the more than five years he served as Burlington County’s assistant medical examiner, he never changed a cause of death to “undetermined” after previously determining a different cause.

He did however make a few amendments, changing “undetermined” to a specific cause after families and law enforcement pushed for more information.

Altman said she believes many medical examiners in the US need more training on how to distinguish between different forms of asphyxiation, such as that caused by hanging oneself or by strangulation.

“I liken medical examiners to general practitioners, and you need to go to an expert if you have an area of your body that requires a specialist,” Altman said.

Though Birchmore's first cause of death was ruled incorrect, there's still hope that her family may get answers, Strack said.

"Whenever it goes to undetermined, there is hope there will be an independent investigation and that justice will be served."

---

Claire Thornton can be reached at claire.thornton@globe.com. Follow Claire on X @claire_thornto.

Hide 25 comments

## 25 Comments

Sort by: Best Newest Oldest



**wcu1** 5/04/26 - 5:46AM

Shameful that DA dirtbag Morrissey and local law enforcement don't care about finding the truth in this heartbreaking case. Good thing the feds stepped in.

Hopefully the truth will come out and all parties who participated in the coverup will be exposed.

**proudWorcesterite** 5/04/26 - 7:55AM

The problem is who is running the Feds at the moment. They've already shut down the DOJ case against the Worcester Police Department. I have zero confidence in the Feds under this corrupt administration.

**Guk** 5/04/26 - 11:43AM

proud, funny, I had the same thought under biden. they were much more concerned with pushing social justice that putting criminals in prison.

---



**VanHamm** 5/04/26 - 6:16AM

From what we see in the news, it isn't rare at all for cops to file false reports.

---



**Skibidi** 5/04/26 - 6:34AM

Turtleboy championed this story! Free turtle boy!

---

**trumpedout1** 5/04/26 - 8:34AM

Grow up.

---

This comment has been blocked.

---

**GadflyS** 5/04/26 - 9:24AM

Medical examiners rely heavily on the police to make cause of death determinations. I don't think most people understand that. If there is a contact gunshot wound to the right temple, there is no way to determine whether it was a suicide or homicide just by looking at the body. While

the ME lists the cause of death, what the police learn at the scene will have more impact on that determination than the ME's examination. Same with an overdose. There is no way for the ME to know if an overdose was accidental or somebody gave the person a hotshot intentionally.

Basically, the police investigation is likely more at fault for the change in cause of death than the ME.

Maybe it would be better if ME's only listed manner of death and did not make cause of death determinations.

---

**Hulltim** 5/04/26 - 7:20AM

The medical examiner will base thier findings on information reported to them by police.

---



**Considerans Hunc** 5/04/26 - 7:43AM

"And remember that within every lie, there is a truth hidden."

---



**srainbow** 5/04/26 - 7:23AM

This is sooo sad and damaging to any trust the public has in a fair and ethical death investigation
Who can restore this?

**all9** 5/04/26 - 11:41AM

Perry Mason!

---

**US1stMass2nd** 5/04/26 - 7:28AM

This state reeks of corruption in the system

---

**blockis** 5/04/26 - 7:55AM

There are often good reasons why many ME's do not treat the living!!

---

**Skyler17** 5/04/26 - 7:55AM

False police reports and Dr. Maria Del Mar Capo-Martinez who did the autopsy and signed the death certificate, gave them the result they asked for, so it all fit together. It's routine in Massachusetts.

---

**pvalen** 5/04/26 - 9:12AM

Things go very smoothly when there's a cop involved.

---

**Guthrie7591** 5/04/26 - 7:59AM

So much for Sandra's "Resting in Peace? The tragedy continues. Her terrors will also be experienced by the perpetrator(s') incarceration when justice

comes, as it will.

---

**HankNorthshore** 5/04/26 - 8:01AM

Is this bad? I don't think so. If they can't distinguish between suicide and murder by autopsy along, then undetermined makes sense.

---

**trumpedout1** 5/04/26 - 8:37AM

I agree. Changing the suicide angle makes undermines Falwells defense of she committed suicide. He`s more sunk now.

---



**Maximiis Cadius** 5/04/26 - 9:49AM

Farwell's defense will assert that Karen Read did it.

---

**smc123** 5/04/26 - 8:03AM

Another example of cops exerting influence to have the story told as they want it.

---

**26.22** 5/04/26 - 8:51AM

Another doctor ruled it was the HYOID bone that was fractured. That is impossible to break in a suicide it was stated.She was strangled .

---

**GadflyS** 5/04/26 - 9:25AM

It is far from impossible. You may want to Google that one.

---

**kmc11b** 5/04/26 - 10:11AM

the fix is in.

---

**whensitend** 5/04/26 - 12:55PM

It is called a cover up for the politically wired, it does not end with this case either. Covering up a murder is the worst, covering up sexual assault against minors is next, but this case is both. I have seen this office refuse/ cover up to prosecute sex offense of an open and shut case of sexual assault on a minor before because the owner of the location was politically wired but they start small and the DA escalates to Murder of Sandra and John, just to cover for the politically wired. I feel covering up crimes is becoming routine not just in Norfolk County DA but seen it in Middlesex more than once here too. Another child barely 17-year-old Deanna Cremin was murdered 30 years ago, they have DNA and it remains untested is it because the last person to see her alive hours before her body was discovered is allegedly related to be the nephew of this high profile political alleged sex offender who has yet to stand trial https://ijr.com/local-dem-politician-who-climbed-political-ladder-charged-with-raping-child-under-14/.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Evidence is 'very strong, if not overwhelming': Farwell ordered held pending trial in death of Sandra Birchmore

By **Laura Crimaldi** Globe Staff, Updated May 26, 2026, 4:34 p.m.




Patricia McCormack, left, and Barbara Wright, of Justice for Sandra Birchmore held signs near town hall in Stoughton on October 19, 2024. Wright said that Birchmore was a second cousin and good friend. CRAIG F. WALKER/GLOBE STAFF

Former Stoughton police detective Matthew Farwell will remain in custody pending his federal trial in the death of Sandra Birchmore, a federal judge ruled Tuesday, writing that the evidence against him is "very strong, if not overwhelming."

US Magistrate Judge M. Page Kelley ruled just hours after Farwell, 40, appeared at the federal courthouse in Boston for arguments related to his request to toss some evidence from the case.

Chief District Judge Denise J. Casper, who presided over the hearing Tuesday morning, did not immediately rule on Farwell's request to have evidence excluded, but said from the bench that she would likely deny his motion for an evidentiary hearing to scrutinize law enforcement's handling of the investigation.

Farwell's bail request had been pending since March when he asked to be released on $50,000 bail and live with his mother in Mansfield pending trial.

In her nine-page order, Kelley said the prosecution had demonstrated that, if released, Farwell would pose a danger to the community and presented a flight risk.

"At this stage of the case, and emphasizing that this court does not have the benefit of cross-examination of witnesses and the full record which will be developed at trial, the court concludes that the evidence against Farwell is very strong, if not overwhelming," Kelley wrote.



Sandra Birchmore FAMILY PHOTO

The prosecution's evidence suggests Farwell "acted irrationally in many respects" and there are "no condition or combination of conditions" that would allow for him to be release pending trial, she wrote.

Farwell is accused of killing a pregnant Birchmore, 23, in 2021 and then staging her death to look like a suicide. Federal prosecutors allege Farwell strangled Birchmore to prevent her from disclosing how he groomed and sexually exploited her as a child and

later defrauded the Town of Stoughton by meeting with her for sex while he was on duty as a police officer.

Farwell has pleaded not guilty and insists that Birchmore killed herself. He is being held at a detention facility in Rhode Island and his trial is scheduled to start in October.

In opposing Farwell's bail request, federal prosecutors revealed that his DNA was on the duffel bag strap they say he used to strangle Birchmore and in her underwear.

The prosecution also offered newly obtained evidence showing Farwell's iPhone accessed pornographic videos following Birchmore's death. The phone data suggests Farwell "maintains a sexual interest in teenage girls," federal prosecutors wrote in court papers.

As for Farwell's request that some evidence be tossed, Casper did not say when she intends to rule. Her remarks about the likelihood that she'll rule against Farwell only pertained to his request for a hearing where he could challenge some of the statements law enforcement shared with a federal magistrate judge as part of their 2024 application to search his iPhone and iCloud account.

Casper didn't address Farwell's additional request that evidence seized during those searches be tossed.

In court papers filed last month under seal, Farwell alleges law enforcement set forth a "misleading" and "knowingly false narrative" when they sought permission to search his phone and iCloud account.

As an example, the defense said the affidavit falsely asserted that toxicology testing didn't detect any substances in Birchmore's system.

Joanne Daley, a defense lawyer for Farwell, said in the 12 days before prosecutors say Birchmore died, she was being treated for mental illness and was prescribed a medication that carries a suicide warning. Daley didn't name the medication. She also

accused law enforcement of not sharing other aspects of Birchmore's mental health history with the magistrate judge who authorized the searches.

Casper pressed the defense on its argument that the magistrate judge wouldn't have granted search warrants if more information had been shared about Birchmore's mental health history.

"I'm not understanding how the mental health history vitiates the other evidence that's offered in the affidavit," she said.

Several months after Birchmore's body was found in her Canton apartment on Feb. 4, 2021, the state Office of the Chief Medical Examiner ruled she died by suicide.



Matthew Farwell. UNCREDITED/ASSOCIATED PRESS

No one faced criminal charges in her death until 2024 when the FBI arrested Farwell and accused him of strangling Birchmore.

The federal prosecution started after two doctors, Dr. Michael Baden, a prominent forensic pathologist hired by Birchmore's estate, and Dr. William Smock, a physician with forensic training retained by federal investigators, reviewed the case and concluded she was killed.

Since then, the state medical examiner revised its findings. On April 30, the office amended Birchmore's death certificate to change her manner of death from suicide to undetermined.

During the arguments Tuesday, Casper spent some time meeting with the prosecution and defense at sidebar and out of earshot of courtroom spectators.

Dressed in a brown prison uniform with his legs shackled, Farwell stood with Casper and the lawyers for some of that discussion.

Birchmore and Farwell met through a Stoughton police youth program known as Police Explorers, which she joined in 2010, the year she turned 13.

Prosecutors allege Farwell groomed Birchmore and then in 2013, when he was 27 and a police instructor and she was 15, he committed statutory rape against her.

Farwell married a short time later and grew his family to include three children. Farwell's youngest child was born the morning after he allegedly strangled Birchmore.

Farwell is charged with killing a witness and causing the death of Birchmore's unborn son. The witness is Birchmore. Prosecutors allege Birchmore knew she was a "child sexual exploitation victim" of Farwell's and was willing to leverage that to secure a financial future for her and her unborn child.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 20 comments

## 20 Comments

Sort by: Best Newest Oldest

**sillygit** 5/26/26 - 3:20PM

Mathew Farwell--you piece of pond scum....try as you might, you will rot in hell in prison which is only fitting --

**g-inthebag** 5/26/26 - 5:11PM

All of your Stoughton/ Canton/ Norfolk DA's office colleagues need to come forth and say what you knew also. This does not qualify under the code of silence as they were abusing a child. You will feel much better when you put sunshine on this mess.

**Firegerry** 5/26/26 - 9:17PM

This guy is among the lowest strata of human existence. There's a special place in hell for people like him!

Show all 3 replies

**59yrfan** 5/26/26 - 5:02PM

If Dr Michael Baden says she was killed, then she was killed.

---




**Skibidi** 5/26/26 - 10:51PM

Free turtle boy!

---



**brooksfamily96** 5/26/26 - 5:03PM

Let's talk about the elephant in the room… that the scummy defense is trying to use Sandra's "mental health" as some sort of bargaining chip for their client with no acknowledgment whatsoever that Matthew Farwell's mere existence on earth probably contributed to 90% of any mental health problems that poor girl may have had.

Special place on the charcoals for all of them.

---

**Arby's Night** 5/26/26 - 5:56PM

Cop worried about cops investigating him.

Pot, kettle.

---



**NinjaCats** 5/26/26 - 6:11PM

And yet Michael Morrissey still insists she committed suicide. How about the Globe ask Greg Connor, Morrisey's hand-picked successor, what he thinks.

---

g-inthebag 5/26/26 - 6:20PM

Connor shows up in thousands of Karen Read public record request emails but denies any involvement.
He was a Chief Trial Counsel when Birchmore case was with Norfolk County DA. He would have been involved in all major cases. .

---

Firegerry 5/26/26 - 9:18PM

Norfolk County DA's Office needs the proverbial enema if not more!

---

Pomegranate2 5/26/26 - 6:12PM

When does the medical examiner resign...and reimburse the Birchmore estate for the cost they incurred for the independent investigation?

---

j8765 5/26/26 - 8:18PM

Another prosecution brought by the Feds.
While Massachusetts AG Andrea Campbell sits on her hands - as usual.

---

jimhere 5/26/26 - 8:43PM

Snakes squirm amd slither when the noose is near. Surprised Reddington isn't lead council. Sandra was easy prey for a monster. Did Farwell ever try to assist Sandra with her many troubles? His only interest was child rape and passing her around. When will further arrests happen? For what good it would do, convictions and huge financial judgements are the least the family should receive. They came so close to no answers in her death.

---

**JS38** 5/26/26 - 8:51PM

Where all the Canton & Stoughton police/DA Meatball dindu nuffin wrong & should totally be trusted in all cases folks, Space & Chatty? Silence lol...

---



**Space Oddity** 5/27/26 - 10:03AM

Hey, what you say man?
I think you real DB!

---

**Dulce Ridentum** 5/26/26 - 9:34PM

The conduct of each police department involved and the district attorney's office is reprehensible. And, more importantly, criminal. But don't hold your breath waiting for any further investigations. Don't forget that all first responders are heroes and above reproach.

---

**GuinnessOwner** 5/26/26 - 11:30PM

Hope he gets the Whitey Bulger welcome to the joint.

---



**MetroMaker** 5/27/26 - 1:39AM

Glad to hear this
May she rest in peace

---

This comment has been blocked.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Judge denies Matthew Farwell's request to toss evidence in case of Sandra Birchmore death

**By** **Laura Crimaldi** Globe Staff, Updated June 5, 2026, 3:45 p.m.




A protester held a sign calling for justice for Sandra Birchmore during a demonstration in 2024 outside the Norfolk district attorney's office in Canton. JESSICA RINALDI/GLOBE STAFF

A federal judge on Friday rejected former Stoughton police detective Matthew Farwell's request to toss evidence against him in his trial for the death of Sandra Birchmore.

Chief District Judge Denise J. Casper's decision was recorded in Farwell's case docket, but she filed the order and memorandum under seal for now.

Casper's decision marked the latest legal setback for Farwell. The move to keep the details of her decision secret for the time being followed a series of sealed filings about Farwell's request to exclude some evidence.

Lawyers on both sides asserted the documents contained sensitive information covered by protective orders.

Farwell is accused of killing a pregnant Birchmore, 23, in 2021 and then staging her death to look like a suicide. Federal prosecutors allege Farwell strangled Birchmore to prevent her from disclosing how he groomed and sexually exploited her as a child and then, during her adult years, defrauded the Town of Stoughton by meeting with her for sex while he was on duty as a police officer.

Farwell, 40, has pleaded not guilty and insists that Birchmore killed herself. His trial is set to begin in October.

Casper had previously rejected Farwell's requests to dismiss the indictments against him and relocate his trial from Boston to Rhode Island.

Last month, US Magistrate Judge M. Page Kelley refused Farwell's request for bail, writing that the evidence is "very strong, if not overwhelming."



Matthew Farwell. UNCREDITED/ASSOCIATED PRESS

In Farwell's bid to exclude some evidence, he accused law enforcement of presenting a "misleading" and a "knowingly false narrative" when investigators sought permission to search his phone and iCloud account, his lawyer said during a May 26 hearing.

For years after Birchmore's body was found in her Canton apartment on Feb. 4, 2021, her death was not treated as a homicide and Farwell did not face serious law enforcement scrutiny.

In May 2021, the state Office of the Chief Medical Examiner ruled that Birchmore died by suicide.

The investigation shifted in 2024. Two doctors, Dr. Michael Baden, a prominent forensic pathologist hired by Birchmore's estate, and Dr. William Smock, a physician with forensic training retained by federal investigators, reviewed Birchmore's case and concluded she was killed.

The FBI arrested Farwell on Aug. 28, 2024 and charged him with killing Birchmore.

This spring, the state medical examiner revised its findings in Birchmore's case. On April 30, the office amended Birchmore's death certificate to change her manner of death from suicide to undetermined.

Birchmore and Farwell met through a Stoughton police youth program known as Police Explorers, which she joined in 2010, the year she turned 13.

Prosecutors allege Farwell groomed Birchmore and then in 2013, when he was 27 and a police instructor and she was 15, he committed statutory rape against her.

Farwell married a short time later and grew his family to include three children. Farwell's youngest child was born the morning after he allegedly strangled Birchmore.

Farwell is charged with killing a witness and causing the death of Birchmore's unborn son. The witness is Birchmore. Prosecutors allege Birchmore knew she was a "child sexual exploitation victim" of Farwell's and intended to leverage that to secure a financial future for her and her unborn child.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

In March, Farwell requested to be released on $50,000 and live with his mother in Mansfield. The petition prompted prosecutors to reveal new details about the evidence against him.

In court papers, federal prosecutors wrote that Farwell's DNA was on the duffel bag strap they say he used to strangle Birchmore and in her underwear.

The prosecution also offered newly obtained evidence showing Farwell's iPhone accessed pornographic videos following Birchmore's death. The phone data suggests

Farwell "maintains a sexual interest in teenage girls," federal prosecutors wrote in court papers.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide comments

## 7 Comments

Sort by: Best Newest Oldest

---

**vintagewear** 6/05/26 - 4:23PM

The worst of the worst ! Hope the evidence puts him away for the rest of his life..

---



**Skibidi** 6/05/26 - 6:50PM

Free turtle boy!

---

**JS38** 6/05/26 - 4:27PM

Stay classy 5-0

---

**MWS12345** 6/05/26 - 4:51PM

Some blue lives matter

---

**user38090305** 6/05/26 - 5:15PM

Why is it that the Norfolk DA has not been held accountable the serious corrupt and incompetent investigations his office is involved in?

---

**1234what4** 6/05/26 - 8:36PM

Police officer or not, Farwell is a truly disgusting, slimy and depraved individual. Fortunately he was not allowed to live with his mother, which would have been very hard on her.

---

**RSull** 6/06/26 - 9:24AM

If this dirtbag had an ounce of decency, he'd plead guilty and provide the necessary evidence to convict anyone else who was involved in the abuse of this young woman and her child. At this point, he knows that he's going to prison and has little to lose.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

# Stoughton police chief who ordered Birchmore probe says town manager is trying to oust her without cause

**By** Laura Crimaldi Globe Staff, Updated July 22, 2026, 9:08 p.m.




Stoughton Police Chief Donna McNamara spoke at a news conference in 2022 about the findings of an internal affairs investigation launched after the death of Sandra Birchmore, a former participant in a department youth program. JONATHAN WIGGS/GLOBE STAFF

The Stoughton Police Department — tarnished by the Sandra Birchmore case and other scandals — faced fresh turmoil Wednesday as its first female chief publicly accused the town's chief executive of trying to oust her without cause and an acting leader was installed to head the police agency.

Stoughton Police Chief Donna McNamara learned Wednesday through news reports that one of her deputies, James O'Connor, had been installed as acting chief, her lawyer said.

A news release from Stoughton Town Manager Thomas J. Calter announced O'Connor's appointment but made no mention of McNamara, who became acting chief in 2016 and was sworn in as chief the following year.

Calter's release said town officials do not "publicly discuss or disclose information" concerning personnel matters to "preserve all parties' privacy interests and due process rights."

Calter did not respond Wednesday to messages seeking comment.

McNamara's lawyer said her client filed a harassment complaint against Calter with the Select Board on Monday.

The complaint accuses Calter of "engaging in a pattern of gossip and disparagement" against McNamara, her lawyer, Leah Marie Barrault, said in a statement. She further said Calter has directed "misogynistic words and actions" at McNamara and is discriminating against her because he "doesn't want a female police chief."

"There's no reason to want to get rid of her except for her gender because she's done nothing wrong," Barrault said.

McNamara has led the department through years of tumult following the death of Birchmore, 23, a former participant in a Stoughton police youth program who was found dead in her Canton apartment on Feb. 4, 2021.



Sandra Birchmore FACEBOOK

The state medical examiner initially ruled Birchmore killed herself, and no criminal charges were filed in state court even as a Stoughton police internal affairs investigation found three officers violated department rules and regulations in their interactions with her.

Barrault said McNamara's decision to order the internal affairs investigation unearthed critical information about Birchmore's death. She also credited her with bringing fresh

attention to the case by holding a 2022 news conference announcing its findings against three officers: Matthew Farwell, his twin brother, William, and their mentor Robert C. Devine.

“None of these facts would have seen the light of day without Chief McNamara’s leadership,” Barrault said in her statement.

The Farwell brothers resigned, and Devine retired from the department in 2022.

Two years later, the FBI arrested Matthew Farwell, who now stands accused of killing a pregnant Birchmore and causing the death of her unborn son. Farwell, 40, has pleaded not guilty, and his federal trial is set to begin in October.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

William Farwell and Devine do not face any criminal charges.

In April, the state Office of the Chief Medical Examiner amended its finding that Birchmore killed herself and changed her death certificate to list her manner of death as "undetermined."

Barrault said Calter initiated action against McNamara on July 7 when he summoned her to Town Hall, threatened her with termination if she did not resign, and told her not to report to work.

Her client has not been placed on administrative leave, Barrault said.

Calter told McNamara a complaint had been made about her but did not reveal who complained or describe the allegations, Barrault said.

McNamara followed Calter's order to stay away from work even as he called and texted her "virtually every day" since the July 7 meeting, Barrault said.

McNamara joined Stoughton police as a patrol officer in 2001 and rose through the ranks. She recently completed the first year of her third contract as chief, a three-year agreement, Barrault said.

She said her client has never been disciplined or given a negative evaluation and highlighted her work revamping department procedures for processing evidence, facilitating its shift to a regional public safety dispatch service, and maintaining its state accreditation.

Barrault said McNamara encountered sexism as she advanced professionally.

"Every time she was promoted, men were not happy and she battled through it," Barrault said.

Calter has served as Stoughton's town manager since 2022. He previously worked as the town administrator in Kingston, his hometown and one of the communities he served as

a member of the Massachusetts House of Representatives from 2007 to 2018.

He resigned as town administrator in Kingston in 2020 before his contract expired, according to reports by the radio station WATD 95.9 and WickedLocal.com.

Even before Birchmore's death, the Stoughton Police Department developed a reputation for scandals.

The force has faced other state and federal criminal prosecutions of superior and rank-and-file officers and infighting that escalated into civil litigation.

McNamara's predecessor as chief, Paul Shastany, resigned from the department following an earlier scandal involving Devine.

Shastany wanted Devine fired over the incident in which he directed a subordinate to investigate harassing messages he received as he tried to end an extramarital affair.

A police probe concluded Devine had been "untruthful by omission," but Stoughton officials feared civil service laws would protect Devine and could possibly keep him in police leadership. Shastany left the department a short time later.

In December, the Peace Officer Standards and Training Commission voted to decertify Devine, permanently barring him from serving as a police officer in the state. He has filed a lawsuit challenging the decertification.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 61 comments

**61 Comments**

Sort by: Best Newest Oldest

**ShardsofGlass** 7/22/26 - 8:57PM

It's increasingly hard to keep track of how many one bad apples there are here.

---

**Cfood** 7/22/26 - 10:03PM

We're gonna need a bigger barrel.

---

**TBGReader** 7/22/26 - 9:12PM

Chief: fight like hell but go to another Department.

Stoughton is malignant. Indefensible malignant.

Any community would be thrilled to have a person with your courage and integrity.

Know you made a difference.

**Salem Rage** 7/23/26 - 5:15AM

Really? Where were her courage and integrity when her police force completely bungled the investigation into Birchmore's death? Why did it take over a year for her to order the IA investigation? Was it courageous when she was forced into ordering the investigation after a year of blistering public pressure?

Her attorney paints a picture of a warrior for justice, and the Globe lets that narrative go unchallenged. She is nothing of the sort and very much a part of the problem.

**Antietem** 7/23/26 - 11:17AM

Salem - the men were in charge during that investigation, and for years afterward.

Show all 3 replies



**DuhMayor** 7/22/26 - 10:08PM

Calter should fry

**NicksterNH** 7/23/26 - 7:31AM

He's a former Democratic State Rep, did you expect him to not be corrupt?

yellowkid49 7/23/26 - 7:35AM

Right Nick, because the GOP, or the "Orange Cult," lead by a convicted felon, is so honest?

Show all 5 replies

Henry Porter 7/22/26 - 10:19PM

Chief McNamara is going to surpass the $5 million settlement Superintendent Omar Easy is awaiting.

Lexpress 7/23/26 - 8:37AM

Town Manager wants the Birchmore case swept under the rug. Stoughton has NO credibility. Disaster . Don't buy real estate in that corrupt town

BelieveMeNot 7/23/26 - 11:58AM

It's a great town and she's a great police chief. Look at the record of her predecessors who gave Stoughton the reputation of the worst and most corrupt police force in the country. She changed that.

Show all 3 replies

DuneIt 7/22/26 - 10:22PM

Good for her for standing up to this baloney. Dont let the patriarchy get you down!

**My__2__Cents** 7/22/26 - 10:39PM

Citizens of Stoughton, wake up. Get involved. Clean up your city government and PD. Both have been an embarrassment for many years. Get involved.

---

**Loverthyneighbor** 7/23/26 - 11:37AM

Except they'd be cleaning there "town" government.

---

**Highlander97** 7/23/26 - 12:55PM

@loverthyneighbor their*

---

**observer123** 7/22/26 - 10:51PM

Shastany came from the outside to clean the place up and did a nice job of it, and then he crossed one bridge too many, getting to close to fire. The desire (correctly) to fire Devine did him in. I am surprised he did not see the Explorers crap, but maybe he did and that led to the separation.

---

**Enrico Palazzo** 7/22/26 - 11:00PM

The Birchmore case is another example of - hire stupid people (cop) and get stupid results. Background investigations - ignore the warning signs at your own peril.

---

**JS38** 7/22/26 - 11:24PM

What a cesspool of trash, why Farwell brother & Devine not arrested as accessories? Must have had dirt on others smh...

---

**Lexpress** 7/23/26 - 8:40AM

That Town Manager knew all the details of what was going on with Birchmore. Sweep it under the rug folks. Its stoughton, not Lexington

---

**GuinnessOwner** 7/22/26 - 11:29PM

Holy crap. The town that just keeps on giving. So glad not to be living anywhere near the good old boy, townie, white is right culture.

---

**Dancin' Fool** 7/23/26 - 8:34AM

You live in Sweden?

---

**MassPass** 7/22/26 - 11:31PM

I can smell the stench in Stoughton all the way down here on the Cape.

---

**GoodBob** 7/22/26 - 11:51PM

Webster's Dictionary:
Corruption in Law Enforcement : Stoughton

mike343499999 7/23/26 - 12:50PM

Canton and the Massachusetts State Police would like a word.

fordfalcon 7/23/26 - 12:52PM

and neighboring Canton.

Show all 3 replies

sigma978 7/23/26 - 12:16AM

Stoughton needs to clean up. This means a lot of people that work there, will no longer work there. And that's ok.

So often in government (especially policing), there's the perception that once you have a job, you have it for life.

People get fired. And that's ok. Sometimes it's for good reasons, sometimes the reasons are petty and personal. And that's an acceptable reality.

But this notion that you just can't fire someone doesn't do any good.

sueed 7/23/26 - 1:32AM

What this department needs is an outside, open evaluation that interviews all members of the police department past and present. It would find horrifying things that would be incredibly embarrassing but in the end they would have an honest and credible police department. So many departments could use such a cleansing.

**GardenFan64** 7/23/26 - 1:59AM

Stoughton is just jealous that Canton gets all the news when it comes to corrupt police and town governance. They saw an opening and took it. Things are relatively quiet in Canton these days. Why not fire our female police chief, without offering a severance package or legitimate reason, and get a few headlines out of it? Great PR for Stoughton and let's see what Canton can do to top this. Half of the town of Canton are getting drunk on the Cape right now anyways. Kudos to Stoughton. Well played.

---

**Bernadetta** 7/23/26 - 5:59AM

Until the "blue wall of silence" culture is broken all police departments will be overrun with corruption . This along with the misogynistic culture within police departments will prevent any changes for the better. LEO's that protect their brethren's criminality are just as guilty as those who commit it. Nothing will change until the deeply imbedded corrupt culture does.

---

**User13579** 7/23/26 - 6:08AM

Towns are run by town managers - a throwback to the 19th century. All towns should be forced to change to standard city political governance.

---

**WB Yeats** 7/23/26 - 6:20AM

Stoughton has had one of the most corrupt police departments in the country, just do a little research. She should fight this till the end.

---

**WES-HARDIN** 7/23/26 - 7:20AM

And this state initionally said she killed herself nothing would have come to this case if the FBI didn't step in

**GardenFan64** 7/23/26 - 7:40AM

Not today's FBI, but you are right with the previous FBI. Today's FBI would have flown into Logan on their personal plane and Kash would be sitting at a bar in Stonehan doing his investigation. Then after two weeks, fly back to DC and say we have a suspect arrested. Start the water boarding until this suspect talks.

**Lexpress** 7/23/26 - 8:42AM

Incompetence or cover.up???

Show all 3 replies



**bospathdoc** 7/23/26 - 7:30AM

Donna Mac, stay strong! You've done an amazing job under really difficult circumstances, and your integrity and commitment to your home town are stellar. See this through. You will end up on the right side of this. The town manager needs to go. What a classless! You're my hometown hero!

**sdun** 7/23/26 - 7:30AM

Probably Town manager Calter's reason will be She has a medical condition like Going The Change of Life and i want a Male as Police Chief .



**sidmcd** 7/23/26 - 7:50AM

DWB has always been an offense in Stoughton.

**sdun** 7/23/26 - 12:12PM

That's have the Town.

---

**sdun** 7/23/26 - 7:58AM

Stand up residents of the town of Stoughton and FIRE Your town manager Calter . Send that Nitwit back to his town of Kingston and let them through him Up !

---

**Undaunted** 7/23/26 - 8:25AM

Sounds like it is time for State AG Andrea Campbell to step in

---

**sdun** 7/23/26 - 12:13PM

Only if the town manager is a Trumpster.

---

**TB28** 7/23/26 - 1:46PM

Except that she's too busy filing meaningless lawsuits against President Trump that will accomplish absolutely nothing (other than get slobbering puff pieces written about her by "reporters" at the globe).

---



**srainbow** 7/23/26 - 8:31AM

Can we have a follow up article that details how McNamara has handled or supported cases before the department
We already know there is a boatload of mysogynists in the department but to just use that as evidence for the reason for her being replaced is not enough?
Show us proof that she's done a good job or if there's evidence that she was actually part of the problem regardless of her sex

1 2 next last

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Stoughton police chief, town manager face intense scrutiny amid turmoil

By Laura Crimaldi Globe Staff, Updated July 25, 2026, 8:02 p.m.




Stoughton Police Chief Donna McNamara addressed reporters in 2024 outside US District Court in Boston after the arrest of former detective Matthew Farwell. PAT GREENHOUSE/GLOBE STAFF

STOUGHTON — The Town of Stoughton has seen more than its share of police scandal, with a former detective facing a murder trial later this year, the latest criminal case

involving a one-time officer over decades of trouble.

Now the community is locked in another fight over its Police Department that has the future of Chief Donna McNamara hanging in the balance and triggered calls from some residents to oust town manager Thomas J. Calter.

On Friday, the Stoughton Select Board gave notice it planned to meet behind closed doors Wednesday evening to discuss both officials. The agenda says the board is exercising its legal authority to meet privately because the discussion could touch on the reputation, character, mental health, discipline, dismissal, or complaints against both officials.

In a statement on Friday, the Select Board said the panel hasn't reached any conclusions but plans to address allegations against McNamara and Calter in a "fair, thorough, and impartial" manner.

The current turmoil began earlier this month when McNamara was ordered off the job, though town officials have so far refused to say why.

Residents rallied in support of McNamara at a demonstration in Stoughton on Sunday. McNamara told reporters she was grateful for the community.

"I love the town of Stoughton," she said, according to video from Boston 25. "I've lived with integrity, and I plan to continue to do that. This is an amazing, amazing outpouring of support."

A law firm representing the chief said she is planning legal action against Calter and the town.

In a phone interview Thursday, Calter said he and a labor lawyer for Stoughton instructed McNamara to leave work on July 7 with a plan to meet two days later.

“We had to separate her from the department,” said Calter. He refused to comment on what prompted the decision but said McNamara canceled the follow-up meeting.

On Wednesday, Calter released a statement saying Deputy Chief James O’Connor had been appointed acting chief.

Calter did not respond Friday and Saturday to messages seeking further comment.

At a Select Board meeting on Thursday, some residents said Calter should be removed.

“The town manager should go,” Peter Ventresco, creator of the local cable show, “The Stoughton Godfather,” said in an interview. “He’s divided the town.”

Stoughton’s charter authorizes the Select Board to appoint a police chief and town manager and states the officials serve at the panel’s will.

Before the Select Board convened in executive session on Thursday, McNamara’s supporters called for her return, chanting her name and clapping.

“I think she’s being railroaded. I think she’s being pushed out because she asks hard questions and demands transparency,” said Kristen Vasconcelos, a Stoughton resident who attended the meeting to support McNamara. “She’s a fantastic chief. Not many people have her level of integrity.”

Attorney Leah Marie Barrault, who represents McNamara, said Calter told her client that a complaint had been made about her but did not reveal who complained or describe the allegations.

Barrault accused the town of discriminating against McNamara because she is a woman. McNamara, who grew up in Stoughton, is the department’s first female chief.

She recently completed the first year of her third contract as chief, a three-year agreement, and has never been disciplined or given a negative evaluation, Barrault said.

Last Monday, McNamara filed a harassment complaint with the Select Board, accusing Calter of calling and texting her nearly every day for two weeks and disparaging her to others, Barrault said. Calter acknowledged contacting McNamara during that period, but denied doing so as frequently as the chief alleged.

The Police Department's rank and file officers have not commented publicly. Messages left Friday and Saturday for union leaders representing Stoughton police patrol and superior officers were not returned.

McNamara, who has led the department as acting chief and then chief for a decade, has presided over the agency during a tumultuous period marked by the 2021 death of Sandra Birchmore, a 23-year-old pregnant woman who participated in a department youth program as teenager.




Sandra Birchmore FACEBOOK

Matthew Farwell, 40, a former detective and patrol officer's union president, is charged with killing her and causing the death of her unborn son. He has pleaded not guilty and his federal trial is set for October.

McNamara's supporters said they credit her with shining new light on Birchmore's death, which was initially ruled a suicide, with a watershed internal affairs investigation that found "lies, deceit, and treachery" by Farwell and two other former officers: Farwell's

twin brother, William, and their mentor, Robert C. Devine. William Farwell and Devine are not facing criminal charges.

In April, the state Office of the Chief Medical Examiner amended its finding that Birchmore took her own life and changed her death certificate to list her manner of death as "undetermined."

"I think she's one that pushed for the Birchmore [case], to have the FBI investigate it," John Anzivino, a former Select Board member, said of McNamara. "I hold her in the highest regards."

McNamara ordered an internal affairs investigation a day after Birchmore was found dead in her Canton apartment on Feb. 4, 2021, according to the report. The town placed Matthew Farwell on administrative leave just over two weeks later.



Former Stoughton police detective Matthew Farwell UNCREDITED/ASSOCIATED PRESS

The Stoughton investigation examined whether police personnel violated department procedures during their interactions with Birchmore. Norfolk District Attorney Michael W. Morrissey investigated Birchmore's death, but didn't bring criminal charges.

McNamara announced the internal investigation's findings at a 2022 news conference in which she called the Farwell brothers and Devine "unfit to serve." FBI agents arrested Matthew Farwell two years later.

Testimony at Devine's state disciplinary hearing last year briefly touched on criticisms of McNamara's leadership. Under cross-examination, she acknowledged that two lieutenants had accused her of exploiting the internal affairs process — but a sustained objection cut off further questioning about the complaints.

Secrecy over McNamara's removal has frustrated her supporters. Many lingered inside Town Hall Thursday evening after the Select Board left the public meeting room for their closed-door session.

"They're not transparent with anybody," said AnnMarie Leonard, a McNamara supporter. "They see there's people here to support [her], why don't you talk to us? We voted you in."

*Globe correspondent Thai Theodoro contributed to this report.*

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 39 comments

## 39 Comments

Sort by: Best Newest Oldest

**FrankKavanagh** 7/25/26 - 8:56PM

The FBI could find no illegal actions on the part of the "mentor" and the the third pervert?

---

**WooSoxER** 7/26/26 - 1:37AM

Kash Patel's loyal followers of conspiracy theories in his "FBI bunch" couldn't solve a crime or identify a criminal given DNA, clear/undoctored photos, or definitive audio recordings. PLEASE!

What's happened to law enforcement trust? Patel's FBI, Blanche's DOJ, Massachusetts State Police, Trump's paranoia, Canton PD, and now Stoughton.

It's sad, and frankly scary. (Not forgeting about the federal, masked, thugs with ICE, as well.).

---

**TLT37** 7/26/26 - 11:31AM

Birchmore journaled sexual encounters with more than 200 men back to either 2016 or 2018. Farwell isn't in it until her 20's, Devine not at all. No one has ever said he was their mentor prior to and aside from McNamara and Holmes, who both oversaw the Farwells for more than twice as long as Devine. This is corroborated by multiple officers. Maybe you should all start looking at the 197+ other men. Stop listening to people who have no involvement in the dept for this kind of information.

---

**BelieveMeNot** 7/26/26 - 10:25PM

TLT37 how about a link because I can't find anything you say corroborating your post.

---

**TessioClemenza** 7/28/26 - 12:54PM

@TLT37. Obviously you have some tie to Farwell as a family member or friend. I understand why you are seeking a fair and balanced investigation, and that is exactly what DID NOT occur. However, Farwell was captured by a mountain of evidence and common sense. This is a massive cover-up of not only an unalivung, but a police department COMPLETELY out of control. When Donna finally had the skanooks to speak up about it? They canned her. We live in THE MOST CORRUPT. state in this union. Just embarrassing. You should do some real honest to goodness thinking here.

Show fewer replies

**SaidWat?** 7/25/26 - 9:00PM

Forget it, Jake. It's Stoughton



**Skibidi** 7/26/26 - 11:12AM

Mickey mouse police and town

**Critthink** 7/27/26 - 4:25AM

Too many towns around Massachusetts, especially the smaller ones, have become so insular that their so-called leaders seem to have no accountability whatsoever. They not only do whatever they want, but they also position town meetings, elections, and referenda, virtually everything, so that they control the outcome. The few voters who object are seen as outliers and are effectively ostracized.

**0mj66** 7/25/26 - 10:17PM

Anybody else getting BG article headings and photos confused? Heading for this article appeared with no text. What's going on?

---

**Loverthyneighbor** 7/25/26 - 11:29PM

No problem understanding the heading, photos, or text. It all makes sense to me.

---

**KMedeiros** 7/25/26 - 11:54PM

Selectman oversight of town managers and the chiefs are woeful in Massachusetts! No one is really managing anything.

---

**daisy1** 7/26/26 - 9:19PM

I'm not thrilled with Cararra's reply to a tv news reporter's question, but undersrtand little can be said at this point. The Chief has not been fired so there is precaution taken to protect the town. Investigation needs to play out and we are no were near that yet. Article quotes John Anzavino a previous selectman who I respect, but even though I also credit McNamara for initiating an Internal Affairs investigation the day after Birchmore's death, my recollection is that the FBI stepped in because they were investigating players associated with the Norfolk County DA office and their involvement in Karen Read and Birchmore's case. Many questions remain unanswered. Don't think it is beneficial to rush to judgment. Also don't want it to linger, but reported actions are less than a month in.

---

**May564** 7/26/26 - 6:21AM

McNamara makes me wonder if she knew about or heard rumors about the Farwell twins when she was an officer before she became police chief.

---

**TLT37** 7/26/26 - 10:52AM

You mean because there's multiple photos of her and Matt on social media in non employment related settings? Or when they acknowledged their closeness during a police union complaint against McNamara? I mean, ding ding ding you're exactly right. Brian Holmes was Rob Devines best friend, and McNamara was at every Farwell family function. Maybe it's time Stoughton started listening to the officers who have said these two are just as bad for years instead of rallying behind her because it looks cute to stand up for women.

---

**Dunelt** 7/26/26 - 11:55AM

Right... start making up things about the victim and anyone getting close to the truth... Thats how the ol boys network works.

---

**May564** 7/26/26 - 3:32PM

Dunelt, who is the victim you are referring to?

---



**BecknBuv** 7/27/26 - 3:01PM

TLT37 you seem to have information nobody else has heard, although this case has been reported on for years. Maybe a link or a source would make your claims seem less outrageous.

Show fewer replies

**DuneIt** 7/26/26 - 6:39AM

Its notable that it took a female to pursue answers in the very sad and appalling story of Sandra Birchmore's death. The good old boys thought they could get away with their usual power abuses and lies...as they always have.

**May564** 7/26/26 - 8:20AM

She only did it after it became public. What was she aware of all those years serving in the Stoughton PD.

**DuneIt** 7/26/26 - 9:46AM

May564 it seems you have some axe to grind over McCulloughs attempt to address the Farwells appalling acts and crimes. Its clear that the men in power tried to sabotage any effort to find out the truth. Don't blame McCullough for that. She walked into a mess that was long underway.

**BelieveMeNot** 7/26/26 - 2:00PM

Who's McCullough?

Show fewer replies

**preferIPA** 7/26/26 - 7:01AM

Makes me wonder to why one complaint would get you removed from your job.
Usually a paid leave while the investigation continues is normal in this state.
The board having to have an emergency meeting tells me not everyone was

informed or on board otherwise they would have circled the wagons. Sounds more like Calter is trying a power play thinking he has been in Stoughton long enough. Why was there a mutual decision for him to leave his last town manager position? Stepping on toes would be my first guess. Globe might want to investigate those circumstances.

---

**MattsonK** 7/26/26 - 7:54AM

The Town Manager is pure corruption and feels no one can touch him. Terrible leadership and the whole town is a mess.

---

**kno64** 7/26/26 - 8:33AM

This town and its police department have had major issues going back to at least the 70s, if not earlier. It seems like one step forward, one(or two)steps back with regard to trying clean things up there.

---

**BelieveMeNot** 7/26/26 - 11:24AM

We finally have someone cleaning it up and they dump her

---

**bogeyguy** 7/26/26 - 7:55AM

This town manager is risking his reputation and career by trying to remove this Chief. That's a lot. There's also a lawyer for the town involved. The Select Board is the appointing authority. There are certain labor laws that preclude the town manager from disclosing everything. No one really knows what is going on here, however my instincts tell me there has to be something for a town manager to do what he is doing. Notice the police union is quiet so far. Waiting for the other shoe to drop.

---

**BelieveMeNot** 7/26/26 - 11:24AM

The police union wouldn't be representing her as chief

---

**WB Yeats** 7/26/26 - 8:28AM

Do a little research on the past of the TM

---

**Sami25** 7/26/26 - 10:09AM

Agree. It's not that hard to do a little investigating.

---

**ricard0** 7/26/26 - 8:59AM

Maybe they have been gunning for her for a while. Maybe she embarrassed these guys when she stood up for the Brichmore murder. If she had only kept her mouth shut, they wouldn't have so much scrutiny on them.
It's not the Police Chief that has given Stoughton such bad publicity; now this secret meeting and its hush-hush business are making Stoughton look even worse. A spotlight on the town council and its manager ought to be turned on.

---

**Swan Man** 7/26/26 - 9:44AM

Law enforcement keeps taking hits locally, statewide and nationally. They have lost our trust. And the politicians seem to be unable to clean up the mess. I wonder if one of the problems is that people of good will and intelligence just don't want to serve as police officers or politicians anymore.

---

jcbos

7/26/26 - 11:33AM

"the Select Board said the panel hasn't reached any conclusions, but plans to address allegations against McNamara and Calter in a "fair, thorough, and impartial" manner."

Lol, there is no legal standard for the Select Boards to do any of those (especially the impartial part). They'll do whatever they can to get rid of this and if they violate any "fair, thorough, and impartial" rights, it gets tossed to the courts to decide. It's an old tactic--the towns hope plaintiffs will give up because it costs too much to litigate. These closed-door session are going to be more about how they can get out of this mess with the least repercussions for their friends and colleagues.

---

R-3

7/26/26 - 11:35AM

Shame on the two gutless Unions in the department. Have a comment she's your boss, weather you respect her leadership or not speak up. I'm disappointed they have no spine!

---

**TLT37** 7/26/26 - 11:58AM

The author of this didn't previously mention any of the issues regarding McNamara and had not intention of doing so until myself and others commented about it, despite having that information as someone who reported on Robert Devines POST hearing. Even now, she left out detail and minimized it because McNamara was a source. Be careful who you get your information from. There's a reason none of the officers are supporting her.

---

**BelieveMeNot** 7/26/26 - 10:27PM

Another undocumented conspiracy theory from you.

---

**anythingleft** 7/27/26 - 7:23AM

Stoughton and Canton are cesspools

---

**Budjac5** 7/27/26 - 2:23PM

They all cover each other's rear end!!!

---

**Budjac5** 7/27/26 - 2:23PM

They all cover each other's rear end.

---

**Jaws2727** 7/28/26 - 10:15AM

For all the good we have to offer in MA, our LEO's are sharing our ugly side in the national news. I see another Netflix crime series in our future

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Stoughton police chief and town manager placed on paid leave amid allegations of interference and harassment

By **Bryan Hecht** Globe Correspondent, Updated July 30, 2026, 10:47 a.m.



Stoughton Police Chief Donna McNamara, who was placed on leave on Wednesday. PAT GREENHOUSE/GLOBE STAFF

After a closed-door session on Wednesday night, the Select Board in Stoughton placed the town's manager and police chief on paid leave and ordered an independent investigation into their competing allegations.

The decision comes after Donna McNamara, who has led the Police Department for almost a decade, filed claims with the board against Town Manager Thomas J. Calter, alleging that he engaged in harassment and a "pattern of gossip and disparagement" that led to her being forced out as chief.



Stoughton's town manager, Thomas J. Calter, has denied accusations of harassment and disparagement, which he says has ruined his reputation. SUBMITTED PHOTO

At the end of Wednesday's meeting, board chair Joseph Mokrisky said, "Today's actions are intended to establish a fair and impartial independent process of reviewing the allegations presented in the complaints against the police chief and the town manager."

"The board has not reached any conclusion regarding these merits, or the complaints," he said. "Those determinations will be made only after an independent investigation is completed and the board has had an opportunity to review the investigator's report."

On Monday, McNamara sued Calter in Norfolk Superior Court, alleging he discriminated against her and interfered with her efforts to lead the department because she's a woman. She is also suing the town for violating her employment contract by appointing one of her deputies, James O'Connor, as acting police chief just days after she filed her original harassment claim with local officials.

Calter has denied McNamara's accusations and asserts she has ruined his reputation. According to McNamara's lawsuit, Calter told her in a meeting on July 7 that she must resign or be terminated after a member of the Police Department shared separate accusations that she had berated him and caused him stress at work.

As the turmoil has mounted, a cohort of town residents have come out in support of McNamara, packing Select Board meetings to voice frustration with their handling of the issue.

Many of them were in attendance on Wednesday, when Mokrisky said the competing allegations will be considered "independently."

Stoughton's charter authorizes the Select Board to appoint a police chief and town manager, and states the officials serve at the panel's will, although Calter is McNamara's supervisor, according to town officials.

After the board adjourned on Wednesday, dozens of supporters for McNamara, dressed in orange T-shirts and holding support signs, broke out in chants calling for the recall of various board members, according to video shared by WCVB-TV.

McNamara, who attended the meeting session, was greeted with cheers and a standing ovation when she entered the room, according to video posted on social media.

The special session followed a regularly scheduled Tuesday board meeting, with more than a dozen supporters of McNamara slamming the town's handling of the situation.

"I too have suffered the wrath of Tom [Calter]," resident Johna Rosenblatt said at the meeting. "We come to you, like we're supposed to and ... ask for you to intervene and you don't do it."

McNamara has led the department through years of political scandal following the death of Sandra Birchmore, a 23-year-old former participant in a Stoughton police youth program who was found dead in her Canton apartment on Feb. 4, 2021.

Her death was initially ruled a suicide, but officials later announced in 2022 that three former Stoughton officers had engaged in an "inappropriate sexual relationship with" Birchmore, following an internal affairs investigation ordered by McNamara, according to her suit.

One of the men, Matthew G. Farwell, a 40-year-old former police detective and patrol officers union president, was charged with murdering Birchmore after she told him he was the father of her unborn baby.

He also faces statutory rape charges and is accused of initiating sexual contact with Birchmore when she was 15 and in the youth law enforcement program. Farwell has pleaded not guilty and is expected to be tried in October.

In her lawsuit, McNamara also accused Calter of interfering with the Birchmore investigation, alleging he ordered her to destroy the findings of a second internal affairs

probe into the case in 2024, which her lawyer says contained potentially damaging revelations about another unnamed former police employee.

According to McNamara's suit, Calter described the findings as a "hit piece" and allegedly told members of the town's police unions, "I don't know who the next chief will be, but it won't be a woman."

---

Bryan Hecht can be reached at bryan.hecht@globe.com. Follow him on Instagram @bhechtjournalism.

Hide 52 comments

## 52 Comments

Sort by: Best Newest Oldest

**MassPass** 7/30/26 - 11:23AM

Calder hoisted on his own petard.

**Seafood33** 7/30/26 - 1:57PM

In most cases involving any removal, the Board has to come to a decision, not one person. Calter should act like an adult, and respect the people who elected him instead of crying about his 'reputation'.

**JAD85** 7/30/26 - 11:31AM

Calter is a former member of the legislature, it's impossible to ruin his reputation.

**EastCoastLA** 7/30/26 - 11:36AM

Calter is a former legislator and the best he can do is become a town manager! Usually a former legislator can get an easy job at one of the state universities.

**Boston Water** 7/30/26 - 11:47AM

That is just the greatest thing I'll read all day!

**daisy1** 7/30/26 - 1:56PM

He was a professor.....gawd, I have no dogs in this fight, but people run with very little information coming solely from one side. Two things can be true at once. Why is no one asking about the "second internal affairs investigation" alleging possible further misconduct by officer no longer within department? Why has that information not been presented to DA (which I realize is lame, but at least it's proper protocol) or FBI and feds pursuing one of the Birchmore cases? Something still seems amiss and likely will remain so until all the information is known. Not just one side.

**RSull** 7/30/26 - 6:09PM

It isn't like Calter could go to work in the dreaded private sector. Those people expect results. You don't hire someone who you already know is shady.

Show fewer replies



**Maximiis Cadius** 7/30/26 - 11:40AM

Stoughton or Canton. Which is worse?

---

**daisy1** 7/30/26 - 1:57PM

People who make such comments knowing very little facts.

---

**TessioClemenza** 7/30/26 - 2:27PM

Yes.

---

**user38090305** 7/30/26 - 2:27PM

Canton still takes the Number 1 spot.

But it sounds like Stoughton is not far behind.

---

**TessioClemenza** 7/30/26 - 2:28PM

Maximiis Cadius
7/30/26 - 11:40AM
Stoughton or Canton. Which is worse? answer: YES.

---

**bobbymac225** 7/30/26 - 6:03PM

Really depends on the category. From a school POV Canton blows Stoughton out of the water. Average property value Canton it also higher. The only thing Stoughton higher in is crime rate. And they have the Town Spa so I guess they win on who has better pizza.

Show fewer replies

---

**jrb123** 7/30/26 - 11:49AM

Both Canton and Stoughton find themselves in terrible situations regarding police leadership. I'm still concerned with then Canton PD Chief Helena Rafferty hitting a handicapped man in a crosswalk on Creek Street and South Street in Wrentham while driving a public vehicle and getting off with a citation. Whoa! Is that all? Buddies in blue?

The gentleman concerned has filed a $200,000 law suit.

---

**Guk** 7/30/26 - 1:38PM

She was driving her city issued vehicle, guess who pays?

user38090305 7/30/26 - 2:29PM

Don't forget about the additional facts regarding Rafferty hitting a pedestrian.

He was in a crosswalk
He was wearing reflective gear

Sounds like the man took extra precautions to cross safely and that just adds to her negligence.

Ruby's July 7/31/26 - 12:29PM

Wow! Indid not know about that ... From the sounds of it she was treated far far too lightly. Not that I am surprised by that. It is glaringly apparent she was protected. I hope he gets every cent he is asking for..

Show fewer replies

justsoyoullknow 7/30/26 - 11:51AM

"According to McNamara's suit, Calter described the findings as a "hit piece," and allegedly told members of the town's police unions that "I don't know who the next chief will be, but it won't be a woman." "

Did Carter just write off half-- or more-- of the Town's electorate?

justsoyoullknow 7/30/26 - 11:52AM

Calter

**daisy1** 7/30/26 - 2:19PM

How ironic that the Stoughton deputy police chief that conducted the first internal affairs investigation into the Birchmore case is now chief of police in Kingston, where Calter was Town Manager before being hired by Stoughton.

---

**adamfa** 8/01/26 - 8:05AM

Calter is not elected. He is appointed. So I doubt that he cares if he writes off women.

Show fewer replies

---



**Augie85** 7/30/26 - 12:15PM

Is it true that several former members of the Bulger crowd reside in Stoughton?

---

**NicksterNH** 7/30/26 - 3:30PM

Nobody would be surprised if Bulgers reside there, or if they're on the town payroll somehow. Is there a single government agency anywhere in MA not filled with fraud and corruption?

I don't know who's right or wrong here, but that sex scandal involving the young lady is pretty bad, and she committed suicide while McNamara was Chief.

---

**ad1967** 7/30/26 - 7:07PM

Suicide?? Farewell is charged with murder

---

**TheRickles** 7/30/26 - 12:22PM

If she has documentation to back up her assertion that he tried to quash the internal investigation into the Barmore case, he is toast, even in Stoughton.

---

**daisy1** 7/30/26 - 2:04PM

True, but again, why is there a second completed internal affairs investigation that was not shared with the DA or Feds working on at least one of the Birchmore cases? All these things happened while the Chief was in leadership, first as a second in commend sometime around 2013, then rising to Chief in 2018. When so many others within department were hearing rumors and such, she did nothing until the day after Birchmore was found dead. I'm glad she did, but a years long internal Affairs investigation, which was very helpful in bringing things to light, was conducted by her then second in command who has since left to become chief in a nearby town seemingly taking several more with him, one of who'm has been said to have slept with Sarah when she was of age, but still, a seemingly good guy who was married with a child on the way.......There is just too much rumor out there coupled with the realities of the varies players in the know who have fled the department.

---

**Boston Charlie** 7/30/26 - 12:23PM

I am certain there are many fine people who live and work in Stoughton but they have had leadership issues in town management and the police department for decades. The townspeople deserve better, get it together.

**kno64** 7/30/26 - 4:58PM

The police department, since the 70s at the very least, with 2 former chiefs of police convicted of felonies, another chief indicted but having the charges thrown out on a technicality, and multiple other officers either convicted of crimes or otherwise implicated in scandals. https://www.bostonglobe.com/2024/09/05/metro/stoughton-police-matthew-farwell-history-troubles/?p1=BGSearch_Overlay_Results https://www.bostonglobe.com/2022/06/20/metro/worst-small-town-governments-stoughton-latest-police-scandal-adds-long-history-trouble/?p1=BGSearch_Overlay_Results

---

**RS Otro** 7/30/26 - 12:28PM

She manipulated the legal system with harassment charge, as a result, she couldn't report to the town manager and loss her job. Very customary of this group, she loss her job and she is bringing the town manager with her. It doesn't work that way.

---



**MeanWillie** 7/30/26 - 12:38PM

"Very customary of this group". Which "group" is that, I wonder. Women in uniform? Honest cops who want to see justice for Sandra? People who know how to spell "lost"?

---

**Boston for Life** 7/30/26 - 12:29PM

She is a DEI hire - he is a political croney. One thing in common - both part of the democrat swamp.

**henryjohn239** 7/30/26 - 12:35PM

D E I hire?. She has been a police officer for more than 20 years and rose through the ranks to become Chief. Maga morons never let the facts get in the way of their propaganda



**brooksfamily96** 7/30/26 - 12:47PM

Say you're afraid of strong successful women without saying so.

Clown.

**MWS12345** 7/30/26 - 1:39PM

Can any woman police officer not be a DEI hire in your book? If the answer is "no" then you are a total a-whole. But if the answer is "yes" then I'd like to understand how you judge her qualifications as insufficient in a merit-based system? Please. Inquiring minds want to know.

Show fewer replies



**brooksfamily96** 7/30/26 - 12:30PM

Calter has an abysmal track record, and it amazes me people aren't talking more about that. He left a trail of destruction behind in Kingston after being forced to resign... over his treatment of a woman.

https://959watd.com/blog/2020/07/kingston-tom-calter-resigns-as-town-administrator/

**Bellefleur** 7/30/26 - 1:43PM

Thank you for adding this context

**NicksterNH** 7/30/26 - 3:34PM

He's a former State Representative and, I assume, a Democrat. Are you saying he's also misogynist?

The Globe doesn't give his party affiliation so we have to assume, given the bad behavior, that the Globe doesn't want you to know what party he's in.



**brooksfamily96** 7/30/26 - 4:19PM

Frankly Nick, I have no idea what party he is/was, I imagine I could google it if I cared, but I don't. He's not my state rep (anymore) and as far as i'm concerned, political affiliation and misogynistic donkeys have no correlation whatsoever. People are people, good or bad, not party, and that's most of what's wrong with this country.

Show fewer replies

**fmrbostonguy** 7/30/26 - 12:39PM

Well, let's see where all of these chip eventually fall down there in Stoughton. On the face of it here, I cannot fault the Stoughton Board of Selectmen and their decision to suspend the 2 combative principals here. Gonna wait & see what develops by way of investigation and discovery as to the charges being

leveled against each other by police chief Mcnamara and Town Manager Calter.

---

**jacqm** 7/30/26 - 12:55PM

Maybe we aren't getting the whole story behind this but someone in a leadership position that "berated" (definition: scolded or criticized (someone) angrily) and caused "stress at work" doesn't sound like a fireable offense. I don't know about the rest of you, but everyplace I've worked, while not the norm or ideal (particularly if done in a way where it can be overheard) this does happen from time to time. Sometimes direct reports mess up badly and, yes, the boss gets angry. And when you're underperforming and/or there is a lot to do, work can be stressful.

---

**TLT37** 7/30/26 - 1:41PM

This persons complaint came while they were inpatient so I'm betting there's more background to this, and for everyone clamoring about justice for Sandra, justice would be if we spoke truthfully. She was sleeping with dozens (in excess of 200) men, many when she was a minor. DNA from 4 men was inside of her when she died, and she told multiple men they were the father. If we were trying for justice and not a series of hit pieces, we would be talking about her journals, where she kept meticulous detail of every sexual encounter she had, and we would know the names of many many more men. McNamara knew about all of this. She knew prior to being chief. Justice is holding everyone accountable. Not just names that make a good documentary.

---

**ad1967** 7/30/26 - 7:11PM

TL: A minor child does not "sleep with" men so much as she is "raped by" them statutorily.

---

**ad1967** 7/30/26 - 7:12PM

Also TL, can a woman who sleeps with many men and keeps a journal be murdered with impunity in your opinion?

Show fewer replies

---

**Guk** 7/30/26 - 1:39PM

They outside law firm that will be hired will charge right up to the max value of the contract and reach the conclusion that the town board wants. They want to get the business for the next investigation

---

**daisy1** 7/30/26 - 2:37PM

Suspect the town will use their contracted Town Counsel. The firm has a strew of attorneys with specific municipal and employment specialties to draw from. If they succeed in getting to the root of the matter to help clean up what ever mess has got them here it will be money well spent. That may also require changes on the Select Board as well.

---

**TessioClemenza** 7/30/26 - 2:51PM

Our guess is that she has suffered under several years of chaos and mismanagement. She always wanted to speak up, and she knew things had gone completely awry underneath her. I mean, look at The Farwells, Devine, YURI, Fanning and more. These are bad and corrupt police officers. She does have explaining to do however. Seems like a bad situation with a decades long BAD police department and brutal town political "leaders". Think about being Donna. She works for 10-15 years HARD coming up through the ranks. The, suddenly making $150-200K plus OT etc. and not wanting the whole top dollar $$ earning situation to "go away". But? things just got worse, and she was 3-4 years overdue for coming to the table and exposing the corruption.

Tough spot. Rootin' for ya Donna, but no you have to tell us ev-a ree-thing. No choice. No halfsies. The dirt must be dug up and shown light.

---

**kmc11b** 7/30/26 - 3:14PM

Whenever I hear a MA resident running RI down, I always think - Birchmore, Read, South Shore cops in general, DA's office, etc.

---

**Sevy610** 7/30/26 - 3:48PM

Receivership

---

**Sanderling1** 7/30/26 - 3:51PM

Terminated 2 years into a 3 year contract? How much did Kingston pay him to go away? In my town of Fairhaven we taxpayers paid a lot to get rid of our town manager.

---

**Wombat2024** 7/30/26 - 5:05PM

This will cost the town a small fortune in legal fees and settlements !!

---

**BelieveMeNot** 7/30/26 - 5:42PM

“The board has not reached any conclusion regarding these merits, or the complaints,”
-------------------------------

Did the board not sign off when she was initially suspended?

---

MattsonK 7/30/26 - 7:42PM

That Good Olde Boy should have been let go last year!
He is definitely involved in the coverup.

I can't believe after Canton fiasco - Stoughton believed they could get away with it.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Stoughton town manager releases statement following unions 'no confidence' vote amid conflict with police chief

By **Lauren Albano** Globe Correspondent, Updated August 11, 2026, 10:59 p.m.

Stoughton Town Manager Thomas Calter released a statement Tuesday after the town's firefighter and public works unions voted no confidence in him during an ongoing fight over the manager's handling of the police chief's job removal.

Calter and Police Chief Donna McNamara were both placed on paid administrative leave last month pending the outcome of an independent investigation after the two exchanged accusations, and McNamara filed a harassment lawsuit.

McNamara's complaint filed in Norfolk Superior Court accuses Calter of discriminating against her and interfering with her efforts to lead the department because she's a woman. She also accused Calter of harassment by contacting her virtually every day during a two-week period in July.

One of McNamara's claims is that Calter ordered her to destroy a report about a second internal affairs investigation about the agency's involvement with Sandra Birchmore, a 23-year-old pregnant woman and former participant in a department youth program who was found dead in her Canton apartment in 2021.

In the statement, Calter was adamant that he was not involved with the investigation into Birchmore's death.

"I want to begin by expressing my deepest condolences to Sandra Birchmore's family," Calter said in the statement. "I have always been committed to supporting a full, thorough, and transparent investigation into Sandra's death, and I remain committed to ensuring that the facts are fully brought to light."

Calter continued with emphasis, "I want to be unequivocal on one point: I did not ask Chief McNamara to destroy, alter, suppress, or otherwise interfere with any investigation or investigative report concerning Sandra Birchmore. I would never make such a request."

Calter said he has maintained his silence at the town's request, as the investigation remains ongoing.

McNamara's lawsuit said she's been away from the Stoughton Police Department since July 7 when she was instructed to go home during a meeting with Calter, who she said told her to resign or face immediate termination.

In his statement, Calter said McNamara "was not given any ultimatum or demand to consider" following the July 7 meeting.

Calter called the harassment allegations "baseless," as he had no communication with McNamara since July 7. He said the only subsequent contact was a text message "intended solely to coordinate attorneys' schedules," which was approved by a town lawyer.

Calter said McNamara was not placed on leave because she filed a harassment complaint against him. The complaint was filed 16 days after she was placed on leave, he said.

Calter expressed disappointment in the no confidence vote by members of Stoughton's fire and public works unions, which was reported by WCVB-TV.

"While I respect the right of employees and their representatives to express their views, I stand firmly by the work I have done and the progress we have made during my four years serving the Town of Stoughton," Calter said. "I am proud of what we have accomplished together and remain confident in the record of my tenure as Town Manager."

Calter said he is fully cooperating with the town's investigation, and he remains "confident that a complete and impartial investigation will establish the facts and resolve these allegations."

---

Lauren Albano can be reached at lauren.albano@globe.com. Follow her on X @LaurenAlbano_.

Hide comments

## 3 Comments

Sort by: Best Newest Oldest

---

**MattsonK** 8/12/26 - 5:22AM

Calter should have learned from Canton.
This won't go away with corruption.

---



**srainbow** 8/12/26 - 6:00AM

We have a lot to learn yet about this case
And can only hope that there has been and will continue to be a thorough and unbiased investigation
There's not much here of Mcnamara's claims such as details on what Carter asked her to re Birchmore information
Shouldn't that destroyed file be something that can be found?

**EW Piper** 8/12/26 - 7:02AM

I think there is some spooky aura emanating southward from the geological anomaly that is the Blue Hills, bending minds and behavior in Canton, Stoughton, Randolph to weirdness. It can't be that they're towns full of losers.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

| | More from Globe OpinionSubmit a Letter to the EditorMeet the Editorial Board

EDITORIAL

# Adam Deitch for Norfolk DA

## A former federal prosecutor, Deitch stands out among a field that includes several well-qualified candidates seeking to succeed Michael W. Morrissey.

By **The Editorial Board** Updated August 17, 2026, 8:00 p.m.



Adam Deitch, a former federal prosecutor, is the Globe's choice for Norfolk County District Attorney. DAVID L. RYAN/GLOBE STAFF

The race for top prosecutor in Norfolk County, a region of more than two dozen municipalities stretching from Quincy to the Rhode Island border and including Brookline, Milton, and Needham, is playing out against the backdrop of two blockbuster criminal cases that have called into question the competence of the District Attorney's office.

Under outgoing DA Michael W. Morrissey, who chose not to run for reelection, the office came under withering criticism for its handling of the failed prosecution of Karen Read on charges of murdering her boyfriend, Boston police officer John O'Keefe, and for its failure to prosecute Matthew Farwell, the Stoughton police officer later indicted by the federal government for murdering Sandra Birchmore.

Then, to make matters worse, text messages came to light as a result of the Read case that showed a State Police investigator assigned to Morrissey's office, Michael Proctor, engaging in racist, antisemitic, and misogynistic banter with a Canton cop. Both officers have since left their jobs.

Each of the candidates running to replace Morrissey has promised to restore public faith in the office, but the Globe editorial board believes Adam Deitch, a former federal prosecutor, is the candidate best equipped to do so and endorses him in the Sept. 1 Democratic primary.

Deitch, 43, grew up in Rhode Island and joined the highly regarded US attorney's office in Boston in 2019. Lawyers who have worked with him describe him as ethical and empathetic. He has prosecuted child pornography, identity theft, bank robbery, and murder for hire. In a notable high-profile case, he also helped lead the prosecution of Monica Cannon-Grant, the former Boston activist who pleaded guilty last year to 18 federal charges related to schemes to defraud the government.

He also has extensive experience investigating official misconduct and prosecuting corruption — in Norfolk County.

Deitch was one of the prosecutors who helped uncover the Proctor texts. He also prosecuted four State Police officers in Stoughton who endangered public safety by giving passing scores on commercial driver's license tests to unqualified applicants, in some cases in exchange for bribes.

In an interview with the Globe editorial board, Deitch said it was the investigations into Norfolk that prompted him to jump into the race. "I was looking at the cases in Norfolk County, and I literally said out loud, 'what on earth was going on in Norfolk County?'" he said.

Deitch says that under Morrissey, a "two-tiered" system of justice has emerged.

"What we've seen over the past few years is that the DA's office doesn't even attempt to prosecute police misconduct," Deitch said. "If you know the right people, or if you're connected to certain members of law enforcement, you've been able to get special treatment in Norfolk County. And that should absolutely never be the case."

When citizens come into contact with the DA's office, Deitch said, "it's usually on the worst day of somebody's life. Either you or a family member has been the victim of a crime, or you or a family member has been arrested for a crime.

"And then what matters is the people you're dealing with are competent, and trustworthy, and professional — and above all else, treat everyone the same."

In the Birchmore case, Morrissey's office accepted the dubious finding that Birchmore, who was pregnant at the time of her death, had killed herself, despite voluminous evidence to the contrary. It wasn't until the federal prosecutors got involved that Farwell, who believed he was the father of her unborn child, was charged with her death.

In the Read case, which attracted national attention, she was charged with second-degree murder but acquitted after two trials. Prosecutors said she intentionally backed into O'Keefe with her vehicle. You don't need to believe the conspiracy theories about the

case to conclude that Read was overcharged for what should have been a less serious motor vehicle crime, and that the investigation was badly mishandled.

But Deitch has made a big mistake of his own: He has accepted campaign donations from Read in this election. That's perfectly legal, but it's a serious error in judgment that could taint any actions Deitch takes on cases related to O'Keefe and Read if he's elected.

We'd ordinarily have no issue with a candidate taking donations from a suspect who was acquitted. Indeed, in Deitch's view, the support from Read and from Birchmore's family are points in his favor. "These are people who care the most about change in the DA's office because of their experience with it," he said.

The problem is that Read is not a normal acquitted defendant. She remains at the center of several active lawsuits that also touch on the Norfolk DA's office: legal proceedings about her phone, which was seized by authorities; and a witness intimidation case involving one of her allies.

Deitch told the Globe editorial board that he would recuse himself from anything to do with Read, including the final disposition of her phone. For other matters, Deitch said he would appoint an ethics officer to the DA's office, and would follow that person's guidance "100 percent." At minimum, if Deitch is elected he should recuse himself from any decisions related to the witness intimidation charges Norfolk prosecutors filed against Read supporter Aidan Kearney, the blogger known as Turtleboy, because Read and Kearney are codefendants in a defamation suit.

The connection between Read and Deitch, which Deitch could have so easily avoided by declining Read's donations, may be enough to disqualify him to some voters.

And there are certainly other highly qualified candidates in the race, particularly Djuna Perkins and Macy Lee. Both have previously worked in the Suffolk DA's office. Lee served as chief of the narcotics and asset forfeiture unit. Perkins established a legal practice

that specializes in investigating sexual misconduct and representing victims of sexual abuse or discrimination.

If elected, Perkins said she would make every employee in the DA's office reapply for their jobs, which would likely be a morale-killing move. Lee (like Deitch) promises a more selective approach to staff changes. Perkins has been endorsed by many public officials, antiviolence advocates, and some progressive groups. Lee has the support of the Boston police union (she says she has not sought endorsements from inside the county to avoid potential conflicts of interest).

Another qualified candidate is Greg Connor, who has worked in the Norfolk DA's office for more than two decades, rising from a line prosecutor to head of the homicide division under Morrissey. He has been endorsed by several labor unions. Often characterized as the "insider" in the race, he told the Globe editorial board that he, too, was frustrated with the way the O'Keefe and Birchmore cases were handled, but also says it's wrong to judge the office by two cases.

He says he was not involved with the decision-making in either case, but voters are entitled to wonder whether a candidate who was a high-ranking officer at the DA's office during so many missteps is the right person to reform it. Though Connor is clearly capable of doing the job, in our view, Deitch, Lee, and Perkins would all be better choices.

Former governor's councilor Robert Jubinville, public defender Jim Barakat, and Craig MacLellan, a former prosecutor and elected member of the Cohasset School Committee, round out the field.

Ultimately, we are choosing Deitch because while the Birchmore and O'Keefe cases have dominated headlines, they are unlikely to dominate the next four years for whoever is elected DA. Farwell is in federal custody facing federal charges. Read has been acquitted and can't be tried again; only if evidence emerges that points to some other culprit could there conceivably be another trial in O'Keefe's death.

In our view, then, this election should not be about the past. The choice in this race should be the candidate most likely to handle future prosecutorial decisions wisely; to manage the office well; to fearlessly follow evidence; to be an effective advocate to the Legislature; and to set a high standard for personal competence.

Based on his breadth of experience and legal acumen, we believe Adam Deitch is that candidate.

---

Editorials represent the views of the Boston Globe Editorial Board. Follow us @GlobeOpinion.

Hide 48 comments

## 48 Comments

Sort by: Best Newest Oldest

**Boston061807** 8/17/26 - 10:07PM

What a joke. Boston Globe you should be ashamed. It's not enough you're sensationalizing the LC coverage as if it's for the benefit of anyone but your own clicks. And now this horrible decision just to keep the love affair with Karen Read going on. Shame on you with this misguided choice in every way. The people of Norfolk County deserve and know better.

**RNBOS** 8/18/26 - 10:02AM

Agreed!

**user38090305** 8/18/26 - 10:52AM

The people of Norfolk County do deserve better which is why Adam is the best candidate.

The Norfolk DA's Office is loaded with incompetent and corrupt individuals. And voting for anyone that currently works in that office would be perpetuating the problem.

That entire office needs a good clean out... New faces that have been properly vetted.

---

**Frank Skeffington** 8/17/26 - 10:10PM

The Globe endorsed the Free Karen Read guy who is in the pocket of her legal team? He's out there fanning the flames of conspiracy theories and winking and nodding at extremists. Clearly doing this for clicks. The guy is an ethical disaster. Embarrassing the eboard has come to this.

---

**ArnoldWMA** 8/18/26 - 1:45PM

I hope Brian,Brian,Colin,Jen end up in jail someday.

---

**30FreeCelticsTix** 8/17/26 - 11:50PM

Don't you McAlberts ever take a night off?

---



**Steve2222** 8/19/26 - 3:32AM

I'm still curious why Deitch's office had no interest in the most damning evidence against Read: Techstream data, proving that Read threw her

SUV in reverse seconds before O'Keefe's phone stopped moving; and Cellebrite's expert testimony, proving that the so-called 2:27AM search by Jen McCabe never happened. Deitch's odd embrace of Read, provable based on his own actions such as those above, persist today, as indicated by the Globe.

---

**mcdwho** 8/18/26 - 2:02AM

The Globe again missed the boat on endorsing a candidate for the Norfolk County DA position. Others have better experience and have roots in Norfolk County. One has actually worked in the DA's office for 25 years. Their endorsement is to a candidate who moved from East Boston to Quincy just for a chance to be the DA. I think the DA should be a person who has lived within the jurisdiction for a long time.

The Globe editorial board should tell its readers the criteria they have chosen to make their choose, not just pick someone out of a hat.

---

**danielleken** 8/18/26 - 2:38PM

the mentality of choosing candidates based how long they've lived in the jurisdiction (and with that, their connections, favors, friendships, alliances, etc.) is what got us to where we are. bravo to the eboard; i think this is the right choice

---

**Dimochka** 8/18/26 - 7:30AM

Last week The Brookline News published a story about candidates' fundraising in this race. Over 57% of Deitch's donations come from out of state, mostly CA and NY. He has received thousands from Karen Read, her parents and her attorneys. Weird. There are multiple qualified candidates.

The Globe has failed to make a convincing case for Norfolk County's new resident.

---

**Rufus Marsh** 8/18/26 - 7:39AM

Adam Deitch and Djuna Perkins appear to be the right choices for Norfolk County at this moment.
Lots of cleanup to be done in the county for sure. My highest hope is the new DA will open an investigation in Avon, MA in the Keith McKechnie case. Just investigate and make an attempt to learn what happened to Keith. Fingers crossed for the people of Avon and Keith family the work of doing a through investigation will shed light on a mysterious death.

Thanks, Boston Globe! While I'm still undecided this piece helped.

---

**RNBOS** 8/18/26 - 10:07AM

Rufus,I have personally met Djuna Perkins and she is very impressive.Extensive prosecuter experience and incredibly smart.She is a longtime Dedham resident.Adam moved to meet the residency requirement.She has it all over him.

---

**SaysWho** 8/18/26 - 11:14AM

This gave me pause: Perkins said she would make every employee in the DA's office reapply for their jobs.

---



**Libby14** 8/18/26 - 7:51AM

All I need to know about Djuna Perkins is that she has been endorsed by the two Selectmen and the Town Moderator who were handpicked by Maura

Healy. Three people who lied about campaign contributions, intentions, and destructive plans for Milton. No, thank you.

---

**RNBOS** 8/18/26 - 10:08AM

Libby,selectman and town moderators are elected not appointed by Healy.Get your facts straight.

---



**Libby14** 8/18/26 - 5:23PM

RNBOS No kidding, Maura funded their campaigns.

---

**JDB33316** 8/18/26 - 7:52AM

This candidate was a low level Rachel Rollins gofer in the US attorney's office. His never had a leadership position in that office and has negligible courtroom experience. He never lived in. Norfolk county and his entire campaign is based on the Karen Read case that he has tried to exploit to mask his lack of qualifications for the job. The Globe should be embarrassed pushing this lightweight phony as the next DA.

---

**Goldengal2025** 8/18/26 - 3:53PM

100 percent! Boston Globe do your homework.

---



**madriver1** 8/18/26 - 8:34AM

I was impressed with Deitch the first time I met him, but that was before he accepted some sizable donations from Karen Read, her attorney and her

parents. Now I've been getting a lot of Deitch ads where he says he's on the side of the victims, yet he's forgotten John O'Keefe.

I will be voting for Greg Connor, who has proven to be an effective prosecutor.

---

**user38090305** 8/18/26 - 10:56AM

Yikes... You really think voting for Greg Connor is a smart choice?

He's been in that office and worked right alongside DA Michael Morrissey. The same DA who's had numerous staff members involved in some very corrupt and incompetent investigations.

Why would anyone vote for someone that was that close to Morrissey given all that we now know about how flawed these investigations were?

Sorry but new blood, new faces are badly needed in that office.

---

**Commonsensegrl** 8/18/26 - 8:39AM

His chairman is married to Anne paruti who went to high school with read. Read went to Anne's sister's wedding- Nope. Too many connections with that drama. We need a new normal person not connected please and thank you.

---



**AccountabilitySeeker** 8/18/26 - 8:49AM

Norfolk County is a cesspool, always has been and always will be.

---

**mcdwho** 8/18/26 - 9:16AM

Not quite! But I will agree all county government should be eliminated. Years ago they raised the deed taxes because they could not fund the

operations, after the state absorbed the district attorney's and sheriff's budgets. It is time to eliminate this useless level of government.

---

**suzsen** 8/18/26 - 2:22PM

mcdwho, I agree that there are too many layers to government, but eliminating the county isn't the most efficient way to remove layers. Eliminate individual town governments and run things on the county level - much more efficient and cost effective. Much less duplication of administration. Does every single town need a police chief, fire chief, administrator/mayor, superintendent of schools? Or could this be done on a county level, saving dozens/hundreds of positions and probably millions of dollars in salaries? That's how a lot of other (granted, more rural) states handle their governments.

---

**Goldengal2025** 8/18/26 - 3:56PM

No there is hope to clean up this mess with Djuna Perkins. Deitch's connections to Karen Read are completely inappropriate.

Show fewer replies

---

**Bikehistory** 8/18/26 - 9:13AM

Switch got license to practice law in Massachusetts less than a year ago. Never set foot in a Massachusetts district court. No thank you! Perkins all the way!

---

**bryansel** 8/18/26 - 10:35AM

Deitch not just accepting Read support, but enthusiastically so is disqualifying. The way this Ed Board attempts to miniseries it is intellectually

dishonest. Deitch is unfit for this office. Connor is the most reasonable choice given his qualifications and experience in Norfolk County.

---

**AquaByte** 8/18/26 - 11:15AM

Deitch may be dirtier than Rollins so its no surprise the Globe endorses this fraud.

"Do you have any idea what's on the phones that they took?" ~ Karen Read

I bet Deitch knows exactly what is on those phones.

---

**SaysWho** 8/18/26 - 11:17AM

Putting a public defender in office who has been in the trenches and sees the problems first hand could create real change: Barakat.

---

**user38090305** 8/18/26 - 11:19AM

And isn't Deitch the only candidate saying he would re-open some of these "shoddy" investigations?

That explains why anyone from inside the house that night is actively trying to discredit him. They've got a lot to lose if there's a proper investigation.

---

**John4747** 8/18/26 - 11:43AM

"But Deitch has made a big mistake of his own: He has accepted campaign donations from Read in this election. That's perfectly legal, but it's a serious error in judgment that could taint any actions Deitch takes on cases related to O'Keefe and Read if he's elected."
"Another qualified candidate is Greg Connor, who has worked in the Norfolk DA's office for more than two decades, rising from a line prosecutor to head of

the homicide division under Morrissey. He has been endorsed by several labor unions. Often characterized as the "insider" in the race, he told the Globe editorial board that he, too, was frustrated with the way the O'Keefe and Birchmore cases were handled, but also says it's wrong to judge the office by two cases".

Connor is the most reasonable and best choice given his qualifications and experience in Norfolk County.

---

**user38090305** 8/18/26 - 12:00PM

Connor is not a leader at all.

He has remained silent about all the questionable investigations that the DA's Office is involved in. The Sandra Birchmore investigation is riddled with obvious incompetence and corruption. The death investigation into John O'Keefe was botched right from the start and likely intentionally.

What was it, 6-7 troopers from that office being fired, reassigned, etc? Then we saw first hand the shenanigans of Lally, Mclaughlin and the "special" prosecutor brought in to retry the case against Karen Read.

How much has all this incompetence/corruption cost the taxpayers?
Why didn't Greg Connor speak out against it?
How many innocent people are behind bars because of the incompetence of this DA's Office?
How many guilty people are roaming the streets because of the corruption involved in this DA's Office?

What's the saying.. "Insanity is doing the same thing over and over again and expecting different results"

Insanity would be voting for Connor and expecting different outcomes.

---

**Rgdon** 8/18/26 - 10:00PM

Isn't Connor a member of Morrissey's senior team? His experience in this office should be a disqualifying reason not something to tout as a qualification.

---

**relham** 8/18/26 - 1:37PM

Most people probably don't know what the DA's job fully entails. I didn't - but Djuna Perkins gave a brief but well organized summary and gave thoughtful answers to a wide range of questions. She was the first candidate to challenge Morrissey - the others only joined the race after he bowed out. When I go to campaign events, I set my internal BS detector to "high alert." Unlike candidates at other such events, Perkins never set off my BS detector, despite my efforts. She seems like the real deal. BTW, the "D" in "Djuna" is silent.

---

**danielleken** 8/18/26 - 2:45PM

i've also heard djuna say this but it's not true: deitch joined the race in november, before morrissey backed out. she knows this and if especially given she's running on transparency and integrity, i think she shouldn't be spreading lies to get votes

---

**ArnoldWMA** 8/18/26 - 1:47PM

Still surprised the BG endorsed him with his prosecution of Monica cannon Grant few years back. How can you possibly go after the BG Person of the Year????!!!!

---

**kwssjr** 8/18/26 - 2:18PM

I think anyone considering supporting Adam Deitch should read this article first.
https://www.bostonmagazine.com/news/2026/07/22/karen-read-texts-turtleboy-harassment-campaign/

---

**scootermom** 8/18/26 - 5:20PM

MOST DEFINITELY!

---

**Goldengal2025** 8/18/26 - 3:49PM

I respectfully disagree with the Boston Globe Editorial Board's endorsement. Given the serious challenges facing the Norfolk County DA's Office and the need to restore public trust, I believe Djuna Perkins is uniquely qualified for this moment. With more than 30 years of experience as a prosecutor and advocate for victims, Djuna has the experience, independence, and courage to bring meaningful change to the office. She stepped forward to challenge the status quo before this was even an open seat. Norfolk County needs a fresh start, and Djuna Perkins is the person I trust to provide it.

---

**boston2015** 8/18/26 - 4:21PM

Here come the McAlberts to personally attack yet another person.
Cue up Chatham in Bars in 1, 2, 3...
Sexist old man Space will probably make an appearance too...

We shall see...

---

**Jbcommonsense** 8/18/26 - 5:14PM

Has the Editorial Board considered the fact that Mr Deitch moved to Quincy from the North End so that he could run for DA in Norfolk County? Or considered whether Mr Deitch is familiar with Massachusetts law? I believe his experience is with FEDERAL law and do not believe he has ever been responsible for a trial in a Massachusetts court. He was a federal prosecutor who came to Massachusetts to do that job.

---

**scootermom** 8/18/26 - 5:23PM

Hmmmm It's quite telling how the Globe neglected to mention that Deitch moved to Norfolk County specifically to be able to run for District Attorney. He has absolutely NO ALLEGIANCE to our District. Proven by the source of the majority of his donations. I support Greg Connor but could be comfortable with Djuna Perkins or Macy Lee. NEVER Deitch! I do not trust him one iota!

---

**Bigsky68** 8/18/26 - 7:21PM

Deitch should stick to his first gig as drummer for Lettuce.

1 2 next last

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

**OPINION**

# Why Adam Deitch is Karen Read's candidate for Norfolk DA

## He agrees with Read's contention that Boston police officer John O'Keefe did not die because Read's car hit him.

**By** Joan Vennochi Globe Columnist, Updated August 24, 2026, 12:24 p.m.



Adam Deitch and Karen Read. Deitch led the federal investigation into the handling of the police investigation into the death of Boston police officer John O'Keefe.. DAVID L. RYAN/GLOBE STAFF; JOSH REYNOLDS/AP

Karen Read showed up at the grand opening of Adam Deitch's campaign office, and she, her parents, and two of her lawyers have collectively contributed $9,000 to his campaign to become the next Norfolk County district attorney.

Yet, as Deitch puts it, "I do object to the premise that I am the Karen Read candidate."

Objection overruled. Deitch is Read's candidate, not only because his campaign accepted money from her but also because he agrees with her contention that Boston police officer John O'Keefe did not die because Read's car hit him.

As Deitch told the Globe editorial board during a recent interview, "Based on the evidence that has been made public, what's clear is that John O'Keefe's death has an explanation that is not being hit by Karen Read's car."

He could be right, but that judgment is exactly what Read wants to hear — and exactly what the O'Keefe family doesn't, as they pursue a wrongful death civil lawsuit against Read, who was charged with second-degree murder in O'Keefe's death but acquitted after two trials.

On Monday, O'Keefe family members endorsed Greg Connor, who has worked for more than two decades in the Norfolk DA's office. In a statement, the O'Keefe family said Connor, who rose from line prosecutor to head of the homicide division, is "a seasoned prosecutor" who "brings the experience, integrity, judgment, and dedication necessary to be an excellent District Attorney and to lead the office with fairness and accountability."

Deitch, a former federal prosecutor, is one of seven Democrats who is promising to restore public faith in that office. But with his expertise comes entanglements with the Read case that raise potential conflicts of interest if he wins election as DA.

Deitch led the federal investigation into the handling of the police investigation into O'Keefe's death. That inquiry did not lead to indictments. But it did end up disclosing a trove of sexist and racist texts authored by former State Police trooper Michael Proctor, the lead investigator in the Read case, that destroyed Proctor's credibility and helped Read's defense.

Deitch's role in that federal inquiry also put him in a position of knowing what witnesses who were called before the grand jury said under oath about the circumstances surrounding O'Keefe's death. Since grand jury proceedings are secret, Deitch can't disclose any of it. But it's clear whose side he's on.

Asked if he believes someone other than Read is responsible for O'Keefe's death, he told the editorial board that based on what is public, "the only conclusion we can draw

definitively is that Karen Read's SUV … did not break on John O'Keefe's body."

Asked if he thinks the investigation into O'Keefe's death should be reopened, he said, "I think so. I don't think an investigation was ever completed by the State Police or the DA's office. I don't think John O'Keefe's family has honest answers from the DA's office."

He added: "I think there needs to be a completed investigation and I think my insights from the federal investigation are super relevant."

Deitch said he would recuse himself from anything having to do specifically with Read, such as the matter of whether her cellphone should be returned. As for other matters relating to O'Keefe's death, he said he would name a "dedicated senior prosecutor" to rule on any ethics questions that arise.

Asked about a suggestion in a recent Boston Magazine piece that if he won, he would drop witness intimidation charges against Aidan Kearney, the blogger known as Turtleboy, who played a key role in promoting theories put out by Read's defense team about O'Keefe's death, Deitch said, "I've never spoken to him. … It's not based on anything I've ever said. … As with any other pending case in the DA's office, I'm going to take a fresh look." (Kearney has denied all the charges, some of which have already been dropped.)

Taking a fresh look at the alleged actions of a Read ally would be less concerning if the Deitch campaign hadn't taken money from Read or those close to her.

Deitch could have given back that money. But Read has legions of supporters, many of whom are also Norfolk County voters. Being seen as one of them is a boost for Deitch's campaign.

Deitch also has backing from the family of Sandra Birchmore, a 23-year-old woman whose death was initially ruled a suicide before a federal investigation identified it as an alleged homicide by a former Stoughton police officer.

Deitch also speaks eloquently about the loss suffered by the O'Keefe family and his commitment to transparency and accountability.

The O'Keefe family, he said, "has never been told anything with an open mind about other possibilities. They've been told it was an intentional homicide by Karen Read and that's, I think, what they believe and I think that's really unfortunate."

Those are comforting words — especially to Read, since they are likely to raise doubt in any future juror's mind about any civil liability on her part for O'Keefe's death.

No wonder Deitch is Read's candidate.

---

Joan Vennochi is a Globe columnist. She can be reached at joan.vennochi@globe.com. Follow her @joan_vennochi.

Hide 83 comments

## 83 Comments

Sort by: Best Newest Oldest

brilliant22 8/24/26 - 1:54PM

I don't get the point of this column, and I generally appreciate Joan Vennochi. He seems to sincerely believe as many do that something else killed that young officer. He legally accepted campaign donations. What am I missing?

---

dotgeo 8/24/26 - 3:53PM

It's interesting that this case has such lasting controversy, despite the findings of the jury and the extent of information about the evidence and the witnesses being widely highlighted in the Globe and other media. I'm not sure what this writer is trying to say at this point.

---

2ysrwt7b 8/24/26 - 4:57PM

Because the idea that the police officer was taken into the home, beaten in the basement and then dumped back in the snow is absurd.

Maybe the DA overcharged and should have gone for manslaughter instead of murder 2. Either way, a drunk Karen Read backed into him.

---

Toodle 8/24/26 - 5:16PM

Deitch has taken campaign donations from someone who has pending issues before the Norfolk DA. He has taken money from the same person and has made public statements that undermine the wrongful death suit that was filed by the O'Keefe family. Both of these things should be troubling you. If you thought that Morrissey played favorites and was influenced by people, this should concern you greatly.

---

**Undaunted** 8/24/26 - 5:44PM

Karen is GUILTY period...and will have to live with her drunken actions......this guy has placed his bets at the wrong window......and yes, he IS the Karen Read candidate....poor fellow

---

**danielleken** 8/24/26 - 6:16PM

It's giving clickbait...

---

**Bguy47** 8/24/26 - 6:59PM

but, it's not crazy to think a woman backed up 30mph in the snow, hit her boyfriend and drove away without anyone noticing....and CRASH RECONSTRUCTION EXPERTS hired by the FBI concluding that he wasn't hit by a vehicle, and a human body didn't cause the damage on her car? Yah, that's totally plausible. Also plausible that the homeowner and another person at the party both "but dialed" each other in the middle of the night and one of them ANSWERED THE PHONE WHILE HAVING INTERCOURSE WITH HIS WIFE.

Yup, totally believable.

---

**cape-guy** 8/25/26 - 4:41AM

Karen read killed John O'Keefe with her SUV in a drunken rage. Not only did she smash into him in reverse, she then left him on the frozen ground for hours to die a slow death. How do I know she is guilty. Because of the overwhelming evidence as presented by Hank Brennan including the fact that Read said loudly at the scene "I hit him, I hit him," not once but three times. Instead of conviction, Read was exonerated by a jury tat was undoubtedly swayed by a conjured up conspiracy fairy tale that was promulgated by Read's Dream Team of Mercenary attorneys. Read had about nine drinks the night in question. What does she weigh? 110-115? It was shown repeatedly that she had a

fiery temper, but more than that, the forensic evidence including the broken tail light all pointed to her culpability. Deitch knows that Read has a strong following and many supporters in the region. He and Karen Read have that in common--they're both first class connivers.

---

**bryansel** 8/25/26 - 12:02PM

That he worked for Racehl Rollins in a deliberate attempt to interfere in a Commonwealth case. Read may have been overcharged. But her car killed O'Keefe. She was intoxicated. For him to suggest another reason is not supported by any evidence and a clear attempt to reward her and her team for their support.

Show fewer replies

---

**mightyQuint** 8/24/26 - 2:04PM

I liked reading Vennochi years ago, but she seems now to be scrambling for topics.

I always feel about the Globe that it is heavy with opinion columnists, light on actual reporting.

---

**107excuses** 8/24/26 - 4:44PM

And the Globe also believed Read killed her boyfriend

---

**amdg318** 8/24/26 - 6:14PM

And this is an opinion column - what's your point?

Show all 3 replies

This comment has been blocked.

boston2015

8/24/26 - 5:32PM

Don't worry. Chatham, aka Matt/Jen will respond soon with personal attacks.

This comment has been blocked.

Chitwood

8/24/26 - 6:16PM

The internet at the prison library must be down.

This comment has been blocked.

One Umbrella 8/24/26 - 6:49PM

I think he's "Undauanted" now. I hope so, because the Chatham Bars Inn was once a nice place but there's been a lot of trashy people there since he started using the name.

Show fewer replies

amb21t 8/24/26 - 4:09PM

Karen Who??

daisy1 8/24/26 - 8:55PM

You must be a pink hatter to act like this isn't a relative issue. Lost my vote x two relevant issues and counting.



weright 8/24/26 - 4:25PM

Sleazy as they come. Did nothing to protect innocent witnesses.

NicksterNH 8/24/26 - 5:44PM

The whole thing just stinks to high heaven, how in the world is it legal for him to take these donations? This entire state is just a cesspool of corruption from the cops to the judges and most of all the politicians.

These cops openly admitted in their texts that they dump evidence on people just to get a conviction, how are you guys OK with this?

**daisy1** 8/24/26 - 9:05PM

I'm leaning to voting for Djuna Perkins. Seems to have a solid background with no fluff. Compared to the majority.

---



**BecknBuv** 8/25/26 - 8:27AM

daisy, I watched an interview with her on my town's cable channel. She is very impressive.

---

**Happyout** 9/03/26 - 2:40PM

He didn't win the primary...another person negatively affected by knowing KR. Now he knows how the witnesses feel. Lose lose for everyone except her, and the money spent on attorneys.

Show fewer replies

---

**mike343499999** 8/24/26 - 4:45PM

Now do Greg Connor's entanglements with Michael Morrissey, the Massachusetts State Police, Michael Proctor, Sandra Birchmore, the Canton and Stoughton Police Departments, and several other Norfolk County prosecutions that appear to be corrupted,

---

**dasox1** 8/24/26 - 4:47PM

Who? Is she the one who had 10 drinks and backed over her boyfriend in her SUV and was found not guilty (anyway)?

---

**One Umbrella** 8/24/26 - 4:56PM

Joanne, did you ever consider the possibility that Karen might be innocent? You seem pretty sure that the two juries who declined to convict her were wrong. You don't even consider the possibility that she was railroaded. In that case, wouldn't she be passionately and *legitimately* interested in seeing someone who is not corrupt replace the regime that attempted to frame her? Being a good ole boy is not necessarily an asset. Your columns are making less and less sense as time goes by.

---

**amdg318** 8/24/26 - 6:16PM

Who is 'Joanne'?

---

**Undaunted** 8/24/26 - 6:23PM

Gimme a break....she and her California lawyer/ lover successfully manipulated the jury process.... disgraceful..

---

**One Umbrella** 8/24/26 - 6:33PM

Good point, amdg. The columnist's name is "Joan." Thank you for the correction. I was not trying to be disrespectful. It wasn't that hard or painful to admit that I was wrong. Perhaps Michael Morrissey could do the same.

---

**amdg318** 8/24/26 - 6:49PM

One Umbrella - thanks; it was off enough that I thought I missed something in the article... ;-)

Show fewer replies

**Mike5873** 8/24/26 - 5:03PM

This is who Deitch wants as an endorsement, tells me ALL I need to know about him, as he did accept the donation. Glad to know so I can make an informed choice at the ballet box.

**TB28** 8/24/26 - 7:19PM

Will you go dancing after you vote at the "ballet" box?



**Kostar** 8/24/26 - 5:15PM

If Karen Read didn't kill her husband, why aren't they looking for anyone else?

**NicksterNH** 8/24/26 - 5:46PM

Exactly. We still have a dead person with a family looking for answers, imagine if that was your father, son, brother, etc. You'd want the truth to come out and the guilty party in jail, but I don't think that's ever going to happen here, every cop, judge, DA, and politician is in on the grift and nobody wants to upset the apple cart. Shameful.

This comment has been blocked.

dotgeo 8/25/26 - 1:43AM

The case was so botched by the prosecution and unreliable witnesses that it would be difficult for a new prosecutor to find credible evidence

Show fewer replies

skeptical10 8/24/26 - 5:27PM

"But with his expertise comes entanglements with the Read case that raise potential conflicts of interest if he wins election as DA." I find it interesting that no such potential conflicts are raised due to the candidacy of someone who has worked in that same, obviously messed up, Office of the District Attorney for years. There is no way that someone with that much history in that office has no idea of how much corruption has been present in the police departments in that county.

boston2015 8/24/26 - 5:35PM

If you believe science and doctors, which many posters on here do not, you know that John O'Keefe was not hit by a car.

We shall see what happens this fall with the election in Norfolk County. Deitch has said if elected the Birchmore and Read cases will be reopened. That will drive the McAlberts crazy.

Cue up their comments...

This comment has been blocked.

**Hussarini** 8/25/26 - 7:10AM

Read case will not be "reopened" New case into O'Keefe may be opened.

**AquaByte** 8/24/26 - 5:55PM

Will Read ask for her money back when Deitch loses? I mean, there are seaport dinners and newbury St shopping trips to be had and the queen of the pink -shirt cult is certainly above getting a job!



**contusionblue1** 8/25/26 - 1:34PM

Show us on the doll where Karen hurt you...



**Harpoonmaster** 8/24/26 - 6:05PM

Between Deitch and O'Connor, I think we should look at other options. Why not Macy Lee?



**BecknBuv** 8/25/26 - 8:31AM

Check out Djuna Perkins.
I watched an interview with her on my town's cable channel. She is very impressive.

---



**Harpoonmaster** 8/25/26 - 4:18PM

One issue with Perkins (and she looks very impressive) is that she has been out of the State justice system for a very long time. I liked a couple of her positions but not all.

---

**Chitwood** 8/24/26 - 6:15PM

Joan things "he could be right" that O'Keefe's death has an explanation that is not being hit by Read's car.

Way to go out on a limb Joan. That's only what two separate juries concluded!

---



**weright** 8/24/26 - 8:23PM

Not a chance in the world she's innocent.

---



**contusionblue1** 8/25/26 - 1:35PM

Except for the fact that she survived a mistrial, retrial and found not guilty.

---

30FreeCelticsTix 8/24/26 - 6:16PM

Got to you McAlberts credit though, keeping the lies alive.

---

MassTax 8/24/26 - 6:33PM

A dead cop on your lawn, and you don't expect the cops to wake you up to ask questions, or more?

This frame stuck from minute one.

If it were your house, you'd be frog marched your pajamas to the police station

Not the McALBERTS, WHO ALSO LIED TO THE FBI

---

This comment has been blocked.

---

jrb123 8/24/26 - 11:32PM

Lots of falsehoods and inconsistencies led to Karen Read's acquittal. Also she was "overcharged" with murder 2.

---

Other-Wise 8/24/26 - 6:33PM

I would agree that O'Keefe didn't die because Read's car hit him. He died because, after hitting him, she drove home and left him there overnight in the cold.

**Bguy47** 8/24/26 - 7:00PM

Experts hired by the FBI concluded that Okeefe wasn't hit by a vehicle, and a human body didn't cause the damage on Read's vehicle, so cite your source that she hit him.

---



**contusionblue1** 8/25/26 - 1:36PM

Wait @Other-Wise, you have the proof this happened?
Damn, why didnt you present it at either trial. You could have helped a lot of people...
LOL

---

**bolts** 8/24/26 - 6:57PM

I'm not in Norfolk, but this is who I'd probably vote for. I but I certainly don't care who someone who beat an OUI Motor Vehicle Homicide supports.

---

**Chumlee102** 8/24/26 - 7:07PM

Who cares who Karen read endorses?

---

**MarkfromBos** 8/24/26 - 9:31PM

Deitch is another maga adjacent who loves a good conspiracy theory.

---

**MarkfromBos** 8/24/26 - 9:32PM

So tired of low lifes using conspiracies to cast doubt to further their careers.

**rkesq** 8/24/26 - 11:40PM

Why is who Read endorses of any significance. She killed O'Keefe and that is her only claim to fame. At the very least she should be banished to obscurity.

---



**contusionblue1** 8/25/26 - 1:37PM

Not guilty bub!

---

**Goldsky** 8/28/26 - 3:09PM

I don't care about any of this dog and pony show. But a potential DA had better show that they are impartial and able to talk to the media without appearing to take a side - even if that side is known. The prosecution did not prove that her car hit him, or that the damage was even caused by a vehicle, which is what he's saying, but not in the best way. He now needs to show he's a professional who can handle being in the media drama machine, because that is what the job unfortunately requires these days.

The police involved in her case are repulsive sexist drunkard goons who couldn't reason their way out of a paper bag, and the DA was clearly in bed with them. Based on the lack of credible untainted evidence, this should never have gone to trial, wasting millions of our hard-earned tax dollars. Unfortunately, that still does not make Reade or her conduct particularly likeable to many people. And likeability apparently is all politics is about anymore. She should stop drinking the cool-aid her supporters are serving and realize that she just broadsided the guy she wants to win. He probably would make a good DA. I hope this will make people take a look at him, at least.

---

**HawkandDove** 8/25/26 - 12:11AM

Deitch's statements to the Globe are highly refined and lawyerly. When he said, "Based on the evidence that has been made public, what's clear is that John O'Keefe's death has an explanation that is not being hit by Karen Read's car," he carefully avoided directly stating what he actually believes happened to John O'Keefe.

Of course, there is always another possible explanation for what might have happened. John could have been abducted by aliens, subjected to bizarre experiments that left marks on his arm, and then abandoned on the front lawn. That is technically an "explanation," but the existence of a possible explanation is not the same as believing it is supported by the evidence.

The question I would like Attorney Deitch to answer is much more direct: "Do you believe that narrative?" That would have been a good follow-up question.

More specifically, does he believe John O'Keefe was killed after being struck by a vehicle? Or does he believe the alternative narrative—that John was dragged into a house, beaten to death by his friends, possibly attacked by a dog, that left no DNA and then left to die on the front lawn?

That is the question I would like Attorney Deitch to answer plainly and directly, without carefully crafted language that leaves room for interpretation.

He also stated that the O'Keefe family has "...been told it was an intentional homicide by Karen Read and that's, I think, what they believe and I think that's really unfortunate."

Notice his use of the phrase "intentional homicide." Does that mean he believes John O'Keefe was killed by Karen Read, but that it was unintentional? Or is he simply choosing language carefully enough that he can later retreat from or reinterpret his statement?

Again, the language appears deliberately noncommittal. He avoids clearly stating what he believes happened while criticizing what the O'Keefe family believes based on the information they have been given.

In my view, voters should pay close attention to that distinction. If Attorney Deitch is asking the public to trust his judgment, then he should be willing to

clearly answer a straightforward question: What does he actually believe happened to John O'Keefe, and what evidence does he believe supports that conclusion?

I strongly disagree with Attorney Deitch's position and believe voters should carefully consider his statements and his willingness—or unwillingness—to clearly articulate his own view of the evidence before deciding whether to support him. I would not vote for him, and I encourage others to carefully examine his record and statements before casting their vote.

---

**danielleken** 8/25/26 - 12:44PM

he's been asked this and has said he can't legally answer per the ethics and legal requirements of the dept of justice (since he led the federal investigation). i don't think he should be punished for following ethics rules–that's what we need more of in this county

---

**BostonTom1** 8/26/26 - 5:23AM

You do understand that part of what you are asking him to explain involves information from the federal investigation that he can't disclose. He can only speak in general terms as to his opinion of what happened based on that information - information the public hasn't actually seen.

---



**the_fifth_ring** 8/25/26 - 12:14AM

Too bad OJ isn't still around to help Read find the real killer

1 2 next last

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Judge weighs expert testimony, Sandra Birchmore journal entries in Matthew Farwell murder case

**By** Camilo Fonseca Globe Staff, Updated September 1, 2026, 7:40 p.m.




A photo of Sandra Birchmore on a banner outside of the Norfolk District Attorney's office in 2024. JESSICA RINALDI/GLOBE STAFF

A federal judge ruled Tuesday that the defense team for Matthew Farwell, the former Stoughton police detective accused of killing Sandra Birchmore, would be allowed to introduce evidence relating to her mental health struggles and history of suicidal thoughts.

The ruling came during a lengthy pretrial hearing, where the defense sparred with federal prosecutors over which expert witnesses and evidence on Birchmore's mental state and her relationship with Farwell should be presented at Farwell's upcoming trial. The hearing is one of the last proceedings before the trial, which is expected to begin in October.

Farwell is charged with killing a pregnant Birchmore, 23, in 2021 and then staging her death to look like a suicide to prevent her from disclosing how he groomed and sexually abused her as a child. Farwell's defense team maintains that Birchmore killed herself.

The defense argued that introducing her mental health history — including previous elements of suicidal ideation — would be relevant.

Over the defense's objections, though, the court ruled to allow prosecutors to explicitly refer to Birchmore as a victim.

Judge Denise J. Casper said that, regardless of the "different theories" of the case, describing Birchmore as a "victim" would not be prejudicial to the defense's argument that she died by suicide.

"Certainly, as charged and alleged by the government, there is a victim in this case," she said.

Several matters raised in the hearing were taken under advisement, meaning that Casper will issue a ruling on them in the coming weeks. Those motions include the introduction of Birchmore's texts, oral communications, and handwritten journal entries into evidence.

The defense argued that such evidence is tantamount to hearsay, in part because Birchmore declined to take legal measures against Farwell while she was alive. Allowing it — through a legal provision that allows hearsay in the case of "wrongdoing" — would stretch existing case law and prejudicially suggest that Farwell killed her to silence her.

Prosecutor Brian A. Fogerty said that these statements would be supported by other evidence such as medical records and witness testimony.

"What's important to remember about all of these statements is that there will be independent corroboration for the veracity of the things Ms. Birchmore is saying," he said.

Casper said she would review existing case law before making a final decision on whether to admit Birchmore's statements.

The court also heard several motions to prevent certain expert witnesses on both sides from testifying.

One potential witness for the prosecution, Dr. William Smock, is an expert in strangulation who, after reviewing autopsy records and other materials, was one of two experts to conclude that Birchmore's death was a homicide. The other expert, Dr. Michael Baden, was also objected to by the defense.

The defense argued that some of Smock's conclusions were unreliable, particularly relating to the imprint of a clasp on the strap Birchmore was strangled with, as well as a small broken bone in the neck that he said indicated a homicide.

They said that Smock should be subject to a special pretrial proceeding before the court, which would determine whether he would be allowed to testify to the jury.

The prosecution countered by arguing that Smock could testify to details that were missed in the initial autopsy, which ruled Birchmore's death a suicide.

The defense also pushed to exclude the testimony of Dr. Lisa Rocchio, a forensic psychologist who would describe elements of grooming in Farwell and Birchmore's relationship.

Prosecutors said that Rocchio's testimony would help the jury understand how Farwell was able to strangle Birchmore. Farwell's team has argued that Birchmore lacked significant marks or wounds on her body that would indicate a struggle when she died.

But the prosecution has suggested that Farwell and Birchmore had a history of consensual strangulation during intimacy, which he used to lull her into a false sense of security and kill her.

”Some of that can easily be explained by the fact that this defendant groomed and gave her trust and attachment over the years," said prosecutor Torey B. Cummings.

Both matters were taken under advisement by the court.

Casper seemed to indicate that she would be willing to allow at least some of the contested testimony, noting that certain disputes appeared to be “in the nature of cross-examination, as opposed to exclusion.”

---

Camilo Fonseca can be reached at camilo.fonseca@globe.com. Follow him on X @fonseca_esq and on Instagram @camilo_fonseca.reports.

Hide comments

**2 Comments**

Sort by: Best Newest Oldest

**Stopcnsorcmnts** 9/02/26 - 4:54AM

Dirtbag.

Justice for Sandra and Baby Birchmore

---

**Dontstandby** 9/02/26 - 7:33AM

Cop and Pedo .....good luck in Shirley Max. He will live his life in the SHU unless he is in BSH with the rest of the PC inmates.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Djuna Perkins wins Norfolk DA Democratic primary

By Laura Crimaldi and John R. Ellement Globe Staff, Updated September 2, 2026, 11:17 a.m.



Djuna Perkins DJUNA PERKINS CAMPAIGN

Former state prosecutor Djuna Perkins on Wednesday declared victory in the seven-way Democratic primary in the Norfolk district attorney's race, making her the clear frontrunner to succeed the outgoing incumbent.

In an interview with the Globe, Perkins, 58, a Dedham resident, said her experience, integrity, and vows to reform the DA's office resonated with voters. Being first to declare her candidacy — more than a year before Norfolk District Attorney Michael W. Morrissey announced that he would not run again —demonstrated she's "not afraid of anybody" and gave her time to build relationships with voters, Perkins said.

**Massachusetts District Attorney Norfolk Democratic primary** UPDATE IN 4

| Candidate | Party | Votes | Percent |
|---|---|---|---|
| ✔ **Djuna Elizabeth Perkins** | Dem | 28,067 votes | **29.0%** |
| **Adam W. Deitch** | Dem | 25,473 votes | **26.3%** |
| **Gregory P. Connor** | Dem | 14,518 votes | **15.0%** |
| **Macy Lee** | Dem | 10,713 votes | **11.1%** |
| **Robert Louis Jubinville** | Dem | 8,171 votes | **8.4%** |
| **Jim Barakat** | Dem | 7,093 votes | **7.3%** |
| **Craig J. MacLellan** | Dem | 2,904 votes | **3.0%** |

Source: AP **97.82% Reporting**

See full results

"It showed that I was willing to challenge an incumbent," said Perkins.

She formed a campaign committee in September 2024. Morrissey announced in January that he wouldn't see reelection.

In recent years, Morrissey has faced criticism over his office's handling of two high-profile cases — the prosecution of Karen Read in the death of her boyfriend, Boston police officer John O'Keefe, and the 2021 death of Sandra Birchmore, a young pregnant woman and former participant in a Stoughton police youth program.

Perkins declared victory shortly after 8:30 a.m. Wednesday in an email to supporters. She wrote that her campaign seeks to restore integrity to Norfolk County's criminal justice system so that it's not influenced by money or power and keeps residents safe.

With 97 percent of precincts reporting results, Perkins led the field with 28,067 votes, according to the Associated Press call.

The tally gave her 29 percent of the vote. Perkins was the top vote-getter in 15 of 28 Norfolk County communities. She dominated the western portion of the district, winning towns from Bellingham on the Rhode Island border north to the Boston suburb of Brookline.

"This is exactly what a grassroots campaign is," Perkins told the Globe.

Her closest competitor was Adam Deitch, a former federal prosecutor.

Deitch, 43, relocated last year from East Boston to Quincy to run, citing his experience investigating public corruption in Norfolk County.

He finished with 25,473 votes, just under 2,600 behind Perkins, and carried Quincy, Norfolk County's largest city.

In a statement, Deitch said he called Perkins early Wednesday to concede and congratulate her.

"Our job does not end with this election — it continues," he said. "We must keep fighting for a justice system defined by fairness, trust, and accountability and where, at its core, everyone is treated the same."

The other candidates were Greg Connor, Morrissey's former top homicide prosecutor; former Suffolk County prosecutors Macy Lee and Craig MacLellan; Robert Jubinville, a former Governor's Councilor from Milton; and Braintree defense attorney Jim Barakat.

The primary contest was a search for the best candidate to chart a new course for the office following outcry over Morrissey's work on the Read and Birchmore cases. Morrissey did not return messages Wednesday.

A jury last year acquitted Read of all charges connected to O'Keefe's death.

In the Birchmore case, Morrissey's office did not file any criminal charges, citing the state medical examiner's finding that Birchmore killed herself.

Then in 2024, the FBI arrested former Stoughton police detective Matthew Farwell, 40, and charged him with killing Birchmore. He has pleaded not guilty.

Federal prosecutors allege Farwell, a married father, strangled Birchmore, 23, to prevent her from revealing that he sexually assaulted her when she was 15 and then secretly maintained sexual contact with her through her adulthood.

Perkins has said Birchmore's case motivated her to run for office. She has highlighted her experience leading the domestic violence unit at the Suffolk district attorney's office and her private legal practice representing survivors of sexual abuse and harassment.

"I've spent my entire career working with victims of sexual assault and domestic violence and other crimes as well," she said. "I think that resonated with a lot of voters."

If she prevails in the November election, Perkins said she would investigate why the Read and Birchmore matters proceeded as they did under Morrissey and publish the findings "to the extent possible."

She said she would consider a grand jury investigation into the Stoughton Police Department youth program in which Birchmore met Farwell when she was a minor. The examination would look at whether any adults were aware of child sexual abuse within the program and either cooperated or failed to act, Perkins said.

Her other priorities are auditing closed and pending case files and reviewing prosecution protocols, policies, and training materials.

She said she would post prosecution statistics and police shooting reports on the DA office's website.

Perkins also promised to scrutinize the staff, a process that would entail interviewing all the approximately 130 employees.

"When the community is demanding reform, which I think was a pretty clear mandate from this outcome, we have to be open to examining everything," she said.

In her victory email, Perkins said she plans to return to the campaign trail "immediately."

She now faces Joseph M. Pagliarulo, a former state prosecutor from Millis who is running as a self-funded independent with $3,000 he donated to his campaign.

There is no Republican candidate.

In a phone interview Wednesday, Pagliarulo, 60, said he will rely on his own financial resources to pay for his campaign and does not intend to accept contributions.

"I'm an independent in the true sense of the word," said Pagliarulo, a former Suffolk County prosecutor.

He cited Birchmore's case as motivating him to run, and promised, if elected, to bring the matter before a grand jury.

Perkins said she wants to see what happens at Farwell's federal trial before deciding.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi. John R. Ellement can be reached at john.ellement@globe.com. Follow him @JREbosglobe.

Hide 20 comments

## 20 Comments

Sort by: Best Newest Oldest

**Boston061807** 9/02/26 - 9:54AM

Yes!!!!!!!!!! Congratulations Djuna Perkins!!!!! Your strength, leadership and intelligence are perfect for the job and a gift to Norfolk County.... Well done!

**Steve2222** 9/02/26 - 10:45PM

Good news. Never could figure out why Deitch had no interest in Techstream data from Read's Lexus SUV, or valuable updates from Cellebrite regarding the Google search. He had every opportunity to use that information, but avoided it. Can't be explained. Corrections welcome.

---

**chefboyrg** 9/02/26 - 10:18AM

Well done Djuna! She was clearly the best of the field and I am glad voters saw that.

---

**user38090305** 9/02/26 - 10:35AM

Glad to see someone other than Michael Morrissey's sidekick get elected to this position.

Now comes the hard part for this office and thats going to involve getting rid of anyone that has participated in some of the corruption involving that office. Lally, Mclaughlin, and anyone else that went along with the corrupt shenanigans.

Think about this.. Things are so bad in that office with the incompetence and corruption that they've turned off their commenting section on their social media. That speaks volumes.

A good enema is desperately needed for the Norfolk DA'S Office.

---

**amodamo** 9/02/26 - 10:43AM

Restores faith to see that Djuna prevailed! What a happy contrast to the last many years of cringey cronyism and squandering of taxpayer funds.

---

**Cudzo** 9/02/26 - 11:05AM

I'm cautiously optimistic, though I would rather see her take on the corrupt justice system of the Commonwealth head-on rather than be diplomatic about

such things. The justice system here, particularly in Norfolk County, needs nothing less than to be burned to the ground.

---

**suzsen** 9/02/26 - 11:25AM

I appreciated the Globe's editorial endorsement of Deitch. I didn't know much about any of the candidates, but the repeated large donations Deitch had received and accepted from Karen Read's family and supporters gave me pause. The editorial also mentioned that Djuna was well-qualified, and after reading her qualifications I was happy to give her my vote.

(I know the Norfolk DA completely mishandled the Read case, but the some of what the Read side did seemed pretty shady to me as well. The whole thing was a mess and I just feel bad for O'Keefe and his family, especially the niece and nephew he was raising. Fair or unfair, I don't want anyone associated with that case to have sway in the DA's office).

---

**boston2828** 9/02/26 - 11:25AM

"Late last month, Perkins also announced she secured the endorsement of Progressive Massachusetts, an influential, statewide group."

Influential? Only in their own minds. Their track record of electoral success is mixed, at best.

---

**Quincey** 9/02/26 - 11:42AM

Clean out Morrissey's corrupt State Cop investigators.

---

**mike343499999** 9/02/26 - 11:51AM

I would have preferred Deitch to win, but if Perkins does what she says she is going to do, she may be an acceptable (if not ideal) candidate to lead the

NCDA office. The good news is that the electorate spoke loudly against the status quo (Greg Connor). That is the most important result of this election. Hopefully Perkins will take some time to review the manifest wrongdoing in that office over the last decade and take action where the evidence is strong.

---

**107excuses** 9/02/26 - 11:57AM

Are they still finding pieces of red tail lights in Canton?

Asking for a friend

---

**Stavros2** 9/02/26 - 12:01PM

I voted for another, but this is still good. Buh-bye, Morrissey!

---

**bob-of-brookline** 9/02/26 - 3:06PM

Perkins won even tho more than 70% of the voters wanted someone else. I can't think of a better argument for ranked voting.

---

**Antietem** 9/02/26 - 10:26PM

That is also how Rachael Rollins won her fist outing - a definite minority of voters, but more than the many others. She faced a joke candidate that November. It may be an argument for more independent cadidates running in the final, or a non partisan final, as Boston does in Mayoral.

---

**SarahInMass** 9/03/26 - 7:06AM

Agree. Best argument for ranked choice voting. Why the dislikes?

---

**Frank Skeffington** 9/02/26 - 9:15PM

I've found her to be very impressive since first meeting her at an event in Needham last year. This is just the change Norfolk County needs.

---

**Bikehistory** 9/03/26 - 8:02AM

Yay! Way to go, Djuna! Congratulations!

---



**Chunka06** 9/03/26 - 8:20AM

Congrats and farewell to The Meatball!

---

**wayoutwest** 9/03/26 - 8:30AM

It appears that the Globe did not do well with their endorsements of candidates for Tuesday's primaries. What does that say about its perspective and that of the voters?

---

**BostonErin2013** 9/03/26 - 8:54AM

I was very impressed by Djuna's willingness to challenge Morrissey, an entrenched incumbent, as a political newcomer. I believe that her relentless efforts to call public attention to the failures of Morrissey's office directly led

to his decision not to run for re-election. While there were other good candidates, Djuna's leadership and courage separate her from the rest. Her victory is a win for all of us. Change is needed, and it is coming.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Democratic primary in Norfolk DA race narrows, as seven candidates await results

By Laura Crimaldi and Nick Stoico Globe Staff, Updated September 2, 2026, 12:54 a.m.



Seven Democrats are vying to succeed Norfolk District Attorney Michael W. Morrissey, who is not seeking reelection. KEITH BEDFORD/GLOBE STAFF

2026 ELECTION

US Senate results | US House results | Gubernatorial results | District Attorney results |

State House results | State Senate results | Governor's Council results | All results

QUINCY -- The open Democratic primary race that will likely determine who becomes the next Norfolk district attorney narrowed Tuesday night to a faceoff between two former prosecutors: Adam Deitch and Djuna Perkins.

Deitch, a former federal prosecutor, and Perkins, a former state prosecutor, were leading a field of seven candidates in a race dominated by debate over how incumbent Norfolk District Attorney Michael W. Morrissey handled two high profile investigations involving Karen Read and Sandra Birchmore.

At about 11:40 p.m. Deitch addressed his supporters at Drifters Kitchen & Bar in downtown Quincy. He said about 70 percent of the votes had been tallied, but the race was still too close to call.

Deitch told the crowd he wasn't sure whether a the race's outcome would be clear before the end of the night. He said the balloting demonstrated Norfolk County voters wanted change.

"This has been far from a typical campaign," Deitch said. "We brought in new voters and new activists. And I truly believe we have helped build a movement of support and energy that will last far beyond tonight."

Perkins and a few dozen supporters gathered to monitor the results from Oscar's pub in Dedham. Some said the early returns for Perkins were promising, but they didn't want to get ahead of the results.

Perkins declined to comment on the early results of the race. As midnight approached, she and her supporters headed to a nearby courthouse to take a group photo.

Even with Morrissey on the sidelines, his prosecution of Read in the death of her boyfriend, Boston police officer John O'Keefe, and the investigation into the death of Birchmore, a young pregnant woman and former participant in a Stoughton police youth program, dominated the Democratic primary campaign.

Morrissey, a Quincy Democrat, announced in January that he would not seek another term. He became Norfolk district attorney in 2011 after spending decades in both houses of the Massachusetts Legislature.

The Norfolk DA's office handles criminal prosecutions in 27 cities and towns situated south and west of Boston. More than 740,000 people live in Norfolk County, and its largest city is Quincy.

Perkins, a Dedham resident, was the first candidate to form a campaign committee. She launched her bid in 2024, shortly after the FBI arrested former Stoughton police detective Matthew Farwell and charged him with killing Birchmore. Farwell has pleaded not guilty.

Deitch, 43, who previously worked for the US attorney's office in Massachusetts, directed a federal probe into the state prosecution of Read. He relocated last year from East Boston to Quincy to run for the seat.

Farwell's arrest in 2024 was seen by some as a rebuke of the investigation by Morrissey. He did not file any criminal charges in Birchmore's case, citing the state medical examiner's finding that Birchmore killed herself.

In April, that office amended her death certificate to list Birchmore's manner of death as undetermined.

A jury last year acquitted Read of all charges connected to O'Keefe's death. Read donated to his campaign and some of Birchmore's relatives endorsed Deitch.

Perkins and Deitch each argued they are best positioned to restore public trust, increase transparency, and overhaul the office's culture.

Deitch said he was motivated to run by his experiences investigating public corruption in Norfolk County.

Perkins got early support from former elected prosecutors she previously worked under. Former Attorney General Scott Harshbarger and former Suffolk District Attorney Ralph C. Martin II both endorsed her.

Late last month, Perkins also announced she secured the endorsement of Progressive Massachusetts, an influential, statewide group.

Perkins vowed to bring a unique perspective to the office that she gained from her chaotic upbringing. She said her mother killed herself when she was a newborn and some family members experienced crime as victims and sometimes perpetrators.

Perkins also promised to scrutinize the staff, and if elected, re-interview all the approximately 130 employees.

Pam and Jack Bonfiglioli, a married couple from Quincy, were among the first to arrive at Deitch's election night gathering.

Pam Bonfiglioli said the Norfolk DA's office needs to "clean house."

"We have to save our county," she said.

Becca Kornet, 58, a Perkins's supporter who attended the election night watch party, said she was drawn to Perkins's work with survivors of domestic violence and sexual assault.

"To have her, with her lived experience and career experience, be a voice there. I just feel confident that she's the right person to have in that job," Kornet said.

Former prosecutors dominated the remaining candidates in the field hoping to succeed Morrissey. Greg Connors, Morrissey's former top homicide prosecutor, as well as former Suffolk County prosecutors Macy Lee, and Craig MacLellan also appeared on the ballot.

Robert Jubinville, a former Governor's Councilor from Milton, and Braintree lawyer Jim Barakat were the two defense attorneys in the race.

Whoever wins the Democratic primary will have the clear advantage in the November election. That candidate will face Joe Pagliarulo, a former state prosecutor from Millis who is running as a self-funded independent with $3,000 he donated to his campaign. There is no Republican candidate.

Morrissey did not endorse any candidate in the Democratic primary, but defended his tenure and his staff, saying they were being unfairly maligned based on the conduct of former employees.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi. Nick Stoico can be reached at nick.stoico@globe.com.

Hide comments

## 1 Comment

**Owlish** 9/02/26 - 6:52AM

It is unfortunate that the Republican party cannot even field a candidate for this important position.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Finding impartial jurors if Lindsay Clancy goes on trial again will be a 'painstaking' process, experts say

**By Chris Van Buskirk, Bryan Hecht and Chloe Craft** Globe Staff and Globe Correspondent, Updated September 6, 2026, 4:35 p.m.



Defendant Lindsay Clancy and attorney Kevin Reddington listened to the judge declare a mistrial. GREG DERR/POOL

PLYMOUTH — While District Attorney Timothy Cruz hasn't said whether he'll push for a retrial in the Lindsay Clancy case, if prosecutors and defense attorneys meet in a courtroom again, they're likely to undertake a "painstaking" process to find 12 people to decide the case, legal experts said.

It's possible another group of 12 men and women could serve as impartial jurors, experts say, even after the case crescendoed into a national media circus. A person can know about a case and still not have an opinion about a case, they say.

But finding a new jury of Plymouth County residents who would endure weeks of grueling testimony and evidence — including Patrick Clancy's 911 call and autopsy photos of the three Clancy children — could prove the task even more difficult.

And would a potential retrial take place in Plymouth County?

These are some of the unknowns left lingering after a Plymouth County Superior Court judge declared a mistrial Friday after jurors deliberated for 37 hours over three first-degree murder charges in the deaths of Clancy's three children — Cora, 5, Dawson, 3, and Callan, 8 months. If a retrial does occur, attorneys on both sides will closely screen potential jurors for whether they can maintain impartiality despite what they know about the case, said Thomas Drechsler, a retired Superior Court judge.

"The process of selecting a jury is a painstaking process in which the lawyers and the judge examine the jurors to make sure that they could put aside anything they've read or heard and be open-minded," Drechsler said Saturday. "I would expect a detailed inquiry of any prospective jurors."

In the post-trial media scrum Friday afternoon, Clancy's defense attorney, Kevin Reddington, said he doubted it would be possible to find a juror in a retrial who was unaware of the Clancy case. But that wouldn't disqualify them from serving on a jury, he said.

"We have faith in the impanelment process," Reddington said. "We ask the jurors under their oath if they have heard about the case, or know about the case. Obviously in this case, they will ... They still are able to be good jurors if they feel they don't have an opinion that would deprive the person of a fair trial."

Julia Hanson, 28, said many people in Plymouth could serve as impartial jurors even though a mass of media descended on the town for Clancy's trial.

"Just because you've heard something does not mean that you know what's happened in the case," Hanson, who lives in Plymouth, said Friday.

Juries in high-profile cases also typically face scrutiny, and their identities often become the subject of public fascination. That was the case in the two trials to determine whether

Karen Read killed her boyfriend, Boston Police Officer John O'Keefe. She was ultimately acquitted last year.

In Clancy's case, the names of the nine women and three men who found themselves deadlocked are likely to remain a secret, the Globe has reported.

But their identities nonetheless became an issue during the trial after a Sutton woman was accused of using her cellphone to video jurors after they left the courthouse.



Dawn Light, charged with witness intimidation, left the courthouse after being arraigned during the Lindsay Clancy trial at Plymouth Superior Court. JOSEPH PREZIOSO/AFP VIA GETTY IMAGES

Bella Levine, a 24-year-old living in Plymouth, said she would fear the public scrutiny that would accompany serving on a jury for a potential second Clancy trial.

“That would be a bit scary,” she said, especially “knowing what people might say or do if they knew you were on it.”

Levine said she has followed the case and was struck by how those involved were thrust into the public eye. In Plymouth, she added, “everyone’s talking about it.”

It’s also unlikely that a second Clancy trial would move out of Plymouth County, though her defense team could make a motion to change the trial’s location or bring in jurors from other parts of the state if they are concerned that attention to the case could imperil impartiality.

Janice Bassil, a criminal defense attorney in Boston, said judges are “notoriously reluctant to move trials,” and whoever oversees a potential second trial for Clancy is likely to find that “this case had such widespread publicity, it doesn’t matter what county you’re in.”

“Although you can move to change venue, I really don’t see that happening,” Bassil said in an interview Saturday.

Drechsler said Clancy could waive her right to a jury in the location where the alleged crimes occurred. But a judge would need to agree, and prosecutors could weigh in on the matter, he said.

“The only times I’ve seen that procedure employed is in … high-profile cases where there’s a concern as to whether or not you could get a group of independent-minded … jurors, notwithstanding the publicity,” Drechsler said.

In Read's second trial, attorneys did not make a motion to move the case despite the widespread media attention it received, including on individual jurors in her first trial.

But Drechsler pointed to the 2012 retrial for a man accused of killing four people in Mattapan two years earlier.

In that case, a jury from Worcester County was bused in after defense lawyers had argued for a change in venue to ensure a fair trial after the killings "shocked Boston and generated headlines," the Globe reported at the time.

The judge, the Globe reported, said fairness could be ensured by bringing in jurors from another part of the state.

"The other way of doing it is to move the trial to a courthouse in that other county. And again, in my view, the defendant would have to waive her right to a jury from the county in which the ... alleged conduct occurred," Drechsler said.

Lawyers for Dzhokhar Tsarnaev, the man convicted in the 2013 Boston Marathon bombing, unsuccessfully tried to change the location of his federal trial because of concerns that an impartial jury could not be empaneled in Boston.

The trial of Matthew Farwell, the Stoughton police detective accused of killing Sandra Birchmore, a young pregnant woman at the time of her death, is scheduled to be held in

Massachusetts next month after a judge rejected a request to move proceedings to Rhode Island because of "prejudicial" news coverage.

Bassil said even if you could find jurors who know nothing about a high-profile case like Clancy's, a prosecutor or defense attorney may not want them empaneled.

"Does that mean they just don't pay attention to the news?" Bassil said. "Do you want people who are so completely oblivious to what's going on in the world? I don't know."

---

Chris Van Buskirk can be reached at chris.vanb@globe.com. Follow him on X @byChrisVan Bryan Hecht can be reached at bryan.hecht@globe.com. Follow him on Instagram @bhechtjournalism. Chloe Craft can be reached at chloe.craft@globe.com.

Hide 82 comments

## 82 Comments

Sort by: Best Newest Oldest

---

**MWS12345** 9/06/26 - 10:09AM

I had no interest in and of the external gossip around the spectacle. I'm sure I'm not the only one.

---

**ytfiws** 9/06/26 - 9:57PM

Not sure what to make of the 'dislikes'
Do the 'dislikers' feel some that kill their children are sane?
How so?
How about children that kill their parents?
Insane?

We are really in troubling times where murder is condoned and dare I say, celebrated.

---

**AccountabilitySeeker** 9/07/26 - 8:58AM

Well, there was a copycat murder of a two year old outside of Chicago.

We'll have to see if their juries understand the difference between right and wrong, or if it's all about right and left there as well.

---

**Jeanne357** 9/07/26 - 8:59AM

And yet you are here commenting, contributing to the online gossip.

Show fewer replies

---

**ZevWolf** 9/06/26 - 10:28AM

I think the way the case has been characterized in much of the media makes it difficult to find people who have not heard about it characterized in the terms advocated by the defense. So I think even having heard about the case probably means that the hearer heard about it in not-neutral terms.

---

**ytfiws** 9/06/26 - 12:42PM

Are all women who kill their children insane?

---

**J-0646** 9/07/26 - 11:10AM

If anyone who knows about this case lacks a prejudicial opinion about guilt or innocence, then that person must surely be mentally numb. Here

in Massachusetts, a preponderant portion of the population knows about the case. Empanelling an unbiased jury of 12 individuals anywhere in the State is a pipe dream.

The woman under indictment needs help, not punishment, notwithstanding the abomination of her action. (It is no longer "alleged.") Exacerbating the pain will hamper the healing that this case so desperately cries out for.

---

**dfipps** 9/08/26 - 8:12AM

My mother had eighteen children within a twenty year span, and she didn't feel a need to kill anyone of us.

My experience with parenting is that too many parents (and mothers in particular) become slaves to their children. They don't seem to know how discipline children, makes them independent and accountable, do chores, or manage the work load.

Show fewer replies

---

**Ben M** 9/06/26 - 10:28AM

If by some twisted miracle it does get retried as a jury trial and Clancy gets convicted (will never happen), jury impartiality will be grounds for defense appeals, higher court reviews, and retrials for years to come, at the expense of the Commonwealth tax-payers.

Cruz needs to really choose wisely here. If he chooses to go after first-degree again, he gets removed as DA and possibly disbarred for misconduct. If he goes second-degree, Reddington can choose bench trial or jury and yet another deadlock.

Either way, Cruz has already lost. At the very least, parole is in Clancy's future.
Vanity is a b****. His ego caused him egregiously overreach.

**Ben M** 9/06/26 - 10:35AM

And if Reddington does choose a bench trial, I can't see a pragmatic judge believing prison is the best course for a mentally ill L&D nurse in a wheelchair.

---

**fcpcomcerned** 9/06/26 - 10:41AM

Among the better articles from BG ( most have been awful and just repeat the basic info) was a column on Cruz’s record in insanity trials. He has sought first degree murder charges g
far far more frequently ( I think the article said nine out of 11) than other MA DAs.

He lost his last conviction on appeal of that paranoid schizophrenic black woman, and his office was accused of misconduct. Their own expert said she was psychotic, so they dumped his testimony because it contradicted his drive to convict a sick sick woman.

Of course, having painted himself in a corner, indicting a clearly psychotic black woman ( she was sent immediately to psych hospital from jail, it was so obvious to everyone but Cruz) he could hardly not indict a whote woman for the “ same” crime.

He needs to be impeached and removed from office before the wastes another $5 million of taxpayers money.

Any other human being, with any empathy and any shred of human decency would never put this family through this spectacle. Oh wait, he is a Republican. That explains a lot.

---

**Skyler17** 9/06/26 - 1:29PM

This is the cartoon version, of course. A DA cannot be disbarred for prosecuting a triple murder when there is probable cause. He and his

ADAs are focused on the child victims of a triple homicide. You seem to have a problem with that, which speaks for itself.

---

**Ben M** 9/06/26 - 2:05PM

He said possibly disbarred for conduct - overcharging twice.

I don't have a problem with the ADAs being focused ln the victims, but we both know that's not the issue here.

But you and your clan continue your transparent gaslighting. It's what people do when they can't win an argument on its merit.

You're all changing your narrative to anyone who supports Clancy must support child murder.
Know who else uses this tactic? Your president.

---

**DenmarkMe** 9/07/26 - 8:42AM

Blame Cruz all you want. He didn't murder his kids. Reality is a b****! Those that want to play the pity card should look at the facts. Blaming the DA, the Doctors, or the Medical Field is cowardly. No matter whether you think she's mentally responsible or not, it's up to a jury of her peers. The clowns who comment in the Globe are really brave and informed hiding behind their screens. Ben's attention is focused on those trying to perform justice, not on the perpetrator!

---

**patriciamsw** 9/08/26 - 2:29AM

Hubris is literally corroding our justice system. Now I'm glad Cruz insisted on a trial, otherwise the second suspect may not have come to light. The investigation was worse than sloppy, it was missing. No forensics, nobody did their job, it was like a trial with a black defendant and a white accuser..think Emmet Till. The criminal justice system in

this state will be the butt of 'Patrick said' jokes for years to come and they deserve it.

Show fewer replies

craigvalk 9/06/26 - 10:37AM

How disguting.

“Fox News obtained the emergency appeal that was filed to the Massachusetts Supreme Court. This again is from the defense. This is their appeal to try to stop the mistrial. What they argue in this appeal, and I'm not making this up, they argue that the lone juror is engaging in a line of reasoning which, quote, "reflects a bias against those who are suffering from debilitating mental illness, a protected category under both the Fifth and 14th Amendments."

Yes, the defense seriously argued that by voting to send a woman to prison for killing her children, he was discriminating against the disabled”

So they actually argued that you can murder your kids and claim mental illness, and if anyone questions that you might not be mentally ill then that means they are discriminating against the disabled....

This is the society we have allowed.

Ben M 9/06/26 - 10:43AM

Nah, it's a defense attorney doing his job.
Generalizing lawyer tactics to "we as a society" and citing FOX News to do it is silly maga propagana-rhetoric stuff.

And you'd want him to do everything he could for you, too.

**ZevWolf** 9/06/26 - 11:05AM

Ben M,

My recollection is that Reddington claimed that the Rhode Island hospital declined to accept his client into their inpatient program be cause she was overmedicated, but that the evidence actually shows the issue raised by the hospital was adverse reactions to the medication (which we also learned, I believe, was an issue Clancy was raising with her other providers).

What do you make of that? Is that just "doing his job"?

---

**Ben M** 9/06/26 - 11:38AM

Zev- here's what I make of it:

It's also an example of Reddington doing his job. Not unlike the bulldog ADAs using the fact that Clancy had "better access than most" to psychiatric care, when we all know how fragmented the system is and what that really means. She literally told Dr. Tufts that she felt dissociated- big red flag ignored.

So yeah, embellishing medication adverse reaction by saying she was overmedicated - and that is an embellishment - overmedicating leads to adverse reactions - is a stretch but not untrue. Lawyers do that. The DA overstretched everything about his prosecution.

Either way, adverse medication reaction wouldn't be a reason for an inpatient psych unit to decline admission. Part of what they do is trial different meds BASED ON the patient's intolerance/adverse reactions to other meds.

---

**ZevWolf** 9/06/26 - 1:08PM

Ben M,

I see it as a misrepresentation, and for me it is one of many instances that undermine his credibility.

---

**Ben M** 9/06/26 - 1:14PM

The prosecution had every opportunity to object or even redirect if they thought Red was misrepresenting the facts.

---

**ZevWolf** 9/06/26 - 1:37PM

I thought they did, Ben.

---

**Ben M** 9/06/26 - 3:56PM

Well then 11 jurors didn't think it mattered.

---

**ZevWolf** 9/06/26 - 6:11PM

My own sense is that too many people get swept up in the "Never let the facts cloud the issues [and facts]" attitude, especially if they are listening to a speaker skilled in such manipulative rhetorical techniques.

---

**Ben M** 9/06/26 - 6:45PM

I mean, again, he's a talented defense attorney. Part of his skill is convincing, however rhetorical, oration.
But I do think cooler heads prevailed in that the paper trail of Clancy's decompensating mental state leading up to that night was hard to ignore.
I think a less convincing defense would still have resulted in a deadlock.

---

**ZevWolf** 9/06/26 - 6:50PM

I will agree with your last point, in the sense that I think the deadlock among the jurors and the mistrial reflect the public divide on the case, and in that way seems to be a fitting result, if I may put it that way.

---

**Ben M** 9/06/26 - 8:17PM

Thank you for a normal debate, Zev.

Show fewer replies

---

**MichaelsG92** 9/06/26 - 12:16PM

Did the police ever check out the ex. If he was aware of her mental state did he endanger the children by leaving them alone with her. It didn't take him long to get remarried, maybe he wanted out of the relationship. Does the forensic evidence indicate that someone else could have been responsible?

---



**MarsBlackmann** 9/06/26 - 1:34PM

A man who never gave birth himself is going to question:
- two female medical doctors who diagnosed to PPP
- two female nurse practitioners who diagnosed no PPP
- his Mom, who had at least one child and who was a labor and delivery nurse who is trained to note perinatal mental illness in her patients
- Mass General which cleared Clancy to return to work?

Clancy murdering her three children, Cora, Dawson and Cal is on the dad?

Or, any one who believes this nonsense must also believe dads no longer need to clear impossible thresholds in order to remove children from their mother.

---

**Ben M** 9/06/26 - 1:37PM

Creepy obsession with natural births and men giving birth among the maga troll.
Like I-need-to-take-a-shower-after-reading creepy.

---



**srainbow** 9/07/26 - 8:28AM

I know that some people feel it's ridiculous or cruel to consider any involvement by Patrick Clancy
I personally doubt that he killed the kids and don't see any reasonable evidence to support that theory
However, everything MUST be considered because investigators should know enough not to narrow their focus

---

**patriciamsw** 9/08/26 - 2:37AM

well, only Patrick heard the alleged confession and since he failed to explain any of the discrepancies....and forensics didn't do their job, it

remains to be proven how the children died. Patrick took out the life insurance on the children,
Patrick took his wife off the deed to the house, Patrick let the nanny go...

Show fewer replies

**Burncoatgirl** 9/06/26 - 12:37PM

Who is going to provide mental health counseling for these jurors?

**Skyler17** 9/06/26 - 1:32PM

Who is going to provide mental health care for the Clancy fangirls who think her husband did it? There are thousands of them.



**HitDog16** 9/06/26 - 2:26PM

Who is going to provide mental health counseling for Mars?

**3611rep** 9/06/26 - 5:35PM

burn....They will likely be left on their own. One has the ability to defer being called for jury duty for a number of reasons, ones health is a legitimate reason. And for many it would be a valid concern in being seated for this trial.

Show fewer replies

**dotcommonsense** 9/06/26 - 1:16PM

There was an interesting piece this morning on CBS Sunday Morning that focused on the issue of Post Partum Psychosis, as opposed to PP Depression. It happens to around two in a thousand mothers. It's rare enough that many psychiatrists don't ever see it and thus don't understand it. Clancy certainly had it, and she was mis-diagnosed and given the wrong meds by some providers. IMHO she was not able to distinguish right from wrong at the time she killed the children. She won't get convicted at a re-trial, by Jury or Judge-only.

---



**MarsBlackmann** 9/06/26 - 1:25PM

If the Globe's reporting was accurate, the defense offered no compelling evidence Clancy suffered PPP.

---

**ZevWolf** 9/06/26 - 2:01PM

As I understood the evidence, the evidence for psychosis were the secondhand reports, and after the fact of the killings, that Clancy said she heard a voice after Patrick Clancy left on the errands.

Yet, I remember reading that she also claimed to Patrick that she intended to kill only herself when he left, as if her impetus for the suicide (attempt) and the impetus for the killing of the three children were different.

Since
1. it is apparently unusual for a patient to hear a command voice loudly for 18 minutes or so, and to hear such a voice only at one time and never before or after, and to not try to distract herself from it or otherwise resist it,

2. and since Clancy seems to have given inconsistent contexts for her suicide,

I don't find the voice claims reliable evidence. And without that

evidence, what evidence is there of psychosis or the inability to conform her behavior to the law? To cite the killings themselves is a circular argument.

So, in addition to all the evidence from the providers, the pediatrician, and family members about no psychosis, we don't seem to have reliable evidence to the contrary, showing psychosis during (just) that brief window of time when Patrick Clancy was out of the house running errands.

All of which leads me to not believe there was psychosis (the defense's claimed basis for no criminal responsibility).

---

**Skyler17** 9/06/26 - 6:21PM

Wrong. Six of her doctors testified that she did not have psychosis. Her husband did not see psychosis.
Reddington created that false narrative months before the trial, and his PR firm pushed it out to the media. Clancy had clinical depression and anxiety at the time of the murders. She was turned away from a program in Rhode Island because she was past the postpartum time frame. This case is a blow to PPP advocacy. Blame Redding for using PPP advocacy groups to shield his client when she did not fit the criteria.

---

**Ben M** 9/06/26 - 6:54PM

Acute psychosis can only be diagnosed when observed in the moment, while it's happening. It's sudden and transient by nature.
Since none of her treaters nor the witnesses were there that night, they can only speculate.

It's worth noting, none could say definitively that she wasn't psychotic; again, they can only speculate.

As far as Patrick not noticing, I think we all know the reason there. That and he's not medically/psychiatrically trained.

---

**bananas2** 9/06/26 - 7:00PM

Zev...You are wrong...As an actual expert in PPD and PPP testified, someone with psychosis could absolutely hear a voice for just one 18 minute period. You need to pay better attention.
Additionally, the law does not say one has to specifically have psychosis but rather be mentally ill enough in some manner to not be able to conform one's behavior to the law OR understand in the moment that what one was doing was wrong....
And no, it is not a circular argument to state that the killings themselves prove she could not conform her behavior to the law because obviously if she could have she would have. This is in large part because a mother killing her own children is an insane act. Nobody in her right mind does such a thing. It does not matter whether you or anyone else accepts that she had psychosis or heard voices or not. Hearing voices is not the only symptom of psychosis either. It also includes other kinds of hallucinations, confusion, feeling disconnected from one's body and from reality, etc.
Bottom line is that if anyone does not see that Lyndsey Clancy is not guilty by reason of insanity, then they lack insight into postpartum health experiences (ALL MEN), they lack insight into what constitutes sanity, AND/OR they are women haters (too many men).
This was all obvious to eleven heroic jurors...The only exception was apparently a man and probably a woman hater....likely like you...Maybe you even are that juror....

Show fewer replies

**TBGReader** 9/06/26 - 1:18PM

If the argument of not finding an impartial jury stops this circus? Great.

Bench trial? Clancy had a good judge. Vs Read who had a bottom bencher. The lottery of who any defendant gets is scary.

There will never be criminal justice in this case. Hopefully civil justice might tell us more.



**MarsBlackmann** 9/06/26 - 1:21PM

Reddington concedes an impartial jury can be seated.



**MarsBlackmann** 9/06/26 - 1:22PM

The Commonwealth must retry charges that carry prison time for Clancy, who murdered her three children, Cora, Dawson and Cal.



**MarsBlackmann** 9/06/26 - 1:23PM

Moms must not think it’s okay to murder their children.

Show all 4 replies

**azure** 9/06/26 - 2:06PM

What scares me even more is the number of people in these comments that are willing to do ANYTHING to see Clancy not be tried and convicted of premeditated murder of her three little children by strangling them all with an exercise band. What's next, blame the exercise band manufacturer? Death by strangulation is what hanging someone in a noose does. Would they think differently about her obvious guilt if she'd done that instead? The lack of compassion here for the children and the abundance of it for their killer/murdered is astounding and deeply frightening.



**MarsBlackmann** 9/06/26 - 2:09PM

The stupidity and depravity of those cheering for Clancy, who murdered her three children, cannot be overstated.

**Ben M** 9/06/26 - 2:26PM

Until yesterday, you thought the phrasing was "cannot be understated." We both know it.

**Ben M** 9/06/26 - 2:27PM

If you've learned nothing else from my posts, it's at least how to speak intelligently.

**Ben M** 9/06/26 - 3:43PM

Do anything? We're commenting on a newspaper comment board lol.

I think there's a lot more that scares you. Like science.

**azure** 9/07/26 - 11:48AM

Ben M. I'm all for science. What I'm not all for is using science as a way to twist opinions in case when the defendant has ADMITTED she committed murder and is now using said "science" to get out paying the price for her horrific crimes.

I don't care if she is sane, 10%, 25%, or 100% insane, whatever. NO ONE should ever get off of heinous murder crime like this for any mitigating reason. The children are all dead - strangled to death by their own mother. That is ALL that should matter in this case. Nothing else.

Show fewer replies

---

**CDomina** 9/06/26 - 3:31PM

Harry, the Republican death cult would kill off everyone in this country if they could. Some people are not mentally sane. I see them every day when years after the Trump virus, they're still walking around outside wearing masks not near anybody because I guess they expect the Trump virus to strike them down

---

**CDomina** 9/06/26 - 3:32PM

Harry, Clancy was mentally ill. Just like Trump is mentally ill. Just like millions of Americans are mentally ill, especially in the wake of the Trump virus and his destruction of the country. Trump has turned the whole country into a bunch of mental cases Harry

---

**CDomina** 9/06/26 - 3:33PM

Harry, the MAGA juror who refused to follow the letter of the law and acquit Clancy by reason of temporary insanity needs to be arrested and thrown in prison. Because MAGA is part of the Republican death cult

trying to kill us all with Trump viruses and Trump Global Warming and Trump gun violence

---

This comment has been blocked.

---

**Ben M** 9/06/26 - 6:23PM

May, maybe you could reel in Mars?
I had to reblock him because his bizarre posts clog the board. Which is of course his intent.

People really do want a decent debate but the trolls are like mosquitos at a cookout.

---

**May564** 9/07/26 - 7:49AM

Who is fighting the voices in their head more and suffering from TDs more than CDomina or Mars

---

**azure** 9/07/26 - 11:50AM

Todd, you left yourself out of that "mentally ill" list.

Show fewer replies

This comment has been blocked.

---

**Ben M** 9/06/26 - 4:43PM

Ok, gaslighting magas, time to flip the script on you. I'm gonna get blocked, so read fast.

It's clear that you're resorting to the ol' trump gaslighting script of saying anyone who supports LC supports child murder. Totally expected and not effective in the least. Your tantrums are familiar and tired.
But in so doing, you've made this case about YOU - what YOU think justice should be, what would make YOU feel better.

Have you stopped to think what Cora, Dawson, and Cal would want?

-First of all, Clancy is in hell already. She's mentally ill, locked away, sedated, and paralyzed. Her family is gone. The job she loved is gone. She's alone. She'll never smile again. Paralysis alone I wouldn't wish on anyone - she needs assistance from a stranger just to clean herself. People in wheelchairs often have loved ones to help them. Clancy lives alone in a dungeon. She can only dream of walking. That's hell.
- What do you think would happen if you got your wish and she went to Framingham? After the media glare goes away and she's a nobody... Still kinda pretty, sedated, paralyzed. Do an AI search of PREA. Some you already know what it is. COs are not the good guys and neither are the inmates. She cant defend herself, and no one will answer her screams because she's a child murderer.
- Doesn't really matter anyway because Tewksbury State isn't a hell of a lot better.

Now examine yourselves. That you would wish this on anybody, that you clamor for MORE suffering without:
- making even the smallest effort to understand why she did it
- thinking maybe her kids wouldn't want to know their paralyzed mom is being raped everyday
- understanding that you've made this case about you and your personal

satisfaction with vengeance. Not justice - vengeance...

... speaks volumes about you as people.

I'm beyond grateful that I'm not like any of you. That I can feel empathy and compassion for both the kids and their mom. That I can approach this case with reason and understanding.
During juror voir dire, the attorneys and judges assess for intelligence as well as bias. Google it. None of you would have been selected.

A human who doesn't understand humanity is a waste of resources.

---

**Ben M** 9/06/26 - 4:49PM

And in case you needed validation of how fk'd your sinister cult is...
Allow RedSkull's post below to guide your moral compass.
Freaks.

---

**RedSkull** 9/06/26 - 4:57PM

Ben, coprophiliacs come in all political persuasions. They're not all Trump supporters like me.

Show all 4 replies

May564 9/06/26 - 5:57PM

The CW blew this case from the start. They overcharged, their opening statement was vile and by the end they agreed with the defense. I want to know how much money it cost to put this farce of a trial on to begin with. The CW knew she was out of her mind and had a demonstrated mental health history. They should have reached a deal with the defense that she stay in a mental hospital until she is deemed well.

---

trsmith3 9/06/26 - 7:17PM

Somebody should tell these "experts" that the word they're looking for is "painful" - hard.

All jury selection processes should be "painstaking".

---

Helloworld14 9/06/26 - 7:39PM

I hope for all of our sakes they don't try her again.

---

CertainDeath 9/06/26 - 8:14PM

The moron in the White House poisoned the well earlier today.

---

May564 9/07/26 - 7:51AM

Seek mental health help for your TDS. You've been suffering needlessly for way too long now.

---

**patriciamsw** 9/06/26 - 8:35PM

the new Mass motto..."Patrick said" and all the white men listened

---

**SoxDem1** 9/06/26 - 9:21PM

I didn't follow anything that happened and couldn't care less about this case.

Except this: Retrying a case you lost 11-1 is a preposterous waste of resources, unless you have some entirely new case strategy. But it's Tim bleeping Cruz. Totally on brand for him.

---

**jimhere** 9/07/26 - 7:29AM

Couldn't care less. 3 children murdered horrifically and lowlife SoxDem is heartless and headless. A real dolt/

---

**Ben M** 9/07/26 - 12:37PM

Why do you lynch-mob haters always resort to cutting insults? It's a comment board, people have opinions.
If you're gonna cut, at least be clever about it. Oterwise you just sound dumb and angry.
Oh...wait.

---

**RIDabbler** 9/07/26 - 6:29AM

What a mess the vaunted third branch of government is! No wonder so many dismiss its ivory tower approach to everything.

---



**srainbow** 9/07/26 - 8:35AM

All that we have regarding psychosis and homicide or suicide and auditory hallucinations is what has been shared by some of those who have experienced such issues
And by observance of the most typical patterns
In no way, does this give us the full scope of psychotic presentation
In caring for patients post "psychotic breaks", they have often heard voices only during their peak disassociation with reality; not before and not after
I'm not saying that this proves that in Lyndsay Clancy's case, she definitely had psychosis
But I am saying that the fact that she only her voice is during a "convenient" timeframe is also not evidence that she was not psychotic

---

**Mrs. Jones** 9/07/26 - 12:47PM

Lindsey did what all good mothers do; she treated her children the same, no favorites.

---

**Mrs. Jones** 9/07/26 - 12:48PM

btw, how many of the jurors were mothers?

---

**RonNewman** 9/07/26 - 3:18PM

Move it to a remote hill town in Berkshire County.

---

**Paolino67** 9/08/26 - 12:57PM

If another trial was held it would be the same result: a hung jury. You will not find 12 people who agree on this case. So just forget about it and let the

mental hospital treat her.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Matthew Farwell's twin brother listed as potential witness in upcoming trial

By **Laura Crimaldi** Globe Staff, Updated September 11, 2026, 5:26 p.m.




A protester held a sign calling for justice for Sandra Birchmore during a demonstration in 2024 outside the Norfolk district attorney's office in Canton. JESSICA RINALDI/GLOBE STAFF

The twin brother of Matthew Farwell, the former Stoughton police detective accused of killing Sandra Birchmore, is on a list of potential prosecution witnesses for the

upcoming trial.

In a court filing Friday, federal prosecutors included William Farwell on its list of 68 potential witnesses.

Matthew and William Farwell previously worked together as Stoughton police officers. Both resigned in 2022 and were stripped of their law enforcement certifications.

William Farwell does not face criminal charges. In an interview with State Police after Birchmore's body was found, he said he had a "sexual relationship" with her when she was an adult.

Other possible witnesses at Matthew Farwell's trial include some Birchmore's friends and relatives, her former mental health counselor, former and current Stoughton police officers, and experts in forensic pathology and psychology, according to the prosecution filing.

Matthew Farwell is accused of killing a pregnant Birchmore, 23, in 2021 and then staging her death to look like a suicide.

Federal prosecutors allege Farwell strangled Birchmore to prevent her from disclosing that he groomed and sexually exploited her as a child and then, during her adult years,

defrauded the Town of Stoughton by meeting with her for sex while he was on duty as a police officer.

Farwell, 40, has pleaded not guilty and insists that Birchmore killed herself. His trial is set to begin next month.



Matthew Farwell. UNCREDITED/ASSOCIATED PRESS

Birchmore and Farwell met through a Stoughton police youth program known as Police Explorers, which she joined in 2010, the year she turned 13.

Prosecutors allege Farwell groomed Birchmore and then in 2013, when he was 27 and a police instructor and she was 15, he committed statutory rape against her.

Farwell married a short time later and grew his family to include three children. Farwell's youngest child was born the morning after he allegedly strangled Birchmore.

Farwell is charged with killing a witness and causing the death of Birchmore's unborn son. The witness was Birchmore. Prosecutors allege Birchmore knew she was a "child sexual exploitation victim" of Farwell's and intended to leverage that to secure a financial future for her and her unborn child.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy; authorities haven't named the father.

The trial is set to begin Oct. 5.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 11 comments

## 11 Comments

Sort by: Best Newest Oldest

This comment has been blocked.

**PLmom** 9/11/26 - 9:20PM

I have a question: if these officers had sex with Sandra Birchmore while on duty ( on the job), can there be charges against the Commonwealth of Massachusetts because they were hired employees on the job??
An employee was just awarded 495,000 for having hair pulled by an employee of Massachusetts- that made me curious about actions carried out while working as a hired employee!

**Donleavy** 9/11/26 - 10:31PM

Massachusetts has become the king of real-life-crime dramas. The question is: How do we monetize it?

This comment has been blocked.



**srainbow** 9/12/26 - 7:12AM

So are we to believe that Sandra Birchmore strangled herself in the presence of Matthew Farwell because we know that he was there during the time that her activity stopped and he snuck in and out of her apartment

TLT37

9/12/26 - 3:19PM

No. Defense says she said “if you leave I’ll hang myself”. He left and she did, anticipating he would come back. This is supported by restraining orders against her by other men. Prosecution says they had sex, he killed her either during or right after, staged and left within a half hour. This is supported by dna in her underwear, but probably the defense will point out 3 other men’s dna was up inside her, so could have been one of them. The father left the state shortly after she died (he was notified about a year before the media let you know because it was part of the 700,000 page gag order forever, and still is, which is why his name isn’t out there). It’s a federal case so it won’t be televised so it will be interesting to see what comes out from the gag orders.

May564

9/12/26 - 8:32AM

That p*s human should be charged alongside his brother for r*ping SB

daisy1

9/12/26 - 9:49AM

and Devine.......

This comment has been blocked.



**Puffinstuff** 9/12/26 - 11:01AM

Good luck on prison Matty - your certainly going to need it

---

**Go2011** 9/13/26 - 8:55PM

Two depraved individuals. I hope they both lose everything they ever wanted.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC

STARTING POINT NEWSLETTER

# Justice for Sandra? Another high-profile murder trial ramping up.

## Jury selection will begin next month in the case of a former Stoughton policeman in the killing of a pregnant woman and her unborn son.

**By** Laura Crimaldi Globe Staff, Updated September 14, 2026, 5:32 a.m.




Courtney Egan sets flowers outside the Stoughton Police Headquarters before a ceremony organized by Justice for Sandra Birchmore in Stoughton in October 2024. CRAIG F. WALKER/GLOBE STAFF

*Hi, I'm Laura Crimaldi of the Globe. Years before the Lindsay Clancy story, I was covering this case, which is finally headed to trial.*

*But first, here's what else is going on:*

- *Trump's backing for a united Ireland has reignited a divisive political issue. Here's what to know.*
- *This program is driving up gas bills in Massachusetts. Did it make customers safer?*
- *Plus, oil prices surge again overnight on oil supply worries from stricken Saudi Arabia.*
- *The Kennedy Center's Trump-controlled leadership said the national performing arts hub could close as soon as tomorrow — and it has warned of bankruptcy.*

*Write to us at startingpoint@globe.com. To subscribe, sign up here.*

---

## TODAY'S STARTING POINT



Sandra Birchmore. FAMILY PHOTO

Lindsay Clancy's case is on hold for now, but another high-profile murder trial in Massachusetts is coming right up.

Jury selection is set to begin next month for former Stoughton police detective Matthew Farwell, who is accused of killing Sandra Birchmore, a young pregnant woman he met through a department youth program.

The allegations against Farwell, 40, involve police misconduct, grooming and child sexual exploitation, violence, and a staged suicide scene. He is also accused of causing the death of Birchmore's unborn son. Farwell has pleaded not guilty.

**Long road to trial**

His arrest more than three years after Birchmore's death in 2021 exposed shocking accusations about Farwell's alleged misconduct and raised questions about how the initial investigation into her death by Norfolk District Attorney Michael W. Morrissey concluded she killed herself.

By then Morrissey was already facing scrutiny over alleged police misconduct in the case of Karen Read, who was prosecuted in the death of her boyfriend, Boston police officer John O'Keefe. About two months before Farwell's arrest in August 2024, Read's first trial ended with a hung jury. Morrissey tried her again last year and a jury acquitted her of charges in connection to O'Keefe's death.

Farwell insists Birchmore, 23, killed herself. He is accused of strangling Birchmore to prevent her from revealing that he sexually assaulted her when she was 15 and

participating in Stoughton police's Explorers Program. The age of consent in Massachusetts is 16.

Farwell continued to meet Birchmore for sex for the rest of her life, and federal prosecutors allege he feared that she would disclose that as well. Some of those meetings took place while Farwell was on duty for Stoughton police, and constituted fraud against the department, according to the prosecution.

DNA testing excluded Farwell as the father of Birchmore's unborn son, but authorities have not revealed the father's identity.

**Will this trial be a circus, too?**

Will Farwell's trial become an international sensation like the Clancy case? It's hard to predict, but there are some logistical differences that could make it hard for the circus-like atmosphere around Clancy's trial to form when testimony gets underway for Farwell.

First, the proceedings for Farwell will not be televised. He's standing trial in the federal courthouse in the Seaport, where court rules prohibit cameras and recording devices.

Credentialed journalists will be allowed to use cellphones and laptops to take notes, but the general public will have to hand over any electronic devices to security officers in the courthouse lobby.

With those restrictions, there'll be no courtroom video or audio of dramatic moments and testimony that content creators and influencers made central to their coverage of Clancy's trial.

Sure, there have been other high-profile trials at the federal courthouse in Boston that generated national and international media coverage. The most famous were the 2013 trial of Boston crime boss James "Whitey" Bulger, followed two years later by the trial of Boston Marathon bomber Dzhokhar Tsarnaev.

Television crews and news photographers gathered outside the courthouse to conduct interviews with survivors, victims' families, and other witnesses as they made their way to and from both trials.

Expect more of the same during Farwell's trial. Also count on members of the Justice For Sandra Birchmore Facebook page to be watching from the courtroom and demonstrating outside the courthouse. The group has nearly 21,000 members and has consistently sent representatives to Farwell's pre-trial hearings.

---

**Read:** Sandra Birchmore put her trust in the police. They broke it.

---

🧩 **4 Down:** Reverse | 🌞 **76°** Clearing

---

## POINTS OF INTEREST




Note-writer Daniela Filosa at the Orient Heights T station. PAT GREENHOUSE/GLOBE STAFF

**Missed connections:** They crossed paths on the Blue Line. Then she left notes looking for him.

**Better hearing?** Timed bursts of "pink noise" can boost restorative sleep, a Boston study has found.

**He called 911 to get her help:** Instead, she ended up in ICE custody during a mental health crisis.

**Upsetting our friends:** Canadian tourists were already avoiding the US. The current trade war threatens to make the situation much worse. (Note: Starting Point will have more on this later this week.)

**'A lot of reminders of him':** Dracut remembers a Flight 11 American Airlines pilot who was killed in the Sept. 11 attacks.

**Free speech on campus:** At Harvard and Northeastern, different approaches — with different results.

**Not secret voting:** Security researchers say rapid advances in AI are making it more critical to address a flaw in Georgia's voting equipment that can allow voters to be matched to their ballots after they have been cast.

**AI:** Despite industry leaders urging slower development to safeguard AI, Trump says breakneck speed must continue to beat China. (AP)

---

## BESIDE THE POINT

By David Beard




Show host Mariska Hargitay poses Thursday. CAROLINE BREHMAN/AP PHOTO/CAROLINE BREHMAN

📺 **Tonight:** How to watch, who's presenting, and everything you need to know about the 2026 Emmys. Plus, this week's TV picks range from the new "Slow Horses" season to Lizzie Borden and an Agatha Christie adaptation.

🍷 **Treat culture:** Some people are forgoing pricey restaurants or $$$$ vacations — but giving themselves smaller luxuries, like a dab of caviar, a fine wine, or boutique pastries.

🏡 **Home of the Week:** A sunny two-bedroom condo is a garden oasis near Harvard Square for $900,000.

🪻 **What's a garden worth?** The emotional heft of selling a labor of love.

🏈 **How Tom Brady spent his summer:** At least according to the Google alert that the Globe's Beth Teitell created.

⚽ **10 greatest sports shows on TV, ranked:** Do "Heated Rivalry" and "Ted Lasso" just need more time? (Hollywood Reporter)

🚰 **Safe water:** Here are the best ways to clean a water bottle. (NBC News)

---

*Thanks for reading Starting Point.*

*This newsletter was edited by David Beard and produced by Ryan Orlecki.*

❓ Have a question for the team? Email us at startingpoint@globe.com.

✍🏼 If someone sent you this newsletter, you can sign up for your own copy.

📬 Delivered Monday through Friday.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide comments

## 2 Comments

Sort by: Best Newest Oldest

**BelieveMeNot** 9/14/26 - 10:42AM

Will the ladies with the pink t-shirts be out for this one?

**TessioClemenza** 9/14/26 - 11:05AM

@BelieveMeNot

I am not "for" the pink ladies either. As a 64 year-old lifetime resident of MA, I would like to bring up the fact that all this madness (people showing up at trials) began when our wonderful STATE and local police and DA's were caught lying. But it wasn't just lying, it was the discovery of decades long abuses within their organizations. Cover-ups of COP RELATED felonies such as 1. Un-aliving while intoxicated 2. Failure to provide and even outright HIDING discovery in court cases, failure to investigate OBVIOUS crimes committed by other officers and (what we all knew but FINALLY saw) brutally racist cultures inside full police departments. It's out there now! So, I thinkl this trend is going to continue for quite some time. It's like the Berlin Wall being torn down, it's like Easy-Company finding out just how far the madness had gone when arriving at The Eagle's nest or the camps. NOW we KNOW. No one knows what to do though. Standing out at trials and demanding accountability is what we've got...at this time. Until the FEDERAL government tells Colonel Noble "Clean it up - top to bottom and leave no stone unturned", will we be able to trust 1. The judiciary, the DA's and ADA's and every police department in the state. We're dirty to the bone and why the heck a SPOTLIGHT Team has never gotten to work on this? We'll never know.

To comment, please create a BostonGlobe.com screen name.

©2026 Boston Globe Media Partners, LLC

# Judge rules doctors who say Sandra Birchmore was strangled can testify at Matthew Farwell's trial

**By** **Laura Crimaldi** Globe Staff, Updated September 17, 2026, 5:57 p.m.




A protester held a sign calling for justice for Sandra Birchmore during a 2024 demonstration outside the Norfolk district attorney's office in Canton. JESSICA RINALDI/GLOBE STAFF

A federal judge on Thursday ruled that two experts who assert Sandra Birchmore was strangled will be allowed to testify at the upcoming murder trial for the former Stoughton police detective accused of killing her.

Defense lawyers for Matthew Farwell had sought to prohibit or limit testimony by the two prosecution witnesses, Dr. William Smock and Dr. Michael Baden.

Their testimony will delve into the key question at Farwell's trial: Was Birchmore murdered?

US District Court Judge Denise J. Casper announced her decision during a final pretrial conference with the lawyers.

Farwell, 40, is accused of killing a pregnant Birchmore, 23, and then staging the scene to make it look like she killed herself. Farwell insists Birchmore died by suicide.

Farwell has pleaded not guilty. Jury selection is set to begin Oct. 5 at the federal courthouse in Boston.

Smock and Baden got involved in Birchmore's case years after she was found dead in her Canton apartment on Feb. 4, 2021.

The state Office of the Chief Medical Examiner initially ruled Birchmore died by suicide, but has since amended her death certificate and listed her manner of death as undetermined.

The state forensic pathologist who autopsied Birchmore's body is Dr. Maria Del Mar Capo Martinez. On Thursday, Farwell's defense attorney Kimberly C. Stevens warned Capo Martinez might not be available to testify because of a scheduling issue.

Stevens did not elaborate on the scheduling issue, but said the circumstances are such that Capo Martinez "cannot be compelled" to testify.

"We cannot rest our case without calling her," Stevens said. She said Farwell would seek a mistrial if Capo Martinez is not available during the trial.

It was unclear if a resolution was reached. Casper said she would discuss the matter during a sidebar conversation. The discussion was not audible to courtroom spectators.

The defense plans to offer testimony about Birchmore's death from Dr. Thomas Andrew, a board-certified forensic pathologist and former chief medical examiner in New Hampshire.

Andrew could not determine Birchmore's manner of death, but said he could not rule out the possibility she hanged herself, court papers show.

Smock and Baden have said Birchmore's injuries are common among strangulation victims, but less so in suicidal hangings, according to prosecutors.

Smock, an emergency physician with expertise in asphyxia and strangulation, is the prosecution's primary expert on Birchmore's cause and manner of death, court papers show.

Smock is known for testifying in the 2021 trial of Derek Chauvin, the former Minneapolis police officer convicted of killing George Floyd by pressing a knee on his neck for 9½ minutes.

In determining Birchmore's cause of death, Smock and Baden point to fractures in her hyoid bone, a small, U-shaped neck bone, as well as the position in which her body was found.

Birchmore's body was fully seated with a duffle bag strap wrapped around her neck and tied to the doorknob above her head. The positioning suggests a partial hanging in which "very little of her body weight" was applied to the ligature, prosecutors wrote.

Smock and Baden said hyoid bone fractures are more commonly seen in cases of strangulation or suicidal hangings in which the victim's entire body weight is suspended by the neck, the prosecution wrote.

Smock said Birchmore's age would have made it more difficult for a partial suicidal hanging to fracture her hyoid bone.

Because hyoid bones in people under 30 are not fully fused, they are more flexible, harder to break, and a fracture would require significant force that a partial hanging would not produce, prosecutors wrote.

Federal prosecutors allege Farwell strangled Birchmore to prevent her from disclosing how he groomed and sexually exploited her as a child and then, during her adult years, defrauded the Town of Stoughton by meeting with her for sex while he was on duty as a police officer.



Matthew Farwell. UNCREDITED/ASSOCIATED PRESS

Birchmore and Farwell met through a Stoughton police youth program known as Police Explorers, which she joined in 2010, the year she turned 13.

Prosecutors allege Farwell groomed Birchmore and then in 2013, when he was 27 and a police instructor and she was 15, he committed statutory rape against her.

Farwell married shortly after and grew his family to include three children. Farwell's youngest child was born the morning after he allegedly strangled Birchmore.

Farwell is charged with killing a witness and causing the death of Birchmore's unborn son. The witness was Birchmore. Prosecutors allege Birchmore knew she was a "child sexual exploitation victim" of Farwell's and intended to leverage that to secure a financial future for her and her unborn child.

DNA testing has excluded Farwell as the father of Birchmore's unborn baby boy.

---

Laura Crimaldi can be reached at laura.crimaldi@globe.com. Follow her @lauracrimaldi.

Hide 15 comments

## 15 Comments

Sort by: Best Newest Oldest

**user38090305** 9/17/26 - 7:25PM

Hey Globe,

Didn't today's hearing reveal the identity of the father of her unborn child?

**JaneMB** 9/18/26 - 7:45AM

What does the identity of the father of her unborn child have to do with anything? The father of her unborn child - whoever it is - is not a suspect, the corrupt cop/pedophile who groomed and exploited her is.

**joesambito123** 9/18/26 - 9:34AM

The BG is doxxing jurors and the father of the child is important.

Has nothing to do with the fact that this subhuman killed her...

---

**Lexpress** 9/17/26 - 7:26PM

Duh.... I think a doctor would probably be the one to make the actual call don't you since considering he's a medical profession with like 8 years of college

---

**Bort1989** 9/18/26 - 4:43PM

Compared to cops who usually barely graduate high school.

---

**Observo** 9/17/26 - 7:36PM

It was pre-partum psychosis, so he can plead insanity, and the pink mob will rush to his defense, right Globe?

---

**BelieveMeNot** 9/17/26 - 8:11PM

You can kill your babies but not your girlfriend

This comment has been blocked.

**May564** 9/18/26 - 8:17AM

Shut it Edith

Show fewer replies

**US1stMass2nd** 9/17/26 - 10:04PM

“ warned Capo Martinez might not be available to testify because of a scheduling issue.”

Oh please

**PK77** 9/18/26 - 11:35AM

Did MSP’s Norfolk guys make a visit to the medical examiner and encourage her to stay home? Proctor’s txt msgs reveal how the guys schemed to influence cause of death in the Karen Read case. Didn’t work though. That ME held.



**Oatmeal-the-Snowman** 9/18/26 - 6:02AM

Slam dunk.

**GFWalsh** 9/18/26 - 8:35AM

Mrs. Farrell must be so proud. Such nice boys.

---

**TLT37** 9/18/26 - 3:43PM

Sandra was sleeping with over 100 people, mostly married men or men in a position of power, and she was getting paid for it (how do you think she was paying for a $1900 a month apartment on a $40k salary?). Maybe focus less on talking about Matt Farwells mother and put that energy toward the dozens of Stoughton area men who are probably shaking that her journal CAN be used.

---

**Bort1989** 9/18/26 - 4:44PM

40% of cops admit to abusing their partners. Imagine how many more do it but don't admit it. A violent, criminal gang by any definition.

To comment, please create a BostonGlobe.com screen name.

---

©2026 Boston Globe Media Partners, LLC