# EXHIBIT 2

**NEWS > CRIME & PUBLIC SAFETY**

# Matthew Farwell defense asks for venue change over 'sensational and emotional' coverage

Farwell is accused of killing Sandra Birchmore in 2021



By **COLLEEN CRONIN** | ccronin@bostonherald.com

PUBLISHED: January 20, 2026 at 4:06 PM EST | UPDATED: January 20, 2026 at 4:33 PM EST

A federal judge is considering a change of venue for the trial of Matthew Farwell, the former Stoughton police officer accused of killing a woman he allegedly groomed as a child and her unborn son.

Judge Denise J. Casper said that she would need some time to “give it some further thought” at a hearing at John Joseph Moakley Courthouse on Tuesday.

Farwell’s defense team argued that extensive media coverage of Sandra Birchmore’s death prevents Farwell from receiving a fair trial in Massachusetts.

Federal prosecutors alleged that Farwell strangled Birchmore in 2021 after finding out that she was pregnant with what he believed his child, then staged her death to make it look like a suicide. The two met while Birchmore was a minor participating in a program for kids at Farwell’s police department. It was during this time that prosecutors said Farwell began in an appropriate relationship with Birchmore that continued into her adulthood.





Farwell's attorney Kimberly Stevens described the coverage swirling around the case as "sensational and emotional material."

The defense submitted 240-pages worth of exhibits, referred to in court documents as "voluminous pretrial publicity," to support the change of venue request. The filing included dozens of articles from The Boston Herald and The Boston Globe.

But federal prosecutors disagreed, saying at the hearing the articles "do not affect the entire community in a way that creates a presumption of guilt."

Assistant U.S. Attorney Elizabeth Riley told the judge that voir dire — the process of selecting jurors — would ensure Farwell had a fair trial.

Anyone who has drawn conclusions on Farwell's guilt from the news or social media "will not be permitted to be on this jury," Riley said.

The prosecution also pointed out that in the even more highly scrutinized case of Boston Bomber Dzhokhar Tsarnaev's trial, the court did not decide to change the venue.

In their court filings, the assistant U.S. Attorneys also noted, "the government has scrupulously refrained from disclosing in public filings additional information that could be viewed as arguably inculpatory."

When the hearing was finished, some supporters of Birchmore said they hoped the judge would keep the case in the Massachusetts District Court in Boston.

Peter Murphy, a retired Canton Police sergeant, said he believed that the change of venue wouldn't do much for Farwell's case. "What's not going to get over to Providence?" he said.

Describing himself as "one of the few that has stood up" from law enforcement for Birchmore, Murphy said it was important to come to the hearing and show his support ahead of trial.

Coming up on the anniversary of Birchmore's death, Wright said it's been hard thinking about the life her cousin could be leading now with a young child had she not died.

Wright described her relationship with Birchmore as close but added, "there was a lot she didn't tell me."

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

"I just want the truth to come out," she said.

## Around the Web

REVCONTENT

**Doctor Begs Seniors: Do This to Stop Losing Muscle**

ApexLabs

NEWS > CRIME & PUBLIC SAFETY

# Farwell's lawyer file motion to dismiss federal Birchmore murder case

A federal judge will hear arguments on the motion March 5



**Composite of file photos**

Matthew Farwell's lawyers filed a motion to dismiss the federal murder case against him for the death of Sandra Birchmore. (Composite of file photos)

By **COLLEEN CRONIN** | ccronin@bostonherald.com
PUBLISHED: February 3, 2026 at 8:16 PM EST

Former Stoughton police officer Matthew Farwell's lawyers have asked a judge to toss the federal murder charges against him.

Farwell is accused of killing Sandra Birchmore and her unborn child after Birchmore told a married Farwell she was pregnant and he was the father. Although a DNA test proved Farwell was not the father, he did allegedly groomed Birchmore from a young age, starting a sexual relationship with her when she was a minor that continued until her death.

Originally, Farwell was indicted on a federal charge of killing a victim/witness in August of 2024, but federal prosecutors brought an additional charge of killing a child in utero against Farwell last fall. He pleaded not guilty to both counts.

Farwell's defense attorneys said in their filing late last week that the government has failed to state a federal offense and present essential facts in their charging documents and evidence submitted through discovery so far.



"Specifically, the indictment fails to allege a fact essential to establishing federal jurisdiction: that there was a reasonable likelihood that any communication the defendant allegedly prevented would have been to a law enforcement officer or judge of the United States," the motion read.

Murder is only a federal crime under certain circumstances, including when a person is murdered to prevent them or someone else from sharing information with federal authorities.

Birchmore's death in 2021 was initially ruled a suicide, and state prosecutors from the Norfolk District Attorney's Office declined to bring charges against Farwell.

Farwell's attorneys said facts around potential communication to federal law enforcement officers are missing from the government's allegations against Farwell, and thus it shouldn't be a federal case.

"It fails to allege facts essential to establishing federal jurisdiction and, therefore, fails to state a federal offense," the motion said.

The ex-cop's attorneys stated that the government's charging documents also weren't clear whose communication Farwell prevented by allegedly killing Birchmore. They noted that the government has to prove that the prevented communication would have been to a federal law enforcement officer, specifically, not someone on the state or local level, to fall under federal jurisdiction.

"The statute's requirement that the communication be to a federal law enforcement officer is a necessary element of the offense," the motion said. "It is neither surplusage nor is it redundant with the requirement that the subject of the communication be a federal crime."

"Even when taken together with the discovery provided thus far, the charging document fails to provide the necessary details to enable Mr. Farwell to prepare a defense," Farwell's lawyers argued.

Because the second count of the death of a child in utero is predicated on the first charge, his lawyers said the court should dismiss that, too.

The motion to dismiss noted that the government objects.

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

A federal judge will hear arguments on the motion to dismiss at a hearing on March 5.

## Around the Web

REVCONTENT

**After 60, Leg Strength Comes From One Simple Daily Move**
ApexLabs

NEWS > CRIME & PUBLIC SAFETY

# Massachusetts judge rejects Matthew Farwell's bid to toss Sandra Birchmore murder case

'The Court DENIES Farwell's motion to dismiss'



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)

PUBLISHED: March 9, 2026 at 1:58 PM EDT | UPDATED: March 9, 2026 at 6:23 PM EDT

A federal judge has rejected former Stoughton police officer Matthew Farwell's bid to toss the murder charges against him.

Farwell is accused of killing Sandra Birchmore and her unborn child after Birchmore told a married Farwell she was pregnant and he was the father.

Farwell was initially indicted on a federal charge of killing a victim/witness in August of 2024, but federal prosecutors brought an additional charge of killing a child in utero against Farwell last fall. He pleaded not guilty to both counts.

Recently, his lawyers filed a motion to dismiss the superseding indictment — claiming that the government has failed to state a federal offense.



"Specifically, the indictment fails to allege a fact essential to establishing federal jurisdiction: that there was a reasonable likelihood that any

Murder is only a federal crime under certain circumstances, including when a person is murdered to prevent them or someone else from sharing information with federal authorities.

Chief U.S. District Judge Denise Casper on Monday issued a ruling on the motion to dismiss, rejecting Farwell's bid.

"For all of the foregoing reasons, the Court DENIES Farwell's motion to dismiss the superseding indictment," Casper wrote.

Before Farwell began his employment with Stoughton PD, he was a volunteer with the department's Police Explorers Academy program for local youth, and he became an instructor when he joined the department.

Birchmore began participating in Police Explorers Academy in March 2010, when she was 12 years old. Before Birchmore turned 16, Farwell allegedly "engaged in sexual intercourse and other sexual contact with her," which continued until sometime in early 2021. This allegedly occurred at times while Farwell was on duty.

Then in December 2020, when she was 23 years old, Birchmore learned she was pregnant and told Farwell he was the father. About a month later, Birchmore's friend reported to the department that Farwell had engaged in sexual intercourse with Birchmore, and a department employee informed Farwell about the call.

Then on Feb. 1, 2021, Farwell allegedly killed Birchmore by strangulation and staged her apartment to make it appear as though she had taken her own life.

Farwell's attorneys in the motion to dismiss argued that facts around potential communication to federal law enforcement officers are missing from the government's allegations against Farwell, and thus it shouldn't be a federal case.

"It fails to allege facts essential to establishing federal jurisdiction and, therefore, fails to state a federal offense," Farwell's lawyers wrote.

But the federal judge on Monday rejected their argument.

"First, Farwell's argument that Count I omits the federal law enforcement

"Further, the Court is not persuaded by Farwell's additional challenge that Count I fails to sufficiently allege the likelihood of a communication to a federal law enforcement officer," the judge later added.

His argument "erroneously conflates what the United States must include in the indictment with what the United States must ultimately prove at trial," the judge wrote.

Although a DNA test proved Farwell was not the father, he allegedly groomed Birchmore from a young age, starting a sexual relationship with her when she was a minor that continued until her death.

Birchmore's death in 2021 was initially ruled a suicide, and state prosecutors from the Norfolk District Attorney's Office declined to bring charges against Farwell.



Norfolk DA Michael Morrissey (Nancy Lane/Boston Herald, File)

**News as it breaks:** All our breaking news stories, sent as often as we have them.

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

## Around the Web

REVCONTENT

**After 60, Leg Strength Comes From One Simple Daily Move**
ApexLabs

**Honey: The Greatest Enemy of Memory Loss (See How to Use It Here)**
Health Weekly

NEWS > CRIME & PUBLIC SAFETY

# Legal error in Birchmore murder case falsely accuses Farwell brother of being father of unborn child [+text of motion]

The legal flip-flop is another twist in this grim case



Norfolk DA Michael Morrissey is not seeking reelection. (Nancy Lane/Boston Herald)

By **JOE DWINELL** | joed@bostonherald.com | Boston Herald

PUBLISHED: March 26, 2026 at 10:53 PM EDT | UPDATED: March 27, 2026 at 3:57 PM EDT

In a massive legal blunder, the taxpayer-paid lawyers for accused murderer Matthew Farwell "amended" a pre-trial bail motion after alleging the defendant's brother was the father of the victim's unborn boy.

In arguing their combat vet client should be sent home on a $50,000 bond, Farwell's attorneys state, "DNA analysis confirmed that he (Matthew Farwell) was not the father of Ms. Birchmore's fetus."

Those lawyers then argue Matthew Farwell remained in Massachusetts after Birchmore's death, "While other men who had ongoing affairs with Ms. Birchmore moved out of state after her death, Mr. Farwell remained in the same home, in the same town."

In a footnote, they add, "according to the government's own evidence, Mr. Farwell's brother who is a named defendant in the civil lawsuit as well as the confirmed biological father of Ms. Birchmore's fetus who has thus far not been publicly named."

That footnote, #12, was “amended” and posted later Thursday night to read, “These include, according to the government’s own evidence, Mr. Farwell’s brother who is a named defendant in the civil lawsuit, as well as another indivdual who is the confirmed biological father of Ms. Birchmore’s fetus who has thus far not been publicly named.”

The bolding was added to that footnote in the amended filing by the defendant’s Federal Public Defender Office legal team. The footnote does not specifically name the biological father in either case.

Matthew Farwell has been declared indigent, and taxpayers are paying for his defense.

Prosecutors say he impregnated Birchmore and then strangled the then-23-year-old to death in her Canton apartment on Feb. 1, 2021 — staging it to look like a suicide.

Massachusetts fire chief accused of helping his son earn OT pay Watch More



The legal flip-flop is another twist in this grim case that was first ruled a suicide by Norfolk DA Michael Morrissey’s office and then a murder by the U.S. District Attorney for Massachusetts, Leah Foley.

As the Herald has reported, the basics of the complaint against William Farwell are similar to those against his brother, minus any criminal charges. William Farwell is accused of having an inappropriate relationship with Birchmore, whom he first met when, as a child, she entered the Stoughton Police Department's Explorers Program to learn about being a police officer.

William Farwell worked at the Stoughton PD from March 21, 2017, until his resignation on Aug. 1, 2022, according to the decertification agreement.

Matthew Farwell, also an ex-Stoughton police officer, has also been charged with causing the death of Birchmore's unborn child, according to court documents.

A federal grand jury indicted Matthew Farwell, 39, of North Easton, with killing Birchmore's unborn baby boy, whose gestational age, according to court documents, was "between 8 and 10 weeks."

In his latest appeal, Matthew Farwell argues that he should be allowed to return home to his wife and three children while he awaits his day in court. His legal team argues, in part, that he is a combat veteran who served in an "Afghanistan EOD mission. Charged primarily with the disposal of improvised explosive devices (IEDs)."

They show his medals in the 32-page filing along with other arguments alleging Birchmore was suicidal.

They add that Matthew Farwell admitted to an affair with Birchmore that he broke off.

"Sandra Birchmore's death by suicide was a tragedy, and the federal government's allegations that Mr. Farwell instead killed her are undoubtedly serious," the motion states. "Undersigned counsel expects, however, that much of what the government declaratively states as fact in its motion and accompanying affidavit are issues that will be heavily contested and litigated at trial."

## DA pushes back

Morrissey's office pushed back Friday stating in an email, "The state Medical

Morrissey is not seeking reelection to his post after facing blistering criticism over his handling of the Birchmore case and the Karen Read prosecution.

According to the federal indictment of Matthew Farewell, Birchmore "expressed excitement to Farwell about her due date, ultrasounds, genetic testing, gender reveals and doctor appointments. She booked prenatal care appointments that post-dated her death. She also ordered baby items, conducted Google searches related to her pregnancy and future child-rearing decisions, planned for newborn baby photos and an official pregnancy announcement intended for Valentine's Day."

Also on Friday, the federal judge in the case allowed Matthew Farewell's attorneys to amend and withdraw the original motion for bail.



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)

*Here is the amended motion …*

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

## Around the Web

REVCONTENT



**The 2lb 'Jet Turbine' That's Making $300 Gas Blowers Look Ridiculous**

Seese Pro



**NEWS > CRIME & PUBLIC SAFETY**

# Matthew Farwell back in court next month in Sandra Birchmore case

A hearing on a motion to suppress from Farwell's defense is scheduled for the morning of May 15



Composite of file photos

By **COLLEEN CRONIN** | ccronin@bostonherald.com
PUBLISHED: March 31, 2026 at 4:23 PM EDT

Matthew Farwell, the former Stoughton police officer accused of killing Sandra Birchmore and her unborn child, will be back in court next month as his federal murder case continues.

A hearing on a motion to suppress from Farwell's defense is scheduled for the morning of May 15, according to court documents. That motion has not yet been filed, but is due to the court about a month before the hearing on April 16.

Prosecutors will have until May 7 to file their opposition.

The former officer faces two federal charges for allegedly killing Birchmore in 2021. Prosecutors said Farwell murdered Birchmore after she told him that he was the father of her baby, then Farwell staged her body to make it look like she killed herself.



But in August 2024, he was indicted on the federal charge of killing a victim/witness. Federal prosecutors charged him with an additional count of killing a child in utero last fall. He pleaded not guilty to both crimes.

Since Farwell was charged, his defense has attempted to have the venue of the trial changed, citing ‘sensational and emotional’ news coverage, and failed to get the case dismissed.

Last week, they filed a motion to have Farwell released on bail.

His lawyers wrote in the filing that the government could not prove that he was a danger or a flight risk, citing his military service and strong ties to Massachusetts.

“Farwell is a life-long resident of Massachusetts, a devoted son and father, and a decorated combat veteran and police officer who has served his country and community for nearly 20 years,” his attorneys wrote.

They wrote about his experience in the Army on Explosive Ordnance Disposal missions and his deployment to Afghanistan in the early 2000s, as well as the fact that his wife, children, and mother all live in Massachusetts.

Insisting that their client has no intention of fleeing if he’s released, the attorneys also argued that he had stayed during and cooperated with various investigations following Birchmore’s death and prior to his federal indictment.

After resigning from the Stoughton Police Department in 2022, “far from the conduct of someone intending to flee the district, Mr. Farwell took out a 10-year business loan to start his own business, which he named after his two sons and daughter,” his attorneys wrote.

The filing stated that while Farwell remained in Massachusetts, “other men who had ongoing affairs with Ms. Birchmore moved out of state after her death.” That sentenced was footnoted: “These include, according to the government’s own evidence, Mr. Farwell’s brother who is a named defendant in the civil lawsuit, as well as another indivdual [sic] who is the confirmed biological father of Ms. Birchmore’s fetus who has thus far not been publicly named.”

Both Farwell brothers are named in the civil suit filed by Birchmore's family, which has been temporarily suspended while the federal murder case plays out.

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

## Around the Web

REVCONTENT

**The America 250 Collectible Everyone Seems to Be Talking About**

Glosritystore

NEWS > CRIME & PUBLIC SAFETY

# Ex-Stoughton cop Matthew Farwell's DNA was found on murder weapon around Sandra Birchmore's neck: Feds

'Farwell's DNA was found on the ligature that tied Birchmore's neck to a closet door handle'





By **RICK SOBEY** | rick.sobey@bostonherald.com | Boston Herald

PUBLISHED: April 6, 2026 at 8:04 PM EDT

A former Stoughton police officer accused of killing a pregnant woman allegedly left his DNA on the murder weapon, according to the feds.

Matthew Farwell is charged with the murder of 23-year-old Sandra Birchmore and her unborn child to prevent her from disclosing information about Farwell's other alleged federal crimes.

Farwell allegedly raped Birchmore as a child, continued to have sex with her when she became an adult, believed she was pregnant with his child, and killed her in February of 2021 — staging the crime scene to make it look like Birchmore committed suicide, according to prosecutors.

As Farwell pushes for his release ahead of the trial, the feds are revealing new evidence to support Farwell's detention.



"There is clear and convincing evidence that Farwell is a danger to the community, and a preponderance of the evidence that he is a risk of obstruction and flight," the feds wrote in a Monday filing.

"Farwell should remain in custody pending trial," the feds wrote, adding, "The evidence proving that Farwell committed the offenses alleged in the Superseding Indictment has gotten stronger since the defendant's arrest."

Farwell faces a potential life sentence if he's convicted.

The U.S. Attorney's office is now divulging new DNA evidence that allegedly ties Farwell to the murder of Birchmore and her unborn child.

His DNA was on the strap that was used to asphyxiate Birchmore, according to the feds.

Back in 2021, the Massachusetts State Police Crime Laboratory conducted tests and found male DNA on the ligature that was around Birchmore's neck.

"However, despite detecting DNA on these items, no meaningful conclusions could be drawn from this evidence in 2021," the feds wrote in the new filing. "That is because state investigators did not obtain DNA from Farwell or anyone else."

But in 2024, the FBI obtained a federal search warrant authorizing agents to obtain a DNA sample from Farwell.

His DNA was compared to the DNA found on the ligature from which Birchmore hung — as well as the DNA under Birchmore's fingernails, and the sperm in her underwear.

"While Farwell correctly states in his memorandum that his DNA was not found under Birchmore's fingernails, he fails to mention that Farwell's DNA was found on the ligature that tied Birchmore's neck to a closet door handle," the feds wrote.

"The presence of Farwell's DNA on the murder weapon—i.e., the strap used to asphyxiate Birchmore—is, of course, highly inculpatory," the feds added.

Farwell's sperm cells were detected in multiple locations on the underwear that Birchmore was wearing when she was found dead, according to the U.S.

"The presence of Farwell's sperm in Birchmore's underwear renders it highly likely that he lied to Massachusetts State Police detectives during his brief interaction with them in the school parking lot on February 6, 2021, when he claimed that the last time he had sex with Birchmore was in October 2020," the feds added. "This lie is relevant to Farwell's state of mind and his consciousness of guilt."

Although a DNA test proved Farwell was not the father, he allegedly groomed Birchmore from a young age, starting a sexual relationship with her when she was a minor that continued until her death.

Birchmore's death in 2021 was initially ruled a suicide, and state prosecutors from the Norfolk DA's office declined to bring charges against Farwell.

The federal trial is expected to begin in October.

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

## Around the Web

REVCONTENT

**NEWS > POLITICS**

# Sandra Birchmore's cousins select their preferred candidate in Norfolk DA's race




Adam Deitch (Photo courtesy Deitch campaign)



By **LANCE REYNOLDS** | lreynolds@bostonherald.com

PUBLISHED: April 15, 2026 at 4:41 PM EDT | UPDATED: April 16, 2026 at 8:47 AM EDT

Members of Sandra Birchmore's family are slamming the Norfolk County DA's office for failing to "deliver justice" in her murder case, endorsing a former federal prosecutor to replace the embattled Michael Morrissey.

Birchmore's cousins, Angelique Pirozzi and Justina Danick, are endorsing Adam Deitch in the race, which has grown to include a handful of candidates seeking to succeed Morrissey, who is not running for reelection.

"Sandra's case exposed deep failures that demand meaningful change in the District Attorney's Office," Pirozzi and Danick said in a joint statement that Deitch's campaign shared on Wednesday. "We believe that former Assistant U.S. Attorney Adam Deitch is uniquely prepared to deliver the fundamental change the office requires."

"Adam Deitch understands what went wrong, and he has the experience and independence to rebuild a DA's office the public can count on," the cousins added. "For Sandra, and for every family that depends on a fair and competent justice system, we are proud to support Adam Deitch for Norfolk County District Attorney."




This comes as the feds allege former Stoughton police officer Matthew Farwell, accused of killing a pregnant 23-year-old Birchmore and her unborn child, left his DNA on a murder weapon.

Farwell allegedly raped Birchmore as a child, continued to have sex with her when she became an adult, believed she was pregnant with his child, and killed her in February of 2021 — staging the crime scene to make it look like Birchmore committed suicide, according to prosecutors.

A DNA test ultimately proved Farwell was not the father of the unborn child. Birchmore's death was initially ruled a suicide, and state prosecutors from the Norfolk DA's office declined to bring charges against Farwell.

As Farwell pushes for his release ahead of the trial, the U.S. Attorney's office has divulged that DNA was on the strap that was used to asphyxiate Birchmore.

"From the beginning, the truth about Sandra's death was ignored," Birchmore's cousins stated in their endorsement of Deitch. "Despite clear warning signs and mounting evidence, state authorities ruled her death a suicide."

"To this day," they added, "Sandra's death certificate still states that she died by suicide, despite overwhelming evidence that she was targeted, groomed, abused, and ultimately killed by someone she should have been able to trust."

In 2021, the Massachusetts State Police Crime Laboratory conducted tests and found male DNA on the ligature that was around Birchmore's neck.

"However, despite detecting DNA on these items, no meaningful conclusions could be drawn from this evidence in 2021," the feds wrote in a filing earlier this month. "That is because state investigators did not obtain DNA from Farwell or anyone else."

Adam Deitch, who led the federal investigation into the death of Boston police officer John O'Keefe in the Karen Read case, said in a statement that he is "deeply honored to have the support of members of Sandra's family."

"The conduct of the DA's Office in Sandra Birchmore's case was one of the most important factors in my decision to leave the U.S. Attorney's office to run for District Attorney," Deitch said. "Our community has a right to expect the DA's Office to pursue the truth without fear or favor, protect the vulnerable, and earn the public's trust through professionalism and

Sign up for It's all Politics: A political newsletter with Boston Herald's coverage of local and national politics.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

## Around the Web

REVCONTENT

**After 60, Leg Strength Comes From One Simple Daily Move**

ApexLabs

**NEWS > CRIME & PUBLIC SAFETY**

# Sandra Birchmore's alleged killer's interest in 'barely legal teens' porn shows a threat, prosecutors say



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)



By **FLINT MCCOLGAN** | flint.mccolgan@bostonherald.com
PUBLISHED: April 23, 2026 at 5:47 PM EDT

Case 1:24-cr-10259-DJC Document 287-2 Filed 09/28/26 Page 34 of 92

Prosecutors say that phone data from the former Stoughton Police officer accused of killing Sandra Birchmore shows a sexual interest in "barely legal" teen girls that poses a danger to the community if he were released on bail.

Matthew Farwell is accused of grooming Birchmore while she was a girl enrolled in the Police Explorers Academy, a youth program run by the Stoughton Police that included Farwell as a teacher. He then allegedly took her virginity through statutory rape when she was 15.

Farwell continued the sexual relationship, prosecutors say, until he allegedly impregnated Birchmore and then strangled her to death in her Canton apartment on Feb. 1, 2021, when she was 23 years old. Prosecutors say that he had staged the scene to look like a suicide.

He is charged in federal court with killing Birchmore and her unborn child. He was arrested in August 2024 and has been detained ever since.



His attorneys last month began pushing for his release, arguing in court filings that "the government cannot demonstrate that he is currently a risk of flight or obstruction, let alone a risk that could be considered 'serious,' or that he poses a danger."

In an extension to that response filed Thursday, prosecutors detailed evidence they found on his phone that suggests that Farwell poses a threat to the community and to the integrity of the case against him if released from custody. That includes evidence, prosecutors wrote, that he has a concerning sexual interest in young girls, that he has taken efforts to hide his interest in the Birchmore case, and that he may attempt to flee.

Prosecutors say that web history on Farwell's phone indicates that he "accessed pornographic material that suggests that he maintains a sexual interest in teenage girls." Prosecutors wrote out porn video titles and search history that indicate a fetish for porn of "barely legal" teens with a special interest in videos that suggest impregnation.

Some Republican governors are rebranding June with conserva Watch More



Prosecutors also say that Farwell made "affirmative efforts to hide his internet activity related to Sandra Birchmore." They say he used the privacy-forward smartphone browser DuckDuckGo when searching for information on the investigation into her death, but used default browsers for other searches, including for porn. This suggests, prosecutors say, that the "somewhat tech-savvy former police officer" could "take steps to further obstruct the investigation and trial if released.

Email address SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

Finally, writing composed to a close friend found in his Notes app indicated that Farwell may have had an “intent to flee or otherwise not appear for trial.”

## Around the Web

REVCONTENT



**After 60, Leg Strength Comes From One Simple Daily Move**

ApexLabs



**NEWS > CRIME & PUBLIC SAFETY**

# Norfolk DA hopefuls talk reforms to office at candidate forum

## Four of the six candidates running for the office attended




From left to right, Djuna Perkins, Jim Barakat, Macy Lee, and Adam Deitch, candidates for Norfolk County DA, attended a forum at BC Law. (staff photo by Stuart Cahill/Boston Herald)

By COLLEEN CRONIN | ccronin@bostonherald.com

PUBLISHED: April 24, 2026 at 2:57 PM EDT | UPDATED: May 28, 2026 at 9:47 AM EDT

While their resumes vary, four candidates for Norfolk County District Attorney who attended a forum this week at Boston College had a similar message: the office they're running for needs to change.

During the event, hosted by the Rappaport Center for Law and Policy (located in Middlesex County), each attorney took the opportunity to tell the audience why and how they'd reform Norfolk, which in recent years has been rocked by scandal over both the Karen Read and Sandra Birchmore cases.

In the wake of those cases, longtime Norfolk DA Michael Morrisey decided not to seek election.

"What has been going on for the last 16 years that we don't know about," former federal prosecutor Adam Deitch said. "When we start looking at other cases, we're going to see other problems."



Jim Barakat, a public defender, said that lots of clients he works with, who aren't wealthy white women, also face similar obstacles, they just don't get as much media attention.

Former Suffolk County prosecutor Macy Lee noted because of the way the case was handled, "We forgot someone named John O'Keefe… that tragic case overshadowed the tragic loss of someone in our community."

Another ex-Suffolk assistant district attorney Djuana Perkins said that recent bad decisions in Norfolk had been driven by ego, adding that "confirmation bias was all over the place."

Two candidates, a third former Suffolk ADA Craig MacLellan and current Norfolk ADA Gregory Connor, who prosecuted the Brian Walshe murder case, did not attend.

0:07 / 0:30

MacLellan said that he was on a planned family vacation for school vacation week, and Connor's campaign manager told the Herald he had two county events to attend during the forum.

While Connor, the only insider candidate, wasn't at the table, it gave each cordial and present candidate the opportunity to emphasize why an outsider was needed in the District Attorney role.

Despite general shared views on the need for new leadership in Norfolk, as well as the importance of ideas like restorative justice, or the fact that there are major racial disparities in the justice system, there were a few places where the candidates either departed their platform or differentiated their focus from one another.

Perkins said that as DA, she likes to focus her efforts on violent and sexual crime, as well as fraud, because she said that's where "real evil" lies.

She also pushed back against the ideas of Barakat, who talked about how putting people in prison is the biggest contributor to recidivism.

Barakat cited a statistic that 88% of people incarcerated in state are institutionalized for misdemeanor and low level crimes, explaining that he believes in using diversion and decriminalization.

"I think it should be a last resort," Barakat said of incarceration, at least for non-violent offenders.

"It's not that easy to go to jail in Massachusetts," Perkins countered.

During many of Deitch's answers, he honed in on issues of public corruption, which he said he had experience with in the federal court. He told the audience he'd like to dedicate an ADA to specialize on only those cases.

He also mentioned the endorsement he recently received from some members of Sandra Birchmore's family, said that he believes he DA's office has been operating under a "two-tiered system," giving "special treatment" to certain groups.

Lee took the time to emphasize the importance of immigrant communities in the county, especially those who have a distrust of law enforcement because of cultural and language differences.

She also noted that each of the 27 communities within the county have their own unique issues. Before Sept. 1, primary day, she's made the goal of meeting every police chief in the jurisdiction.

As DA, Lee said she would "have a presence, walk the neighborhoods" in all those cities and towns.

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

"That is something that has not been happening," under the current DA, she added.

## Around the Web

REVCONTENT



**Ask a Pro: "How Long Does $2.5 Million Last in Retirement?"**

SmartAsset



**OPINION > OPINION COLUMNISTS**

# Howie Carr: The Karen Read saga shed a light on Massachusetts State Police misconduct



**Composite of Herald file photos**

Howie says that the police scandals around the case of Karen Read, center, that brought down the likes of MSP Trooper Michael Proctor, opened the door for examining other State Police cover-ups like the drunken driving crash of Scott Quigley, left. (Composite of Herald file photos)



By **HOWIE CARR** | howard.carr@medianewsgroup.com | Boston Herald

PUBLISHED: April 26, 2026 at 5:46 AM EDT

Karen Read will always be the defining Massachusetts State Police scandal of this generation, without a doubt.

But as we learn more about two other MSP cases of massive corruption and/or incompetence, it seems that the failed lynching of Karen Read may not even be the worst recent example of police abuse by law-enforcement in Massachusetts.

It may only rank third, behind the wrongful-death scandals of Sandra Birchmore, victim, and now Scott Quigley, defendant.

This is not to understate what happened to Karen Read. We still don't know everything about the appalling misbehavior of her persecutors, including disgraced ex-Trooper Michael Proctor.




Just last week, at a hearing in Dedham, a lawyer in a related criminal case told a judge about Proctor's personal cell phone, which Karen Read is trying to obtain, all 44,000 pages of his texts between 2014 and 2022.

"He's really a racist person from the beginning," attorney Rosemary Scapicchio said. "Some of the things that he's said, 'It's kill an n-word in Canton day.' This is what we're dealing with here, Judge."

At that same hearing, Karen Read's own lawyer, Karen Rosenberg, elaborated about those texts of the trooper who found all those pieces of broken tail light in Canton.

Some Republican governors are rebranding June with conserva Watch More



"What they are is staggeringly anti-woman, racist, homophobic, anti-Semitic, among other things."

Karen Read and the other affected parties are going to get the texts, no thanks to the corrupt district attorney, Michael "Meatball" Morrissey. He dispatched his low-IQ prosecutor, Adam Lally, to the hearing as a spectator, taking notes for his tubby boss.

"So what are we protecting here?" Scapicchio rhetorically asked of the Democrats' continuing pampering and coddling of this monster Proctor.

Meatball himself is retiring due to ill health — the voters got sick of him. But in addition to helping Proctor escape justice, he continues to run away from yet another of his botched murder "investigations" in Canton by the State Police.

Sandra Birchmore was 23 and pregnant in 2021 when she was allegedly murdered by her married cop boyfriend, Matthew Farwell. Meatball's Proctor-ized State Police unit immediately ruled her murder a "suicide,"

It was left to the feds in Boston to arrest Farwell, after Meatball's local yokels adamantly refused to do anything other than try to broom the crime by one of their own.

Stop me if you've heard this one before…

Now we have learned — again, thanks only to the feds — that the MSP never bothered to get Farwell's DNA for years after the murder. Also, Meatball's Keystone Kops never checked to see if his DNA appeared on the strap that was used to strangle her with. (It did.)

After totally missing the 32,709 text messages between them, the MSP likewise failed to discover that after allegedly murdering his pregnant girlfriend, Farwell used his cell phone to "access pornographic material that suggests that he maintains a sexual interest in teenage girls."

He had a particular interest in porn involving pregnant teenagers, the G-men reported.

And yet Meatball Morrissey and his State Police detectives knew nothing. That's their story and they're sticking to it.

Here's a question — theoretical, of course — for Meatball Morrissey.

What's a worse sin/crime — declaring an obvious murder a suicide to protect a perverted crony? Or trying to frame an innocent woman for a murder you well knew she couldn't have possibly committed, and then trying her a second time after she was acquitted by the jury at her first trial?

Asking for a friend, Meatball.

And then there's this latest scandal, the case of MSP Sgt. Scott Quigley, a loyal minion of yet another septuagenarian Democrat hack DA, Marian Ryan of Middlesex County.

In December 2023, Quigley killed Angelo Schettino, a passenger in a disabled van. The trooper's unmarked cruiser crossed a double yellow line in Woburn and struck Schettino's vehicle. Quigley had just been drinking in a bar with another cop, and at the hospital, his BAC was recorded as .114.

The State Police and DA Ryan's office covered up this atrocious crime for 25

The sergeant who wrote him the warning for killing a guy was just as quickly promoted to lieutenant. But she has since been indicted herself in a different scandal for both involuntary manslaughter and perjury.

Unlike Meatball, Ryan is running for reelection, against a squeaky-clean former deputy, David Solet. So she's trying to run out the clock to the September primary, before we start getting the drip-drip-drip of Proctor-like revelations about the 25-month-long cover up.

Marian Ryan's longtime tosspot trooper pal spent the afternoon at a bar, got in his car and killed somebody and was off the job at her office for eight months.

And Marian Ryan says she knew nothing.

Do you believe her?

Here are a few questions about Quigley that we need answers to, despite the inevitable legal foot dragging to come from Ryan and the State Police.

How many earlier MV accidents was Quigley involved in before he killed Schettino on that boozy afternoon?

We know about the "six drinks" the two staties had — how many of them did Quigley consume?

What exactly were these drinks — can we see Quigley's credit-card receipts, please?

How many state troopers, especially superior officers, visited Quigley in his hospital room as the cover-up began? Were any of them subsequently allowed to retire at grotesquely bloated pensions?

Have any of those "retired" troopers have since been hired by other hack-infested state agencies to supplement their fabulous kisses in the mail?

You see what I mean about how bad all these cases are? Quigley is an outrage, Birchmore may be even worse. Sadly, the main difference between those two cases and Karen Read's is that the other two victims weren't as photogenic as Karen Read, and now they're also dead.

This state needs an enema.

**Ask a Pro: "How Long Does $2.5 Million Last in Retirement?"**
SmartAsset

**Always Touch The Hotel Mirror Before You Unpack. Here is Why**
Wellnesspeek

NEWS > CRIME & PUBLIC SAFETY

# Police Blotter: Karen Read allowed to use 'staggeringly anti-woman, racist, homophobic, antisemitic' texts in civil suit

## Matthew Farwell also appeared in court for a bail hearing



Karen Read sits with her lawyers during a proceedings in a wrongful death suit. (Pool photo by Greg Derr)

By **COLLEEN CRONIN** | ccronin@bostonherald.com
PUBLISHED: April 28, 2026 at 8:29 PM EDT

Karen Read will be allowed to use allegedly racist and homophobic text messages on former State Trooper Michael Proctor's phone in two upcoming lawsuits.

A judge in Norfolk County Superior Court ruled that the texts are admissible in a brief filed Tuesday, Mass Live reported.

Read can use the texts in a suit against the Mass State Police and another, soon-to-be-filed suit against the town of Canton.

"These communications are not private, they're not personal, they're not confidential, and they're not privileged," Read's attorney Aaron Rosenberg argued in court last week. "But what they are is staggeringly anti-woman, racist, homophobic, antisemitic, among other things.



The texts are between Proctor and Canton Police Sgt. Sean Goode, according to Read's attorney. She was already allowed to use the messages in a wrongful death suit filed against her by the family of John O'Keefe.

Read was tried twice for second-degree murder in O'Keefe's death. The trial ended in a hung jury and she was acquitted last summer.

## Farwell back in court for bail hearing

Former Stoughton Police Officer Matthew Farwell was back in court Monday for a hearing on whether he should be released from jail while awaiting his federal murder trial.

The judge heard arguments from both sides and has taken the issue under advisement, according to court records.

Some Republican governors are rebranding June with conserva Watch More



Farwell allegedly killed Sandra Birchmore and her unborn child in 2021, then staged her death to make it look like a suicide after she told Farwell she was pregnant and he was the father.

He was indicted and arrested in August 2024 on a federal charge of killing a witness or a victim after the Norfolk County District Attorney's Office declined to prosecute the case.

In documents filed by Farwell's attorneys, the defense has argued that the defendant is not a flight risk nor a danger, saying that he should be released.

But prosecutors argued that the evidence against him is strong, writing in a motion opposing bail that, "Farwell's DNA was found on the ligature that tied Birchmore's neck to a closet door handle."

Farwell is scheduled to be back in court on May 26.

## Alleged fentanyl trafficker arrested

who allegedly trafficked fentanyl and sold other drugs.

Clevan Richards, 46, was charged with fentanyl trafficking, possession with intent to distribute Class A and B drugs, and a habitual criminal penalty enhancement.

According to BPD, investigators believed that Richards was selling drugs near Nubian Square, Grove Halls, and Mass and Cass. Police received search warrants from a court to search his person, his residence on American Legion Highway, and his motor vehicle.

Following the execution of the warrants on his person and car, police said they recovered 19 grams of fentanyl, nine grams of crack cocaine, six grams of cocaine, and an undisclosed amount of cash.

The department said in a statement that officers did not recover drugs at the residence but did find drug packing materials.

Richards is expected to be arraigned at West Roxbury District Court.

## Incident Summary

BPD responded to 215 incidents in the 24-hour period ending at 10 a.m. Tuesday, according to the department's incident log. Those included four aggravated assaults, two commercial burglaries, two larcenies from a vehicle, 14 miscellaneous larcenies, and one auto theft.

## Arrests

All of the below-named defendants are presumed innocent until proven guilty.

— Albert Vizcaino, 28 Wardman Rd., Boston. Negligent operation of a motor vehicle.

— Dashawn Brown, 612 Georgetowne Dr., Hyde Park. Uninsured motor vehicle.

— Brandon Hammond, 12 Haith St., Revere. Possession of a firearm without an FID card.

drug.

— James Debellis, 44 Tuttle St., Dorchester. Assault and battery on a person 60+/disabled.

— Jordy Rivera, 95 Archdale Rd., Roslindale. Shoplifting more than $100 by asportation.

— Aaron Holtzclaw, 5 Washington St., Brighton. Possession of a Class B drug.

— Joseph Mccall, 39 Boylston St., Boston. Possession of a Class B drug.

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.




## Around the Web

REVCONTENT

NEWS > CRIME & PUBLIC SAFETY

# ‘Evidence against Farwell is very strong’: Judge orders former Stoughton officer stay behind bars

‘There is no condition or combination of conditions that would reasonably assure the safety of others and the community’



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)

By **COLLEEN CRONIN** | ccronin@bostonherald.com
PUBLISHED: May 26, 2026 at 4:20 PM EDT

Former Stoughton Police Officer Matthew Farwell will remain behind bars while he awaits his federal murder trial, a judge ordered Tuesday.

"The court finds that the government has met its burden on risk of flight and on danger to the community and obstruction and orders that Farwell be detained pending trial," Magistrate Judge M. Page Kelly wrote.

Farwell is accused of killing Sandra Birchmore and her unborn child in February 2021, after she told the then-officer that she was pregnant with his baby, although he was not ultimately the father. According to prosecutors, Farwell strangled Birchmore in her apartment then staged the crime scene to make it look like a suicide.

The decision to keep Farwell detained pointed to evidence that he began having a sexual relationship with Birchmore when she was 15 and he was 26 and that he became upset after someone in his department learned about the relationship.



The judge also mentioned forensics that allegedly show Farwell was directly involved in Birchmore's death. Prosecutors said Farwell's DNA was found on the murder weapon, the Herald previously reported.

Because many of those exhibits and evidence are under seal, the decision did offer many new details.

"At this stage of the case, and emphasizing that this court does not have the benefit of cross-examination of witnesses and the full record which will be developed at trial," Kelly wrote, "the court concludes that the evidence against Farwell is very strong, if not overwhelming."

The judge said that the government met its burden in proving that Farwell is at risk of fleeing, obstructing justice, and causing harm to others if released pre-trial.




**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy and to receive emails

assure the safety of others and the community," Kelly wrote.


## Around the Web

REVCONTENT



**Ask a Pro: "How Long Does $2.5 Million Last in Retirement?"**

SmartAsset



**Do This Simple Trick Now to Eliminate Annoying Moles and Skin Tags!**

Linkovibe

**NEWS > CRIME & PUBLIC SAFETY**

# Ex-US Attorney Rachael Rollins says Michael Proctor defendants should review cases



**Staff Photo By Matt Stone/Boston Herald**

Former U.S. Attorney Rachael Rollins speaks at a press conference in Oct. 2022. (Staff Photo By Matt Stone/MediaNews Group/Boston Herald)



By **FLINT MCCOLGAN** | flint.mccolgan@bostonherald.com

PUBLISHED: June 5, 2026 at 3:40 PM EDT

Former U.S. Attorney and Suffolk DA Rachael Rollins is urging criminal defendants investigated by disgraced and former cops Michael Proctor and Sean Goode to have their attorneys review their cases.

"EVERY SINGLE DEFENDANT that had one of these 2 (poop emoji)stains on their case needs to contact CPCS or their lawyer," Rollins posted on X Friday. "If you are Black, Latino, Jewish, Female, an Immigrant & Proctor or (No)Goode were involved with your case — DEMAND A NEW TRIAL. Can you say Brady/Due Process violations?"

Rollins served as Suffolk DA until she was appointed U.S. Attorney for Massachusetts during the Biden administration. She was confirmed following a contentious Senate vote, with a tie broken by Vice President Kamala Harris. Rollins resigned in May 2023 after two federal reports found evidence of corruption.

Rollins, who currently works a $104,289 job at Roxbury Community College, according to Comptroller records, is running for her old job as Suffolk DA.



Proctor and Goode exchanged deeply offensive text messages displaying "entrenched and unrepentant hatred for women, Black Americans, Asian Americans, Jews, Hispanics, Arabs, and gay people," according to a lawsuit

Proctor, a former Massachusetts State Police trooper assigned to the detective unit at the Norfolk DA office, served as the "case officer" for the investigation into Read for the murder of her boyfriend, Boston Police Officer John O'Keefe, in January 2022. O'Keefe's body was found frozen on the front lawn of a Canton home owned by a fellow Boston cop and Goode, who resigned days ago from the Canton Police Department, was one of the first cops on the scene.

Read's attorneys over two trials and again in the new lawsuit have alleged widespread police conspiracy to frame her for O'Keefe's murder. Read was ultimately acquitted of the charge last summer.

"If I had handled the Karen Read trials & the 'suicide' of Sandra Birchmore the way my former colleague did, I would've been fitted with an iron scold's bridle & paraded through Government Center," Rollins had posted about Norfolk DA Michael Morrissey immediately following reports of the Read lawsuit. "Now these texts? And no elected has called for his resignation? $223K until 1/4/27."

Morrissey's office has come under fire regarding both the Read case — which garnered national media attention, including network specials and an HBO/ID docuseries — and the Birchmore case.

Birchmore was found dead in her Canton home in February 2021 and local authorities labeled it a suicide and moved on. But federal authorities weren't so sure and in September 2024 filed charges against Matthew Farwell for her death.

Farwell, a Stoughton cop at the time, allegedly groomed Birchmore starting when she was 12 years old and then killed her when she told him she was pregnant with their child. A superseding indictment also charges him with the death of the unborn child. Farwell has pleaded not guilty.

Rollins also took aim at the background check system for these two agencies.

**News as it breaks:** All our breaking news stories, sent as often as we have them.

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

"As DA, I personally interviewed the Boston Police Detectives & State Troopers for my Homicide Unit. Looked at IA files & complaints," she posted Friday. "Talked about race & bias. Majority of my homicide victims were Black & Latino; most of my BPD & MSP candidates looked like Proctor & (No)Goode."

## Around the Web

REVCONTENT

**LOCAL NEWS**

# Stoughton Police Chief files harassment claims against town manager



Stoughton Police Chief Donna McNamara leaves the Boston federal courthouse after the arrest of a former Stoughton cop accused of killing Sandra Birchmore. (Matt Stone/Boston Herald, File)



By **GRACE ZOKOVITCH** | gzokovitch@bostonherald.com
PUBLISHED: July 22, 2026 at 7:59 PM EDT

The Stoughton police chief has filed a harassment claim against the town manager, her attorney said in a statement Wednesday, alleging attempts to smear her out of her job and referencing her role in the Sandra Birchmore case.

"The Town of Stoughton, as demonstrated by the litany of national and international headlines over the past five years, does not exactly have an exemplary record when it comes to its treatment of women and girls," said Leah Marie Barrault, an attorney representing Police Chief Donna McNamara. "Never in my career have I seen such a nakedly transparent attempt to smear a good and honest police chief out of her job."

Stoughton Police Chief Donna McNamara, who has held the position since 2016, filed a harassment complaint against Stoughton Town Manager Thomas Calter on Monday.

On Wednesday, the town named a new acting police chief and claimed McNamara "voluntarily stepped down from her duties, which is not true," the lawyer stated.

McNamara's lawyer said town officials had banned her from doing her duties "despite the fact that, to date, they have stated no lawful reason to do

The Monday complaint against Calter claimed he engaged "in a pattern of gossip and disparagement against Chief McNamara while also calling and texting her on her cell phone virtually every day for the past two weeks," McNamara's statement said.

Since the complaint, the chief's lawyer claimed he continued to "assassinate the well-earned reputation of Chief McNamara through a pattern of legally actionable and frankly misogynistic words and actions against the Town's first female police chief."

McNamara's representation said she began her career in the police department in 2001, noting accomplishments including her "numerous commendations," graduation from the FBI National Academy, the department's voluntary state accreditation since 2012 and more. She recently signed a three-year contract, Barrault says, and was contemplating retirement in 2028.

"She has never been disciplined by any of the numerous town managers she served under, nor has she ever received a negative performance evaluation," the statement says. "She has never been informed that her performance was unsatisfactory in any way."

The chief's representation also references her work in the Sandra Birchmore case. Birchmore's death at age 23 in 2021 was initially ruled a suicide. But following a federal investigation, former Stoughton police officer Matthew Farwell was charged with her murder on allegations he did so to cover up sexual abuse and her pregnancy.

McNamara's lawyer states in 2022, she "held a press conference that would put in motion a sea of change in which she named three former police officers who had an inappropriate sexual relationship with" Birchmore.

None of the subsequent investigation's revelations "would have seen the light of day without Chief McNamara's leadership," the statement adds.

**Start your day with us:** Our top stories curated & delivered to your inbox each morning.

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

The lawyer goes on to say McNamara is "guilty only of not aligning with the sexist standards that exist to keep women down the ranks in policing."

## MORE FROM OUR NEWSROOM



**Gov. Healey's abortion bill faces criticism from Massachusetts Catholics: 'Politically motivated'**
Thursday, August 13



**New York man accused of traveling to Massachusetts to rape 13-year-old girl**
Tuesday, August 11



**Newton demands probe into councilor over anti-immigrant remark: 'A repudiation of the…**
Wednesday, August 12



**Massachusetts state rep. outraged over DOC not revealing inmates who received $6 millio…**
Sunday, August 9

LOCAL NEWS

# Stoughton Police Chief files lawsuit over termination dispute following harassment claims



Stoughton Police Chief Donna McNamara leaves the federal courthouse after the arrest of a former Stoughton cop charged with killing Sandra Birchmore. (Matt Stone/Boston Herald, File)



By **GRACE ZOKOVITCH** | gzokovitch@bostonherald.com
PUBLISHED: July 28, 2026 at 6:54 PM EDT

Stoughton Police Chief Donna McNamara has filed a lawsuit against the town and town manager, alleging they breached her contract in naming a new acting chief.

"We have today filed a complaint in Superior Court accusing Town of Stoughton and Thomas C. Calter of unlawful actions against Chief Donna McNamara," McNamara's lawyer Leah Barrault said. "The town has made false statements about Chief McNamara, and the town manager has engaged in a pattern of gossip and character assassination against a chief who has done her duty day in and day out for the people of this Town."

The lawsuit, filed in Norfolk Superior Court, accuses the town and town manager of "prohibiting Chief McNamara from doing her duties even though, to date, they have provided no lawful reason to do so."

The legal action follows the heated publication of disputes between Town Manager Thomas Calter and McNamara last week. The police chief, who has held the position since 2016, filed a harassment claim against Calter on July 20. Then two days later, the town named a new acting police chief.



Case 1:24-cr-10259-DJC Document 287-2 Filed 09/28/26 Page 67 of 92

The town claimed McNamara had voluntarily stepped down, which the chief said is “not true.” The police chief has pointed to her “exemplary personnel record,” including her role in investigating her fellow police officers in the high-profile Sandra Birchmore murder case.

The lawsuit requests that the town “comply with their employment agreement” and award McNamara relief.

The town of Stoughton and Calter did not respond to requests for comment as of Tuesday evening.

New details included in the lawsuit detail years-long conflicts between Calter and McNamara since he was appointed to the position in December 2022.

2 stabbed near Boston's North Station, TD Garden, police say Watch More

Calter “has repeatedly stated that he does not believe the Police Chief position should be filled by a woman, and has gone to great lengths to undermine and circumvent her authority,” McNamara’s counsel states.

The filing alleges Calter engaged in “hostility, yelling, and threats” and

The lawsuit also cites the Birchmore case, in which former Stoughton police officer Matthew Farwell is accused of having sexual relations with the victim while she was a minor volunteering with the department and killing her years later after she became pregnant.

McNamara claims Calter “demanded” she destroy a 2024 internal investigation into the department in relation to the Birchmore case, calling it a “hit piece.”

In June 2026, McNamara told Calter “she believes that, as a result of the FBI’s trial preparation and testimony involving current and also former Stoughton Police Department employees, new misconduct issues may arise necessitating internal affairs investigations of her employees.”

In early July, the two allegedly met again, and Calter reportedly informed the chief a member of the department had accused her of “berating him” and causing him stress at work. The lawsuit states that the town manager told her she could resign “with dignity” or face immediate termination.

“This complaint, if it even exists, had not been investigated, and it would represent the first formal complaint issued against McNamara during her entire career with the Department,” the lawsuit states, adding the town has to date “not issued charges against McNamara, commenced an investigation into her conduct, or placed her on administrative leave.”

On July 15, McNamara reportedly had legal counsel tell Calter she would not resign and issued a letter demanding to return July 17.

“She was informed that Calter had contacted both police unions and told them, ‘I don’t know who the next Chief will be, but it won’t be a woman,’ ” the lawsuit states.

Following her harassment complaint against Calter and the hiring of an acting police chief, the Stoughton Select Board has not taken action on her employment, the filing claims.

Under her contract, the lawsuit states, McNamara can resign at any time or be terminated by the town Select Board with or without cause, “subject to the process set forth in that document.”

**Start your day with us:** Our top stories curated & delivered to your inbox each morning.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

"We have a troubled history, but the men and women of this department have put in the work, honorably, this past five years as we all seek to regain the public trust that was lost during the previous generation," McNamara said. "I ask nothing of my subordinates that I do not ask of myself. I seek to lead with dignity and honor, and I am not ashamed to either look in the mirror or look any Stoughton citizen directly in the eye."

## MORE FROM OUR NEWSROOM



**Boston city councilor wants to fine cars who block bike lanes, declares pedestrians 'king' of…**

Wednesday, August 5



**'Dizzying positions': Judge hears arguments in lawsuit over $2B state contract awarded to…**

Tuesday, August 11



**Massachusetts 11-year-old girl catches 'massive' shark on Cape beach**

Tuesday, August 11

LATEST HEADLINES

# Prosecutors: Alleged Sandra Birchmore killer's ask for 'bill of particulars' a rehash of failed argument



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)

PUBLISHED: July 11, 2026 at 8:07 PM EDT | UPDATED: July 30, 2026 at 6:11 PM EDT

As the clocks tick down to an early October trial date for the ex-Stoughton cop accused of grooming and murdering Sandra Birchmore, the lawyers are still arguing over the contours of the crime.

Defense attorneys for Matthew Farwell said that despite heaps of discovery in the case, the government has failed to actually prove there is a crime that falls under federal — as opposed to a state —jurisdiction. They demand a "bill of particulars" from government prosecutors to spell that out.

"As of June 2026, the government has provided more than 286,000 pages of discovery related to the charge, over 43 hours of audio and videotaped evidence, and voluminous digital extractions, the reports for which total over 750,000 pages," attorneys Kimberly Stevens and Joanne Daley wrote in a filing late last month.

"Notwithstanding the volume of discovery, nowhere does the government set forth sufficient facts related to the elements of the charged offense, which requires a federal nexus," they continue.



The defense attorneys further allege that "missing from the information thus far disclosed are necessary details regarding multiple elements of the offense charged.

"When the charging document lacks sufficient particularity, the defendant's ability to confront adverse witnesses, to use compulsory process, and to mount a defense are inhibited," the attorneys wrote. "A bill of particulars, clarifying the indictment, is appropriate to vindicate these rights."

Prosecutors responded late last week, writing that the "request for a bill of particulars is a rehash of his unsuccessful motion to dismiss" and that the complaints had already been settled at that time.

"The Court has already held that the Superseding Indictment 'sufficiently apprises Farwell of the charge against him such that he can prepare an adequate defense and invoke double jeopardy protections,'" federal prosecutors wrote in their response. "In so holding, the Court rejected Farwell's arguments that the Superseding Indictment failed 'to allege the necessary element that a law enforcement officer or judge be "of the United States," or any essential fact that supports the allegation of possible federal criminal conduct.'"

"The Court should deny this second attack on the Superseding Indictment," they continued.

This all comes because "murder" is not really a federal crime and the state took a pass at investigating it as a murder because Birchmore's death in her Canton apartment had been ruled a suicide.

Instead, Farwell is charged with "Killing a witness or victim" to a federal crime — namely having sex with her while on the clock for a law enforcement job — as well as the charge "Protection of unborn children," which means his alleged killing of Birchmore also led to the death of her unborn baby, which he believed was his own.

Federal prosecutors say Farwell groomed Birchmore while she was still a child. At just 12 years old, Birchmore joined the Police Explorers Academy, a youth program run by the Stoughton Police that included Farwell among its teachers. Prosecutors say Farwell first groomed the girl and then took her virginity when she was 15 — which she had skipped a school dance for

When she informed him that she was pregnant and was excited to raise his child, prosecutors say, he went to her Canton apartment and strangled the then-23-year-old to death on Feb. 1, 2021 — staging it to look like a suicide.

Farwell was employed as a Stoughton Police Officer the whole time. The former Stoughton officer is 12 years older than Birchmore. He had three children with his wife and maintained a sexual relationship with Birchmore, court documents allege, until her death.

Farwell's trial is scheduled to begin in federal court in Boston on Oct. 5, according to court documents.

## MORE FROM OUR NEWSROOM



**Acton teen charged with killing mother, brother, held without bail**

Thursday, August 13



**Watch Live: Lindsay Clancy trial, Day 12, with updates**

Wednesday, August 12



**Boston city councilor wants to fine cars who block bike lanes, declares pedestrians 'king' of…**

Wednesday, August 5



**'Dizzying positions': Judge hears arguments in lawsuit over $2B**

**LOCAL NEWS**

# Stoughton police chief, town manager placed on leave pending investigation

## New court filing Thursday centers Sandra Brichmore case in police chief lawsuit



Stoughton Police Chief Donna McNamara leaves the Boston federal courthouse after the arrest of a former Stoughton cop accused of killing Sandra Birchmore. (Matt Stone/Boston Herald, File)

Case 1:24-cr-10259-DJC Document 287-2 Filed 09/28/26 Page 75 of 92

PUBLISHED: July 30, 2026 at 12:11 PM EDT | UPDATED: July 30, 2026 at 6:19 PM EDT

Following weeks of escalating conflict between the Stoughton town manager and police chief, the town's Select Board placed both on paid administrative leave pending an investigation into harassment and other charges levied against them.

"Today's actions are intended to establish a fair and impartial independent process for reviewing the allegations presented in the complaints against the police chief and the town manager," said Select Board Chair Joseph Mokrisky during a special session on the matter Wednesday night. "The board has not reached any conclusion regarding these merits or the complaints."

The investigations will look into allegations of misconduct by Police Chief Donna McNamara "involving internal personal management" and separate allegations of "harassment and mistreatment" the chief levied against Town Manager Thomas Calter, the board stated.

The police chief also updated her lawsuit against defendants Calter and the town on Thursday, placing the high-profile Sandra Birchmore murder case at the center of claims against the defendants.



McNamara filed the lawsuit earlier in the week, alleging Calter and the town breached her contract in naming a new acting police chief and "prohibiting Chief McNamara from doing her duties even though, to date, they have provided no lawful reason to do so."

McNamara filed to withdraw her motions for injunctive relief Thursday following the Select Board meeting — stating the decision "satisfied the Plaintiff's alternative request" related to her request to be allowed to work or have the town comply with a termination process — canceling a hearing set for Friday morning in Norfolk Superior Court.

However, the chief's counsel added a new charge against the town and Calter on Thursday under the Massachusetts Whistleblower Statute in relation to the Sandra Birchmore case.

In the case, a former Stoughton police officer Matthew Farwell was charged with killing Birchmore after she became pregnant, allegedly covering up a years-long sexual relationship with her while she was a minor volunteering with the department.

"The Defendants have engaged in retaliation against the Plaintiff because of her participation with the FBI in their upcoming murder trial related to a former Stoughton police officer …" the revised lawsuit states. "The Defendants have further engaged in retaliation against the Plaintiff because of her refusal of Calter's demands that she destroy an investigation report done involving Sandra Birchmore."

McNamara's lawyer Leah Barrault stated the chief's lawsuit "has not and will not be withdrawn" Thursday.

McNamara, the Stoughton police chief since 2016, previously filed a harassment claim against Calter on July 20, alleging he engaged "in a pattern of gossip and disparagement against Chief McNamara while also calling and texting her on her cell phone virtually every day for the past two weeks."

Calter and town officials did not respond to inquiries as of Thursday evening.

The town named a new acting police chief two days later. McNamara said

McNamara's lawsuit seemed to reference the "misconduct" claim against her — detailing a meeting with Calter in early July, in which he reportedly stated an anonymous member of the police department had accused the chief of "berating him" and causing him stress at work.

The court document alleged the town manager told McNamara she could resign "with dignity" or face immediate termination, reportedly leading to the weeks-long escalating dispute with Calter over her employment at the department.

In a statement Thursday, McNamara's counsel verified the Select Board's investigation stems from "a complaint allegedly made directly to Town Manager Calter by a male member of the Stoughton Police Department, who takes issue with her management style."

McNamara's counsel noted she was "disappointed" in the Select Board's decision Wednesday, which "deviated from the process the Town has in place for addressing interdepartmental personnel complaints," but intended to "fully cooperate" throughout the process.

"Chief McNamara looks forward to the investigation yielding a conclusion that supports her claims against the Town and Town Manager Calter, and to returning to work as Chief of Police to serve the community that has truly embraced and supported her during this complicated and difficult time," McNamara's lawyer said in a statement.

A group of community members appeared to attend the meeting Wednesday to support McNamara, yelling for "justice" following the Pledge of Allegiance. An attendee could be heard beginning to say, "Why start being fair —" after the Select Board adjourned before the video cut out.

"The board appreciates the full cooperation of the individuals involved and remains committed to protecting the integrity of the process while ensuring fairness to all parties," Mokrisky said before the adjournment.

**Start your day with us:** Our top stories curated & delivered to your inbox each morning.

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

The board chair said they understand "these matters are significant interest to the community" during the meeting, thanking the crowd "for your patience."

## MORE FROM OUR NEWSROOM



**Officials frustrated with delay for Spinale firefighter benefits bill**

Thursday, August 13



**How to see today's partial eclipse over Boston**

Wednesday, August 12



**New look, same hard-charging Boston Herald**

Tuesday, August 11



**Boston Strong thriving one non-profit and donation at a time: 'It's giving hope'**

Tuesday, August 11

NEWS > CRIME & PUBLIC SAFETY

# Ex Mass cop Matthew Farwell wants expert testimony on alleged gov 'pressure' on ME

## Farwell's federal murder trial is scheduled for October



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)

By **COLLEEN CRONIN** | ccronin@bostonherald.com
PUBLISHED: September 1, 2026 at 5:18 AM EDT

Former Stoughton police officer Matthew Farwell is alleging federal investigators and prosecutors may have pressured a medical examiner to change her cause of death for a woman he's accused of killing – and he wants an expert to testify about it.

Farwell is set to go on trial in October for the alleged murder of Sandra Birchmore, a woman he's accused of grooming from a young age, and her unborn child.

According to federal prosecutors, Farwell killed Birchmore after she told him she was pregnant with his baby, which was ultimately not true, then staged the crime scene to make it look like a suicide.

The medical examiner in the case originally ruled Birchmore killed herself, and the Norfolk District Attorney's Office declined to prosecute the case. But after federal authorities started investigating, Farwell was charged with killing a witness. The ME also changed the death ruling to, "undetermined."

"Was Ms. Birchmore's death accidental, a result of suicide, or a killing?" Farwell's attorney wrote in a filing. "Whether a killing occurred is the central issue in this case, even as the government has requested that this Court determine this central question of fact before a jury has heard a single shred of evidence."

Farwell has notified prosecutors he's calling Dr. Thomas Andrew, a board-certified forensic pathologist, to the stand to testify to Birchmore's autopsy results.

His attorney also noted that Andrew has the "requisite experience to opine on the impact a meeting with the [Federal Bureau of Investigation], [United States Attorney's Office], and prosecution's expert may have on a medical examiner."

"Dr. Andrew made this observation based on his own personal experiences as the Chief Medical Examiner in New Hampshire interacting with prosecutors who have pressured him to change his determinations as to cause and manner of death to suit their theory of the case," Farwell's attorney wrote. "Further, the pressure was demonstrated and is a logical deduction from the unusual nature and timing of the meetings."

The government is opposing testimony Andrew would give on the meetings and the alleged "pressure," writing in their own filing that they were responding to "spurious allegations of misconduct."

"Farwell claims that Dr. Andrew, who did not attend the meetings, will testify that this must have happened," prosecutors wrote. "Dr. Andrew's speculation about what happened at meetings he did not attend is plainly inadmissible."

The government's attorneys argued that alleged witness tampering isn't a topic that an expert can speak to, writing, Andrew's "expertise boils down to a statement that someone pressured him, so he can reliably detect whenever it happens to another medical examiner. But that is not the standard for admission of expert testimony."

The prosecution requested a hearing to argue against the testimony.

"Ultimately, Dr. Andrew claims to offer a remarkable opinion. If taken at his word, he can know the effect government counsel had on a medical examiner without participating in the interaction or identifying the clues he pieced together to gain that knowledge," the government's filing stated. "If he can do this, it would be an extraordinary ability."

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

A hearing on pre-trial motions and jury instructions will be held at the federal courthouse at 10 a.m. Tuesday.

## MORE FROM OUR NEWSROOM



**Judge rules against ex-Mass cop Matthew Farwell motions as federal trial looms**

Monday, September 21



**Lawyer for Lindsay Clancy holdout juror blasts Kevin Reddington for inquiry motion**

Tuesday, September 22




**Police Blotter: Suspects in Cambridge DPW worker killing**

NEWS > POLITICS

# Djuna Perkins wins Norfolk DA Democratic primary

## The office has been thrust into the national spotlight due to the Karen Read and Sandra Birchmore cases




Norfolk District Attorney candidate Djuna Perkins takes a selfie with her family Theo, Josh and Rena Coben outside Dedham Middle School after voting. Photo By Matt Stone/Boston Herald



Case 1:24-cr-10259-DJC Document 287-2 Filed 09/28/26 Page 84 of 92

By **FLINT MCCOLGAN** | flint.mccolgan@bostonherald.com

PUBLISHED: September 2, 2026 at 10:42 AM EDT | UPDATED: September 2, 2026 at 1:26 PM EDT

Djuna Perkins has declared victory among a field of six other Democrats in the Tuesday primary to replace outgoing Norfolk DA Michael Morrissey as leader of an office that has drawn national attention and scrutiny.

“We did it!” Perkins wrote in a statement. “I am so grateful for the countless volunteers, tens of thousands of voters who supported us, my dedicated campaign team and endorsers, and my family who supported me every step of the way in this 23-month long campaign.”

The Associated Press had not called the race at the time Perkins issued her statement at 8:45 a.m. Wednesday, but Perkins had maintained her lead over nearest competitor Adam Deitch, a federal prosecutor, as the tally crawled overnight. The AP called the race a little before 11 a.m.

At 10:25 a.m. Perkins, a private practitioner and Suffolk DA prosecutor, led with 28,067 votes, or a 29% share, over Deitch’s 25,473 votes, or 26.3% share, with 97% of precincts reporting.



Perkins, of Dedham, began her legal career in 1993 as an assistant attorney general in Massachusetts before moving on four years later to the Suffolk DA's office for five years, leaving as the chief of the domestic violence unit in December 2002. She has taught law in an adjunct capacity at Northeastern University, has been a girls crew coach and is the founder of the Association of Sexual Misconduct and Discrimination Investigators of New England.

"This campaign has never been about me. It has always been about restoring justice and integrity to a broken criminal justice system here in Norfolk County; ensuring that no one is treated differently under the law due to political connections, money or privilege; protecting victims of crime; prosecuting those who prey upon or harm others; and keeping every resident of Norfolk County safe," Perkins wrote.

"First, however, we must center our focus on winning the November General Election. Today, we celebrate this historic win for justice, but we will immediately get back to work on the campaign trail," she continued. "Thank you!"

The next highest vote getter was former federal prosecutor and Quincy resident Deitch, of Quincy.

He was the lead prosecutor in the U.S. Attorney's office's review of the Karen Read case and was also one of the prosecutors in the successful corruption case against BLM activist and fraudster Monica Cannon-Grant. He left the office last November to run for Norfolk DA.

"While I am deeply disappointed that we fell short in this election, I am incredibly proud of what we accomplished and of the message voters sent: change is coming to Norfolk County," Deitch said.

Deitch said that he called Perkins early Wednesday morning to concede and congratulate her on her victory.

"She and I got into this race for many of the same reasons and because we share a belief that the people of Norfolk County deserve so much better from our District Attorney's office," he said, adding that voters "rejected the two-tiered system of justice that has been allowed to exist in Norfolk County over the past few years."

## The job

Norfolk County has been the home of some of the most high-profile criminal cases in recent commonwealth memory — and the office of the county's chief law enforcement officer has experienced an onslaught of criticism in how some of it has been handled.

Among those are the two Karen Read murder trials and scrutiny over the office declining to pursue a murder investigation into the death of Canton resident Sandra Birchmore. Both cases were further highlighted by involvement by federal prosecutors.

Read was ultimately acquitted last year of the murder of her boyfriend, Boston Police Officer John O'Keefe.

Read's defense benefitted from explosive testimony from Michael Proctor, the case officer of the investigation that led to Read's murder charge. The now-fired former Massachusetts State Police trooper's time on the stand exposed not only his own ethical misconduct that cost him his job but raised deeper concerns at the agency still reeling from the fallout.

The MSP and the Norfolk DA's office suffered even more scrutiny and criticism when the U.S. Attorney's office ran its own review into the O'Keefe murder investigation. That uncovered problems that Read's defense ran with. The same office later filed charges against then-Stoughton cop Matthew Farwell for the death of Canton resident Sandra Birchmore.

Federal prosecutors say the married Farwell groomed Birchmore as a child, repeatedly raped her while she was underage and continued a sexual relationship with into her early 20s before ultimately murdering her in her apartment and staging it as a suicide. The Norfolk DA's office did not pursue murder charges in the case.

The Birchmore case was also a wellspring for those seeking the Norfolk DA job, with a review of the Stoughton Police Explorers youth program, and others like it, being a significant part of Perkins' platform.

Outgoing DA Morrissey had spent decades in public office, first in the state legislature from 1977 to 2010, when he was first elected DA, but following intense criticism over the last several years announced in January he was

Also in the Tuesday's primary were Jim Barakat, of Braintree, a public defender; Robert Jubinville, of Milton, clerk-magistrate and longtime member of Governor's Council; Macy Lee, of Milton, longtime Suffolk DA prosecutor and Craig MacLellan, a private practitioner and Cohasset School Committee member and former Suffolk DA prosecutor.




Norfolk District Attorney candidate, Adam Deitch after voting at Montclair School.
Photo By Matt Stone/Boston Herald



**Sign up for It's all Politics:** A political newsletter with Boston Herald's coverage of local and national politics.

Email address SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

## MORE FROM OUR NEWSROOM



**Suspects seen exiting Manhattan manhole, sparking security sweep, were hunting...**

Friday, September 25




**Anti-Netanyahu protesters, including Susan Sarandon, Hannah Einbinder, given...**

Friday, September 25



**Patrick Clancy speaks out in 60 Minutes interview: 'Did the best I could'**

Sunday, September 20



**Lucas: What if politics actually worked?**

Saturday, September 26

**NEWS > CRIME & PUBLIC SAFETY**

# Judge rules against ex-Mass cop Matthew Farwell motions as federal trial looms

## Matthew Farwell is accused of killing Sandra Birchmore in February 2021



**Composite of file photos**

Former Stoughton Police Officer Matthew Farwell, left, is charged with the death of Sandra Birchmore and her unborn child. (Composite of file photos)

By **COLLEEN CRONIN** | ccronin@bostonherald.com

PUBLISHED: September 21, 2026 at 5:05 AM EDT | UPDATED: September 22, 2026 at 5:06 PM EDT

A judge rejected a string of motions by former Stoughton police officer Matthew Farwell to exclude evidence or testimony from his federal murder trial, including handwritten diary entries written by his alleged victim.

Farwell is accused of the February 2021 killing Sandra Birchmore, a young woman he allegedly groomed from the time he met her as a child participating in a police department explorers program.

The Norfolk District Attorney's Office declined to prosecute Farwell after a medical examiner initially ruled Birchmore's death a suicide. Federal prosecutors indicted Farwell in 2024 for killing a witness to a federal crime after further investigation from the FBI.

He was also indicted later on a separate count for death of Birchmore's unborn child. Prosecutor's allege that Farwell killed Birchmore after she told him she was pregnant with his child, but the defendant will argue that her death was a suicide. DNA testing showed that Farwell was not the children's father.



As Farwell's trial looms, it's set to start next month, Chief District Judge Denise J. Casper ruled against several motions by Farwell's attorney to exclude evidence from the trial.

Casper will allow statements made by Birchmore before her death via handwritten diary entries that prosecutors said described a sexual relationship between the victim and the defendant.

"The excerpts will include Birchmore's reflections on Farwell's initial sexual encounters with Birchmore when she was a child, their ongoing sexual relationship while he continued to serve a Stoughton police officer, and Farwell's relevant sexual proclivities that gave him access to Birchmore and an opportunity to strangle her without resistance," the government wrote in legal filing arguing for their inclusion.

The judge also ruled that a doctor and a licensed mental health counselor who saw and treated Birchmore before her death could testify to their surprise that she'd killed herself.

Farwell didn't dispute that Diana Alkhalil, the counselor, or Dr. Priyanka Venkataraman, a gynecologist, should testify.

"However, neither Ms. Alkhalil nor Dr. Venkataraman should be permitted to express their personal opinions, including feelings of surprise or disbelief, over Ms. Birchmore's death," his counsel wrote in opposition to the testimony.

But the judge disagreed.

"The proffered testimony is not being offered as an opinion as to Ms. Birchmore's cause of death but as to the state of mind of these treatment providers for actions they took or did not take in treating at and around the time of her death," Casper wrote in her ruling.

Farwell had also made a motion to "preclude at trial any lay witness from offering a personal opinion as to the decedent's cause of death," like testimony from family and friends of Birchmore.

Again, Casper said the testimony would be allowed.

"As with the treatment providers," Casper wrote, "testimony by these

**News as it breaks:** All our breaking news stories, sent as often as we have them.

Email address

SIGN UP

By signing up, you agree to our Terms of Use, Privacy Policy, and to receive emails from Boston Herald.

Farwell's trial is set to begin Oct. 5 at 9 a.m. at the Moakley Federal Courthouse.


## MORE FROM OUR NEWSROOM



**Lucas: What if politics actually worked?**
Saturday, September 26




**'Yes on 9' gun law ballot question supporters rally with Gov. Healey, teachers union**
Sunday, September 20



**'Gut punch:' 2026 MCAS English scores fall, all statewide scores remain behind pre-pandemic...**
Tuesday, September 22



**ICE Boston nets several arrests**