**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**MATTHEW FARWELL,**<br>**Defendant.** | **Case No. 24-cr-10259-DJC** |

**ORDER**

**CASPER, C.J.** **September 30, 2026**

To ensure that the upcoming trial in this case is conducted in an orderly manner conducive to providing a fair and impartial trial, pursuant to L.R. 83.2.2 and this Court's inherent authority to maintain proper order and decorum during proceedings, the Court ORDERS as follows:

1. The trial in this case will begin with jury selection on Tuesday, October 6, 2026. Once a jury is empaneled, the trial days in this case will generally be held Monday through Friday from 9 a.m. to 4 p.m. in Courtroom 10. There will be some days that may be half days (9 a.m. to 1 p.m.) but the schedule will adjusted week-to-week as may be necessary. On the full days on trial, there will generally a mid-morning break and a one-hour recess from approximately 1 p.m. to 2 p.m. This schedule is subject to change.
2. To accommodate the public and media, in addition to the space in Courtroom 10, the Court will provide overflow courtrooms with closed circuit video feed to the courtroom. There will be more limited seating available during jury selection but the overflow courtrooms will be available during this process as well.

3. No cameras or video or audio recording devices of any kind, including those on cellphones, tablets, laptops, video cameras, Meta glasses, or any devices with similar functionality are permitted in or around, Courtroom 10 or any of the overflow locations at any time except as provided in this Order. Consistent with the Court's policy on electronic devices, only attorneys who present acceptable credentials, court staff, and credentialed members of the media may have cell phones, tablets, laptops or other digital device for business use in the Courtroom or the overflow locations.
4. No person shall take any photograph, make any record, or make any broadcast by any means, in the course of or in connection with any proceedings in this Court, on any floor of the Courthouse in which proceedings of this Court are being held. L.R. 83.3(a). This prohibition does not apply to the Clerk's Office staff providing the live feed transmitting the trial proceedings to overflow locations during the course of the proceedings.
5. Attorneys for the parties in this case shall abide by L.R. 83.2.1 regarding the release of information by attorneys.
6. Attendees to any portion of the trial proceedings may not talk, make gestures or otherwise engage in conduct that would be disruptive to the proceedings or distract jurors or witnesses. To this same end, attendees to any portion of the trial proceedings may not wear any buttons, photographs, clothes or insignia relating to this case, Mr. Farwell, Ms. Birchmore or any witness.
7. The Court will not permit any depiction or identification of individual jurors or prospective jurors at any time during the course of the trial proceedings in any manner

including, but not limited to photographs, videos or identifying artistic renderings by sketch artists or any other individuals.

8. During the trial proceedings, any attempt to contact jurors or interact with jurors in any way is strictly prohibited. Conversation, interviews or any communications with prospective jurors before the completion of voir dire or with seated jurors (including alternates) before the Court discharges the jury at the conclusion of the proceedings are prohibited.
9. Any violation of this Order may result in exclusion from the Courtroom or the Courthouse, revocation of media privileges or other sanction as deemed appropriate by the Court.
10. This Order shall remain in place and in effect during the duration of the proceedings or until further Order of the Court.

**So Ordered.**

/s Denise J. Casper
Chief United States District Judge