UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MATTHEW FARWELL

Defendant

CRIMINAL No. 24-10259-DJC

**JOINT MOTION TO EXTEND DEADLINE FOR FILING AMENDED EXHIBIT LIST**

The parties jointly move to extend the deadline for filing an amended exhibit list to October 1, 2026. The Court ordered the parties to meet and confer regarding proposed exhibits in attempt to narrow the list of exhibits and issues in dispute following the Court's rulings on the various motions in limine.

To that end, on September 28, 2026, the government sent Farwell's counsel a draft amended exhibit list, which identified the categories of exhibits still in dispute and noted those objections that appeared to be resolved by the Court's rulings. As of the time of filing, Farwell's counsel has not provided their substantive input on that draft amended filing. Because a single-party amended list would not help the Court determine what remains in dispute and understand the parties' respective positions, the parties jointly request that the Court extend the deadline for the filing so the parties can provide the information the Court requested.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
BRIAN A. FOGERTY
ELIZABETH C. RILEY
TOREY B. CUMMINGS
Assistant United States Attorneys

MATTHEW FARWELL
By his Attorneys,

By: /s/ Kimberly C. Stevens
Kimberly C. Stevens
North Carolina State Bar # 20156

Joanne M. Daley
BBO # 653375
Assistant Federal Public Defenders
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

_/s/ Brian A. Fogerty__________
BRIAN A. FOGERTY
Assistant United States Attorney

Date: September 30, 2026