# The Commonwealth of Massachusetts

*Office of the Norfolk District Attorney*
*Department of State Police*

## Consent Form
## Search of Computer/Cellular Phone/Storage Media

I, Matt Farwell, have been informed by Sgt John Fanning of the Massachusetts State Police that I have a right to refuse to allow a search of my computer and/or storage media without a search warrant. I understand this right and I hereby waive the necessity of a search warrant and do authorize law enforcement to search my computer and/or storage media and/or the computer and/or storage media of my minor child, which are described as:

1. iPhone 11
2. 
3. 

I understand that said items may be searched or examined, to include creating a forensic image and/or copy of all data contained within said items, without obtaining a search warrant, and I do authorize the Massachusetts State Police to take possession of any material that is connected, in any way, with the investigation they are conducting or with any future investigation. *[Initial* MF *]* - related to the suicide death of Sandra Birchmore

I understand and it has been explained to me that any materials taken will/may be examined at a State Police Facility and the results of that examination may be given to officials associated with a current or future criminal investigation and to the Norfolk District Attorney's Office. *[Initial* MF *]*

Having been informed of and having understood the above information, I am signing this consent form voluntarily, without fear, threat, coercion or promises of any kind. I understand and acknowledge that I have an absolute right to refuse to give my consent and I hereby voluntarily waive this right.

**DEVICE PASS CODE/PASSWORD:** 436000 **SWIPE PATTERN:**

(Signature) 2/9/21 12:05 (Date & Time)

Witnessed: Sgt [signature] 2/9/21 12:05 (Date & Time)

Witnessed: ____ (Date & Time)

Rev. 12/2012