**Speaker 2** *Uh, that would've been, this was a saturday. I want to say it happened on a monday or i have a report that documents it, but i, it was early that next week, maybe monday, tuesday that next week. And that, sorry, i'll let you ask a question*

[15:23]
**Speaker 1** *And lemme see if i can skip down. So how was his cell phone obtained?*

[15:30]
**Speaker 2** *Um, so we met here, but not in this building, um, outside in the parking lot. I think again, i called him and said that i wanted to talk to him. Um, i, i can't recall if i, i really don't remember if he was working that day or not working. I don't think he was actually, cause i think he was in his truck again, he has like a larger f, i don't know, like a two 50, like a heavy duty truck. So as i recall, he was parked out front*

[16:12]
**Speaker 2** *And we spoke out there and i said, you know, we'd like to, um, uh, get consent to extract both of the devices. Again, i felt like he was apprehensive about that and i was interested in communication that he had with sandra, when the last time he had communicated with her, he relates some other information. I know you don't wanna get to the context of it, but he had released some other information to me. Um, again, i just read him our consent forms for both phones and he complied and uh, granted the consent on both the phones and i, i think we just restricted the consent to conversations with sandra. He didn't want us looking into, you know, conversations with his wife or whatever. I'm pretty sure that that was written on the consent form that we were kind of keep it limited to conversations with sandra, but he did stay out in his vehicle. Um, we spoke outside, he signed the consent outside. I brought the phones and to extract them and then give them back to him. They took a, you know, however long it took, i forget one phone to take a little bit longer than the other extracted, both phones. And then i brought them back outside to him*

[17:36]
**Speaker 1** *At any point. Do you think he could have felt compelled to give you those devices and signed that consent form?*

[17:45]
**Speaker 2** *No, i mean, compelled by what? By compelled, like by his department? Yeah. No. Um, nothing. No, no, he wouldn't have felt compelled. I mean, one, he was a detective in town. He, you know, he knows what a a phone dump consists of, and he knows what that means. He was the union president for them, um, at that time, so he's well aware of his rights and all those things. Um, our conversation never was about his employment in the sense of there was never a conversation about this is gonna affect her employment that the extent of that was, you know, at some point is the chief gonna know on that first day. And i said yes, at some point i'm gonna have to notify the chief. But at that time there was, it was, this was, i was investigating a death, um, and a death that appeared to be a suicide.*

[18:52]
**Speaker 2** *So this wasn't like a stab wounds, choke, you know, choke all these different things that would cue me up. You know, if if we come on scene and those circumstances were different and showed all these different signs of a struggle and all these other things, this interview would've taken on a much different tone. I was just trying to figure out again, we weren't investigating any other crimes that there was no crime that was on the horizon at that time. This was not a criminal investigation at that time in the sense of, you know, we need to do miranda, we need to, you're a suspect mm-hmm . These interviews that i had with, uh, matthew never were at that level. This was information gathering. Um, you know, what was the extent of your relationship? How well did you know? Were, i think, in my mind if there was a concern just to kind of give you a little context of what, my or, um, yeah.*

[19:49]
**Speaker 2** *Like where my mindset was, is, did he, um, you know, was there any, um, was he encouraging her to kill herself? So just to give you an idea of like where i'm thinking, um, there was no evidence that thought that he did this hands on early on this investigation or ever for that matter. But where he did meet with her on that monday, which he admitted to, we started on camera. Um, you*