**U.S. Department of Justice**

***Joshua S. Levy***
*Acting United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile: (413) 785-0394*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts*
*01105-2926*

October 1, 2024

Jane F. Peachy
Sandra M. Gant
Federal Public Defender's Office
51 Sleeper Street, Fifth Floor
Boston, MA 02210

RE: *United States v. Matthew Farwell*, 24-cr-10259-DJC

Dear Counsel,

I am the filter AUSA in the case of *United States v. Matthew Farwell*, 24-cr-10259. Pursuant to Rule 16**,** I am enclosing one (1) flash drive containing a copy of your client's personal phone. The contents of your client's phone have not been reviewed by the investigative team.

Please contact me at 617-748-3124 if you have any questions.

Very truly yours,

JOSHUA S. LEVY
Acting U.S. Attorney

BY: *Laura J. Kaplan*
Laura J. Kaplan
Assistant U.S. Attorney

Enclosure(s)