UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-CR-10259 DJC |

**ASSENTED-TO MOTION FOR A COPY OF THE SEALED DOCKET**

The United States of America, with the assent of the defendant Matthew Farwell, respectfully requests that the Court provide the parties with copies of the sealed docket so that the parties may know the docket numbers of the sealed filings in this case.

Respectfully submitted,

LEAH B. FOLEY
Acting United States Attorney

By: *<u>/s/ Torey B. Cummings</u>*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys

Dated: October 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*<u>/s/ Torey B. Cummings</u>*
Torey B. Cummings
Assistant United States Attorney