UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL<br><br>Defendant | CRIMINAL No. 24-CR-10259 DJC |

**GOVERNMENT'S FIRST AMENDED WITNESS LIST**

The United States of America hereby notifies the defendant that it may call the following individuals in its case in chief. The government reserves its right to supplement this list, and to call additional witnesses as needed in rebuttal.

| Witness Name | Agency/Affiliation |
|---|---|
| Alkhalil, Diala | |
| Baden, Michael | |
| Barber, Daniel | Stoughton Police Department |
| Barrett, Sandra | Stoughton Police Department |
| Beckstrom, Christopher | Federal Bureau of Investigation |
| Brown, Lauren | |
| Capó-Martinez, Maria | |
| Carlson, Cheryl | |
| Chandler, Becca | |
| Cheever, Heather | Stoughton Police Department |
| Clark, Zachary | Massachusetts State Police |
| Cosgrove, Marcy | |
| Cosgrove, Ray | |
| Cotard, Ensley | Canton Police Department |
| Crean, Lindsay | |
| Davis, Leslie | |
| Dunne, Matthew | Massachusetts State Police |
| Duval, Elizabeth | Massachusetts State Police Crime Laboratory |

| | |
|---|---|
| Fanning, John | Massachusetts State Police |
| Farwell, Angela | |
| Farwell, William | |
| Fitton, James | |
| Fopiano, Antonetta | |
| Gada, Matthew | |
| Gallivan, John | |
| Glidden, Jill | |
| Guarino, Nicholas | |
| Hardy, Roger | Stoughton Police Department |
| Heal, Joshua | |
| Holloway Donyea | |
| Holmes, Brian | Kingston Police Department |
| Hyde, Jessica | |
| Iannetti, Matthew | Federal Bureau of Investigation |
| Igoe, Jordan | |
| Isabel, Sheanna | Stoughton Police Department |
| Katz, Jessica | |
| Kelsch, Heidi | Federal Bureau of Investigation |
| Kennedy, Meg | |
| Kuhn, Robert | Stoughton Police Department |
| Lank, Michael | Canton Police Department |
| Leff, Jordan | |
| McCourt, Jonathan | Canton Police Department |
| McGrath, Shauna | |
| McNamara, Donna | Stoughton Police Department |
| Nix, Glen | Canton Police Department |
| Odams, Sarah | |
| Owens, John | Stoughton Police Department |
| Page, Sara | |
| Palma, Mackenzie | |
| Papadapoulous, Gianna | |
| Perlin, Julia | |
| Pickard, Jason | |
| Porter, Erin | |

| | |
|---|---|
| Reed, Danielle | Bode Technologies |
| Rinaldi, Samantha | |
| Rocchio, Lisa | |
| Ryan, Judith | |
| Smith, Darlene | |
| Smock, William | |
| Sproul, Sarah | |
| Starr, Jonathan | |
| Venkatamaran, Priyanka | |
| Verissimo, Carlos | |
| Waite, Stephanie | Massachusetts State Police Crime Laboratory |
| Williams, Karlie | |
| Yeaton, Charles | Canton Police Department |
| Zimmerman, Alicia | Massachusetts State Police Crime Laboratory |

Respectfully submitted,

LEAH B. FOLEY
Acting United States Attorney

By: */s/ Torey B. Cummings*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys

Dated: October 12, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant United States Attorney

Date: October 12, 2026