UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL,<br><br>Defendant. | Case No. 24-cr-10259 |

**STIPULATION OF FACT**
**(Toxicologist)**

The government and Defendant Matthew Farwell have agreed to the following factual stipulation, which is proposed to the Court in a form suitable for presentation to the jury (Exhibit A).

In lieu of live testimony, and for purposes of trial, the United States and the Defendant have stipulated and agreed to the following facts:

At all times relevant to this case:

1. At the Massachusetts State Police Crime Laboratory, the Toxicology Unit engages in batch testing where different analysts conduct screening and confirmatory testing for all samples received.
2. Ms. Birchmore's heart blood sample underwent Volatile Analysis Testing, for the presence of ethanol, methanol, isopropanol, and acetone. This testing was performed by forensic scientist Jacob O'Connell.
3. Ms. Birchmore's heart blood also underwent Enzyme-Linked Immunosorbent Assay Screening to test for the presence of amphetamines, benzodiazepines, buprenorphine,

cocaine/metabolites, fentanyl, methamphetamine, opiates, and cannabinoids. This testing was performed by forensic scientist Brittany Missett.

4. Ms. Birchmore's heart blood underwent a General Unknown Screening Test, which was conducted by forensic scientist Nate Almeida.
5. Alicia Zimmerman, a Forensic Scientist II at the Massachusetts State Police crime laboratory reviewed the work of Mr. O'Connell, Ms. Missett, and Mr. Almeida and drew conclusions from their testing.
6. The parties agree that Ms. Zimmerman will be permitted to testify about her conclusions regarding the results of toxicology testing without the need for Mr. O'Connell, Ms. Missett, or Mr. Almeida to testify about their underlying work upon which Ms. Zimmerman relied.

MATTHEW FARWELL,
Defendant

*/s/ Kimberly Stevens*
JOANNE DALEY
KIM STEVENS
Counsel for Matthew Farwell

LEAH B. FOLEY
United States Attorney

*/s/ Elizabeth C. Riley*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys