UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL,<br><br>Defendant. | Case No. 24-cr-10259 |

**STIPULATION OF FACT**
**(Farwell Buccal Swab)**

The government and Defendant Matthew Farwell have agreed to the following factual stipulation, which is proposed to the Court in a form suitable for presentation to the jury (Exhibit E).

In lieu of live testimony, and for purposes of trial, the United States and the Defendant have stipulated and agreed to the following facts:

At all times relevant to this case:

1. On August 28, 2024, a DNA sample was collected from Matthew Farwell. This was collected by members of federal law enforcement, who performed a buccal swab of the inside of Mr. Farwell's cheek.
2. The sample collected from Mr. Farwell's cheek was packaged and labelled. It was entered into evidence at the Masschusetts State Police Crime Laboratory as Item Number 4-1.1.

MATTHEW FARWELL,
Defendant

*/s/ Joanne M. Daley*
JOANNE DALEY
KIM STEVENS
Counsel for Matthew Farwell

LEAH B. FOLEY
United States Attorney

*/s/ Elizabeth C. Riley*
TOREY B. CUMMINGS
BRIAN A. FOGERTY
ELIZABETH C. RILEY
Assistant United States Attorneys