**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**MOTION FOR COURT ORDER AUTHORIZING OUT OF STATE WITNESS ATTENDANCE AND PAYMENT**

Defendant, Matthew Farwell, files this motion for a court order authorizing payment of witness transportation and subsistence pursuant to 28 U.S.C. § 1821. Two proposed order are attached.

As grounds for this motion, undersigned counsel states that witnesses, Dr. Zoe Sundell and Dr. William Ralston, are necessary witnesses in this matter.

Dr. Sundell met with the FBI and members of the prosecution team in 2024 and told them she saw no reason to contradict the initial conclusion of the Office of the Chief Medical Examiner (OCME) that Sandra Birchmore took her own life.

Dr. William Ralston is the Chief Medical Examiner for the Commonwealth of Kentucky. His testimony is relevant to the qualifications and purported employment history of government witness, Dr. William Smock.

Dr. Ralston and Dr. Sundell each reside out of state.

Dated: October 22, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 22, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA )
) Docket No. 1:24-cr-10259-DJC
v. )
)
MATTHEW FARWELL )

Dr. Zoe Sundell is expected to testify as a trial witness in this matter. Payment of transportation and subsistence is authorized pursuant to 28 U.S.C. §1821.

IT IS SO ORDERED.

Dated:___________________

___________________________
Honorable Denise Casper
Chief District Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

Dr. William Ralston is expected to testify as a trial witness in this matter.

Payment of transportation and subsistence is authorized pursuant to 28 U.S.C. §1821.

IT IS SO ORDERED.

Dated:___________________

_____________________________
Honorable Denise Casper
Chief District Judge