**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

Dr. William Ralston is expected to testify as a trial witness in this matter.

Payment of transportation and subsistence is authorized pursuant to 28 U.S.C. §1821.

IT IS SO ORDERED.

Dated: October 22, 2026

Honorable Denise Casper
Chief District Judge