**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

Matthew Farwell hereby moves this Court pursuant to Fed. R. Crim. P. 29 that a judgment of acquittal be entered on the indictment because the evidence is insufficient to sustain a conviction on any of the charged offenses. A judgment of acquittal must be entered if the government's evidence would not permit a rational trier of fact to conclude beyond a reasonable doubt that all elements of the offenses charged have been proved. Mr. Farwell moves as to each element of each charge. Because the evidence, when viewed in a light most favorable to the government, fails to establish the elements of the offenses charged, a conviction on any of these offenses cannot be sustained.

Dated: October 28, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 28, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley