UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW FARWELL | No. 24-10259-DJC |

**GOVERNMENT'S PROPOSED**
**SUPPLEMENTAL JURY INSTRUCTION**

The government hereby proposes additional language for its proposed jury instructions on expert testimony. *Compare* ECF No. 191 at 21 *with* Amended Proposed Instruction attached hereto as Exhibit A. The government submits this instruction to ensure that the jury knows that, as the trier fact, it may decide to accept or reject the testimony of any expert witness, notwithstanding the fact that the witness may have certain state law authority, duty, or obligation.

At trial, Dr. María Del Mar Capó Martínez from the Office of the Chief Medical Examiner (OCME) testified about her findings and amended findings regarding the manner and cause of death of Sandra Birchmore. Before that testimony, defense counsel told the jury in her opening statement that, "[t]he medical examiner from the Office of the Chief Medical Examiner here in Boston, they are solely charged with declaring cause and manner of death. Cause and manner of death. That is their statutory obligation." Transcript of Proceedings on October 9, 2026 (Rough) at 34:6-9. Defense counsel further stated to the jury, "Dr. Maria Capo Martinez declared her death to be a suicide . . . after she reviewed the evidence and after she reviewed the body of Sandra Birchmore to determine what happened and to fulfill her statutory obligation to the citizens of Massachusetts." *Id.* at 34:9-15.

On October 26, 2026, during defense counsel's cross-examination of Dr. Capó Martínez, the Court admitted Ms. Birchmore's death certificate that bears the seal of the Commonwealth of

Massachusetts and identifies Dr. Capó Martínez as "Certifier." *See* Exhibit 573. Defense counsel then asked Dr. Capó Martínez about Exhibit 573, stating, "Dr. Capo-Martinez, is this part of your statutory authority and duties by the Commonwealth of Massachusetts to declare cause of death in a death certificate?" Transcript of Proceedings on October 26, 2026 (Rough) at 50:13-17. The Court overruled the government's objection to that question. *Id.* After Dr. Capo Martinez answered in the affirmative (*id*. at 50:18), she went on to testify that the cause of death she "declared" in May 2021 was asphyxia by hanging and the manner was suicide (*id*. at 50:19-24). Dr. Capó Martínez then testified that her "final conclusion," after amending Birchmore's death certificate on April 29, 2026, was undetermined. *Id.* at 60:8-10.

As a matter of law, the jury in this case is not bound by Dr. Capó Martínez findings. Even where a state official has a statutory duty or obligations under state law, the jury may accept or reject any or all of the witness's testimony. The government proposes the revised expert witness instruction to ensure the jury does not misunderstand this fundamental principle.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Brian A. Fogerty
TOREY B. CUMMINGS
ELIZABETH C. RILEY
BRIAN A. FOGERTY
Assistant United States Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Brian A. Fogerty
BRIAN A. FOGERTY
Assistant United States Attorney

Date: October 30, 2026