## EXPERT TESTIMONY

You have heard testimony from persons described as experts. An expert witness has special knowledge or experience that allows the witness to give an opinion.

You may accept or reject such testimony, notwithstanding any authority, duty, or obligation the witness may have under state law. In weighing the testimony, you should consider the factors that generally bear upon the credibility of a witness as well as the expert witness's education and experience, the soundness of the reasons given for the opinion and all other evidence in the case.

Remember that you alone decide how much of a witness's testimony to believe, and how much weight it should be given.[1]

---

[1] FIRST CIRCUIT PATTERN INSTRUCTION NO. 2.07 (modified).