**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**DEFENDANT'S PROPOSED VERDICT FORM**

Matthew Farwell respectfully requests that the Court submit the following verdict form to the jury:

**COUNT ONE: Killing a Witness or Victim, 18 USC §1512(a)(1)(C)**

1) Do you, the jury, find beyond a reasonable doubt that the defendant, Matthew Farwell, on or about February 1, 2021, killed Sandra Birchmore with malice aforethought, willfully, deliberately, maliciously, and with premeditation?

______ **No** ______ **Yes**

2) Do you, the jury, find beyond a reasonable doubt that Matthew Farwell killed Sandra Birchmore with the intent to prevent the communication by any person to a law enforcement officer of information relating to the commission or possible commission of a federal offense, to wit: Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242; Coercion and Enticement, in violation of 18 U.S.C. § 2422(b); Wire Fraud, in violation of 18 U.S.C. § 1343?

______ **No** ______ **Yes**

______ **Not Guilty** ______ **Guilty**

**COUNT TWO: Protection of Unborn Children, 18 USC §1841(a)(1), (a)(2)(A), (a)(2)(C)**

1) Do you, the jury, find beyond a reasonable doubt that the defendant, Matthew Farwell, on or about February 1, 2021, killed Sandra Birchmore with malice aforethought, willfully, deliberately, maliciously, and with premeditation?

______ **No** ______ **Yes**

2) Do you, the jury, find beyond a reasonable doubt that Matthew Farwell killed Sandra Birchmore with the intent to prevent the communication by any person to a law enforcement officer of information relating to the commission or possible commission of a federal offense, to wit: Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242; Coercion and Enticement, in violation of 18 U.S.C. § 2422(b); Wire Fraud, in violation of 18 U.S.C. § 1343?

______ **No** ______ **Yes**

3) Do you, the jury, find beyond a reasonable doubt that Matthew Farwell caused the death of a child in utero at the time the conduct described above and in Count One took place?

______ **No** ______ **Yes**

______ **Not Guilty** ______ **Guilty**

Dated: October 31, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on October 31, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley