**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

## <u>MOTION TO PRECLUDE UNNOTICED EXPERT TESTIMONY</u>

Now comes the defendant Matthew Farwell and respectfully requests that the Court preclude the government from offering unnoticed expert opinion evidence from defense fact witness, Dr. Zoe Sundell pursuant to Rule 16 of Federal Rules of Criminal Procedure.

This case arises from the death of Sandra Birchmore in Canton, Massachusetts in February of 2021. Her body was found in a partially seated hanging position in her Canton apartment on February 4, 2021. Dr. Capo Martinez of the Office of the Chief Medical Examiner (OCME), conducted Ms. Birchmore's autopsy and in May of 2021 concluded that the cause of death was asphyxia by hanging and the manner of death was suicide.

On April 19, 2024, FBI Special Agent Castruita emailed the Office of the Armed Forces Medical Examiner System (AFMES) requesting a consultation into the cause and manner of death of Sandra Birchmore. AFMES is the Department of Defense's primary forensic medical and DNA identification system, providing medicolegal services such as forensic pathology, toxicology, anthropology, odontology, and DNA analysis for military, federal, and certain civilian cases.

According to an Medicolegal Consultation Request Form dated April 23, 2024, the government furnished the following materials to the AFMES:

- Autopsy Report
- Toxicology Report
- Radiology
- Identification
- 115 Photographs

Over the course of the month in May of 2024, the FBI working in conjunction with the U.S. Attorney's Office exchanged multiple emails with Dr. Zoe Sundell, AFMES Chief Medical Examiner. On May 17, 2024, at the direction of the government, Dr. Sundell signed and returned via email a Grand Jury Secrecy Acknowledgment Letter.

According to FBI notes taken by FBI SA Leah Ferrara on June 4, 2024, Dr. Sundell relayed the following to the prosecution at a meeting after reviewing the materials provided:

- **Abrasions on chin & top of chest**

  **→ post mortem abrasion from the presence of chin resting on chest**
- **b/c ofc color**
- **hyoid bone is fractured**

  **→ you do see them in hangings.**
- **hemmorage of one of the neck muscles.**
- **takes 10-15 sec to lose consciousness**
- **upward casting is consistent with hanging (around the neck)**
- **no fingernail marks or bruising around neck.**
- **she would have taken more pictures.**

- **any evidence that could be degraded over a couple days?**

  **→ No.**

- **cause & manner of death → medical opinion**

According to FBI notes taken during a subsequent meeting on June 6, 2024, Dr. Sundell relayed the following to the prosecution having reviewed, "Crime scene photos, ME photos, Reports":

- **Nothing about position of the body is concerning/doesn't stand out.**

- **chin abrasion – post mortem abrasion**

  **→ Hard to say but may be how she is situated**

**Fracture of a hyoid.**

**→ see them in a traumatic hanging…**
**but not unheard of.**

**Nothing stood out, that's not consistent with the report.**

**→ She's taking the report for what it is.**

**case review: Nothing she would write that would go against what original ME wrote.**

- **pressure on corroded artery will cause this.**

  **→ 10-15 sec to lose consciousness**

  **then a few min. before they're dead**

- **upward canting consistent with suicide.**

- **could injuries be caused by the ligature? Strangulation.**

  **→ if it was manual strangulation, you may see more bruises, fingernail marks**

\
\/

**nothing that looks like**
**a manual strangulation.**

After receiving this input from Dr. Sundell, the government did not ask her to draft a report. The only memorialization of these meetings is contained in FBI notes. The government subsequently retained William Smock, Doctor of Emergency Medicine, as its intended expert as to cause and manner of Ms. Birchmore's death. The prosecution did not summon Dr. Sundell to appear before the Grand Jury investigating this case. The prosecution did not summon Dr. Sundell to appear at this trial.

The defense subpoenaed Dr. Sundell to testify as a fact witness at this trial. She is presently scheduled to testify on November 3, 2026. At trial, Dr. Sundell will be asked to recount her interactions with the FBI regarding their request for a consult as to Sandra Birchmore's manner of death. She will not be asked to render any opinion.

On Saturday, October 31, 2026 the prosecution furnished a report detailing a telephone conversation with Dr. Sundell.

The government has not served expert notice with regard to Dr. Sundell pursuant to Rule 16 of Federal Rules of Criminal Procedure. Indeed, the prosecution's deadline for such notice passed some six months ago (DE 58).

For the foregoing reasons, the Government should be precluded from eliciting any expert opinion from Dr. Sundell.

Dated: November 2, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*

Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on November 2, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley