**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Docket No. 1:24-cr-10259-DJC |
| v. | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**DEFENDANT'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AT CLOSE OF ALL EVIDENCE**

Matthew Farwell, by and through counsel, hereby renews his motion pursuant to Fed. R. Crim. P. 29(a) and again moves that a judgment of acquittal be entered on the indictment because the evidence is insufficient to sustain a conviction. A judgment of acquittal must be entered if the government's evidence would not permit a rational trier of fact to conclude beyond a reasonable doubt that all elements of the offense charged have been proved. Defendant so moves as to each element of both charges. Because the evidence, when viewed in a light most favorable to the government, fails to establish the elements of the offenses charged, a conviction cannot be sustained.

Defense counsel will submit a supporting memorandum on November 6, 2026, and respectfully requests that the Court reserve ruling on this motion until that time.

Dated: November 5, 2026

Respectfully submitted,

MATTHEW FARWELL,
By his attorneys,

*/s/ Joanne M. Daley*
Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Joanne M. Daley, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on November 5, 2026.

*/s/ Joanne M. Daley*
Joanne M. Daley