**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MATTHEW FARWELL,**<br><br>**Defendant.** | **Criminal Action No. 24-cr-10259-DJC** |

WE, THE JURY, FIND:

**COUNT ONE: KILLING A WITNESS OR VICTIM WITH INTENT TO PREVENT A COMMUNICATION ABOUT THE COMMISSION OR POSSIBLE COMMISSION OF A FEDERAL OFFENSE TO FEDERAL LAW ENFORCEMENT OFFICER IN VIOLATION OF 18 U.S.C. § 1512(a)(1)(C):**

1. As to Count One, we find the Defendant, MATTHEW FARWELL:

________ Not Guilty        X Guilty

**COUNT TWO: PROTECTION OF UNBORN CHILDREN IN VIOLATION OF 18 U.S.C. §§ 1841(a)(1), (a)(2)(A) and (a)(2)(C)**

2. As to Count Two, we find the Defendant, MATTHEW FARWELL:

________ Not Guilty        X Guilty

**I certify that the foregoing is the unanimous verdict of the jury.**

11/10/2026
DATE

[signature]
FOREPERSON'S SIGNATURE