**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 1:24-cr-10259-DJC |
| | ) | |
| | ) | |
| MATTHEW FARWELL | ) | |

**CONSENTED TO REQUEST FOR EXTENDED TIME AND PAGES FOR A RENEWED MOTION FOR JUDGMENT OF ACQUITTAL AND A MOTION FOR A NEW TRIAL**

The Defendant, Matthew Farwell, respectfully moves for leave to file his combined Motions for Judgment of Acquittal, pursuant to Fed. R. Crim. P. 29, and a New Trial, pursuant to Fed. R. Crim. P. 33, along with the memorandum in support of those motions, thirty (30) days following the receipt of the finalized trial transcripts. Additionally, Mr. Farwell respectfully requests for leave to file the combined memorandum that will be in excess of twenty pages.

As grounds, undersigned counsel states that the rough transcripts do not include side bar discussions, which are critical to review for the aforementioned motions. Additionally, the issues raised in Mr. Farwell's motions are complex and substantial, thus in order to properly marshal the facts and apply the law, undersigned counsel requests leave to file a memorandum in excess of twenty pages. The government has no objection to this request.

Dated: November 12, 2026

Respectfully submitted,
MATTHEW FARWELL,
By his attorneys,
*/s/ Kimberly C. Stevens*

Joanne M. Daley, BBO # 653375
Kimberly C. Stevens, NC State Bar # 20156
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061
Joanne_daley@fd.org

**CERTIFICATE OF SERVICE**

I, Kimberly C. Stevens, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on November 12, 2026.

*/s/ Kimberly C. Stevens*
Kimberly C. Stevens